# Exhibit 11

# HARV ARD UNIVERSITY
# STATUTES

3. **Officers and Staff of the University** The President, and other authorized University officials, shall appoint persons to carry out the work of the University. These persons shall constitute two groups:
> 1. Officers of the University comprising the teaching and professional and administrative staff; and
> 2. Supporting Staff comprising the office, technical and service personnel.

In certain cases, as specified from time to time by the Corporation with the consent of the Overseers, appointments shall require the approval of the Corporation and the consent of the Overseers.

Professors and associate professors are appointed without express limitation of time unless otherwise specified. All other Officers are appointed for a specified term, or for terms of unspecified duration subject to the right of the University to fix at any time the term of such an appointment.

All Officers who hold teaching appointments, as defined from time to time by the Corporation with the consent of the Overseers, are subject to removal from such appointments by the Corporation only for grave misconduct or neglect of duty. Officers who hold professional or administrative appointments are subject to removal from such appointments by the Corporation for grave misconduct or whenever, in its opinion, their duties are not satisfactorily discharged.

Officers are subject to other rules not inconsistent herewith from time to time in effect. Subject to applicable law, the Corporation may require the retirement of any Officer at any time because of ill health or disability which materially affects the performance of that Officer's duties.

Subject to applicable collective bargaining agreements, the President shall establish policies setting forth the conditions of employment of the Supporting Staff.

The Corporation may from time to time with the consent of the Overseers adopt rules and procedures to carry out the purposes of this Statute.