AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| FRANCESCA GINO, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-11775 |
| HARVARD UNIVERSITY, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 08/03/2023

/s/ Julie A. Sacks
*Attorney's signature*

Julie A. Sacks 674384
*Printed name and bar number*

Nesenoff & Miltenberg, LLP
101 Federal Street, 19th Floor
Boston, Massachusetts 02110

*Address*

jsacks@nmllplaw.com
*E-mail address*

(617) 209-2188
*Telephone number*

(212) 736-2260
*FAX number*

Print    Save As...    Reset