UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF )<br>HARVARD COLLEGE, SRIKANT )<br>DATAR, URI SIMONSOHN, )<br>LEIF NELSON, JOSEPH SIMMONS, )<br>JOHN DOES 1-10 AND JANE DOES 1-10, )<br>)<br>Defendants ) | C.A. No. 23-cv-11775-MJJ |

**NOTICE OF APPEARANCE OF JEFFREY J. PYLE**

Please enter my appearance on behalf of defendants Uri Simonsohn, Leif Nelson, and Joseph Simmons.

Respectfully Submitted,

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle (BBO# 647438)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
(617) 456-8000 (tel)
(617) 456-8100 (fax)
jpyle@princelobel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

4596001