UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PRESIDENT AND FELLOWS OF ) <br> HARVARD COLLEGE, SRIKANT DATAR, ) <br> URI SIMONSOHN, LEIF NELSON, JOSEPH ) <br> SIMMONS, JOHN DOES 1-10, AND JANE ) <br> DOES 1-10, ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-11775-MJJ |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Jenny K. Cooper of Ropes & Gray LLP, as counsel for Defendants President and Fellows of Harvard College and Srikant Datar in the above-captioned action.

Dated: October 10, 2023

Respectfully submitted,

*/s/ Jenny K. Cooper*
Jenny K. Cooper (BBO# 646860)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Jenny.Cooper@ropesgray.com

*Counsel for Defendants President and Fellows of Harvard College and Srikant Datar*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 10, 2023

                                                */s/ Jenny K. Cooper*
                                                Jenny K. Cooper