UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRESIDENT AND FELLOWS OF ) <br> HARVARD COLLEGE, SRIKANT DATAR, ) <br> URI SIMONSOHN, LEIF NELSON, JOSEPH ) <br> SIMMONS, JOHN DOES 1-10, AND JANE ) <br> DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Civil Action No. 1:23-cv-11775-MJJ <br><br> REQUEST FOR ORAL ARGUMENT |

**PARTIAL MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

Defendants President and Fellows of Harvard College and Srikant Datar ("Harvard") hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice Counts 2-6, 9, and 11-12 of Plaintiff's Amended Complaint, Doc. No. 6, for failure to state a claim upon which relief can be granted. In support of its motion, Harvard submits and files herewith the accompanying (i) Memorandum of Law in Support of Harvard's Partial Motion to Dismiss Plaintiff's Amended Complaint and (ii) Declaration of Jenny K. Cooper with exhibits thereto.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Harvard respectfully requests oral argument in connection with this Partial Motion to Dismiss. The undersigned counsel believe oral argument will assist the Court in its consideration of the issues presented by this motion.

Dated: October 10, 2023

Respectfully submitted,

*/s/ Douglas E. Brayley*
Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com

*Counsel for Defendants President and Fellows of Harvard College and Srikant Datar*

## **CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Douglas E. Brayley, hereby certify that counsel for Harvard conferred in good faith with counsel for Plaintiff in an effort to resolve or narrow the issues presented in this motion. Counsel for Plaintiff indicated that Plaintiff opposes this motion.

Dated: October 10, 2023

                                                   */s/ Douglas E. Brayley*
                                                   Douglas E. Brayley

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 10, 2023

                                                */s/ Douglas E. Brayley*
                                                Douglas E. Brayley