UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF )<br>HARVARD COLLEGE, SRIKANT DATAR, )<br>URI SIMONSOHN, LEIF NELSON, JOSEPH )<br>SIMMONS, JOHN DOES 1-10, AND JANE )<br>DOES 1-10, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:23-cv-11775-MJJ |

## DEFENDANTS PRESIDENT AND FELLOWS OF HARVARD COLLEGE AND SRIKANT DATAR'S MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL

Pursuant to Local Rule 7.2, for the reasons set forth in the concurrently filed Memorandum In Support of Defendants President and Fellows of Harvard College and Srikant Datar's Motion for Leave to File Partially Under Seal, Defendants President and Fellows of Harvard College and Srikant Datar ("Harvard") hereby move this Court for leave to file partially under seal a copy of Exhibit 5 to the contemporaneously filed Declaration of Jenny K. Cooper in Support of Harvard's Partial Motion to Dismiss Plaintiff's Amended Complaint, which comprises the final report and findings of the Harvard Business School investigation committee that investigated the allegations against Plaintiff at issue in this case (the "Final Report").

Pursuant to Local Rule 7.1, Harvard conferred with Plaintiff, who indicated, without elaboration, her opposition to the public filing of any version of the Final Report, redacted or otherwise. In order to accommodate Plaintiff's position, Harvard has agreed not to file a redacted version of the Final Report pending resolution of Plaintiff's objections. Harvard

respectfully requests leave to (i) publicly file a copy of the Final Report containing minimal redactions to protect legitimate third-party privacy interests and Plaintiff's sensitive medical information, and (ii) file, under seal, an unredacted copy of the Final Report indefinitely or until further order of this Court.

Dated: October 10, 2023                                      Respectfully submitted,

                                                             /s/ Douglas E. Brayley
                                                             Douglas E. Brayley (BBO# 674478)
                                                             Jenny K. Cooper (BBO# 646860)
                                                             Ropes & Gray LLP
                                                             800 Boylston Street
                                                             Boston, MA 02199-3600
                                                             Tel: (617) 951-7000
                                                             Douglas.Brayley@ropesgray.com
                                                             Jenny.Cooper@ropesgray.com

                                                             *Counsel for Defendants President and Fellows of Harvard College and Srikant Datar*

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Douglas E. Brayley, hereby certify that counsel for Harvard conferred in good faith with counsel for Plaintiff in an effort to resolve or narrow the issues presented in this motion. Counsel for Plaintiff indicated that Plaintiff opposes this motion.

Dated: October 10, 2023

                                             */s/ Douglas E. Brayley*
                                             Douglas E. Brayley

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 10, 2023

                                          */s/ Douglas E. Brayley*
                                        Douglas E. Brayley