UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>        Plaintiff,<br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR,<br>URI SIMONSOHN, LEIF NELSON, JOSEPH<br>SIMMONS, JOHN DOES 1-10, AND JANE<br>DOES 1-10,<br><br>        Defendants. | Case No. 1:23-cv-11775-MJJ |

## DECLARATION OF JEAN CUNNINGHAM

I, Jean M. Cunningham, hereby declare:

1. I am the associate dean for faculty and academic affairs at Harvard Business School ("HBS").

2. I respectfully submit this Declaration in support of Defendants President and Fellows of Harvard College and Srikant Datar's Motion for Leave to File Partially Under Seal filed with the Court contemporaneously herewith.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email sent by Plaintiff on October 8, 2023 to collaborators, including a faculty member at HBS, and shared with me, that provided details of the final report of the HBS investigation committee regarding the allegations against Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

-2-

Dated: October 10, 2023                    Respectfully submitted,

                                           _____
                                           Jean M. Cunningham

_____

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 10, 2023

/s/ Jenny K. Cooper
Jenny K. Cooper

*Counsel for Defendants President and Fellows of Harvard College and Srikant Datar*