UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>*Plaintiff,*<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775-MJJ |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and this Court's Standing Order, Plaintiff Francesca Gino, by counsel, respectfully requests a two-week extension of time in which to respond to Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff states that good cause for such an extension exists:

1. On October 10, 2023, Defendants filed a Partial Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss") (Doc. No. 18), which seeks to dismiss eight of the nine claims against them, and a Motion for Leave to File Partially Under Seal ("Motion to Seal") (Doc. No. 22), with supporting memoranda.

2. Plaintiff's responsive memorandum to the Motion to Dismiss is currently due to be filed by October 24, 2023.

3. Plaintiff's responsive memorandum to the Motion to Seal is currently due to be filed by October 24, 2023.

1.

4. Accordingly, at the present time, Plaintiff's response to both motions are due on the same date.

5. Plaintiff seeks an additional two weeks—moving the existing deadline to November 7, 2023—to prepare a responsive memorandum to the Motion to Dismiss due to the need to prepare a responsive memorandum to the Motion to Seal, for which no additional time is requested, and which involves review of a voluminous record (a 1,200-page report) and analysis of separate legal issues.

6. Plaintiff also seeks the extension due to the existing conflicting schedule of Plaintiff's counsel, which includes, but is not limited to the preparation of a memorandum in a separate administrative proceeding that is due on October 25, 2023.

7. Plaintiff's counsel has conferred with Defendants' attorneys who have advised they do not oppose this Motion.

8. Plaintiff has not previously requested an extension in this case.

WHEREFORE, Plaintiff respectfully requests that the Court grant a two-week extension and adjust the deadline for Plaintiff to submit her responsive memorandum to Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint by November 7, 2023.

**Dated: October 12, 2023**
　　　　**Boston, Massachusetts**　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**NESENOFF & MILTENBERG, LLP**
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Francesca Gino*

　　　　　　　　　　　　　　　　　　By: /s/ *Julie A. Sacks*
　　　　　　　　　　　　　　　　　　**Andrew T. Miltenberg, Esq.**
　　　　　　　　　　　　　　　　　　(***pro hac vice* forthcoming**)
　　　　　　　　　　　　　　　　　　**Kara L. Gorycki, Esq.**
　　　　　　　　　　　　　　　　　　(***pro hac vice* forthcoming**)
　　　　　　　　　　　　　　　　　　**363 Seventh Avenue, Fifth Floor**
　　　　　　　　　　　　　　　　　　**New York, New York 10001**

(212) 736-4500
amiltenberg@nmllplaw.com
kgorycki@nmllplaw.com

**Tara Davis, Esq. (BBO No. 675346)**
**Julie A. Sacks, Esq. (BBO No. 674384)**
**101 Federal Street, 19th Floor**
**Boston, Massachusetts 02110**
**(617) 209-2188**
**tdavis@nmllplaw.com**
**jsacks@nmllplaw.com**

3.

4.

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Julie A. Sacks, hereby certify that counsel for Francesca Gino conferred in good faith with Counsel for Defendants President and Fellows of Harvard College and Srikant Datar in an effort to resolve or narrow the issues presented in this motion.  Counsel for Defendants do not oppose this motion.

Dated:  October 12, 2023               */s/ Julie A. Sacks*
                                        Julie A. Sacks

5.

## CERTIFICATION OF SERVICE

I hereby certify that on October 12, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  October 12, 2023        */s/ Julie A. Sacks*
                                Julie A. Sacks