UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>*Plaintiff,*<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775-MJJ |

**PLAINTIFF FRANCESCA GINO'S CROSS MOTION TO IMPOUND IN OPPOSITON TO DEFENDANTS' MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL**

Pursuant to Local Rule 7.2, and for the reasons stated in the concurrently filed Memorandum In Support of Plaintiff's Cross-Motion to Impound, Plaintiff Francesca Gino, hereby moves this Court to request that, in the event the Court grant Defendants' Motion for Leave to File Partially Under Seal ("Motion to Seal"), that the document referenced in Defendants' Motion to Seal as the "Final Report" be filed entirely under seal, with the expiration of the impoundment period set at a date until after discovery is complete, to be determined by this Court in accordance with applicable discovery deadlines, so that the removal of the restriction in CMECF occurs after Plaintiff has had an opportunity to conduct discovery and to meaningfully respond to the factual allegations in the Final Report.

1.

**Dated: October 24, 2023**
      **Boston, Massachusetts**            **Respectfully submitted,**

                                          **NESENOFF & MILTENBERG, LLP**
                                          *Attorneys for Plaintiff Francesca Gino*

                                          **By: /s/ *Julie A. Sacks***
                                          **Andrew T. Miltenberg, Esq.**
                                          **(*pro hac vice* forthcoming)**
                                          **Kara L. Gorycki, Esq.**
                                          **(*pro hac vice* forthcoming)**
                                          **363 Seventh Avenue, Fifth Floor**
                                          **New York, New York 10001**
                                          **(212) 736-4500**
                                          **amiltenberg@nmllplaw.com**
                                          **kgorycki@nmllplaw.com**

                                          **Tara Davis, Esq. (BBO No. 675346)**
                                          **Julie A. Sacks, Esq. (BBO No. 674384)**
                                          **101 Federal Street, 19th Floor**
                                          **Boston, Massachusetts 02110**
                                          **(617) 209-2188**
                                          **tdavis@nmllplaw.com**
                                          **jsacks@nmllplaw.com**

3.

## **CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Julie A. Sacks, hereby certify that counsel for Francesca Gino conferred in good faith with Counsel for Defendants President and Fellows of Harvard College and Srikant Datar in an effort to resolve or narrow the issues presented in this motion.  Counsel for Defendants indicated that they oppose this motion.

Dated:  October 24, 2023                    */s/ Julie A. Sacks*
                                            Julie A. Sacks

3.

4.

## CERTIFICATION OF SERVICE

I hereby certify that on October 24, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  October 24, 2023           */s/ Julie A. Sacks*
                                   Julie A. Sacks

4.

## CERTIFICATION OF SERVICE

I hereby certify that on October 24, 2023, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  October 24, 2023           */s/ Julie A. Sacks*
                                   Julie A. Sacks