**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FRANCESCA GINO,** | |
| *Plaintiff,* | |
| v. | **Civil Action No. 1:23-cv-11775** |
| **HARVARD UNIVERSITY, THE HARVARD CORPORATION, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,** | |
| *Defendants.* | |

---

### MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW MILTENBERG, ESQ.

I, Tara J. Davis, a member in good standing of the bar of this Court and the Courts of New York and counsel for the Plaintiff, moves the Court, pursuant to Local Rule 83.5.3, to admit pro hac vice Attorney Andrew Miltenberg, Partner with the law firm of Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, New York 10012, (212) 736-4500, amiltenberg@nmllplaw.com, as an attorney before this Court in this action as counsel for Plaintiff Francesca Gino.

As stated in the accompanying Declaration, Andrew T. Miltenberg is a member in good standing of the bars of New York, the New York Appellate Division-First Department, the U.S. District Courts for the Southern, Eastern, Western, and Northern Districts of New York, the U.S. District Court of the District of Colorado, the U.S. District Court of the Western District of Michigan, and the Supreme Court of the United States, as well as the First, Second, Fourth, Ninth, and Tenth Circuit U.S. Court of Appeals.

WHEREFORE, I respectfully request that this Court admit Andrew Miltenberg *pro hac vice*.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies that co-counsel conferred with opposing counsel concerning this request and opposing counsel has no objection.

Dated: November 2, 2023                    Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**
*Attorney for Plaintiff*

By:      */s/ Tara J. Davis*
        TARA J. DAVIS (BBO # 675346)
        101 Federal Street, 19th Floor
        Boston, Massachusetts 02110
        Telephone: (617) 209-2188
        Facsimile: (212) 736-2260
        Email: Tdavis@nmllplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this November 2, 2023.

        */s/ Tara J. Davis*
        Tara J. Davis