UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANCESCA GINO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HARVARD UNIVERSITY, THE HARVARD CORPORATION, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,**<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775 |

### DECLARATION OF ANDREW T. MILTENBERG, ESQ.

I, Andrew T. Miltenberg, hereby depose and state as follows:

1. I am a partner in the law firm of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, 5th Floor, New York, New York 10001, Tel: 212-736-4500, amiltenberg@nmllplaw.com.

2. I am a member in good standing of the bars of New York, the New York Appellate Division-First Department, the U.S. District Courts for the Southern, Eastern, Western, and Northern Districts of New York, the U.S. District Court of the District of Colorado, the U.S. District Court of the Western District of Michigan, and the Supreme Court of the United States, as well as the First, Second, Fourth, Ninth, and Tenth Circuit U.S. Court of Appeals.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

6. My firm represents Plaintiff Francesca Gino in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 2nd day of November, 2023.

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg, Esq.
