UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>*Plaintiff,*<br><br>v.<br><br>HARVARD UNIVERSITY, THE HARVARD CORPORATION, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KARA GORYCKI, ESQ.

I, Tara J. Davis, a member in good standing of the bar of this Court and the Courts of New York and counsel for the Plaintiff, moves the Court, pursuant to Local Rule 83.5.3, to admit pro hac vice Attorney Kara Gorycki, senior litigation counsel with the law firm of Nesenoff & Miltenberg, LLP, 363 Seventh Ave, 5th Floor, New York, New York 10012, (212) 736-4500, kgorycki@nmllplaw.com, as an attorney before this Court in this action as counsel for Plaintiff Francesca Gino.

As stated in the accompanying Declaration, Kara Gorycki is a member in good standing of the bars of Colorado, the Northern District of Illinois, the Sothern District of Iowa, NY State Appellate Court – 1st Department, the Eastern District of New York, the Northern District of New York, the Southern District of New York, and the U. S. Court of Appeals, 3rd, 2nd, and 4th Circuits.

WHEREFORE, I respectfully request that this Court admit Kara Gorycki *pro hac vice*.

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel certifies that co-counsel conferred with opposing counsel concerning this request and opposing counsel has no objection.

Dated: November 2, 2023                     Respectfully submitted,

**NESENOFF & MILTENBERG, LLP**

By:   */s/ Tara J. Davis*
      TARA J. DAVIS (BBO # 675346)
      101 Federal Street, 19th Floor
      Boston, Massachusetts 02110
      Telephone: (617) 209-2188
      Facsimile: (212) 736-2260
      Email: Tdavis@nmllplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this November 2, 2023.

*/s/ Tara J. Davis*
Tara J. Davis