UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANCESCA GINO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HARVARD UNIVERSITY, THE HARVARD CORPORATION, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,**<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775 |

## DECLARATION OF KARA GORYCKI, ESQ.

I, Kara Gorycki, hereby depose and state as follows:

1. I am a senior litigation counsel in the law firm of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, 5th Floor, New York, New York 10001, Tel: 212-736-4500, kgorycki@nmllplaw.com.

2. I am a member in good standing of the bars of the State of New York, New York State Appellate Division-First Department, the Eastern District of New York, the Northern District of New York, the Southern District of New York, the District of Colorado and the U. S. Court of Appeals, 3rd and 4th Circuits.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

6.  My firm represents Plaintiff Francesca Gino in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the penalties of perjury this 2nd day of November, 2023.

>  */s/ Kara Gorycki*
>  Kara Gorycki, Esq.