UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD CORPORATION, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>　　　　　　　　Defendants. | Case No.  1:23-cv-11775-MJJ |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, Robert A. Bertsche, a member of the bar of this Court and counsel of record for proposed intervenors the Reporters Committee for Freedom of the Press ("Reporters Committee") and The New Yorker (collectively, "Media Intervenors"), respectfully move that attorney Katie Townsend of the Reporters Committee for Freedom of the Press, 1156 15th Street NW, Suite 1020, Washington, DC 20005, be permitted to appear *pro hac vice* to represent Media Intervenors in this matter.

　　　　1.　　Ms. Townsend is the Deputy Executive & Legal Director of the Reporters Committee.  She is a member in good standing of the bars of California, the District of Columbia, and New York, and she is admitted to practice before a number of federal district and appellate courts.  Attachment A to her Certification filed herewith reflects all of Ms. Townsend's bar admissions.  Ms. Townsend has not previously had a *pro hac vice* admission to this Court

1

revoked for misconduct, and there are no disciplinary proceedings pending against Ms. Townsend in any jurisdiction.

2. Ms. Townsend is familiar with the rules of this Court.

3. In support of this motion, the undersigned relies on the Certifications of Ms. Townsend filed herewith.

**WHEREFORE**, the undersigned respectfully moves that this Court admit Ms. Townsend *pro hac vice* for the purpose of representing proposed intervenors the Reporters Committee and The New Yorker in this matter, as co-counsel with the undersigned.

Respectfully submitted,

Date: November 3, 2023

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
KLARIS LAW PLLC
6 Liberty Square #2752
Boston, MA 02109
Telephone: 857-303-6938
rob.bertsche@klarislaw.com

*Counsel of Record for Reporters Committee for Freedom of the Press and The New Yorker*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          */s/ Robert A. Bertsche*_____
                                          Robert A. Bertsche

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCO GINO<br><br>                        Plaintiff,<br><br>        v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE (HARVARD CORPORATION),<br>SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON,<br>JOSEPHN SIMMONS, JOHN DOES 1-10, AND JANE.<br>DOES 1-10,<br><br>                        Defendants. | Case No. 1:23-cv-11775-MJJ |

**CERTIFICATION OF KATIE TOWNSEND**

Katie Townsend certifies as follows:

1. I make this certification in support of the accompanying motion for pro hac vice admission and have personal knowledge of the facts stated herein.

2. I am the Deputy Executive Director & Legal Director of the Reporters Committee for Freedom of the Press, 1156 15th Street NW, Suite 1020, Washington, DC 20005.

3. I am a member in good standing of the bars of California Bar, the District of Columbia, and New York. I am also admitted to practice before a number of federal district and appellate courts, as reflected in Attachment A hereto.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. No disciplinary proceedings are pending against me in any jurisdiction.

6. I am familiar with the rules of this Court.

4

I certify under penalty of perjury that the foregoing is true and correct, this 3rd day of November.

                                                            /*s/ Katie Townsend*
                                                            Katie Townsend
                                                            ktownsend@rcfp.org
                                                            REPORTERS COMMITTEE FOR
                                                              FREEDOM OF THE PRESS
                                                            1156 15th St. NW, Suite 1020
                                                            Washington, DC 20005
                                                            Phone: 202.795.9300
                                                           Facsimile: 202.795.9310