UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD CORPORATION, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    Defendants. | Case No.  1:23-cv-11775-MJJ |

**CORPORATE DISCLOSURE STATEMENT
OF THE NEW YORKER**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, proposed intervenor The New Yorker, by and through its undersigned counsel, states that it is a national magazine published by Condé Nast, which is a division of Advance Magazine Publishers Inc., the shares of which are not publicly traded. There is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Date:  November 3, 2023      */s/ Robert A. Bertsche*
               Robert A. Bertsche (BBO #554333)
               KLARIS LAW PLLC
               6 Liberty Square #2752
               Boston, MA 02109
               Telephone: 857-303-6938
               rob.bertsche@klarislaw.com

               *Counsel of Record for Reporters Committee
               for Freedom of the Press*

Katie Townsend*
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone:  202-795-9300
Facsimile:  202-795-9310
ktownsend@rcfp.org
gclary@rcfp.org

*Pro hac vice application pending*

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Robert A. Bertsche
Robert A. Bertsche