UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10 AND JANE DOES 1-10, <br><br> Defendants | C.A. No. 23-cv-11775-MJJ |

## AFFIDAVIT OF JEFFREY J. PYLE IN SUPPORT OF MOTION TO DISMISS OF URI SIMONSOHN, LEIF NELSON, AND JOSEPH SIMMONS

I, Jeffrey J. Pyle, hereby depose and state as follows.

1. I am counsel to defendants Uri Simonsohn, Leif Nelson, and Joseph Simmons in the above-captioned matter. I make this affidavit on personal knowledge in support of these defendants' Motion to Dismiss.

2. Attached hereto as Exhibit A is a copy of a December 3, 2021 memorandum by Simonsohn, Nelson, and Simmons titled "Evidence of Fraud in Academic Articles Authored by Francesca Gino." The Amended Complaint refers to this document as the "December Report." (Am. Compl., ¶ 100).

3. Attached hereto as Exhibit B is a copy of an article by Stephanie M. Lee in the *Chronicle of Higher Education* dated June 16, 2023, headlined "A Weird Research-Misconduct Scandal About Dishonesty Just Got Weirder." The article is discussed in the Amended Complaint at ¶¶ 224-225.

4. Attached hereto as Exhibit C is a copy of a blog post on the website Data Colada dated June 17, 2023, titled, "Data Falsificada (Part 1): 'Clusterfake,'" which is referred to in the Amended Complaint as "Blog Post 1." (Am. Compl. ¶¶ 233-246). Exhibit C is a rendering of the blog post with expanded text boxes beginning at page 10, such that the Exhibit C contains the entirety of the post, unlike the version attached to the Amended Complaint as Exhibit 6. (Doc. No. 6-6 at 10-11). There are two hyperlinks in the blog post to the spreadsheet for the study it discusses. The first is on page 4, after the words "Open Science Framework." That link takes the reader to the Open Science Framework website, where the spreadsheet is posted. Additionally, page 13 of the blog post includes a hyperlink to an appendix of materials. The landing page for that appendix is included at the end of Exhibit C. A reader can click on the link reading "Tax Study STUDY 1 2010-07-13.xls" in the appendix and download the spreadsheet used for the study discussed in the blog post.

5. Attached hereto as Exhibit D is a copy of a Data Colada blog post dated June 20, 2023, titled, "Data Falsificada (Part 2): 'My Class Year Is Harvard,'" is referred to in the Amended Complaint as "Blog Post 2." (Am. Compl. ¶¶ 247-252). The post contains two hyperlinks to the spreadsheet for the study it discusses. The first is on page 3, after the words, "We retrieved the data from the OSF." (Ex. D, p. 3). That link takes the reader to the Open Science Framework website, where the spreadsheet is posted. Additionally, page 6 includes a hyperlink to an appendix of materials. The landing page for that appendix is included at the end of Exhibit D. A reader can click on the link, "Gino Kouchaki & Galinsky Study 4 Data.csv" and download the spreadsheet used for the study discussed in the blog post.

6. Attached hereto as Exhibit E is a copy of a Data Colada blog post dated June 23, 2023, titled, "Data Falsificada (Part 3): 'The Cheaters Are Out of Order,'" referred to in the

Amended Complaint as "Blog Post 3." (Am. Compl. ¶¶ 253-259). Page 8 of the post includes a hyperlink to an appendix of materials. The landing page for that appendix is included at the end of Exhibit E. A reader can click on the link, "data DAC Study_4 PS.sav.csv" and download the spreadsheet used for the study discussed in the blog post.

7. Attached hereto as Exhibit F is a copy of a Data Colada blog post dated June 30, 2023, titled, "Data Falsificada (Part 4): 'Forgetting The Words,'" referred to in the Amended Complaint as "Blog Post 4." (Am. Compl. ¶¶ 260-269). The post contains two hyperlinks to the spreadsheet for the study it discusses. The first is on page 3, after the words, "Let's first orient ourselves to the dataset, which was posted on the OSF in 2020." (Ex. F, p. 3). That link takes the reader to the Open Science Framework website, where the spreadsheet is posted. Additionally, page 9 includes a hyperlink to a webpage called "researchbox" assembling material for the four blog posts referenced in the Amended Complaint. The landing page for that appendix is included at the end of Exhibit F. A reader can click on the link, "Data for blogpost" within the row, "Colada[112] I Forget the Words" and download the spreadsheet for the study discussed in the blog post at Exhibit F.

8. Attached hereto as Exhibit G is a copy of an article by plaintiff Francesca Gino published on or about September 29, 2023 on her website, francesca-v-harvard.org, titled, "Refutation of Data Colada Claims about the 2012 PNAS Paper."

9. Attached hereto as Exhibit H is a copy of an article by Matthew Lilly dated October 4, 2023, titled "Ginormous Coincidences? Analyzing Francesca Gino's attempted rebuttals of allegations against her research," published on substack.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 8, 2023.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

**CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

4641260