UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                             Plaintiff,<br>   v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                             Defendants. | No. 1:23-cv-11775-MJJ |

## NOTICE OF APPEARANCE

Please enter the appearance of Jessie J. Rossman as counsel for proposed *amici curiae* American Civil Liberties Union and American Civil Liberties Union of Massachusetts, Inc. in the above-captioned matter.

Dated: November 22, 2023                            Respectfully submitted,

                                                                   By:  /s/ *Jessie J. Rossman*
                                                                        Jessie J. Rossman (BBO # 670685)
                                                                        AMERICAN CIVIL LIBERTIES UNION
                                                                         FOUNDATION OF MASSACHUSETTS, INC.
                                                                        One Center Plaza, Suite 850
                                                                         Boston, MA 02108
                                                                         (617) 482-3170
                                                                         jrossman@aclum.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

/s/ *Jessie J. Rossman* _____
Jessie J. Rossman