UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                        Plaintiff,<br>   v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                       Defendants. | No. 1:23-cv-11775-MJJ |

## NOTICE OF APPEARANCE

Please enter the appearance of Ruth A. Bourquin as counsel for proposed *amici curiae* American Civil Liberties Union and American Civil Liberties Union of Massachusetts, Inc. in the above-captioned matter.

Dated: November 22, 2023                       Respectfully submitted,

                                                                           By: */s/ Ruth A. Bourquin*
                                                                            Ruth A. Bourquin (BBO # 552985)
                                                                            AMERICAN CIVIL LIBERTIES UNION
                                                                              FOUNDATION OF MASSACHUSETTS, INC.
                                                                            One Center Plaza, Suite 850
                                                                            Boston, MA 02108
                                                                            (617) 482-3170
                                                                            rbourquin@aclum.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

                                                    /s/ *Ruth A. Bourquin*
                                                    Ruth A. Bourquin