UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                    Plaintiff,<br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                    Defendants. | No. 1:23-cv-11775-MJJ |

**MOTION FOR ADMISSION PRO HAC VICE OF VERA EIDELMAN**

Pursuant to Local Rule 83.5.3, Jessie J. Rossman, an attorney admitted to practice before this Court, hereby moves for the admission of Vera Eidelman of the American Civil Liberties Union to appear and practice before this Court in the above-captioned matter. This motion is unopposed.

The applicant meets the requirements of the Local Rule as demonstrated in his declaration attached hereto. Undersigned local counsel is also counsel of record for proposed *amici curiae* American Civil Liberties Union and American Civil Liberties Union of Massachusetts, Inc. in this case.

Dated: November 22, 2023

                                                      Respectfully submitted,

                                                      By: /s/ *Jessie J. Rossman*
                                                          Jessie J. Rossman (BBO # 670685)
                                                          AMERICAN CIVIL LIBERTIES UNION
                                                           FOUNDATION OF MASSACHUSETTS, INC.
                                                          One Center Plaza, Suite 850
                                                          Boston, MA 02108
                                                          (617) 482-3170
                                                          jrossman@aclum.org

## LOCAL RULE 7.1 CERTIFICATION

Amici have provided notice to all parties of their intent to file for admission *pro hac vice*. This motion is unopposed. Plaintiff and Harvard Defendants take no position. Data Colada Defendants consent to the filing of the motion.

/s/ Jessie J. Rossman
Jessie J. Rossman

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

/s/ Jessie J. Rossman
Jessie J. Rossman