UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                Plaintiff,<br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                Defendants. | No. 1:23-cv-11775-MJJ |

**DECLARATION OF VERA EIDELMAN
FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the U.S. District Court for the District of Massachusetts, I, Vera Eidelman, submit this certificate in support of my application, on motion of Jessie J. Rossman, for leave to appear and practice in this Court in the above-captioned case.

1.    I am a member of the bar in good standing in every jurisdiction where I am admitted to practice. I was admitted to the New York Bar in 2019 and am a member in good standing. I am also a member in good standing of the United States District Court for the Northern District of California, United States District Court for the Southern District of New York, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States.

2.    There are no disciplinary proceedings pending against me in any jurisdiction.

3. I have not had any previous admission for a limited purpose or admission *pro hac vice* to this Court revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

5. Jessie J. Rossman at the American Civil Liberties Union Foundation of Massachusetts, a member of good standing of the bar of this Court, is also counsel of record in this case.

I certify under the penalties of perjury that the foregoing is true.

Dated: New York, New York  /s/ *Vera Eidelman*
November 22, 2023  Vera Eidelman