UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>       Plaintiff,<br><br> v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>       Defendants. | No. 1:23-cv-11775-MJJ |

## DECLARATION OF TYLER TAKEMOTO
## FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) of the U.S. District Court for the District of Massachusetts, I, Tyler Takemoto, submit this certificate in support of my application, on motion of Jessie J. Rossman, for leave to appear and practice in this Court in the above-captioned case.

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice. I was admitted to the District of Columbia Bar in 2022 and am a member in good standing.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I have not had any previous admission for a limited purpose or admission *pro hac vice* to this Court revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

5. Jessie J. Rossman at the American Civil Liberties Union Foundation of Massachusetts, a member of good standing of the bar of this Court, is also counsel of record in this case.

I certify under the penalties of perjury that the foregoing is true.

| | |
|---|---|
| Dated: New York, New York<br>November 22, 2023 | /s/ *Tyler Takemoto*<br>Tyler Takemoto |