UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                Plaintiff,<br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                Defendants. | No. 1:23-cv-11775-MJJ |

## NOTICE OF APPEARANCE

Please enter the appearance of Rachel E. Davidson as counsel for proposed *amici curiae* American Civil Liberties Union and American Civil Liberties Union of Massachusetts, Inc. in the above-captioned matter.

Dated: November 22, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ *Rachel E. Davidson*
　　　　　　　　　　　　　　　　　　　　　　　　Rachel E. Davidson (BBO # 707084)
　　　　　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　　　　　　FOUNDATION OF MASSACHUSETTS, INC.
　　　　　　　　　　　　　　　　　　　　　　　　One Center Plaza, Suite 850
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　　(617) 482-3170
　　　　　　　　　　　　　　　　　　　　　　　　rdavidson@aclum.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

                                            /s/ *Rachel E. Davidson*
                                            Rachel E. Davidson