UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                    Plaintiff,<br>   v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                    Defendants. | No. 1:23-cv-11775-MJJ |

**NOTICE OF APPEARANCE**

Please enter the appearance of Kirsten V. Mayer as counsel for proposed *amici curiae* American Civil Liberties Union and American Civil Liberties Union of Massachusetts, Inc. in the above-captioned matter.

Dated: December 21, 2023                      Respectfully submitted,

                                                              By: /s/ *Kirsten V. Mayer*
                                                                   Kirsten V. Mayer (BBO # 641567)
                                                                   AMERICAN CIVIL LIBERTIES UNION
                                                                    FOUNDATION OF MASSACHUSETTS, INC.
                                                                 One Center Plaza, Suite 850
                                                                  Boston, MA 02108
                                                                  (617) 482-3170
                                                                  kmayer@aclum.org

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

                                                 /s/ *Kirsten V. Mayer*
                                                 Kirsten V. Mayer