

| | | |
|---|---|---|
| Ira S. Nesenoff<br>Andrew T. Miltenberg<br>_____<br>Stuart Bernstein<br>Tara J. Davis<br>Gabrielle M. Vinci<br>Christine Brown | Barbara H. Trapasso<br>Adrienne D. Levy<br>Regina M. Federico<br>Ben Goldstein<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton | Kara L. Gorycki<br>Susan E. Stark<br>Julie Sacks<br>*Senior Litigation Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* |

**ATTORNEYS AT LAW**
_____
**nmllplaw.com**

January 10, 2024

**VIA ELECTRONIC MAIL**
Honorable Myong J. Joun
c/o Steve York, Samantha Dore
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
steve_york@mad.uscourts.gov
samantha_dore@mad.uscourts.gov

> Re:   *Gino v. President and Fellows of Harvard College, et al.*, **1:23-cv-11775-MJJ**

Dear Judge Joun,

Our office represents Professor Francesca Gino ("Professor Gino"), the Plaintiff in the above-captioned matter. On behalf of Professor Gino, we write to respectfully request that your Honor take judicial notice of facts which have been widely reported by the press concerning the President and Fellows of Harvard College ("Harvard" or "Fellows") with respect to its handling of allegations of research misconduct by its former president, Claudine Gay, as they bear directly on Professor Gino's claims against Harvard.[1]

Widely reported facts indicate that, upon learning of the allegations against Dr. Gay and through the completion of its investigation, Harvard afforded Dr. Gay a presumption of innocence. For example, multiple sources have reported that, after Harvard became aware of the allegations against Dr. Gay on October 24, 2023 through a press inquiry from the *New York Post*, on October 27, 2023, *before* Harvard conducted an investigation, Harvard's outside counsel, Clare Locke, wrote the *New York Post* that the allegations were "demonstrably false" and threatened to sue the paper.[2]

---

[1] *See Lopes v. Riendeau*, 177 F. Supp. 3d 634, 666 (D. Mass. 2016) ("A court may take judicial notice of "adjudicative facts.") (discussing Fed. R. Evid. 201(b)).

[2] *See, e.g.,* Isabel Vincent, *Harvard Board Facing Probe Over Claudine Gay Cover-Up And Censorship Demands*, NEW YORK POST, Jan. 9, 2024, https://nypost.com/2024/01/09/news/harvard-facing-probe-over-claudine-gay-cover-up-censorship/; Harriet Alexander, *REVEALED: Harvard cleared Claudine Gay of plagiarism WITHOUT proper investigation - as furious colleagues blast Ivy League school's 'irregular' and 'opaque' probe into under-siege president*, DAILY MAIL.COM, Dec. 2, 2023, https://www.dailymail.co.uk/news/article-12895337/harvard-

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400



Honorable Judge Myong J. Joun
January 10, 2024
Page 2 of 3

Widely reported facts indicate that Harvard took due care for Dr. Gay's professional reputation. For example, multiple sources have reported that, after allegations of research misconduct against Dr. Gay were made public in a newsletter published on December 10, 2023 and in an article in the *Washington Free Beacon* on December 11, 2023, Harvard issued a public statement on December 12, 2023 in which it indicated that Dr. Gay's conduct did not amount to a violation of Harvard's standards and that Harvard stood in unanimous support of Dr. Gay.[3] It has also been widely reported that, as public scrutiny of the allegations continued to mount, Harvard permitted Dr. Gay to graciously step down as president and to remain employed as a member of the faculty.[4]

These reported facts are in stark contrast to Professor Gino's treatment by Harvard, as alleged in her Amended Complaint.

Thank you for your consideration in this matter. If we can provide you with any additional information, please feel free to contact me.

[SIGNATURE PAGE FOLLOWS]

---

president-claudine-gay-plagiarism-lawyers-tom-clare.html; Cam E. Kettles and Tilly R. Robinson, *A Law Firm Said Plagiarism Allegations Against Harvard President Gay Were 'Demonstrably False.' Then She Submitted Corrections*, THE HARVARD CRIMSON, Dec. 25, 2023, updated Dec. 29, 2023, at 9:49 p.m., https://www.thecrimson.com/article/2023/12/25/harvard-threaten-sue-post/.

