UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                Plaintiff,<br><br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                Defendants. | No. 1:23-cv-11775-MJJ |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance as counsel for proposed *amici curiae* American Civil Liberties Union and American Civil Liberties Union of Massachusetts, Inc. *Amici* are still represented by other counsel in this matter.

Dated: January 17, 2024
                                      Respectfully submitted,

                                      By: /s/ *Kirsten V. Mayer*
                                            Kirsten V. Mayer (BBO # 641567)
                                            AMERICAN CIVIL LIBERTIES UNION
                                              FOUNDATION OF MASSACHUSETTS, INC.
                                            One Center Plaza, Suite 850
                                            Boston, MA 02108
                                            (617) 482-3170
                                            kmayer@aclum.org

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on January 17, 2024, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| January 17, 2024 | <u>/s/ *Kirsten V. Mayer*   </u><br>Kirsten V. Mayer |