UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF )<br>HARVARD COLLEGE, SRIKANT DATAR, )<br>URI SIMONSOHN, LEIF NELSON, JOSEPH )<br>SIMMONS, JOHN DOES 1-10, AND JANE )<br>DOES 1-10, )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. 1:23-cv-11775-MJJ |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Elena W. Davis of Ropes & Gray LLP, as counsel for Defendants President and Fellows of Harvard College and Srikant Datar in the above-captioned action.

Dated: March 8, 2024

Respectfully submitted,

*/s/ Elena W. Davis*
Elena W. Davis (BBO# 695956)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Elena.Davis@ropesgray.com

*Counsel for Defendants President and Fellows of Harvard College and Srikant Datar*

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 8, 2024

                                        */s/ Elena W. Davis*
                                        Elena W. Davis