UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FRANCESCA GINO,** | : | |
| | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | Civil Action No: 1:23-cv-11775-MJJ |
| | : | |
| **PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,** | : | |
| | : | |
| *Defendants.* | : | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Regina M. Federico of Nesenoff & Miltenberg, 101 Federal Street, 19th Floor, Boston, Massachusetts 02110, as counsel of record for the plaintiff Francesca Gino, in the above-captioned action.

**Dated:  Boston, Massachusetts
           March 8, 2024**

                                                        **Respectfully submitted,**

                                                        */s/ Regina M. Federico*
                                                        **Regina M. Federico (BBO No. 700099)
NESENOFF & MILTENBERG, LLP
101 Federal Street, 19th Floor
Boston, MA 02110
(617) 209-2127
rfederico@nmllplaw.com**

                                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Regina M. Federico, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon anyone indicated as a non-registered participant.

      */s/ Regina M. Federico*
      Regina M. Federico