UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br> v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR<br>AND JANE DOES 1-10,<br><br>    Defendants. | Case No. 1:23-cv-11775-MJJ |

## JOINT STATEMENT PURSUANT TO RULE 26(f) AND L.R. 16.1

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules" or "L.R.") the September 21, 2024 Notice of Scheduling Conference, ECF No. 76 (the "Notice of Scheduling Conference"), and the Orders dated September 19, 2024 and October 21, 2024, ECF Nos. 78 and 80, respectively, counsel for Plaintiff Francesca Gino ("Plaintiff") and Defendants President and Fellows of Harvard College and Srikant Datar (together, "Defendants") (each a "Party" and collectively, the "Parties") respectfully submit the following Joint Statement in advance of the Scheduling Conference set for November 20, 2024. The Parties conferred pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.1 on October 30, 2024.

**I.      Agenda Omitted**

Pursuant to the Notice of Scheduling Conference, the Parties have omitted the agenda otherwise required by L.R. 16.1(B)(1).

**II.     Electronically Stored Information**

The Parties agree that discovery in this case will include electronically stored information ("ESI"), and they agree to work cooperatively to reach mutually acceptable protocols and standards for the production of ESI in this case.

**III.    Changes to Rule 26(a) Disclosures**

The Parties agree to exchange initial disclosures by December 4, 2024.

**IV.     Proposed Pretrial Schedule and Discovery Plan**

Counsel for the Parties have conferred and reached agreement on the following case schedule, except as otherwise noted.  The Parties agree that phasing of discovery is not necessary.

| Event | Deadline |
|---|---|
| **Fact Discovery** | |
| Initial disclosures | December 4, 2024 |
| Amendments to the pleadings | Except for good cause shown, no motions seeking to leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after January 31, 2025 |
| All requests for production of documents and interrogatories shall be served no later than | [Plaintiff's Proposal]:  April 18, 2025<br>[Defendants' Proposal]:  February 14, 2025 |
| All requests for admission shall be served no later than | [Plaintiff's Proposal]:  May 30, 2025<br>[Defendants' Proposal]:  April 18, 2025 |
| Last day for fact witness depositions | July 18, 2025 |
| Completion of fact discovery | July 18, 2025 |
| **Expert Discovery** | |

| | |
|---|---|
| Designation of experts and information contemplated by Rule 26(a)(2) by party bearing burden | July 23, 2025 |
| Designation of rebuttal experts and information contemplated by Rule 26(a)(2) | August 15, 2025 |
| Completion of expert depositions and discovery | September 5, 2025 |
| **Dispositive Motions** | |
| Motions for summary judgment | October 3, 2025 |
| Oppositions to dispositive motions | October 31, 2025 |
| Reply memoranda | November 21, 2025 |
| **Trial** | |
| Trial | The Parties will be ready for trial by Monday, February 23, 2026, subject to the Court's availability or within 120 days of a decision by the Court to deny summary judgment, if any, which ever date is later. |

**V.     Additional Discovery to Proceed Pursuant to Default Rules**

The Parties agree to abide by the default rules with regard to depositions, interrogatories, requests for production and requests for admission, as set forth in Rules 30, 33, 34, and 36 of the Federal Rules of Civil Procedure, respectively.

**VI.    Trial-Preparation Materials and Privileged Information**

The Parties anticipate that discovery may include sensitive and confidential materials for which it may be necessary to seek permission to file under seal pursuant to Local Rule 7.2.  The Parties agree to work cooperatively to reach a mutual agreement on any proposed protective order to protect certain confidential information.  The parties plan to jointly file a proposed order for the Court's consideration.

**VII.    Modification of Scheduling Order**

Each Party reserves the right to seek modification of the schedule at any time in accordance with L.R. 16.1(g).

**VIII.   Reassignment to a Magistrate Judge**

The parties do not consent to reassignment of this case to a magistrate judge.

**IX.    Settlement Offer**

Plaintiff submitted a settlement demand to Defendants on October 29, 2024.  Defendants provided a written response to Plaintiff on November 13.

