UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                     Plaintiff,<br><br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                     Defendants. | No. 1:23-cv-11775-MJJ |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Ruth A. Bourquin as counsel for *amici curiae* American Civil Liberties Union and American Civil Liberties Union of Massachusetts, Inc. in above-captioned matter. ACLU and ACLUM are still represented by other counsel in this matter.

Dated: November 14, 2024                      Respectfully submitted,

                                                                         By: /s/ Ruth A. Bourquin
                                                                            Ruth A. Bourquin (BBO # 552985)
                                                                             AMERICAN CIVIL LIBERTIES UNION
                                                                              FOUNDATION OF MASSACHUSETTS, INC.
                                                                            One Center Plaza, Suite 850
                                                                            Boston, MA 02108
                                                                            (617) 482-3170
                                                                            rbourquin@aclum.org

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

Date: November 14, 2024                    /s/ *Ruth A. Bourquin*
                                           Attorney

2