UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANCESCA GINO,**<br><br>  *Plaintiff,*<br><br>  v.<br><br>**PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,**<br><br>  *Defendants.* | Civil Action No. 1:23-cv-11775-MJJ |

## NOTICE OF WITHDRAWAL

  **I,** Julie A. Sacks, Esq., hereby withdraw my appearance on behalf of Plaintiff Francesca Gino in the above-captioned matter. Plaintiff remains represented by all other counsel of record at the law firm of Nesenoff & Miltenberg, LLP.

**Dated:** New York, New York
   December 18, 2024

             **Respectfully submitted,**

             */s/Julie A. Sacks*
             **Julie A. Sacks (BBO No. 674384)**
             **NESENOFF & MILTENBERG, LLP**
             **101 Federal Street, 19th Floor**
             **Boston, MA 02110**
             **(617) 209-2188**
             jsacks@nmllplaw.com

             *Counsel for Plaintiff Francesca Gino*

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, this document, filed through the CM/ECF system, will be served electronically upon counsel of record for Defendants, President and Fellows of Harvard College and Srikant Datar, and that a copy will be served on Plaintiff Francesca Gino, through electronic mail.

Dated: December 18, 2024

/s/ *Julie A. Sacks*
Julie A. Sacks