UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>                Plaintiff,<br><br>      v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>                Defendants. | Case No. 1:23-cv-11775-MJJ |

**NOTICE OF WITHDRAWAL**

Attorney KatieLynn B. Townsend hereby withdraws her appearance pro hac vice on behalf of Intervenors the Reporters Committee for Freedom of the Press and The New Yorker (collectively, "Media Intervenors") in the above-captioned matter. Media Intervenors remain represented by the undersigned counsel of record at Klaris Law PLLC.

Respectfully submitted,

Date: January 15, 2025

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
KLARIS LAW PLLC
6 Liberty Square #2752
Boston, MA 02109
Telephone: 857-303-6938
rob.bertsche@klarislaw.com

*Counsel of Record for Reporters Committee*
*for Freedom of the Press and The New Yorker*

1

Katie Townsend
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone:  202-795-9300
Facsimile:  202-795-9310
ktownsend@rcfp.org

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 15, 2025, this document filed through the CM/ECF system will be served electronically to counsel of record for Defendants and Plaintiff as identified on the Notice of Electronic Filing.

*/s/ Robert A. Bertsche*_____
Robert A. Bertsche