UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY, et al.,<br><br>Defendants. | Civil Action No.: 1:23-cv-11775-MJJ |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick J. Hannon as counsel for Plaintiff Francesca Gino in the above-captioned matter.

Dated: January 27, 2025

                                               */s/ Patrick J. Hannon*
Patrick J. Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
(617) 723-8000
phannon@hmrhlaw.com
Attorneys for Plaintiff