UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANCESCA GINO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,**<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775-MJJ |

## NOTICE OF WITHDRAWAL

I, Kara L. Gorycki, Esq., hereby withdraw my appearance on behalf of Plaintiff Francesca Gino in the above-captioned matter. Plaintiff has retained Patrick J. Hannon and Barbara A. Robb of Hartley Michon Robb Hannon as new counsel.

**Dated:** New York, New York
February 13, 2025

> **Respectfully submitted,**
>
> */s/Kara L. Gorycki*
> **Kara L. Gorycki**
> **NESENOFF & MILTENBERG, LLP**
> **363 Seventh Ave, 5th Floor**
> **New York, New York 10001**
> **(212) 736-4500**
> **kgorycki@nmllplaw.com**
>
> *Outgoing Counsel for Plaintiff Francesca Gino*

1.

2.

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, this document, filed through the CM/ECF system, will be served electronically upon counsel of record for Defendants, President and Fellows of Harvard College and Srikant Datar, and that a copy will be served on Plaintiff Francesca Gino, through electronic mail.

Dated: February 13, 2025

/s/ *Kara L. Gorycki*
Kara L. Gorycki