UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANCESCA GINO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,**<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775-MJJ |

## NOTICE OF WITHDRAWAL

I**,** Tara Davis, Esq., hereby withdraw my appearance on behalf of Plaintiff Francesca Gino in the above-captioned matter. Plaintiff has retained Patrick J. Hannon and Barbara A. Robb of Hartley Michon Robb Hannon as new counsel.

**Dated: Boston, Massachusetts**
**February 13, 2025**

                                          **Respectfully submitted,**

                                          */s/Tara Davis*
                                          **Tara Davis (BBO No. 675346))**
                                          **NESENOFF & MILTENBERG, LLP**
                                          **101 Federal Street, 19th Floor**
                                          **Boston, MA 02110**
                                          **(617) 209-2188**
                                          **tdavis@nmllplaw.com**

                                          *Outgoing Counsel for Plaintiff Francesca Gino*

CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2025, this document, filed through the CM/ECF system, will be served electronically upon counsel of record for Defendants, President and Fellows of Harvard College and Srikant Datar, and that a copy will be served on Plaintiff Francesca Gino, through electronic mail.

Dated: February 13, 2025

                                              /s/ *Tara Davis*
                                              Tara Davis