UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANCESCA GINO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,**<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775-MJJ |

## NOTICE OF WITHDRAWAL

I**,** Regina M. Federico, Esq., hereby withdraw my appearance on behalf of Plaintiff Francesca Gino in the above-captioned matter. Plaintiff has retained Patrick J. Hannon and Barbara A. Robb of Hartley Michon Robb Hannon as new counsel.

**Dated: Boston, Massachusetts**
      **February 13, 2025**

                                                            **Respectfully submitted,**

                                                            */s/Regina M. Federico*
                                                            **Regina M. Federico (BBO No. 700099)**
                                                           **NESENOFF & MILTENBERG, LLP**
                                                           **101 Federal Street, 19th Floor**
                                                           **Boston, MA 02110**
                                                           **(617) 209-2188**
                                                           **rfederico@nmllplaw.com**

                                                         *Outgoing Counsel for Plaintiff Francesca Gino*

1.

2.

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2025, this document, filed through the CM/ECF system, will be served electronically upon counsel of record for Defendants, President and Fellows of Harvard College and Srikant Datar, and that a copy will be served on Plaintiff Francesca Gino, through electronic mail.

Dated: February 13, 2025

                                                                                <u>*/s/ Regina M. Federico*</u>
                                                                                Regina M. Federico