UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANCESCA GINO,**<br><br>*Plaintiff,*<br><br>v.<br><br>**PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,**<br><br>*Defendants.* | Civil Action No. 1:23-cv-11775-MJJ |

## NOTICE OF WITHDRAWAL

I, Andrew T. Miltenberg, Esq., hereby withdraw my appearance on behalf of Plaintiff Francesca Gino in the above-captioned matter. Plaintiff has retained Patrick J. Hannon and Barbara A. Robb of Hartley Michon Robb Hannon as new counsel.

**Dated:** New York, New York
February 13, 2025

                                                  **Respectfully submitted,**

                                                  */s/Andrew T. Miltenberg*
                                                  **Andrew T. Miltenberg**
                                                  **NESENOFF & MILTENBERG, LLP**
                                                  **363 Seventh Ave, 5th Floor**
                                                  **New York, New York 10001**
                                                  **(212) 736-4500**
                                                  **amiltenberg@nmllplaw.com**

                                                *Outgoing Counsel for Plaintiff Francesca Gino*

1.

2.

CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2025, this document, filed through the CM/ECF system, will be served electronically upon counsel of record for Defendants, President and Fellows of Harvard College and Srikant Datar, and that a copy will be served on Plaintiff Francesca Gino, through electronic mail.

Dated: February 13, 2025

                                              /s/ *Andrew T. Miltenberg*
                                              Andrew T. Miltenberg

2.