UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRESIDENT AND FELLOWS OF )<br>HARVARD COLLEGE, SRIKANT )<br>DATAR, JOHN DOES 1-10 AND )<br>JANE DOES 1-10, )<br>)<br>Defendants. )<br>) | C.A. No. 23-cv-11775-MJJ |

**AFFIDAVIT OF JEFFREY J. PYLE**

I, Jeffrey J. Pyle, hereby depose and state as follows.

1. I am counsel to Uri Simonsohn, Leif Nelson, and Joseph Simmons (the "Data Colada Defendants"). I make this affidavit on personal knowledge to authenticate documents submitted in connection with the Data Colada Defendants' motion for sanctions against plaintiff Francesca Gino and her former counsel, Nesenoff & Miltenberg LLP.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the December 3, 2021 memorandum submitted by the Data Colada Defendants to Harvard University.

3. Attached hereto as Exhibit 2 is a blog post published by the Data Colada Defendants on the Data Colada website on June 30, 2023, titled "Data Falsificada (Part 4): 'Forgetting the Words.'"

4. Attached hereto as Exhibit 3 is a blog post published by the Data Colada Defendants on the Data Colada website on July 9, 2024, titled, "Harvard's Gino Report Reveals How a Dataset Was Altered."

5. Attached hereto as Exhibit 4 is a page of Francesca Gino's website, "Francesca v. Harvard," titled, "Why a Lawsuit," available at https://www.francesca-v-harvard.org/why-a-lawsuit (last accessed May 8, 2025).

Signed under the pains and penalties of perjury this 9th day of May, 2025,

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

**CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

#5527629v1