UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENTS AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR SANCTIONS**

Plaintiff, Francesca Gino, respectfully requests that her deadline for responding to the pending Motion for Sanction (ECF No. 98) be extended to June 13, 2025. As good cause for this motion, Plaintiff states that additional time is needed due to undersigned counsel's scheduling conflicts. As the Court has already extended the deadline for Plaintiff's former counsel to respond to the motion for sanctions, this extension will not cause any delay or prejudice.

Undersigned counsel has conferred with counsel for the moving parties regarding this request, who has indicated that they likely would not oppose the relief requested herein.

                                                                                 Francesca Gino
                                                                                 By her attorneys,

                                                                                 */s/ Patrick J. Hannon*
                                                                                 Barbara A. Robb (BBO #639976)
                                                                                 Patrick Hannon (BBO #664958)
                                                                                 Hartley Michon Robb Hannon LLP
                                                                                 101 Federal Street, Suite 1810
                                                                                 Boston, MA 02210
                                                                                 brobb@hmrhlaw.com
                                                                                 phannon@hmrhlaw.com
                                                                                 P: (617) 723-8000