**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**Civil Action No. 1:23-cv-11775-MJJ**

FRANCESCA GINO,

      Plaintiff,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE, et al.,

      Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

Jennifer O'Shea, Esq. of the firm Winget, Spadafora & Schwartzberg, LLP, hereby enters her appearance on behalf of Non-Party Respondent Nesenoff & Miltenberg LLP in the above captioned matter.

Respectfully submitted this 9th day June, 2025.

/s/ *Jennifer R. O'Shea*
Jennifer R. O'Shea, Esq.
BBO# 641144
Winget, Spadafora & Schwartzberg, LLP
One Boston Place, Suite 2600
Boston, MA 02108
T: (617) 544-9900
F: (617) 544-9901
Email: Oshea.J@wssllp.com
*Attorney for Non-Party Respondent*
*Nesenoff & Miltenberg LLP*

## **<u>CERTIFICATE OF SERVICE</u>**

I, Andrew H. Jensen, certify that, on this 13th day of June, 2025, I caused a true and correct copy of the foregoing *Entry of Appearance of Counsel* to all parties/counsel who have entered an appearance in this matter via CM/ECF system.

/s/ *Andrew H. Jensen*
Andrew H. Jensen