**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**Civil Action No. 1:23-cv-11775-MJJ**

FRANCESCA GINO,

    Plaintiff,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE, et al.,

    Defendants.

---

**ASSENTED-TO JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO MOTION FOR SANCTIONS**

---

Non-Party Respondent Nesenoff & Miltenberg LLP, ("Non-Party Respondent") and Plaintiff Francesca Gino ("Plaintiff"), by and through their undersigned counsel, hereby move for an order extending the deadline to file a Response to Uri Simonsohn, Leif Nelson, and Joseph Simmons' ("Data Colada Defendants") Motion for Sanctions up to and including June 20, 2025. The current deadline for the response is June 13, 2025. Non-Party Respondent and Plaintiff request this extension of time to allow newly retained counsel for Non-Party Respondent adequate time to review the allegations contained in the Motion for Sanctions and to prepare a well-researched response. Counsel for Nesenoff & Miltenberg filed an appearance on June 9, 2025.

    Counsel for Non-Party Respondent certifies that she has conferred with counsel for the Data Colada Defendants regarding this extension and that the Data Colada Defendants assent to this motion.

Respectfully submitted this 11th day June, 2025.

/s/ *Jennifer R. O'Shea*
Jennifer R. O'Shea, Esq.
BBO# 641144
Winget, Spadafora & Schwartzberg, LLP
One Boston Place, Suite 2600
Boston, MA 02108
T: (617) 544-9900
F: (617) 544-9901
Email: Oshea.J@wssllp.com
*Attorney for Non-Party Respondent Nesenoff & Miltenberg LLP*


*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO #639976)
Patrick Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02210
brobb@hmrhlaw.com
phannon@hmrhlaw.com
T: (617) 723-8000
*Attorneys for Plaintiff*


*/s/ Jeffrey J. Pyle*
Jeffrey Jackson Pyle (BBO #647438)
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
jpyle@princelobel.com
T: (617) 456-8143
F: (617) 456-8100
*Attorney for Uri Simonsohn, Leif Nelson, and Joseph Simmons*

**CERTIFICATE OF SERVICE**

      I, Andrew H. Jensen, certify that, on this 11th day of June, 2025, I caused a true and correct copy of the foregoing *Assented-To Joint Motion for Extension of Time to File Response to Motion for Sanctions* all parties/counsel who have entered an appearance in this matter via CM/ECF system.

                                                */s/ Andrew H. Jensen*
                                                Andrew H. Jensen