UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>PRESIDENTS AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>　　　Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**PLAINTIFF'S MOTION TO SEAL MATERIALS SUBMITTED
IN SUPPORT OF HER OPPOSITION TO MOTION FOR SANCTIONS**

Pursuant to Local Rule 7.2, Plaintiff seeks leave to file under seal the following documents submitted in support of her opposition to the pending motion for sanctions:

- Witness Statement of Gary Pisano (Opposition Exhibit B);
- Email dated June 27, 2022 (Opposition Exhibit C); and
- Witness Statement of Frances Frei (Opposition Exhibit D)

As good cause for this motion, Plaintiff states that these materials were created in connection with a confidential proceeding under Harvard University's Third Statute, and that the public filing of these documents may be contrary to a reasonable expectation of privacy held by certain third-parties referenced therein.

As the relevant portions of these documents is referenced in Plaintiff's Opposition, the sealing of these documents will not be contrary to the public's right to access judicial records.

In the alternative, Plaintiff seeks leave to file redacted copies of these documents, with only the portions thereof relevant to Plaintiff's motion unredacted, and all identifying information of third-party witnesses redacted.

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully request that this Court allow the relief requested above.

Francesca Gino

By her attorneys,

*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO #639976)
Patrick Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02210
brobb@hmrhlaw.com
phannon@hmrhlaw.com
P: (617) 723-8000

Dated:  June 23, 2025