# EXHIBIT B

REDACTED PER MOTION TO SEAL