# EXHIBIT C

REDACTED PER MOTION TO SEAL