# EXHIBIT D

REDACTED PER MOTION TO SEAL