**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, <br><br> Plaintiff, <br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, <br><br> Defendants. | Case No. 1:23-cv-11775-MJJ |

## JOINT MOTION TO ENTER AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 16.1(g), and the Court's November 20, 2024 Scheduling Order (Doc. No. 88, the "Scheduling Order") the Parties respectfully move the Court to enter the proposed Amended Scheduling Order attached hereto as **Exhibit 1**. As set forth more fully below, the parties respectfully submit that good cause exists to amend the Scheduling Order, as (i) both parties seek leave to amend their claims in connection with the tenure revocation process that ended on or about May 20, 2025, and (ii) there remains significant fact discovery to be completed.

There have not been any previous requests for amendment of the Scheduling Order, adjournment, or extension of the deadlines set forth therein. The Parties have engaged in initial discovery, which remains in the early stages. On December 4, 2024, the Parties exchanged their Fed. R. Civ. P. 26(a) initial disclosures. On March 31, Plaintiff served her first set of interrogatories and requests for production on Harvard, to which Harvard responded on April 22, 2025. On April 18, 2025, Harvard and Defendant Srikant Datar ("Dean Datar" and, together with

Harvard, the "Harvard Defendants") served their first set of interrogatories and requests for production on Plaintiff, to which she responded on May 28 and June 4, 2025. Also on April 18, 2025, Plaintiff served a set of requests for production on Dean Datar, to which he responded on May 19, 2025. The Parties have met and conferred twice to discuss their responses and objections to discovery. While these meetings have been productive, there remains a number of issues on which the Parties have yet to reach agreement. As of today, July 16, 2025, neither party has produced any documents. No depositions have been noticed and no experts have been designated.

Good cause exists to amend the Scheduling Order. On July 7, 2025, Harvard filed a Motion for Leave to File Second Amended Answer and Counterclaim (Doc. No. 116, the "Motion for Leave")), seeking leave to amend its Amended Answer (Doc. No. 89). As further discussed in Harvard's memorandum in support of its Motion for Leave (Doc. No. 117), Harvard contends that it did not gain a full understanding of the basis for its counterclaim against Plaintiff until mid-November 2024, and it was unable to make public any information obtained from the tenure revocation proceeding that ended on May 20, 2025 without risking breaching the terms of internal procedures requiring Harvard to treat the proceeding as confidential while it was pending, and compromising the integrity of the proceeding itself. Plaintiff also intends to seek leave to file an amended complaint asserting claims arising out of the tenure revocation proceeding, which she similarly contends she was unable to do prior to the termination of such proceeding. Both parties have consented to the proposed amendment to the Scheduling Order set forth herein, and discovery remains at an early stage.

*   *   *

Accordingly, the Parties respectfully request the Court enter the Proposed Amended Scheduling Order attached hereto as **Exhibit 1**, which revises the following dates from the operative Scheduling Order:

| Event | Current Scheduling Order Deadline | Proposed Deadline |
|---|---|---|
| **Fact Discovery** | | |
| Initial disclosures | December 4, 2024 | No change |
| Amendments to the pleadings | Except for good cause shown, no motions seeking to leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after January 31, 2025 | Except for good cause shown, no motions seeking to leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after July 25, 2025 |
| All requests for production of documents and interrogatories shall be served no later than | April 18, 2025 | August 18, 2025 |
| All requests for admission shall be served no later than | May 30, 2025 | September 1, 2025 |
| Last day for fact witness depositions | July 18, 2025 | October 20, 2025 |
| Completion of fact discovery | July 18, 2025 | October 20, 2025 |
| **Expert Discovery** | | |
| Designation of experts and information contemplated by Rule 26(a)(2) by party bearing burden | July 23, 2025 | October 23, 2025 |
| Designation of rebuttal experts and information contemplated by Rule 26(a)(2) | August 15, 2025 | November 17, 2025 |
| Completion of expert depositions and discovery | September 5, 2025 | December 5, 2025 |

| **Dispositive Motions** | | |
|---|---|---|
| Motions for summary judgment | October 3, 2025 | January 19, 2026 |
| Oppositions to dispositive motions | October 31, 2025 | February 16, 2026 |
| Reply memoranda | November 21, 2025 | March 9, 2026 |

**SO STIPULATED:**

Dated: July 16, 2025                                                            Respectfully submitted,

*/s/ Patrick J. Hannon*                                                      */s/ Douglas E. Brayley*
Patrick J. Hannon                                                               Douglas E. Brayley

Patrick J. Hannon (BBO# 664958)                          Douglas E. Brayley (BBO# 674478)
Barbara A. Robb (BBO# 639976)                            Jenny K. Cooper (BBO# 646860)
Hartley Michon Robb Hannon LLP                        Elena W. Davis (BBO# 695956)
101 Federal Street, Suite 1810                                Ropes & Gray LLP
Boston, MA 02110                                                    800 Boylston Street
(617) 723-8000                                                           Boston, MA 02199-3600
phannon@hmrhlaw.com                                        Tel: (617) 951-7000
brobb@hmrhlaw.com                                             Douglas.Brayley@ropesgray.com
                                                                                    Jenny.Cooper@ropesgray.com
*Attorneys for Plaintiff Francesca Gino*                Elena.Davis@ropesgray.com

*Attorneys for Defendants
President and Fellows of
Harvard College and Srikant
Datar*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 16, 2025

                                            */s/ Douglas E. Brayley*
                                            Douglas E. Brayley