UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PRESIDENTS AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>　　Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**PLAINTIFF'S UNOPPOSED MOTION FOR ONE-DAY ENLARGEMENT OF TIME TO FILE AMENDED PLEADINGS**

Plaintiff, Francesca Gino, respectfully requests that the parties' respective deadlines for filing their amended pleadings be extended by one day, making Plaintiff's amended complaint due August 4, 2025 and Defendants' Amended Answer with Counterclaim due August 18, 2025. As good cause for this motion, Plaintiff states that undersigned counsel needs additional time due to unanticipated scheduling conflicts. This extension will not cause any delay or prejudice.

Counsel for Defendants has confirmed that they do not object to the relief requested herein.

　　　　　　　　　　　　　　　　　　　　　　Francesca Gino
　　　　　　　　　　　　　　　　　　　　　　By her attorneys,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Patrick J. Hannon*
　　　　　　　　　　　　　　　　　　　　　　Barbara A. Robb (BBO #639976)
　　　　　　　　　　　　　　　　　　　　　　Patrick Hannon (BBO #664958)
　　　　　　　　　　　　　　　　　　　　　　Hartley Michon Robb Hannon LLP
　　　　　　　　　　　　　　　　　　　　　　101 Federal Street, Suite 1810
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　　　brobb@hmrhlaw.com
　　　　　　　　　　　　　　　　　　　　　　phannon@hmrhlaw.com
　　　　　　　　　　　　　　　　　　　　　　P: (617) 723-8000
　　　　　　　　　　　　　　　　　　　　　　F: (617) 447-2800
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff