UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>     Plaintiff,<br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR,<br>JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>     Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**PARTIAL MOTION TO DISMISS**
**PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant President and Fellows of Harvard College ("Harvard") hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice Count VIII of Plaintiff's Third Amended Complaint, Doc. No. 126, for failure to state a claim upon which relief can be granted. In support of its motion, Harvard submits and files herewith the accompanying Memorandum of Law in Support of Harvard's Partial Motion to Dismiss Plaintiff's Third Amended Complaint.

Dated: August 18, 2025                                    Respectfully submitted,

                                          */s/ Douglas E. Brayley*
Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com

*Counsel for Defendants President and Fellows of Harvard College and Srikant Datar*

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Douglas E. Brayley, hereby certify that counsel for Harvard conferred in good faith with counsel for Plaintiff in an effort to resolve or narrow the issues presented in this motion. Counsel for the parties were unable to resolve or narrow the issues presented in this motion.

Dated: August 18, 2025

                                               */s/ Douglas E. Brayley*
                                               Douglas E. Brayley

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 18, 2025

                                        */s/ Douglas E. Brayley*
                                        Douglas E. Brayley