UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br><br>        v.<br><br>PRESIDENTS AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

### ASSENTED TO MOTION FOR 2-DAY EXTENSION OF TIME FOR FILING ANSWER TO COUNTERCLAIM

Plaintiff, Francesca Gino, respectfully requests a 2-day extension of time for submitting her Answer to Defendant's Counterclaim, which is currently due September 8, 2025. As good cause for this motion, Plaintiff states that undersigned counsel needs additional time due to unanticipated scheduling conflicts. This extension will not cause any delay or prejudice. Counsel for Defendants has confirmed that they assent to the relief requested herein.

**WHEREFORE**, Plaintiff respectfully requests that this motion be granted and that she be permitted to file her Answer on September 10, 2025.

Francesca Gino

By her attorneys,

*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO #639976)
Patrick Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02210
brobb@hmrhlaw.com
phannon@hmrhlaw.com
P: (617) 723-8000