**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, <br><br>   Plaintiff, <br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 1:23-cv-11775-MJJ |

**JOINT MOTION TO ENTER AMENDED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 16.1(g), and the Court's November 20, 2024 Scheduling Order (Doc. No. 88, as amended on July 22, 2025 (Doc. No. 123) and on October 14, 2025 (Doc. No. 151), the "Scheduling Order"), the Parties respectfully move the Court to enter an Amended Scheduling Order. On November 20, 2025, a status conference was held to discuss the status of discovery, at which time the Court ordered the parties to confer and file a new joint proposed schedule, including when the case will be ready for trial, by November 26, 2025. The parties have conferred and have agreed to the proposed amendment to the Scheduling Order set forth herein.

Accordingly, the Parties respectfully request that the Court enter an Amended Scheduling Order revising the following dates from the operative Scheduling Order:

| Event | Current Scheduling Order Deadline | Proposed Deadline |
|---|---|---|
| **Fact Discovery** | | |
| Plaintiff to produce all outstanding discovery except for forensic images | N/A | December 12, 2025 |
| Deadline for parties to agree on forensic image protocol or to seek Court assistance on protocol | N/A | December 12, 2025 |
| Deadline for producing all forensic images subject to protocol | N/A | January 9, 2025 |
| Completion of fact discovery | December 20, 2025 | February 26, 2026 |
| **Expert Discovery** | | |
| Designation of experts and information contemplated by Rule 26(a)(2) by party bearing burden | October 23, 2025 | March 23, 2026 |
| Designation of rebuttal experts and information contemplated by Rule 26(a)(2) | November 17, 2025 | April 17, 2026 |
| Completion of expert depositions and discovery | December 5, 2025 | May 5, 2026 |
| **Dispositive Motions** | | |
| Motions for summary judgment | January 19, 2026 | June 23, 2026 |
| Oppositions to dispositive motions | February 16, 2026 | July 28, 2026 |
| Reply memoranda | March 9, 2026 | August 11, 2026 |
| **Trial** | | |
| Trial | N/A | December 2, 2026 |

**SO STIPULATED:**

Dated: November 26, 2025                    Respectfully submitted,

| | |
|---|---|
| */s/ Patrick J. Hannon* | */s/ Douglas E. Brayley* |
| Patrick J. Hannon | Douglas E. Brayley |
| | |
| Patrick J. Hannon (BBO# 664958) | Douglas E. Brayley (BBO# 674478) |
| Barbara A. Robb (BBO# 639976) | Jenny K. Cooper (BBO# 646860) |
| Hartley Michon Robb Hannon LLP | Elena W. Davis (BBO# 695956) |
| 101 Federal Street, Suite 1810 | Ropes & Gray LLP |
| Boston, MA 02110 | 800 Boylston Street |
| (617) 723-8000 | Boston, MA 02199-3600 |
| phannon@hmrhlaw.com | (617) 951-7000 |
| brobb@hmrhlaw.com | Douglas.Brayley@ropesgray.com |
| | Jenny.Cooper@ropesgray.com |
| *Attorneys for Plaintiff Francesca Gino* | Elena.Davis@ropesgray.com |
| | |
| | *Attorneys for Defendants President and Fellows of Harvard College and Srikant Datar* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 26, 2025, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 26, 2025

                                                  */s/ Douglas E. Brayley*
                                                  Douglas E. Brayley