## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FRANCESCA GINO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:23-cv-11775-MJJ |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendants President and Fellows of Harvard College and Srikant Datar hereby moves that attorney Shannon Capone Kirk of Ropes & Gray LLP be admitted to practice *pro hac vice* before this Court in the above-captioned action.

In support of this Motion, the undersigned attorney states that as evidenced in the attached Certification, Ms. Kirk is a member of the bar in good standing in every jurisdiction where she has been admitted to practice, is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar, has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct, and has read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Douglas E. Brayley

Douglas E. Brayley (BBO # 674478)
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
douglas.brayley@ropesgray.com

*Attorneys for Defendants President and Fellows of Harvard College and Srikant Datar*

Dated: February 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on all registered parties through the court's CM/ECF system.

*/s/ Douglas E. Brayley*
Douglas E. Brayley

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FRANCESCA GINO, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:23-cv-11775-MJJ |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, | ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATION OF SHANNON CAPONE KIRK IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Shannon Capone Kirk, certify the following:

1. I am Managing Principal and Global Head of Advanced E-Discovery at the firm Ropes & Gray LLP, 800 Boylston Street, Boston, MA 02199.

2. I am a member in good standing in each jurisdiction to which I have been admitted to practice.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or otherwise.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

5.    I have read and agree to comply with the Local Rules of the United States District

Court for the District of Massachusetts.

Respectfully submitted,

*/s/ Shannon Capone Kirk*

Shannon Capone Kirk
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
shannon.kirk@ropesgray.com

Dated:  February 13, 2026