# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>        Plaintiff,<br><br>        v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1–10, AND JANE DOES 1–10,<br><br>        Defendants, | Civil Action No: 1-23-cv-11775-MJJ |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Hampton M. Watson, Esq., of Hartley Michon Robb Hannon LLP for the Plaintiff, Francesca Gino, in the above-captioned matter.

Dated: February 18, 2026

Respectfully submitted,
Francesca Gino
By her attorneys,

__/s/ Hampton M. Watson_____
Patrick J. Hannon (BBO# 664958)
Barbara A. Robb (BBO# 639976)
Hampton M. Watson (BBO #705983)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
phannon@hmrhlaw.com
brobb@hmrhlaw.com
hwatson@hmrhlaw.com
(617) 723-8000 (phone)
(617) 447-2800 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 18, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant by electronically serving their counsel of record.

<u>*/s/ Hampton M. Watson*</u>
Hampton M. Watson