**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| PRESIDENT AND FELLOWS OF | ) |
| HARVARD COLLEGE, SRIKANT | ) |
| DATAR, JOHN DOES 1-10, AND JANE | ) |
| DOES 1-10, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

Case No. 1:23-cv-11775-MJJ

## JOINT STATUS REPORT

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order entered February 26, 2026 (Doc. No. 163). The Parties state as follows:

**1. Fact Discovery.**

Plaintiff's Position:

Fact discovery is ongoing and will be completed by the fact discovery deadline of May 5, 2026. Disputes have arisen concerning the parties' respective privilege logs, and the parties are working collaboratively to address those issues.

Defendants' Position:

All Parties have completed their document productions and written discovery, with the exception of the following issues that are outstanding:

   a. ***Forensic Images***: The Court approved the Parties' forensic protocol on March 5, 2026 and the Parties formally engaged a third-party neutral forensic expert on March 13, 2026. The third-party expert received the images and storage locations on March 19, 2026. Defendants intend to work cooperatively with Plaintiff to implement the remaining steps of the forensic protocol pursuant to the timeline set forth in the protocol.

b. ***Written Discovery and Document Production***:  Consistent with the Court's direction at the February 25, 2026 conference, Defendants served Amended Requests for Admission Nos. 8, 9, 10, 11, and 15 on March 4, 2026, to which Plaintiff must respond by April 3, 2026.

c. ***Privilege Log Challenges***.  On February 12 and February 17, 2026, Defendants requested additional information from Plaintiff regarding her engagements of counsel, to aid Defendants in evaluating certain privilege claims made by Plaintiff. Plaintiff has not provided the requested information.  On February 20, 2026, Defendants sent a letter to Plaintiff reiterating those requests and outlining certain additional deficiencies in Plaintiff's privilege log.  The Parties have met and conferred and exchanged additional written correspondence on these issues. Certain of the disputes concern text messages between Plaintiff and certain third parties that the Court directed Plaintiff to submit for *in camera* review at the February 25, 2026 conference.  Although the parties reached agreement on the subset of text messages to be submitted for *in camera* review on March 3, 2026, and Defendants followed up on Plaintiff's provision of these text messages to the Court on March 19, 2026, as of today, March 24, 2026, Defendants still have not received any confirmation that Plaintiff has submitted these text messages.

Defendants have completed one deposition of a non-party witness.  Defendants also began the deposition of another non-party witness on March 5, 2026, but were unable to complete the deposition due to the witness adjourning the deposition for medical reasons; Defendants are seeking to complete the remainder of the deposition as soon as possible.  Defendants additionally intend to take Plaintiff's deposition as soon as practicable following the resolution of the forensic imaging, written discovery/document production, and privilege log issues discussed above. Plaintiff has taken six depositions of current or former Harvard employees.

2.  **Expert Discovery**.  No party has designated any expert witnesses at this time, but both intend to do so. The parties' respective positions for the deadlines applicable to expert discovery are as follows:

Plaintiff's Position:

Plaintiff requests an extension of the deadline for expert discovery in order to facilitate disclosures and rebuttals as follows: Opening reports due April 30th, rebuttal reports be

due May 28, and expert discovery completed by June 16. Plaintiff opposes Defendants' Proposal on numerous grounds, including that (1) it does not provide sufficient time for Plaintiff to submit her opening or rebuttal reports and (2) provides a broad and unlimited extension of time expert discovery related to "forensic experts," with no deadlines applicable to either disclosure of experts or expert discovery.

Defendants' Proposal:

Defendants believe that expert discovery can and should be completed by the existing deadline of May 5, 2026—a deadline put in place initially on December 1, 2025, and reaffirmed by the Court on February 25, 2026. Defendants therefore have proposed to exchange opening expert reports by March 31, 2026, and rebuttal expert reports by April 21, 2026, provided that opening or rebuttal reports of forensic experts may be served after these dates depending on the status of the Parties' implementation of the forensic imaging protocol. Defendants oppose Plaintiff's proposal, which would jeopardize the current case schedule, including opening summary judgment briefs due by June 23, 2026.

3. **Dispositive Motions**. At this time, Defendants anticipate filing a motion for summary judgment on some or all of Plaintiff's claims and/or Harvard's counterclaim. Plaintiff expects to file a motion for summary judgment with respect to Harvard's counterclaim.

4. **Mediation / Alternative Dispute Resolution**. The Parties have not agreed to pursue mediation or other alternative dispute resolution at this time.

Dated: March 24, 2026                    Respectfully submitted,


/s/ Patrick J. Hannon                    /s/ Douglas E. Brayley
Patrick J. Hannon                        Douglas E. Brayley


3

Patrick J. Hannon (BBO# 664958)
Barbara A. Robb (BBO# 639976)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
(617) 723-8000
phannon@hmrhlaw.com
brobb@hmrhlaw.com

*Attorneys for Plaintiff Francesca Gino*

Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com

*Attorneys for Defendants President and
Fellows of Harvard College and Srikant
Datar*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: March 24, 2026

                                      */s/ Douglas E. Brayley*
                                       Douglas E. Brayley

169185517_10