## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PRESIDENT AND FELLOWS OF ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, ) | |
| JOHN DOES 1-10, AND JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

### MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Defendant President and Fellows of Harvard College ("Harvard") respectfully moves the Court for entry of an order permitting Harvard to file under seal portions of Harvard's Motion to Quash Deposition of Harvard Pursuant to Rule 30(b)(6) (the "Motion") and certain exhibits thereto containing Confidential Information, including (1) portions of the depositions of certain Harvard employees and (2) Harvard's Amended Responses & Objections to Interrogatory No. 1 of Plaintiff's Second Set of Interrogatories.

In support of this motion, Harvard relies upon all pleadings and papers of record to date and further states:

1.      Simultaneously with this motion for leave to file under seal, Harvard is filing the Motion.  The Motion requests that the Court quash Plaintiff's deposition of Harvard pursuant to Fed. R. Civ. P. 30(b)(6).

1

2.      On September 18, 2025, the parties jointly moved for the entry of a Stipulated Protective Order ("Protective Order"), which the Court signed and entered on September 19, 2025 (Doc No. 139).  The Protective Order "does not by itself authorize the filing of any document under seal," but permits a "filing Party [to] move for an order sealing . . . Designated Material, in accordance with all applicable laws and rules or as otherwise ordered by the Court[.]" *Id.*

3.      Harvard seeks to file portions of its Motion under seal, as well as certain exhibits thereto, that Harvard has designated Confidential under the Protective Order, which include (1) portions of the depositions of certain Harvard employees and (2) Harvard's Amended Responses & Objections to Interrogatory No. 1 of Plaintiff's Second Set of Interrogatories.  Harvard designated these materials as confidential because they concern "proprietary business or financial information," "non-public information . . . relating to employees[,]" and "non-public information. . . relating to internal academic or disciplinary matters[.]"  Protective Order §§ 3(ii), (iii), (iv).

4.      Harvard seeks to use these documents to support its Motion.

5.      Counsel for Harvard contacted counsel for Plaintiff regarding this motion to seal, requesting whether Plaintiff would oppose this motion, and counsel for Plaintiff has stated they intend to oppose.

6.      Harvard's request for leave to file under seal is made in the interest of justice and not for the purpose of delay or obstruction.

**WHEREFORE**, Harvard respectfully requests that the Court enter an Order granting Harvard leave to file under seal portions of its Motion, as well as certain exhibits thereto, until further order of the Court.

Dated: April 22, 2026

Respectfully submitted,

/s/ *Laura G. Hoey*

Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendant President and
Fellows of Harvard College*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 22, 2026

*/s/ Elena W. Davis*
Elena W. Davis