**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO, )<br><br>Plaintiff, )<br><br>v. )<br><br>PRESIDENT AND FELLOWS OF )<br>HARVARD COLLEGE, SRIKANT DATAR, )<br>JOHN DOES 1-10, AND JANE DOES 1-10, )<br><br>Defendants. ) | Case No. 1:23-cv-11775-MJJ |

## MOTION TO QUASH DEPOSITION OF HARVARD PURSUANT TO RULE 30(b)(6)

Pursuant to Federal Rule of Civil Procedure 26(c), Defendant President and Fellows of

Harvard College ("Harvard") moves to quash Plaintiff's notice of deposition of Harvard pursuant

to Federal Rule of Civil Procedure 30(b)(6).  In support of this motion, Harvard submits the

accompanying memorandum of law.

Dated: April 22, 2026                Respectfully submitted,


                                     */s/ Laura G. Hoey*

                                     Douglas E. Brayley (BBO# 674478)
                                     Jenny K. Cooper (BBO# 646860)
                                     Elena W. Davis (BBO# 695956)
                                     ROPES & GRAY LLP
                                     800 Boylston Street
                                     Boston, MA 02199-3600
                                     Tel: (617) 951-7000
                                     Douglas.Brayley@ropesgray.com

1

Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com

Laura G. Hoey (BBO # 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendant President and
Fellows of Harvard College*

## LOCAL RULE 7.1(a) & 37.1(a) CERTIFICATION

I, Elena W. Davis, counsel for Harvard, hereby certify that counsel for Harvard conferred telephonically with counsel for Plaintiff on April 15, 2026 and attempted in good faith to resolve or narrow the issues subject to this motion, but the parties were unable to reach any resolution. Plaintiff's counsel indicated that Plaintiff opposes this motion.

Dated: April 22, 2026

*/s/ Elena W. Davis*
Elena W. Davis

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 22, 2026

*/s/ Elena W. Davis*
Elena W. Davis