**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:23-cv-11775-MJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>DECLARATION OF ELENA W. DAVIS</u>

I, Elena W. Davis, hereby declare as follows:

1. I am an attorney at the law firm of Ropes & Gray LLP and counsel for Defendant President and Fellows of Harvard College ("Harvard") in the above-captioned matter.

2. I respectfully submit this declaration in support of Harvard's Motion to Quash Deposition of Harvard Pursuant to Rule 30(b)(6) filed with the Court contemporaneously herewith.

3. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the transcript of the February 25, 2026 status conference held by the Court in this matter.

4. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's Amended Notice of Deposition of Harvard served on March 26, 2026.

5. Attached hereto as Exhibit 3 is a placeholder for a true and correct copy of an excerpt from the transcript of the deposition of Robin Greenwood taken on December 8, 2025, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

6. Attached hereto as Exhibit 4 is a placeholder for a true and correct copy of an

1

excerpt from the transcript of the deposition of Srikant Datar taken on December 19, 2025, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

7.    Attached hereto as Exhibit 5 is a placeholder for a true and correct copy of an excerpt from the transcript of the deposition of Jean Cunningham taken on December 16, 2025, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

8.    Attached hereto as Exhibit 6 is a placeholder for a true and correct copy of Harvard's Amended Responses and Objections to Interrogatory No. 1 of Plaintiff's Second Set of Interrogatories, dated April 21, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2026

Respectfully submitted,

*/s/ Elena W. Davis*
Elena W. Davis (BBO# 695956)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Counsel for Defendant President and Fellows of Harvard College*

## <u>CERTIFICATE OF SERVICE</u>

I, Elena W. Davis, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  April 22, 2026

/s/ Elena W. Davis
Elena W. Davis