# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


_____

FRANCESCA GINO,

                    Plaintiff,        Civil Action
                                      No. 23-CV-11775-MJJ
V.
                                      February 25, 2026

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, et al

                    Defendants.
_____




BEFORE THE HONORABLE MYONG J. JOUN

UNITED STATES DISTRICT COURT

JOHN J. MOAKLEY U.S. COURTHOUSE

1 COURTHOUSE WAY

BOSTON, MA  02210






JAMIE K. HALPIN, CRR, RMR, RPR
Official Court Reporter
John J. Moakley U.S. Courthouse
1 Courthouse Way, Room 7-204
Boston, MA  02210
jkhhalpin@gmail.com

MS. COOPER:  With respect to Professor Gino's deposition, it is true that we have been focusing on the forensic image discovery for a long time and would like to have it before completing her deposition.  If it makes sense to open her deposition at a time earlier, then that's, you know, completed, we could consider that.  I don't think we know how long it's going to take for certain ones until we see the protocol that your Honor sends today and the parties begin.  Yes, that is discovery Harvard has claimed pending against her about it and the information is otherwise relevant to her claims and Harvard's defense.  So, yes, we do want it before deposing her.  I still don't -- I am not sure how that means that it won't be disruptive to try to subpoena multiple third-parties where no action has been taken since October 10 of last year.

THE COURT:  So I'm not happy that plaintiff just sort of sat and has not moved on these depositions for months.  I am not happy about that.  However, given that there is all this other outstanding discovery that's still pending, that still needs to be completed, I am not going to foreclose plaintiff from deposing these additional fact witnesses.  I am just going to give all of you the time to complete whatever it is you think is necessary from your perspective positions, but Mr. Hannon, you really need to start moving on completing these depositions as soon as possible, especially if they're not

dependent on the expert discovery, the forensic examination. If these are -- I don't understand why Claudine Gay could not have been deposed months earlier.  So if they're not -- I think I will just stop here.  I will let you guys figure it out.  But I want to keep the deadlines that we have in terms of expert discovery, summary judgment and trial.  As long as we can keep those dates and you're able to figure out and squeeze in and complete the fact discovery, I am okay with it.

MS. COOPER:  And, your Honor, may I ask a couple things for clarification?

THE COURT:  Yes.

MS. COOPER:  Thank you.

THE COURT:  Yes.

MS. COOPER:  Thank you.  Well, with respect, let me ask about the 30(b)(6) deposition first.  Is your Honor -- is your position, your Honor, that Mr. Hannon -- that the plaintiff is permitted to proceed with that even though we don't have any topics?

THE COURT:  I thought I had said Mr. Hannon needs to provide the topics to Harvard as soon as possible.

MS. COOPER:  Okay.  I wasn't -- if you did say that, I apologize.  I heard you speaking specifically about the third-party depositions and I just wanted to confirm.  And would your Honor not impose any deadline prior to the summary judgment deadline, for example, that these depositions need to