# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENTS AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR,<br>JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**AMENDED NOTICE OF DEPOSITION**

TO:     Counsel of Record

PLEASE TAKE NOTICE that at 9:00 AM on April 23, 2026, the Plaintiff in this action, by her undersigned attorney, will take the deposition of Presidents and Fellows of Harvard College on the subject matters identified in the attached "Schedule A", before a Notary Public or before some other officer authorized by law to administer oaths. The deposition will be recorded via audio-visual and/or stenographic means before a notary public or some other officer authorized by law to administer oaths pursuant to the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

Francesca Gino

By her attorneys,

*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO #639976)
Patrick Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02210
brobb@hmrhlaw.com
phannon@hmrhlaw.com
P: (617) 723-8000
Attorneys for Plaintiff

## SCHEDULE A

1. All facts concerning President and Fellows' decision to accept the findings and recommendations of the hearing committee empaneled to consider the matter concerning Professor Francesco Gino of Harvard Business School pursuant to the Third Statute of the University, and to remove Professor Gino from her appointment as a tenured professor at Harvard University, including without limitation:

    a. The identity and role of the individuals involved in making that decision;
    b. The process followed in making that decision; and
    c. Any additional information considered in making that decision.

2. All facts concerning President and Fellows' decision to file a counterclaim against Plaintiff in this matter, including without limitation:

    a. The identity and role of the individuals involved in making that decision;
    b. The process followed in making that decision; and
    c. Any additional information considered in making that decision.

3. All facts concerning any harm or damages claimed by President and Fellows' based on the facts alleged in the counterclaim.

4. All facts concerning "the possible path" referenced in the email produced by President and Fellows' with bates-stamp number HARV00009216.

## CERTIFICATE OF SERVICE

I, Patrick J. Hannon, hereby certify that on March 26, 2026 I served a copy of the foregoing document on counsel of record for Defendants by email.

_/s/ Patrick J. Hannon_____
Patrick J. Hannon