UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO,<br><br>*Plaintiff,*<br><br>v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR,<br>JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>*Defendants*. | Case No. 1:23-cv-11775-MJJ |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Joy Chen, am a member in good standing of the Bar of this Court and attorney to Non-Party Professor Claudine Gay. My bar number is 714192. Pursuant to Local Rule 83.5.3(e)(2), I am moving for the admission of Lanny A. Breuer and Daniel Suleiman to appear *pro hac vice* in this case as counsel for Professor Gay. I have verified that both attorneys are members in good standing of the bars to which they are admitted, and their Rule 83.5.3(e)(3) signed certifications are attached to this motion.

I respectfully request that this Court enter an Order specially admitting Mr. Breuer and Mr. Suleiman to appear in the above-captioned case.

Respectfully submitted,

*/s/ Joy A. Chen*
Joy A. Chen (BBO No. 714192)
Covington & Burling LLP
1 International Pl., Ste. 1020
Boston, Massachusetts 02199
(617) 603 8821
jchen@cov.com

*Counsel to Non-Party Professor Claudine Gay*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on May 1, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Joy A. Chen*
Joy A. Chen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO,<br><br>    *Plaintiff*,<br><br>      v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR,<br>JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    *Defendants*. | Case No. 1:23-cv-11775-MJJ |

## <u>CERTIFICATION BY LANNY A. BREUER</u>

I, Lanny A. Breuer, respectfully submit this certification pursuant to Rule 83.5.3(e)(3), in support of Joy Chen's Rule 83.5.3(e)(2) motion for my admission *pro hac vice*.

1. I am a member in good standing of the Bars of New York and the District of Columbia.

2. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

*/s/ Lanny A. Breuer*
Lanny A. Breuer
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662 5674
lbreuer@cov.com

*Counsel to Non-Party Professor Claudine Gay*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO,<br><br>        *Plaintiff*,<br><br>        v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR,<br>JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>        *Defendants*. | Case No. 1:23-cv-11775-MJJ |

## CERTIFICATION BY DANIEL SULEIMAN

I, Daniel Suleiman, respectfully submit this certification pursuant to Rule 83.5.3(e)(3), in support of Joy Chen's Rule 83.5.3(e)(2) motion for my admission *pro hac vice*.

1. I am a member in good standing of the Bars of New York and the District of Columbia.

2. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

*/s/ Daniel Suleiman*
Daniel Suleiman
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662 5811
dsuleiman@cov.com

*Counsel to Non-Party Professor Claudine Gay*