# EXHIBIT C

| | |
|---|---|
| **From:** | Hampton Watson <hwatson@hmrhlaw.com> |
| **Sent:** | Friday, April 24, 2026 5:10 PM |
| **To:** | Suleiman, Daniel; Breuer, Lanny |
| **Cc:** | Oppenheimer, Nate; Patrick J. Hannon; Hampton Watson |
| **Subject:** | Subpoena to Claudine Gay - Gino v. Harvard - follow up from meet & confer |

[EXTERNAL]

Dan and all: thanks again for conferring with me last week with regard to the subpoena to Prof. Gay.

On the document requests, recapping the compromise we reached: Prof. Gay will search for & produce non-privileged communications responsive to Request 1 as narrowed. Request 1 to be narrowed to personal communications (text messages, non-Harvard emails, & if applicable, communications on other messaging platforms such as Whatsapp) concerning Gino, during Professor Gay's tenure as President of Harvard. Request 2, in exchange, will be dropped. Let me know if anything in this paragraph doesn't comport with your understanding.

Respecting the deposition, I understand Prof. Gay's position is that she does not intend to appear absent an agreement to (1) limit the subject matter of the deposition to exclude the topic of Harvard's response to the research misconduct allegations that were made against Prof Gay during her tenure as President and (2) limit the duration to no more than two hours; but that Prof. Gay would be willing to appear on May 5th or 6th if we agreed to those limitations.

As to the duration, I understand that you view 2 hours as sufficient time to cover the extent of Prof. Gay's knowledge on the Third Statute proceedings topic. Our view on duration is that without taking the deposition, we won't be able to know the extent of Prof. Gay's knowledge on this (or other) subjects, so a hard time limit of that short a duration wouldn't be prudent. However, we could offer to limit the deposition to 4 hours total.

With respect to subject matter, we respectfully but firmly believe the topic of Harvard's response to the research misconduct allegations against Prof. Gay is a relevant and proper subject of inquiry. As I detailed in our call, a central issue in our case is whether Harvard's response to the research misconduct allegations against Prof. Gino was consistent with Harvard's policies and legal obligations to Prof. Gino. It appears the allegations against Prof. Gay fit the same definition of "research misconduct" as in Prof. Gino's case and were evaluated under substantially similar policies for addressing the same. During our call you suggested pursuing other comparators instead of Prof. Gay, but this is a concession that comparator evidence is relevant. Indeed, Harvard's response to the accusations against Prof. Gay take on added importance because they took place contemporaneously with then-President Gay's authorization of the Third Statute proceedings against Prof. Gino in the second half of 2023. We do not think the "apex" doctrine is apt, since Prof. Gay has direct personal knowledge of the events in question and we aren't seeking her deposition merely because she happened to be the President of one of the party-defendants.

To recap, please let us know if Prof. Gay will appear for a deposition on May 5th capped at four hours. If, instead, you plan to seek a protective order to limit the subject matter of the deposition, we will present our arguments to the Court.

Sincerely,
Hamp

Hampton M. Watson
Hartley Michon Robb Hannon LLP

101 Federal Street, Suite 1810
Boston, MA 02110
Main: 617-723-8000
Direct: 617-447-2809
www.hmrhlaw.com

This electronic message contains a communication from a law office, which communication is strictly confidential and intended solely for the use of the addressee. The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein. If you are in possession of the communication in error, please immediately notify the sender via electronic mail, excluding the original communication. Thank you.