AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| Francesca Gino | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:23-cv-11775-MJJ |
| President and Fellows of Harvard College et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Professor Claudine Gay    .

Date:     05/05/2026

          /s/ Lanny A. Breuer
*Attorney's signature*

Lanny A. Breuer (admitted pro hac vice)
*Printed name and bar number*

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
*Address*

lbreuer@cov.com
*E-mail address*

(202) 662-5674
*Telephone number*

(202) 662-6291
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|

## CERTIFICATE OF SERVICE

I certify that, on May 5, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lanny A. Breuer*
Lanny A. Breuer