# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:23-cv-11775-MJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] REPLY IN FURTHER SUPPORT OF HARVARD'S MOTION TO QUASH DEPOSITION OF HARVARD PURSUANT TO RULE 30(B)(6)

Plaintiff's Opposition to Harvard's Motion to Quash, Docket No. 190, mischaracterizes the discussions that occurred during the parties' April 15, 2026 meet and confer and associated written communications.  Counsel for Harvard has at all times engaged in good faith discussions with counsel for Plaintiff regarding discovery disputes in connection with this litigation.  Should the Court find it helpful in its consideration of this matter, Harvard can promptly submit to the Court the email exchange evidencing Harvard's good-faith efforts to meet and confer.  Harvard otherwise looks forward to the opportunity to discuss with the Court.

Dated:  May 8, 2026                              Respectfully submitted,


                                                   */s/ Jenny K. Cooper*

                                                   Douglas E. Brayley (BBO# 674478)
                                                   Jenny K. Cooper (BBO# 646860)
                                                   Elena W. Davis (BBO# 695956)

ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendant President and
Fellows of Harvard College*