**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO, ) | |
| Plaintiff, ) | |
| v. ) | |
| PRESIDENT AND FELLOWS OF ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, ) | |
| JOHN DOES 1-10, AND JANE DOES 1-10, ) | |
| Defendants. ) | |

## MOTION TO COMPEL NON-PRIVILEGED TESTIMONY

Pursuant to Federal Rule of Civil Procedure 37, Defendant President and Fellows of Harvard College ("Harvard") moves to compel non-privileged deposition testimony, as well as for its expenses incurred in making this motion. In support of this motion, Harvard submits the accompanying memorandum of law, declaration of Julian Ackert, and declaration of Elena W. Davis with exhibits thereto.

Dated: May 26, 2026

Respectfully submitted,

*/s/ Douglas E. Brayley*

Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600

1

Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com

Laura G. Hoey (BBO # 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendant President and
Fellows of Harvard College*

## **LOCAL RULE 7.1(a) & 37.1(a) CERTIFICATION**

I, Elena W. Davis, counsel for Harvard, hereby certify that counsel for Harvard conferred telephonically with counsel for Plaintiff on May 12, 2026 and attempted in good faith to resolve or narrow the issues subject to this motion, but the parties were unable to reach any resolution. The Court subsequently granted Harvard leave to file this motion to compel in its May 19, 2026 order.  *See* Docket No. 201.

Dated: May 26, 2026

 */s/ Elena W. Davis*
Elena W. Davis

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 26, 2026

 */s/ Elena W. Davis*
Elena W. Davis