**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| PRESIDENT AND FELLOWS OF ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, ) | |
| JOHN DOES 1-10, AND JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**DECLARATION OF JULIAN ACKERT**

I, Julian Ackert, hereby declare:

1.      I am a Senior Managing Director at iDiscovery Solutions, Inc. (iDS), an expert services and consulting firm that provides independent computer forensics, electronic discovery expert testimony and analysis, original authoritative studies, and strategic consulting services to the business and legal community.

2.      I have been retained by counsel for the President and Fellows of Harvard College and Srikant Datar (collectively, "Harvard") to provide my impartial professional analyses of and opinions on the forensic evidence of data files and emails relating to claims brought by Plaintiff Francesca Gino ("Gino") in this litigation as well as a counterclaim brought by Harvard.

3.      I respectfully submit this Declaration in support of the President and Fellows of Harvard College's ("Harvard") Motion to Compel Non-Privileged Deposition Testimony filed with the Court contemporaneously herewith.

4.      My opinions are based on the available forensic evidence and may evolve based on the production of new forensic artifacts.  I reserve the right to update my report and opinions if new forensic evidence becomes available to me, if I am asked to perform additional analysis, or in response to any further submissions by Gino in this matter.

5.      I understand that Harvard has filed a counterclaim in this case alleging that Gino defamed Harvard by making certain false statements.[1]  I understand that Harvard alleges that, in September 2023, after Gino sued Harvard, she launched a website about her case (francesca-v-harvard.org).  There, Gino claimed that she possessed another version of the data for Allegation 4b that Harvard had neglected in its investigation, and which would have weighed against a finding that she committed research misconduct.  She referred to this on her website as the "July 16 OG File."[2]

6.      Harvard claims that the "July 16 OG File" is not a genuine file, but instead a file that Gino attempted to fabricate after the HBS research misconduct process concluded, and after Gino filed this litigation.[3]  Harvard claims that, upon receiving a copy of the HBS Laptop during the Third Statute Proceeding, it discovered a key data file relevant to Allegation 4b that had not been on the copy of the same laptop that was sequestered by HBS at the beginning of the research misconduct process.[4]  Harvard calls this file the "2023 Cover-Up File."

7.      The forensic evidence from September 23, 2023 reviewed to date, which includes but is not limited to forensic data from several of Gino's devices and data storage locations that

---

[1] *See* Dkt. No. 154 ("Counterclaim").
[2] *Id.* at 139–41.
[3] *Id.*
[4] *Id.* at 158-61.

were provided by Gino pursuant to a forensic search protocol entered into by the parties in this action, demonstrates that:

8.    At 5:16pm, the 2023 Cover-Up File is last saved in Microsoft Excel by Microsoft Office user profile "Gino, Francesca."  At this time, the 2023 Cover-Up File already contained falsified data.

9.    At 5:32pm, the 2023 Cover-Up File is copied from a USB drive onto Plaintiff's HBS laptop.  The 2023 Cover-Up File is copied into a directory that contains data files related to one of the studies that HBS investigated during Plaintiff's research misconduct process. Based on my analysis, copying over the 2023 Cover-Up File overwrote an existing data file with the same file name ("Taxstudy.xlsx") that contained non-falsified data.

10.    At 6:22pm, Google Drive data shows that another file, containing statistical analyses related to the very same study, was last saved by Microsoft Office user profile "Ben Edelman" (the "Edelman Document").

11.    At 6:34pm, the Edelman Document is uploaded to Plaintiff's Google Drive.

12.    At 8:16pm, Plaintiff's Google account uploads a second, backdated "Taxstudy.xlsx" file (the "July 16 OG File") to Google Drive.  This file was also last saved by Microsoft Office user profile "Gino, Francesca."  The internal Last Saved metadata of the July 16 OG File is the same as the 2023 Cover-Up File, and the files have the same MD5 hash, meaning that their content is identical.  The sole difference between the files is that the 2023 Cover-Up File has file system Last Modified metadata of July 17, 2010 at 6:43:00pm, while the July 16 OG File has file system Last Modified metadata of July 16, 2010 at 4:30pm.  When uploading the July 16 OG File, Plaintiff gives Edelman's Google account editorial privileges.

3

4

Dated:  May 26, 2026                          Respectfully submitted,

                                                   Julian Ackert

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 26, 2026

*/s/ Elena W. Davis*
Elena W. Davis

*Counsel for Defendant President and Fellows of Harvard College*