**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO,  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | |
| v.  )  | |
| )  | |
| PRESIDENT AND FELLOWS OF  )  | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR,  )  | |
| JOHN DOES 1-10, AND JANE DOES 1-10,  )  | |
| )  | |
| Defendants.  )  | |
| )  | |
| )  | |
| )  | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Defendant President and Fellows of Harvard College ("Harvard") respectfully moves the Court for entry of an order permitting Harvard to file under seal portions of Harvard's Motion to Compel Non-Privileged Testimony (the "Motion") and certain exhibits thereto containing Confidential Information, including (1) certain documents produced by third-party Frances Frei; (2) certain documents produced by Plaintiff; and (3) portions of the depositions of Plaintiff and certain non-party witnesses.

In support of this motion, Harvard relies upon all pleadings and papers of record to date and further states:

1.      Simultaneously with this motion for leave to file under seal, Harvard is filing the Motion. The Motion requests that the Court compel non-privileged deposition testimony from Benjamin Edelman, Gregory Burd, and Plaintiff Francesca Gino pursuant to Fed. R. Civ. P. 37.

1

2. On September 18, 2025, the parties jointly moved for the entry of a Stipulated Protective Order ("Protective Order"), which the Court signed and entered on September 19, 2025 (Docket No. 139). The Protective Order "does not by itself authorize the filing of any document under seal," but permits a "filing Party [to] move for an order sealing . . . Designated Material, in accordance with all applicable laws and rules or as otherwise ordered by the Court[.]" *Id.*

3. Harvard seeks to file portions of its Motion under seal, as well as certain exhibits thereto, that third-party Frances Frei and Plaintiff have designated Confidential under the Protective Order, which include (1) certain documents produced by Plaintiff or third-party Frances Frei and (2) portions of the depositions of Plaintiff and certain non-party witnesses. Pursuant to Paragraph 18 of the Protective Order, Harvard "shall move for an order sealing such Designated Material, in accordance with all applicable laws and rules or as otherwise ordered by the Court, before filing same," and "the Designating Party bears the burden of establishing the propriety of filing the Designated Material under seal."

4. Harvard seeks to use these documents to support its Motion.

5. Counsel for Harvard contacted counsel for Plaintiff regarding this motion to seal, requesting whether Plaintiff would oppose this motion, and Plaintiff's counsel has assented to this motion. Pursuant to Local Rules 7.1(a)(2) and 37.1(a), counsel for Harvard certifies that counsel have conferred in good faith regarding this motion to seal.

6. Harvard's request for leave to file under seal is made in the interest of justice and not for the purpose of delay or obstruction.

**WHEREFORE**, Harvard respectfully requests that the Court enter an Order granting Harvard leave to file under seal portions of its Motion, as well as certain exhibits thereto, until further order of the Court.

Dated: May 26, 2026                    Respectfully submitted,


                                       */s/ Douglas E. Brayley*

                                       Douglas E. Brayley (BBO# 674478)
                                       Jenny K. Cooper (BBO# 646860)
                                       Elena W. Davis (BBO# 695956)
                                       ROPES & GRAY LLP
                                       800 Boylston Street
                                       Boston, MA 02199-3600
                                       Tel: (617) 951-7000
                                       Douglas.Brayley@ropesgray.com
                                       Jenny.Cooper@ropesgray.com
                                       Elena.Davis@ropesgray.com

                                       Laura G. Hoey (BBO# 650643)
                                       ROPES & GRAY LLP
                                       191 North Wacker Drive
                                       32nd Floor
                                       Chicago, IL 60606
                                       Telephone: (312) 845-1200
                                       Laura.Hoey@ropesgray.com

                                       *Attorneys for Defendant President and*
                                       *Fellows of Harvard College*

## LOCAL RULE 7.1(a) CERTIFICATION

I, Elena W. Davis, counsel for Harvard, hereby certify that counsel for Harvard conferred with counsel for Plaintiff on May 26, 2026, and Plaintiff's counsel has assented to this motion.

Dated: May 26, 2026

/s/ Elena W. Davis
Elena W. Davis

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 26, 2026

/s/ Elena W. Davis
Elena W. Davis

4