**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, | ) Case No. 1:23-cv-11775-MJJ ) ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF ELENA W. DAVIS**

I, Elena W. Davis, hereby declare as follows:

1.      I am an attorney at the law firm of Ropes & Gray LLP and counsel for Defendant President and Fellows of Harvard College ("Harvard") in the above-captioned matter.

2.      I respectfully submit this declaration in support of Harvard's Motion to Compel Non-Privileged Testimony filed with the Court contemporaneously herewith.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Benjamin Edelman taken on May 5, 2026.

4.      Attached hereto as Exhibit 2 is a placeholder for a true and correct copy of a document produced by third-party Frances Frei with Bates number FREI02489, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

5.      Attached hereto as Exhibit 3 is a placeholder for a true and correct copy of a document produced by third-party Frances Frei with Bates number FREI04752, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

6.      Attached hereto as Exhibit 4 is a placeholder for a true and correct copy of a

1

document produced by third-party Frances Frei with Bates number FREI04741, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

7. Attached hereto as Exhibit 5 is a placeholder for a true and correct copy of excerpts from the transcript of the deposition of Francesca Gino taken on May 22, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

8. Attached hereto as Exhibit 6 is a placeholder for a true and correct copy of a document produced by Plaintiff bearing Bates number GINO_037540, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

9. Attached hereto as Exhibit 7 is a placeholder for a true and correct copy of a document produced by Plaintiff bearing Bates number GINO_037524, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

10. Attached hereto as Exhibit 8 is a placeholder for a true and correct copy of a document produced by Plaintiff bearing Bates number GINO_037528, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

11. Attached hereto as Exhibit 9 is a placeholder for a true and correct copy of excerpts from the transcript of the deposition of Gregory Burd taken on May 8, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

12. Attached hereto as Exhibit 10 is a placeholder for a true and correct copy of a document produced by third-party Frances Frei with Bates number FREI00874, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2026

Respectfully submitted,

*/s/ Elena W. Davis*
Elena W. Davis (BBO# 695956)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Counsel for Defendant President and Fellows of Harvard College*

3

## <u>CERTIFICATE OF SERVICE</u>

I, Elena W. Davis, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 26, 2026

*/s/ Elena W. Davis*
Elena W. Davis