**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| PRESIDENT AND FELLOWS OF | )    Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, | ) |
| JOHN DOES 1-10, AND JANE DOES 1-10, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |

**MOTION FOR CLARIFICATION OR, ALTERNATIVELY, LEAVE TO FILE
MEMORANDUM IN SUPPORT OF MOTION UNDER SEAL**

On May 26, 2026, Defendant President and Fellows of Harvard College ("Harvard") filed its Motion to Compel Non-Privileged Testimony (the "Motion") and accompanying assented-to motion to seal. *See* Docket Nos. 206, 210. The assented-to motion to seal requested to file portions of Harvard's motion under seal, along with certain exhibits, and the Court granted that motion on May 27, 2026 (the "Order"). *See* Docket No. 211.

Following consultation with the Court's clerks and pursuant to Local Rule 7.2, Harvard respectfully submits this motion for clarification that the Court's Order permits Harvard to file under seal portions of its memorandum in support of its Motion (Docket No. 207). In the alternative, Harvard respectfully moves the Court for entry of an order permitting Harvard to file under seal portions of its memorandum in support of its Motion, for the reasons previously stated in Harvard's assented-to motion for leave to file under seal. *See* Docket No. 210.

1

**WHEREFORE**, Harvard respectfully requests that the Court clarify its previous Order or, in the alternative, enter a new order granting Harvard leave to file under seal portions of its memorandum in support of its Motion, until further order of the Court.

Dated: May 28, 2026

Respectfully submitted,

*/s/ Stephanie D. Porges*

Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
Stephanie D. Porges (BBO# 703381)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com
Stephanie.Porges@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendant President and*
*Fellows of Harvard College*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: May 28, 2026

                                             /s/ Elena W. Davis
                                            Elena W. Davis