# EXHIBIT B

# In the Matter Of:

## Gino vs President and Fellows of Harvard Coll.

1:23-cv-11775-MJJ

## BENJAMIN EDELMAN

*May 05, 2026*



800.211.DEPO (3376)
*EsquireSolutions.com*

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MASSACHUSETTS

_____

FRANCESCA GINO,                     )
                                    )
                 Plaintiff,         )
                                    )
      v.                            )   Case No. 1:23-cv-11775-MJJ
                                    )
PRESIDENT AND FELLOWS OF            )
HARVARD COLLEGE, SRIKANT            )
DATAR, JOHN DOES 1-10, AND          )
JANE DOES 1-10,                     )
                                    )
                 Defendants.        )
_____

VIDEO-RECORDED DEPOSITION OF BENJAMIN EDELMAN

May 5, 2026

Seattle, Washington

Reporter:  John M. S. Botelho, CCR, RPR



APPEARANCES


For the Plaintiff:

PATRICK J. HANNON (remotely)
Hartley Michon Robb Hannon
101 Federal Street
Suite 1810
Boston, Massachusetts 02110-1813
617.723.8000
617.447.2800 Fax
phannon@hmrhlaw.com


For the Defendants:

DOUGLAS E. BRAYLEY
Ropes & Gray
800 Boylston Street
Boston, Massachusetts 02199-3600
617.951.7000
617.951.7050 Fax
douglas.brayley@ropesgray.com

ROBERT KOEHLER (remotely)
Ropes & Gray
191 North Wacker Drive
32nd Floor
Chicago, Illinois 60606-4302
312.845.1200
312.845.5500 Fax
robert.koehler@ropesgray.com


Also Present: Albert Boots, videographer



EXAMINATION INDEX

EXAMINATION BY:                                         PAGE NO.

Mr. Brayley                                                5


EXHIBIT INDEX

EXHIBIT NO.       DESCRIPTION                         PAGE NO.

Exhibit No. 1     Website Structure.  Labeled        123
                  GINO_013239 – GINO_013240.

Exhibit No. 2     Privilege log.                      136

Exhibit No. 3     Privilege log.                      138

Exhibit No. 4     Privilege log.                      143



BE IT REMEMBERED that on Tuesday, May 5, 2026, at 701 Fifth Avenue, 42nd Floor, Seattle, Washington, at 9:05 a.m., before JOHN M. S. BOTELHO, Certified Court Reporter, appeared BENJAMIN EDELMAN, the witness herein;

WHEREUPON, the following proceedings were had, to wit:

<<<<<< >>>>>>

THE VIDEOGRAPHER:  We are now on the record.

The time is 9:05 a.m. on May 5th, 2026.  This begins Media 1 to the videotaped deposition of Benjamin Edelman taken in the matter of Gino v. President and Fellows of Harvard College, et al., filed in the United States District Court for the District of Massachusetts, case number of which is 1:23-cv-11775-MJJ.

Name is Albert Boots.  I'm your videographer for today.  The court reporter is John Botelho.  We are representing Esquire Deposition Solutions.

Counsel, will you please introduce yourselves and affiliations, after which the witness will be sworn in.



MR. BRAYLEY:  Good morning.  My name is Douglas Brayley.  I'm counsel for the defendants in this case.

MR. HANNON:  Good morning.  I'm Patrick Hannon.  I'm counsel for the plaintiff in this case.

MR. BRAYLEY:  And I'm joined on the Zoom by my colleague Robert Koehler, who's also counsel for the defendants.

BENJAMIN EDELMAN,                   having been first duly sworn by the Certified Court Reporter, deposed and testified as follows:

EXAMINATION

BY MR. BRAYLEY:

Q   Good morning.

Can you state your full name for the record.

A   Benjamin Edelman.

Q   Okay.  It's "Edelman," not "Edelman."  I wanted to make sure I got that right.

A   All right.

Q   Okay.  And where do you currently live?

A   I live in Bellevue.  The street address is 2220- --


ESQUIRE
DEPOSITION SOLUTIONS

employees of the Harvard Business School in connection with preparing for this deposition?

A    I spoke briefly with Ms. Gino.  She's a former employee of Harvard Business School.

Q    Okay.  I'm not asking you to say anything of what you said to Ms. Gino.

But how many times did you speak with Ms. Gino in connection with this deposition?

A    We speak multiple times per week on multiple subjects.  We probably discussed the fact of this deposition among other subjects in three to five calls during the period since the deposition was noted, which of course was not -- not so long ago.

Q    You said that you reviewed the retention agreement with Professor Gino in preparation for your deposition today; is that right?

A    Yes.

Q    Did you review any other documents in preparation for your deposition today?

A    I read the deposition notice.  I described to you previously a bit of legal research as to questions of privilege.  I think that's all that I did, all that I reviewed in preparation for this deposition.

Q    What is your current occupation?

A    I'm self-employed.



Q   Doing what?

A   Primarily law practice.

Q   Anything else?

A   I think that the totality of my income during this
    calendar year so far has been law practice.

Q   What about last year, 2025?

A   Last year, my primary activity by hours spent was
    also law practice.

Q   What other occupations -- in what other occupations
    did you engage in 2025?

A   I had some forensic software analysis activities in
    2025.

        And I was working on a software -- forensic
    software misconduct start-up during parts of 2025.

Q   What is Edelman Consulting?

A   That's a d/b/a -- it's not a legal entity -- that
    I've used for, gee, probably 30 years at this point
    for a variety of activities.

Q   What do you currently use Edelman Consulting for?

A   I think it's a marketing name such as it is on my
    LinkedIn profile to describe the range of activities
    that I might provide other than legal services.
    Legal services, I would more often say Law Offices of
    Benjamin Edelman.  But, again, all of this is just
    d/b/a, so there's no legal personality, and it's



800.211.DEPO (3376)
EsquireSolutions.com