**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FRANCESCA GINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, | ) | |
| JOHN DOES 1-10, AND JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

<u>**HARVARD'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF
ITS MOTION TO COMPEL NON-PRIVILEGED TESTIMONY**</u>

Defendant President and Fellows of Harvard College ("Harvard") hereby moves, pursuant

to Local Rule 7.1(b)(3), for leave to submit a one-page Reply and accompanying declaration and

exhibit consisting of an expert report (together, attached hereto as Exhibit A) in further support of

its Motion to Compel Non-Privileged Testimony ("Motion to Compel").  Docket No. 206.

Dated:  June 4, 2026                           Respectfully submitted,


                                        /s/ Elena W. Davis

                                        Douglas E. Brayley (BBO# 674478)
                                        Jenny K. Cooper (BBO# 646860)
                                        Elena W. Davis (BBO# 695956)
                                        Stephanie D. Porges (BBO# 703381)
                                        ROPES & GRAY LLP
                                        800 Boylston Street
                                        Boston, MA 02199-3600

Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendant President and
Fellows of Harvard College*

2

## LOCAL RULE 7.1 CERTIFICATION

I, Elena W. Davis, hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for Harvard conferred with counsel for Plaintiff regarding the foregoing Motion in an attempt to resolve or narrow the issues contained herein.  Counsel for Plaintiff stated he did not object to Defendants filing a reply but objected to the filing of the expert report.

Dated: June 4, 2026

/s/ Elena W. Davis
Elena W. Davis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2026, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: June 4, 2026

/s/  Elena W. Davis
Elena W. Davis

3