# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FRANCESCA GINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, | ) | |
| JOHN DOES 1-10, AND JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**[PROPOSED] REPLY IN FURTHER SUPPORT OF HARVARD'S MOTION TO
COMPEL NON-PRIVILEGED TESTIMONY**

Harvard filed its Motion to Compel Non-Privileged Testimony (the "Motion") on May 26, 2026. In her Opposition to the Motion filed on June 2, 2026, Plaintiff asserts that Defendants have "no actual evidence in support" of Harvard's claim that Plaintiff created a backdated file to fabricate supposedly exculpatory evidence. *See* Docket No. 217 at 1. As demonstrated by the Expert Report of Julian Ackert, served on May 27, 2026, this claim is false. *See* Declaration of Elena W. Davis dated June 4, 2026, Ex. 1. Harvard respectfully submits that the Motion should be granted.

Dated: June 4, 2026                Respectfully submitted,


                                     */s/ Elena W. Davis*

                                     Douglas E. Brayley (BBO# 674478)
                                     Jenny K. Cooper (BBO# 646860)
                                     Elena W. Davis (BBO# 695956)

ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendant President and
Fellows of Harvard College*