**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, <br><br>       Plaintiff, <br><br>       v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, <br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 1:23-cv-11775-MJJ |

## DECLARATION OF ELENA W. DAVIS

I, Elena W. Davis, hereby declare as follows:

1.    I am an attorney at the law firm of Ropes & Gray LLP and counsel for Defendant President and Fellows of Harvard College ("Harvard") in the above-captioned matter.

2.    I respectfully submit this declaration in support of Harvard's Reply in Further Support of Its Motion to Compel Non-Privileged Testimony filed with the Court contemporaneously herewith.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Julian Ackert, served on May 27, 2026, with redactions for information designated Confidential as required by the Stipulated Protective Order, Docket No. 139.

I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: June 5, 2026

Respectfully submitted,

*/s/ Elena W. Davis*
Elena W. Davis (BBO# 695956)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000

*Counsel for Defendant President and Fellows of Harvard College*

## CERTIFICATE OF SERVICE

I, Elena W. Davis, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 5, 2026

/s/ Elena W. Davis
Elena W. Davis