**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| FRANCESCA GINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, | ) | |
| JOHN DOES 1-10, AND JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ASSENTED-TO MOTION TO MODIFY PAGE LIMIT FOR DEFENDANTS' MOTION**
**FOR SUMMARY JUDGMENT**

Defendant President and Fellows of Harvard College ("Harvard") and Defendant Srikant Datar (collectively, "the Defendants"), respectfully request that the Court modify the default page limit applicable to the Defendants' anticipated motion for summary judgment, due on June 23, 2026, and grant leave to file Defendants' memorandum in support of summary judgment of up to 30 pages in length. Counsel for Plaintiff assented to the relief requested in this Motion.

In support of this motion, Defendants state as follows:

1.      Plaintiff filed her Third Amended Complaint ("Complaint") on August 4, 2025. *See* Docket No. 126. The Complaint spans 91 pages and 396 numbered paragraphs, and it asserts eight claims, including claims for violations of Title IX, breach of contract, breach of the implied covenant of good faith and fair dealing, estoppel, disparate treatment under Title VII, disparate treatment under Mass. Gen. Laws Ch. 151B, retaliation, and declaratory judgment. The claims are complex and require Defendants to address numerous elements and theories. *See, e.g.*, Complaint

-1-

¶ 359 (a)–(l) (alleging twelve ways that Harvard breached its contract); *id.* ¶ 364 (alleging ten ways that Harvard breached the implied covenant of good faith and fair dealing).

2.      Pursuant to the Amended Scheduling Order, Docket No. 145, Defendants will file their motion for summary judgment on June 23, 2026; Plaintiff will file her opposition on July 28, 2026; and Defendants will file their reply on August 11, 2026.

3.      Defendants intend to move for summary judgment on all eight counts in the Complaint.  Under District of Massachusetts Local Rule 7.1(b)(4) and Section A(2) of this Court's Standing Order Regarding Motion Practice, memoranda in support of motions are ordinarily limited to 20 pages.  Any papers exceeding these limits may be filed only with leave of the Court. *See* Standing Order Regarding Motion Practice § A(2); *see also* L.R. 7.1(b)(4).

4.      Defendants will present their arguments as concisely as possible.  But additional pages are necessary to address the significance and scope of the issues raised by the Complaint.

5.      A memorandum of up to 30 pages will allow Defendants to address these complex issues in an orderly and efficient manner, and it will serve the interests of judicial economy by permitting the Court to consider the various arguments raised by Defendants.

6.      Counsel for Defendants contacted counsel for Plaintiff regarding this motion, and Plaintiff's counsel indicated that Plaintiff assents to the requested relief.

7.      For the reasons set forth above, Defendants respectfully request that this Court grant leave to file a memorandum in support of summary judgment of up to 30 pages in length.

Dated: June 12, 2026                          Respectfully submitted,


                                              /s/ Douglas E. Brayley
                                              Douglas E. Brayley

                                              Douglas E. Brayley (BBO# 674478)


-2-

Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
Stephanie D. Porges (BBO# 703381)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com
Stephanie.Porges@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendants President and Fellows
of Harvard College and Srikant Datar*

-3-

-4-

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Douglas E. Brayley, hereby certify pursuant to Local Rule 7.1(a)(2) that counsel for Defendants conferred with counsel for Plaintiff regarding the foregoing Motion in an attempt to resolve or narrow the issues contained herein.  Counsel for Plaintiff assented to the relief requested in this Motion.


Dated: June 12, 2026

                                                                        /s/ Douglas E. Brayley
                                                                        Douglas E. Brayley

-5-

## <u>CERTIFICATE OF SERVICE</u>

I, Douglas E. Brayley, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 12, 2026

*/s/ Douglas E. Brayley*

Douglas E. Brayley
