**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, | ) ) ) |
| Defendants. | ) ) ) ) ) |

Case No. 1:23-cv-11775-MJJ

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant President and Fellows of Harvard College and Defendant Srikant Datar (together, the "Defendants"), by and through their undersigned attorneys, hereby move the Court for summary judgment in their favor in the above-captioned matter (the "Motion for Summary Judgment"). The Motion for Summary Judgment is based on and supported by the Defendants' Memorandum of Law in Support of their Motion for Summary Judgment, Defendants' Statement of Undisputed Facts, the Declaration of Elena W. Davis in Support of Defendants' Motion for Summary Judgment and all exhibits and attachments thereto, the record on file in this matter, and any oral argument presented to the Court.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants respectfully request a hearing on the Motion for Summary Judgment.

1

Dated: June 23, 2026                          Respectfully submitted,


                                              */s/ Douglas E. Brayley*
                                              Douglas E. Brayley (BBO# 674478)
                                              Jenny K. Cooper (BBO# 646860)
                                              Elena W. Davis (BBO# 695956)
                                              Stephanie D. Porges (BBO# 703381)
                                              ROPES & GRAY LLP
                                              800 Boylston Street
                                              Boston, MA 02199-3600
                                              Tel: (617) 951-7000
                                              Douglas.Brayley@ropesgray.com
                                              Jenny.Cooper@ropesgray.com
                                              Elena.Davis@ropesgray.com
                                              Stephanie.Porges@ropesgray.com

                                              Laura G. Hoey (BBO# 650643)
                                              ROPES & GRAY LLP
                                              191 North Wacker Drive
                                              32nd Floor
                                              Chicago, IL 60606
                                              Telephone: (312) 845-1200
                                              Laura.Hoey@ropesgray.com

                                              *Attorneys for Defendants President and*
                                              *Fellows of Harvard College and Srikant*
                                              *Datar*

2

## **LOCAL RULE 7.1(a) CERTIFICATION**

I, Douglas E. Brayley, counsel for Defendants, hereby certify that counsel for Defendants conferred with counsel for Plaintiff on June 23, 2026 and attempted in good faith to resolve or narrow the issues subject to this motion, but the parties were unable to reach any resolution.

Dated: June 23, 2026

  */s/ Douglas E. Brayley*
  Douglas E. Brayley

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 23, 2026

*/s/ Douglas E. Brayley*
Douglas E. Brayley