**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:23-cv-11775-MJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ELENA W. DAVIS IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Elena W. Davis, hereby declare as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts. I am counsel with the law firm of Ropes & Gray LLP and counsel to the President and Fellows of Harvard College ("Harvard") and Srikant Datar (together, the "Defendants") in the above-captioned matter. I submit this declaration in support of the Defendants' Motion for Summary Judgment (the "Motion"). I have personal knowledge of the facts set forth herein and could testify as to all of them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Tentative Recommendations for the Discipline of Officers and Statement of Hearing Procedures dated Oct. 4, 1971, filed at Doc. No. 1-12.

3. Attached hereto as Exhibit 2 is a placeholder for a true and correct copy of a letter

from Harvard Business School ("HBS") to Plaintiff dated Feb. 16, 2010, bearing Bates stamp GINO_012940, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the HBS Research Integrity Policy dated April 3, 2013, filed at Doc. No. 1-9.

5.    Attached hereto as Exhibit 4 is a true and correct copy of a letter from the Secretary of the University to Plaintiff dated Sep. 22, 2014, bearing Bates stamp GINO_012944.

6.    Attached hereto as Exhibit 5 is a true and correct copy of the Harvard T.H. Chan School of Public Health, Policies & Procedures: Responding to Allegations of Research Misconduct, dated April 20, 2015, bearing Bates stamp HARV00076095.

7.    Attached hereto as Exhibit 6 is a true and correct copy of the HBS Principles and Procedures for Responding to Matters of Faculty Conduct, Faculty Review Board Procedure, dated April 28, 2015, filed at Doc. No. 20-1.

8.    Attached hereto as Exhibit 7 is a true and correct copy of the Harvard University Faculty of Arts and Sciences Interim Policy and Procedures for Responding to Allegations of Research Misconduct, dated July 1, 2020, bearing Bates stamp HARV00075987.

9.    Attached hereto as Exhibit 8 is a placeholder for a true and correct copy of an email from Plaintiff to J. Cunningham dated July 19, 2021, bearing Bates stamp HARV00050388, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

10.    Attached hereto as Exhibit 9 is a true and correct copy of the HBS Interim Policy and Procedures for Responding to Allegations of Research Misconduct dated Aug. 2021, filed at Doc. No. 1-10.

11.    Attached hereto as Exhibit 10 is a placeholder for a true and correct copy of an

email from A. Bonacossa to J. Simmons, et al. dated Oct. 13, 2021, bearing Bates stamp HARV00002215, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

12.     Attached hereto as Exhibit 11 is a placeholder for a true and correct copy of HBS Research Misconduct Allegation Intake & Assessment Form dated Oct. 15, 2021, bearing Bates stamp HARV00062721, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

13.     Attached hereto as Exhibit 12 is a placeholder for a true and correct copy of a letter from A. Bonacossa to S. Datar dated Oct. 15, 2021, bearing Bates stamp HARV00020995, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

14.     Attached hereto as Exhibit 13 is a placeholder for a true and correct copy of an email from S. Datar to A. Bonacossa dated Oct. 15, 2021, bearing Bates stamp HARV00002586, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

15.     Attached hereto as Exhibit 14 is a true and correct redacted copy of the Notice of Inquiry Related to Allegations of Research Misconduct dated Oct. 27, 2021, filed at Doc. No. 20-5 at 72, for which leave to file partially under seal was granted on March 12, 2024.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the HBS Sequestration Inventory Log dated Nov. 9, 2021, filed at Doc. No. 20-5 at 257.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the Report of Inquiry Committee Concerning Allegations against Plaintiff dated April 8, 2022, filed at Doc. No. 20-5 at 43.

18.     Attached hereto as Exhibit 17 is a placeholder for a true and correct copy of a

3

memorandum from S. Datar to A. Bonacossa dated April 13, 2022, bearing Bates stamp HARV00016962, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

19.    Attached hereto as Exhibit 18 is a true and correct redacted copy of Plaintiff's Written Responses to Investigation Committee dated April 2022 to July 2022, filed at Doc. No. 20-5 at 332, for which leave to file partially under seal was granted on March 12, 2024.

20.    Attached hereto as Exhibit 19 is a placeholder for a true and correct copy of meeting notes dated Aug. 26, 2022, bearing Bates stamp HARV00077531, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

21.    Attached hereto as Exhibit 20 is a true and correct redacted copy of Plaintiff's Written Response to Draft Investigation Report dated Feb. 17, 2023, filed at Doc. No. 20-5 at 1024, for which leave to file partially under seal was granted on March 12, 2024.

22.    Attached hereto as Exhibit 21 is a true and correct redacted copy of the Final Report of Investigation Committee Concerning Allegations against Plaintiff dated March 7, 2023, filed at Doc. No. 20-5 at 2, for which leave to file partially under seal was granted on March 12, 2024.

