**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:23-cv-11775-MJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TABLE OF EXHIBITS**

| Exhibit | Date | Description | Bates/Doc. No. |
|---|---|---|---|
| 1 | 10/4/1971 | Tentative Recommendations for the Discipline of Officers and Statement of Hearing Procedures ("Third Statute Procedures") | Doc. No. 1-12[1] |
| 2 | 2/16/2010 | Letter from Harvard Business School ("HBS") to Plaintiff | GINO_012940 |
| 3 | 4/3/2013 | HBS Research Integrity Policy | Doc. No. 1-9 |
| 4 | 9/22/2014 | Letter from Secretary of the University to Plaintiff ("Appointment Letter") | GINO_012944 |
| 5 | 4/20/2015 | Harvard T.H. Chan School of Public Health, Policies & Procedures: Responding to Allegations of Research Misconduct ("Chan Policies & Procedures") | HARV00076095 |
| 6 | 4/28/2015 | HBS Principles and Procedures for Responding to Matters of Faculty Conduct, Faculty Review Board Procedure ("FRB Policy") | Doc. 20-1 |

---

[1] For the Court's convenience, Defendants have included as exhibits certain documents that Plaintiff or Defendants previously filed on the public docket at the entry noted.

| Exhibit | Date | Description | Bates/Doc. No. |
|---|---|---|---|
| 7 | 7/1/2020 | Harvard University Faculty of Arts and Sciences Interim Policy and Procedures for Responding to Allegations of Research Misconduct ("FAS Interim Policy & Procedures") | HARV00075987 |
| 8 | 7/19/2021 | Email from Plaintiff to Dean Cunningham | HARV00050388 |
| 9 | 08/2021 | HBS Interim Policy and Procedures for Responding to Allegations of Research Misconduct ("Interim Policy & Procedures") | Doc. No. 1-10 |
| 10 | 10/13/2021 | Email from Research Integrity Officer ("RIO") A. Bonacossa to J. Simmons, et al. | HARV00002215 |
| 11 | 10/15/2021 | HBS Research Misconduct Allegation Intake & Assessment Form ("Preliminary Assessment") | HARV00062721 |
| 12 | 10/15/2021 | Letter from RIO Bonacossa to Dean Datar | HARV00020995 |
| 13 | 10/15/2021 | Email from Dean Datar to RIO Bonacossa | HARV00002586 |
| 14 | 10/27/2021 | Notice of Inquiry Related to Allegations of Research Misconduct ("Notice of Inquiry") | Doc. No. 20-5 at 72[2] |
| 15 | 11/9/2021 | HBS Sequestration Inventory Log | Doc. No. 20-5 at 257 |
| 16 | 4/8/2022 | Report of Inquiry Committee Concerning Allegations against Plaintiff ("Inquiry Report") | Doc. No. 20-5 at 43 |
| 17 | 4/13/2022 | Memorandum from Dean Datar to RIO Bonacossa | HARV00016962 |
| 18 | 05/2022-07/2022 | Plaintiff's Written Responses to Investigation Committee | Doc. No. 20-5 at 332 |
| 19 | 08/26/2022 | Meeting Notes | HARV00077531 |
| 20 | 2/17/2023 | Plaintiff's Written Response to Draft Investigation Report | Doc. No. 20-5 at 1024 |
| 21 | 3/7/2023 | Final Report of Investigation Committee Concerning Allegations against Plaintiff ("Final Report") | Doc. No. 20-5 at 2 |

---

[2] This Court previously granted Defendants' motion for leave to file partially under seal the Final Report of the HBS Investigation Committee and accompanying exhibits. *See* Doc. No. 67.

2

| Exhibit | Date | Description | Bates/Doc. No. |
|---|---|---|---|
| 22 | 4/9/2023 | Email from RIO Bonacossa to Dean Datar | HARV00005365 |
| 23 | 4/19/2023 | Letter from Dean Datar to RIO Bonacossa | HARV00004993 |
| 24 | 5/4/2023 | Email from Dean Cunningham | HARV00012516 |
| 25 | 5/18/2023 | Email to Dean Datar | HARV00005382 |
| 26 | 5/24/2023 | Letter to Dean Datar | HARV00009316 |
| 27 | 5/25/2023 | Letter to Dean Datar | HARV00013835 |
| 28 | 6/13/2023 | Talking Points re: Meeting with Plaintiff | HARV00013260 |
| 29 | 6/13/2023 | Letter from Dean Datar to Plaintiff | GINO_000001 |
| 30 | 6/20/2023 | Memorandum from RIO Bonacossa to Dean Datar | HARV00012015 |
| 31 | 7/14/2023 | Letter from Dean Datar to President Gay | HARV00003214 |
| 32 | 8/25/2023 | Email from President Gay to Screening Committee Members | HARV00021736 |
| 33 | 10/12/2023 | Memorandum from Screening Committee to President Gay | HARV00021291 |
| 34 | 10/25/2023 | Letter from President Gay to Plaintiff | HARV00043127 |
| 35 | 11/08/2023 | Email from J. Caldwell to Hearing Committee Members | HARV00078391 |
| 36 | 3/29/2024 | Letter from Respondent's Counsel to Hearing Committee | HARV00069780 |
| 37 | 8/15/2024 | Witness Statement of RIO Bonacossa | HARV00068990 |
| 38 | 8/15/2024 | Witness Statement of Dean Datar | HARV00022278 |
| 39 | 8/16/2024 | Witness Statement of T. Amabile | HARV00069013 |
| 40 | 8/16/2024 | Letter from Complainant's Counsel to Hearing Committee | HARV00022264 |
| 41 | 9/6/2024 | Hearing Committee Memorandum | HARV00022713 |
| 42 | 9/27/2024 | Supplemental Witness Statement of RIO Bonacossa | HARV00022568 |

