# EXHIBIT 15

**Exhibit 2**
**Sequestration Inventory**

# HBS Records Sequestration Inventory Log
# Incident #: RI21-001

| Data/File/Directory Name | Date Acquired | Data Location | Original Copy | Initials of Individual aquiring data | |
|---|---|---|---|---|---|
| crashplan-restore-10192021-200558 | 10/19/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Code42 (HBS Endpoint Backup Service) Restore of Home HBS provided system "catseye" |
| Dropbox.zip | 10/28/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Fgino Copy of Dropbox HBS Data from personal dropbox account. |
| Exchange.pst | 10/20/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Fgino 1 of 3 hbs email extracts. |
| Exchange-2.pst | 10/20/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Fgino 2 of 3 hbs email extracts. |
| Exchange-3.pst | 10/20/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Fgino 3 of 3 hbs email extracts. |
| Fgino_hbs_edu_OneDrive_1_10-19-2021.zip | 10/19/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Fgino O365 OneDrive data |
| Fileserver-Home/Fac_project_Gino_FeedbackStudy | 10/21/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Fgino HBSFiles Project work Space |
| Fileserver-Home/fgino | 10/20/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Fgino HBSfiles home space |
| Qualtrics/Account-A-Errors | 10/22/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Qualtrics Original Survey Data |
| Qualtrics/Accounts-B-Data | 10/22/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Qualtrics Original Survey Data |
| Qualtrics/AccountA files202110222131028 | 10/22/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Qualtrics Original Survey Data |
| RI21-001-Hardware log – 102821 | 10/28/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Hardware log of HBS provisioned Endpoints received. |
| SurveyIDs.xlsx | 10/21/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | List of Qualtrics Surveys and Associated IDs |

Case: 23-1574 Document: 00118075431 Page: 258 Date Filed: 10/23/2023 Entry ID: 6601282

| | | | | | |
|---|---|---|---|---|---|
| List All- Errors-Master.xlsx | 10/22/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Master Qualtrix List with highlighted Errors of ones that could not be extracted. |
| merged error.xlsx | 10/22/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | Error list of merged Qualtrics Surveys and associated IDs. |
| errorSurveys.json | 10/22/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | JSON error file from quatrics extract script via API. |
| Fgino Laptop-C02TCB6GTF1 | 11/4/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | fgino macbook provisioned HBS system data |
| fgino-macpro-F5NG0HAF694 | 11/9/2021 | /hbsfiles/project/Dean-RCS-FY22/Master-Data | YES | CWP | fgino macpro provisioned HBS system data |