[3] *See, e.g.,* Jennifer Schuessler, *Harvard Finds More Instances of 'Duplicative Language' in President's Work*, NEW YORK TIMES, Dec. 20, 2023, https://www.nytimes.com/2023/12/20/us/harvard-claudine-gay-plagiarism.html; Anna Betts, *6 Months and a Swirl of Controversy: A Timeline of Claudine Gay's Tenure as Harvard President*, NEW YORK TIMES, Dec. 21, 2023, https://www.nytimes.com/2023/12/21/us/harvard-president-claudine-gay-timeline.html?searchResultPosition=24; Chas Danner, *Will Plagiarism Allegations Be Harvard President Claudine Gay's Downfall?*, NEW YORK MAGAZINE, Dec. 22, 2023, https://nymag.com/intelligencer/article/will-harvard-president-claudine-gay-survive-plagiarism-allegations.html.

[4] *See, e.g.,* Susan Svrulga, *Harvard President Resigns Amid Plagiarism Allegations, Testimony Backlash*, WASHINGTON POST, Jan. 2, 2024, https://www.washingtonpost.com/education/2024/01/02/claudine-gay-resigns-harvard/; Josh Moody, *Harvard President Resigns Amid Controversy*, INSIDE HIGHER ED, Jan. 2, 2024, https://www.insidehighered.com/news/governance/executive-leadership/2024/01/02/harvard-president-resigns-amid-controversy; *Read Claudine Gay's Resignation Letter*, NEW YORK TIMES, Jan. 2, 2024, https://www.nytimes.com/2024/01/02/us/claudine-gay-resignation-letter-harvard.html?searchResultPosition=9.

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400



Honorable Judge Myong J. Joun<br>
January 10, 2024<br>
Page 3 of 3

        **Very truly yours,**

        **NESENOFF & MILTENBERG, LLP**


        **By:  /s/ Andrew T. Miltenberg**
        **Andrew T. Miltenberg, Esq.**
        **amiltenberg@nmllplaw.com**
        **Tara J. Davis, Esq.**
        **Tdavis@nmllplaw.com**
        **Julie A. Sacks, Esq.**
        **jsacks@nmllplaw.com**
        **Kara L Gorycki**
        **kgorycki@nmllplaw.com**

cc:
| | |
|---|---|
| Douglas E. Brayley | douglas.brayley@ropesgray.com |
| Jenny K. Cooper | jenny.cooper@ropesgray.com |
| Jeffrey Jackson Pyle | jpyle@princelobel.com, gdorlando@princelobel.com |
| Jessie J. Rossman | jrossman@aclum.org, jernest@aclum.org, waltshuler@aclum.org |
| KatieLynn B. Townsend | ktownsend@rcfp.org |
| Kirsten V. Mayer | kmayer@aclum.org, CourtAlert@RopesGray.com |
| Rachel Elizabeth Davidson | rdavidson@aclum.org |
| Robert A. Bertsche | rob.bertsche@klarislaw.com |
| Ruth A. Bourquin | rbourquin@aclum.org |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**FRANCESCA GINO,**

    *Plaintiff,*

v.

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,**

    *Defendants.*

---

Civil Action No. 1:23-cv-11775-MJJ

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| **STATE OF NEW YORK** | ) |
| | ) ss.: |
| **COUNTY OF NEW YORK** | ) |

**Barbara Rosenberg**, being duly sworn, deposes and says I am not a party to this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, New York, New York 10001.

On the 10th day of January, 2024, deponent served a true copy of the Letter to Honorable Judge Myong J. Joun via email and the New York State Courts E-filing system ("NYSCEF") to:

Steve_York@mad.uscourts.gov;
Samantha_Dore@mad.uscourts.gov;
douglas.brayley@ropesgray.com;
jenny.cooper@ropesgray.com;
jpyle@princelobel.com;
gdorlando@princelobel.com;
jrossman@aclum.org;
jernest@aclum.org;
waltshuler@aclum.org;
ktownsend@rcfp.org;
kmayer@aclum.org;
CourtAlert@RopesGray.com;
rdavidson@aclum.org;
rob.bertsche@klarislaw.com;
rbourquin@aclum.org;

_____
Barbara Rosenberg

Sworn to before me this
11th day of January, 2024

_____
Notary Public

GOLDSTEIN BENJAMIN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GO6420842
Qualified in QUEENS County
Commission Expires AUGUST 16, 2025