**X.     Certifications Signed by the Parties and Counsel**

a. <u>Plaintiff's Certification</u>: Exhibit A constitutes a certification by Plaintiff Francesca Gino and her counsel that they have conferred: (a) with a view to establishing a budget for the cost of conducting the full-course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in L.R. 16.4.

b. <u>Defendants' Certification</u>:  Exhibit B constitutes a certification by Defendants President and Fellows of Harvard College and Srikant Datar and their counsel that they have conferred: (a) with a view to establishing a budget for the cost of conducting the full-course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, including those outlined in L.R. 16.4.

**XI.    Alternative Dispute Resolution**

The Parties do not consent to alternative dispute resolution at this time.

Dated: November 13, 2024                                      Respectfully submitted,

*/s/* *Julie A. Sacks, Esq.*                                  */s/* *Douglas E. Brayley*
Andrew T. Miltenberg, Esq.                                    Douglas E. Brayley (BBO# 674478)
(*pro hac vice*)                                              Jenny K. Cooper (BBO# 646860)
Kara L. Gorycki, Esq.                                         Elena W. Davis (BBO# 695956)
(*pro hac vice*)                                              Ropes & Gray LLP
363 Seventh Avenue, Fifth Floor                               800 Boylston Street
New York, New York 10001                                      Boston, MA 02199-3600
(212) 736-4500                                                Tel: (617) 951-7000
amiltenberg@nmllplaw.com                                      Douglas.Brayley@ropesgray.com
kgorycki@nmllplaw.com                                         Jenny.Cooper@ropesgray.com
                                                              Elena.Davis@ropesgray.com
Tara J. Davis, Esq. (BBO No. 675346)
Julie A. Sacks, Esq. (BBO No. 674384)                         *Counsel for Defendants President and*
Regina M. Federico, Esq. (BBO No. 700099)                     *Fellows of Harvard College and Srikant*
101 Federal Street, 19th Floor                                *Datar*
Boston, Massachusetts 02110
(617) 209-2188
tdavis@nmllplaw.com
jsacks@nmllplaw.com
rfederico@nmllplaw.com

*Counsel for Plaintiff Francesca Gino*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2024, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 13, 2024

          */s/ Douglas E. Brayley*
          Douglas E. Brayley

**Exhibit A**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FRANCESCA GINO,   Plaintiff,  v.  PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR AND JANE DOES 1-10,   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:23-cv-11775-MJJ |

**EXHIBIT A TO JOINT STATEMENT PURSUANT TO RULE 26(f) AND L.R. 16.1**

**PLAINTIFF FRANCESCA GINO'S CERTIFICATION UNDER LR 16.1(d)(3)**

Under L.R. 16.1(d)(3), this is to certify that Plaintiff Francesca Gino has conferred with her counsel:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: November 13, 2024

Signed by:
/s/ *Francesca Gino*
—55F0AEA915CC4DF…
*Plaintiff Francesca Gino*

/s/ *Julie A. Sacks, Esq.*
Julie A. Sacks, Esq.

**Exhibit B**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PRESIDENT AND FELLOWS OF ) <br> HARVARD COLLEGE, SRIKANT DATAR ) <br> AND JANE DOES 1-10, ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-11775-MJJ |

**EXHIBIT B TO JOINT STATEMENT PURSUANT TO RULE 26(f) AND L.R. 16.1**

**DEFENDANTS PRESIDENT AND FELLOWS OF HARVARD COLLEGE AND SRIKANT DATAR'S CERTIFICATION UNDER LR 16.1(d)(3)**

Under L.R. 16.1(d)(3), this is to certify that Defendants President and Fellows of Harvard College and Srikant Datar's counsel have conferred with their counsel:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

9

| | |
|---|---|
| Dated: November 13, 2024 | Respectfully submitted, |
| /s/ *S.M. Datar* | /s/ *Douglas E. Brayley* |
| *Defendant President and Fellows of Harvard College* | Douglas E. Brayley (BBO# 674478)<br>Jenny K. Cooper (BBO# 646860)<br>Elena W. Davis (BBO# 695956)<br>Ropes & Gray LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Tel: (617) 951-7000<br>Douglas.Brayley@ropesgray.com<br>Jenny.Cooper@ropesgray.com<br>Elena.Davis@ropesgray.com |
| /s/ *S.M. Datar*<br>*Defendant Srikant Datar* | *Counsel for Defendants President and Fellows of Harvard College and Srikant Datar* |