23.    Attached hereto as Exhibit 22 is a placeholder for a true and correct copy of an email from A. Bonacossa to S. Datar dated April 9, 2023, bearing Bates stamp HARV00005365, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

24.    Attached hereto as Exhibit 23 is a placeholder for a true and correct copy of a letter from S. Datar to A. Bonacossa dated April 19, 2023, bearing Bates stamp HARV00004993, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

25.    Attached hereto as Exhibit 24 is a placeholder for a true and correct copy of an

4

email from J. Cunningham dated May 4, 2023, bearing Bates stamp HARV00012516, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

26.    Attached hereto as Exhibit 25 is a placeholder for a true and correct copy of an email to Dean Datar dated May 18, 2023, bearing Bates stamp HARV00005382, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

27.    Attached hereto as Exhibit 26 is a placeholder for a true and correct copy of a letter to Dean Datar dated May 24, 2023, bearing Bates stamp HARV00009316, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

28.    Attached hereto as Exhibit 27 is a placeholder for a true and correct copy of a letter to Dean Datar dated May 25, 2023, bearing Bates stamp HARV00013835, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

29.    Attached hereto as Exhibit 28 is a placeholder for a true and correct copy of talking points regarding a meeting with Plaintiff dated June 13, 2023, bearing Bates stamp HARV00013260, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

30.    Attached hereto as Exhibit 29 is a placeholder for a true and correct copy of a letter from S. Datar to Plaintiff dated June 13, 2023, bearing Bates stamp GINO_000001, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

31.    Attached hereto as Exhibit 30 is a placeholder for a true and correct copy of a memorandum from A. Bonacossa to S. Datar dated June 20, 2023, bearing Bates stamp HARV00012015, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

32.    Attached hereto as Exhibit 31 is a placeholder for a true and correct copy of a letter

5

from S. Datar to C. Gay dated July 14, 2023, bearing Bates stamp HARV00003214, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

33.    Attached hereto as Exhibit 32 is a placeholder for a true and correct copy of an email from C. Gay to Screening Committee Members dated Aug. 25, 2023, bearing Bates stamp HARV00021736, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

34.    Attached hereto as Exhibit 33 is a placeholder for a true and correct copy of the Memorandum from Screening Committee to C. Gay dated Oct. 12, 2023, bearing Bates stamp HARV00021291, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

35.    Attached hereto as Exhibit 34 is a placeholder for a true and correct copy of a letter from C. Gay to Plaintiff dated Oct. 25, 2023, bearing Bates stamp HARV00043127, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

36.    Attached hereto as Exhibit 35 is a placeholder for a true and correct copy of an email from J. Caldwell to Hearing Committee Members dated Nov. 8, 2023, bearing Bates stamp HARV00078391, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

37.    Attached hereto as Exhibit 36 is a placeholder for a true and correct copy of a letter from Respondent's counsel to the Hearing Committee dated March 29, 2024, bearing Bates stamp HARV00069780, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

38.    Attached hereto as Exhibit 37 is a placeholder for a true and correct copy of the Witness Statement of A. Bonacossa dated Aug. 15, 2024, bearing Bates stamp HARV00068990,

6

which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

39.     Attached hereto as Exhibit 38 is a placeholder for a true and correct copy of the Witness Statement of S. Datar dated Aug. 15, 2024, bearing Bates stamp HARV00022278, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

40.     Attached hereto as Exhibit 39 is a placeholder for a true and correct copy of Witness Statement of T. Amabile dated Aug. 16, 2024, bearing Bates stamp HARV00069013, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

41.     Attached hereto as Exhibit 40 is a placeholder for a true and correct copy of a letter from Complainant's counsel to the Hearing Committee dated Aug. 16, 2024, bearing Bates stamp HARV00022264, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

42.     Attached hereto as Exhibit 41 is a placeholder for a true and correct copy of the Hearing Committee Memorandum dated Sep. 6, 2024, bearing Bates stamp HARV00022713, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

43.     Attached hereto as Exhibit 42 is a placeholder for a true and correct copy of the Supplemental Witness Statement of RIO Bonacossa dated Sep. 27, 2024, bearing Bates stamp HARV00022568, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

44.     Attached hereto as Exhibit 43 is a placeholder for a true and correct copy of the Notice of Third Statute Hearing dated Oct. 25, 2024, bearing Bates stamp HARV00022803, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

45.    Attached hereto as Exhibit 44 is a placeholder for a true and correct copy of excerpts of the transcript of the Third Statute Proceeding, Day 1, dated Nov. 15, 2024, bearing Bates stamp HARV00070153, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

46.    Attached hereto as Exhibit 45 is a placeholder for a true and correct copy of excerpts of the transcript of the Third Statute Proceeding, Day 2, dated Nov. 16, 2024, bearing Bates stamp HARV00070722, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

47.    Attached hereto as Exhibit 46 is a placeholder for a true and correct copy of the Memorandum from the Hearing Committee to the President and Fellows of Harvard College re: Findings of Facts and Recommendations dated Jan. 24, 2025, bearing Bates stamp HARV00022816, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

48.    Attached hereto as Exhibit 47 is a placeholder for a true and correct copy of a letter from the Hearing Committee's counsel to M. Goodheart dated Jan. 24, 2025, bearing Bates stamp HARV00022827, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

49.    Attached hereto as Exhibit 48 is a true and correct copy of Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission, dated July 11, 2025.