| Exhibit | Date | Description | Bates/Doc. No. |
|---|---|---|---|
| 43 | 10/25/2024 | Notice of Third Statute Hearing | HARV00022803 |
| 44 | 11/15/2024 | Excerpts from Transcript of Third Statute Proceeding, Day 1 ("Third Statute Proceeding Day 1 Tr.") | HARV00070153 |
| 45 | 11/16/2024 | Excerpts from Transcript of Third Statute Proceeding, Day 2 ("Third Statute Proceeding Day 2 Tr.") | HARV00070722 |
| 46 | 1/24/2025 | Memorandum from the Hearing Committee to the President and Fellows of Harvard College (the "Corporation") re: Findings of Facts and Recommendations ("Findings and Recommendations") | HARV00022816 |
| 47 | 1/24/2025 | Letter from Hearing Committee's Counsel to Harvard Vice President M. Goodheart | HARV00022827 |
| 48 | 7/11/2025 | Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission | N/A |
| 49 | 12/4/2025 | Excerpts from G. Pisano Deposition Transcript ("Pisano Dep. Tr.") | N/A |
| 50 | 12/8/2025 | Excerpts from R. Greenwood Deposition Transcript ("Greenwood Dep. Tr.") | N/A |
| 51 | 12/10/2025 | Excerpts from T. Amabile Deposition Transcript ("Amabile Dep. Tr.") | N/A |
| 52 | 12/16/2025 | Excerpts from Dean Cunningham Deposition Transcript ("Cunningham Dep. Tr.") | N/A |
| 53 | 12/19/2025 | Excerpts from Dean Datar Deposition Transcript ("Datar Dep. Tr.") | N/A |
| 54 | 1/2026 | HBS Interim Policy and Procedures for Responding to Allegations of Research Misconduct, effective January 2026 | N/A |
| 55 | 2/26/2026 | Excerpts from RIO Bonacossa Deposition Transcript, Day 1 ("Bonacossa Day 1 Dep. Tr.") | N/A |
| 56 | 2/27/2026 | Excerpts from RIO Bonacossa Deposition Transcript, Day 2 ("Bonacossa Day 2 Dep. Tr.") | N/A |
| 57 | 5/1/2026 | Excerpt from J. Simmons Deposition Transcript ("Simmons Dep. Tr.") | N/A |

| Exhibit | Date | Description | Bates/Doc. No. |
|---|---|---|---|
| 58 | 5/18/2026 | Excerpts from A. King Deposition Transcript ("King Dep. Tr.") | N/A |
| 59 | 5/22/2026 | Excerpts from F. Gino Transcript ("Gino Dep. Tr.") | N/A |
| 60 | 5/27/2026 | Expert Report of J. Ackert | N/A |
| 61 | 5/29/2026 | Excerpt from L. Cohen Deposition Transcript ("Cohen Dep. Tr.") | N/A |
| 62 | 5/29/2026 | Excerpts from D. Teeter Deposition Transcript ("Teeter Dep. Tr.") | N/A |
| 63 | 5/29/2026 | Excerpts from Harvard 30(b)(6) Witness S. Glassburn Deposition Transcript ("Harvard 30(b)(6) Dep. Tr.") | N/A |
| 64 | 6/17/2026 | T. Amabile Declaration | N/A |
| 65 | 6/18/2026 | Dean Datar Declaration | N/A |
| 66 | 6/18/2026 | S. Cole Declaration | N/A |
| 67 | 6/19/2026 | R. Kaplan Declaration | N/A |
| 68 | 6/19/2026 | "About" Data Colada, https://datacolada.org/about | N/A |
| 69 | 6/19/2026 | "About Co-Directors of the Credibility Lab," Wharton, https://credlab.wharton.upenn.edu/about/ | N/A |