50.    Attached hereto as Exhibit 49 is a placeholder for a true and correct copy of excerpts of the deposition transcript of Gary Pisano, dated Dec. 4, 2025, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

51.    Attached hereto as Exhibit 50 is a placeholder for a true and correct copy of excerpts

8

of the deposition transcript of Robin Greenwood, dated Dec. 8, 2025, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

52.    Attached hereto as Exhibit 51 is a placeholder for a true and correct copy of excerpts of the deposition transcript of Teresa Amabile, dated Dec. 10, 2025, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

53.    Attached hereto as Exhibit 52 is a placeholder for a true and correct copy of excerpts of the deposition transcript of Jean Cunningham, dated Dec. 16, 2025, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

54.    Attached hereto as Exhibit 53 is a placeholder for a true and correct copy of excerpts of the deposition transcript of Srikant Datar, dated Dec. 19, 2025, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

55.    Attached hereto as Exhibit 54 is a true and correct copy of the HBS Interim Policy and Procedures for Responding to Allegations of Research Misconduct, effective January 2026, dated Jan. 2026, available at https://www.hbs.edu/about/campus-and-culture/policies/research-misconduct.

56.    Attached hereto as Exhibit 55 is a placeholder for a true and correct copy of excerpts of the deposition transcript of Alain Bonacossa (Day 1), dated Feb. 16, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

57.    Attached hereto as Exhibit 56 is a placeholder for a true and correct copy of excerpts of the deposition transcript of Alain Bonacossa (Day 2), dated Feb. 17, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

58.    Attached hereto as Exhibit 57 is a placeholder for a true and correct copy of an excerpt of the deposition transcript of Joseph Simmons, dated May 1, 2026, which Harvard seeks

leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

59.    Attached hereto as Exhibit 58 is a placeholder for a true and correct copy of excerpts of the deposition transcript of Andrew King, dated May 18, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

60.    Attached hereto as Exhibit 59 is a true and correct redacted copy of excerpts of the deposition transcript of Plaintiff, dated May 22, 2026, which Harvard seeks leave to file partially under seal in its concurrently filed Motion for Leave to File Under Seal.

61.    Attached hereto as Exhibit 60 is a true and correct redacted copy of the Expert Report of Julian Ackert, dated May 27, 2026, which Harvard seeks leave to file partially under seal in its concurrently filed Motion for Leave to File Under Seal.

62.    Attached hereto as Exhibit 61 is a placeholder for a true and correct copy of an excerpt of the deposition transcript of Lauren Cohen, dated May 29, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

63.    Attached hereto as Exhibit 62 is a placeholder for a true and correct copy of excerpts of the deposition transcript of D. Andrew Teeter, dated May 29, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

64.    Attached hereto as Exhibit 63 is a placeholder for a true and correct copy of excerpts of the 30(b)(6) deposition transcript of Harvard (Suzanne Glassburn), dated May 29, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

65.    Attached hereto as Exhibit 64 is a true and correct copy of the Declaration of Teresa Amabile dated June 17, 2026.

66.    Attached hereto as Exhibit 65 is a true and correct copy of the Declaration of Srikant Datar dated June 18, 2026.

10

67.    Attached hereto as Exhibit 66 is a true and correct copy of the Declaration of Shawn Cole dated June 17, 2026.

68.    Attached hereto as Exhibit 67 is a true and correct copy of the Declaration of Robert Kaplan dated June 19, 2026.

69.    Attached hereto as Exhibit 68 is a true and correct copy of "About," Data Colada, available at https://datacolada.org/about, last accessed June 19, 2026.

70.    Attached hereto as Exhibit 69 is a true and correct copy of "About Co-Directors of the Credibility Lab," Wharton, available at https://credlab.wharton.upenn.edu/about/, last accessed June 19, 2026.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 23, 2026                    Respectfully submitted,

                                        */s/ Elena W. Davis*
                                        Elena W. Davis (BBO# 695956)
                                        Ropes & Gray LLP
                                        800 Boylston Street
                                        Boston, MA 02199-3600
                                        Tel: (617) 951-7000

                                        *Counsel for Defendants President and Fellows*
                                        *of Harvard College and Srikant Datar*

11

## CERTIFICATE OF SERVICE

I, Elena W. Davis, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 23, 2026

/s/ Elena W. Davis
Elena W. Davis