# EXHIBIT 18

**Exhibit 5**
**Respondent's Written Responses to Investigation Committee - May-July 2022**

## Chronology for papers included in the Allegations and Contact Information

### Paper #1: 2012 PNAS Paper

Lisa Shu, Nina Mazar, Francesca Gino, Dan Ariely, and Max Bazerman, 2012, "Signing at the Beginning Makes Ethics Salient and Decreases Dishonest Self-reports in Comparison to Signing at the End."

- *Corresponding author*: Nina Mazar

*Chronology*

- July 2008-June 2010: I joined the UNC Kenan Flagler Business School faculty as an assistant professor in July 2008, and was on the faculty for 2 years. I moved to HBS as an associate professor in July 2010. I spent part of that summer doing research in Glendale, CA with Disney (an opportunity ▇▇▇▇▇▇ created) but traveled to Harvard and to UNC as needed
- July 2008-June 2010: During my time at UNC, I created a behavioral lab to conduct experiments on a regular basis. I hired ▇▇▇▇▇▇▇ as the main lab manager. When I moved to HBS in July 2010, ▇▇▇ continued running studies for me, and was hired by me (through HBS) as a contractor. ▇▇▇ continued working as a contractor through 2012.
- June 2010: The laboratory study received IRB approval from UNC
- June-July 2010: The data from the laboratory studies (conducted on paper) was collected at the behavioral laboratory at UNC Kenan Flagler Business School
  - ▇▇▇ was the research assistant helping with data collection
  - As indicated in the acknowledgments of the 2012 PNAS paper, ▇▇▇▇▇▇▇ also helped with data collection. ▇▇▇▇▇▇ was an undergraduate at UNC at that time. I am not sure whether other RAs / undergraduates helped with data collection.
- June-July 2010: ▇▇▇ entered the data for the study
  - I am not sure whether ▇▇▇▇▇ (or other RAs) helped with data entry
- **Data for Study 1 was collected in June-July 2010**
- June 2019: I shared the data from the lab studies with ▇▇▇▇▇▇▇ so that they could be posted publicly on the OSF. ▇▇▇▇ has led a research effort that led to this published paper: https://www.pnas.org/content/117/13/7103

*Contact information*

▇▇▇▇▇ (who has now left the field): ▇▇▇▇▇▇▇▇▇
Phone number I have for her: ▇▇▇▇▇▇▇ (she moved to LBS after graduating so I am not sure this number is still valid)

▇▇▇▇▇▇▇: ▇▇▇▇▇▇▇▇
Phone number: ▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇
Google tells me she is now a PhD student ▇▇▇▇▇▇▇▇▇

**Paper #2: 2014 Psychological Science Paper**
Francesca Gino, and Scott Wiltermuth, 2014, "Evil Genius? How Dishonesty Can Lead to Greater Creativity"
- *Corresponding author*: Francesca Gino

***Chronology***
- August 1 2013: We submitted the paper to Psych Science. It was accepted for publication after revisions on December 28 2013
- **Data for Study 4 was collected in 2012**
- To create the experimental materials needed for the studies, I reached out to two individuals with programming knowledge:
  - ▮▮▮▮▮▮▮▮ – who, at the time, was working as Research Computing Specialist at the Decision Science Laboratory at the Harvard Kennedy School
  - ▮▮▮▮▮▮▮ – who, at the time, helped another now HBS colleague (▮▮▮▮▮▮ develop programs to use in her work
- The data from Experiment 4 in the published paper (i.e., the study allegation #3 is about) was collected on MTurk using a program developed, I believe, by ▮▮▮▮▮▮ since the study involved a virtual coin-toss task
  - ▮▮▮▮ created links to use to download the data, and also links to use to erase the data once downloaded so that the program could be used again
- I believe ▮▮▮ conducted the study and received IRB approval at UNC since I am unable to find the IRB application for the study in my HBS records

***Contact information***
▮▮▮▮▮▮▮ (see above)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(I think ▮▮▮ left HKS)

▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Phone number: ▮▮▮▮▮▮▮

**Paper #3: 2015 Psychological Science Paper**
Francesca Gino, Maryam Kouchaki, and Adam Galinsky, 2015, "The Moral Virtue of Authenticity: How Inauthenticity Produces Feelings of Immorality and Impurity"
- *Corresponding author*: Maryam Kouchaki

***Chronology***
- August 2010: We submitted the paper to Psych Science, subsequently revised it and resubmitted it in Sept 2010. We were then rejected
- In June 2011: We submitted the paper to JPSP, and then rejected in October 2011

- In June 2013: We submitted a greatly revised version to Psych Science, and after a few rounds of revisions, the paper was accepted in January 2015
- **Data for Study 4 was collected in 2014**
- 8/8/12 through 5/27/16: ▮▮▮▮▮▮▮ was working as a research associate for about 50% of her time for me
  - ▮▮▮ received extra help in conducting studies by other undergraduates when needed, as well as temporary RAs
- The OSF website indicates I or somebody using my account (e.g., an RA) posted the data on OSF

*Contact information*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Phone number ▮▮▮▮▮▮▮

▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮

**Paper #4: 2020 JPSP Paper**

Francesca Gino, Maryam Kouchaki, and Tiziana Casciaro, 2020, "Why Connect? Moral Consequences of Networking with a Promotion or Prevention Focus"

- *Corresponding author*: Maryam Kouchaki

*Chronology*

- January 2016: We submitted the paper to AMJ, and were rejected in April 2016
- December 2017: We resubmitted a substantially revised version of the paper to AMJ again, and were, once again, rejected
- February 2018: We submitted a further revised version to Org Science, and we were then rejected
- August 2018: We submitted a further revised version to JAP, and we were then rejected (all rejections were mainly about the size of theoretical contributions)
- September 2019: We submitted a revised paper to JPSP, went through a few rounds of revisions and finally had the paper accepted for publication in May 2020
- **Data for Study 3A was collected in 2020**
- 7/1/18 through 6/30/21: ▮▮▮▮▮▮▮▮▮ was working as a research associate for 100% of his time (and 75% of his time 7/12/20-6/30/21)
  - ▮▮▮ received extra help in conducting studies by other undergraduates when needed, as well as temporary RAs
- I believe ▮▮▮▮▮▮▮▮▮ posted the data on OSF, but I am unable to tell from the OSF website (it mentions "anonymous contributors")

*Contact information*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Phone number: ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ I don't think his HBS email address works anymore

**2. Produce a list of RAs and doctoral students that worked with you over the years**
**The Committee would appreciate a comprehensive list, knowing they it may not be 100%**
**accurate or complete - it's to the best of your abilities.**

*Doctoral Students*

Below, you'll find the list of doctoral students I advised, worked with and whose dissertation committee I was on. I am a co-author on research with each of them, though in some cases the joint work we've done together did not end up being published. Generally, students who work with me have access to the data of joint projects as they are likely leading the efforts of data collection and data analyses, under my supervision.

To compile the list below, I reached out to the Doctoral Office at HBS and at other schools where I was on the Faculty as an assistant professor (Kenan Flagler at UNC) or post-doc (Carnegie Mellon University). Unfortunately, some of the people I had contacts for (e.g., the faculty coordinator of the OB unit at UNC) have moved on, either leaving the University or retiring, making the effort of tracking down this information a bit more challenging. The summer is also a time when faculty and staff are taking time off, especially after the pandemic, it seems, making these search efforts a bit slower than I had anticipated.

I feel fortunate to be working with doctoral students. At CMU, I also collaborated with post-doctoral fellows like me (that was my position at CMU when I was on the faculty there in 2006-2008), especially ██████████████ (who is now a Professor at INSEAD) and ███████ (who is now a Professor at Olin, Wash U).

- ██████████████ OB (chair; expected 2024)
- ███████████ OB (expected 2023)
- ██████████████ OB (expected 2023)
- ███████████ OB (co-chair, expected 2023)
- ████████████████ Harvard Business School, OB (expected 2023)
- ████████████ Harvard Business School, OB (chair; expected 2023)
- ███████████ Harvard Business School, OB (expected 2023)
- █████████████ Harvard Business School, OB (chair; 2022)
- ██████████ Harvard Business School, OB (chair; 2020)
- ██████████ Harvard Business School, OB (2020)
- ██████████ Harvard Business School, OB (chair; 2019)
- ██████████ Harvard Business School, Management DBA (chair; 2018)
- █████████ Columbia University, OB (2018)
- █████████ Harvard Business School, OB (2017)
- █████████ Harvard Business School, OB (co-chair; 2017)
- ███████████ Harvard Business School, OB (2017)
- ████████████ Harvard Business School, OB (2017)
- ████████████ Harvard Business School, OB (2016)
- ██████████ Harvard Business School, OB (chair; 2015)
- ███████ Kennedy School of Government, Harvard University (chair; 2014)

- ███████████ Harvard Business School, marketing (2015)
- ██████████████ Economics Department, Harvard University (2013)
- ██████████████ Harvard Business School, OB (2013)
- ████████████ Cornell University, Management and Organizations (2013)
- █████████████ Duke University (2013)
- ██████████████ Carnegie Mellon University Heinz College (2012)
- ██████████████ University of Utah, Organizational Behavior (2012)
- ████████ Harvard Business School, OB/Soc. Psych (2012)
- ██████████ Carnegie Mellon University (2012)
- ███████████ Harvard Business School, Marketing (2011)
- ████████████ UNC School of Journalism (2011)
- ██████████████ Carnegie Mellon University (2011)
- ████████████ UNC Organizational Behavior (co-chair; 2010)
- ████████████ Carnegie Mellon University Organizational Behavior (2009)

*Research Assistants*

When I joined HBS in the summer of 2010 as an Associate Professor in NOM, I co-led with ████ ██████████ (also in NOM at HBS) what used to be call ████ 's non-lab and then BIG Lab. The lab is listed as a college course at Harvard (I believe the name has always been PSY 2553R, but I was unable to confirm this), a course students can take for credit.

Over the years I took over as ████ felt too distant from the publication process. I believe I took over in 2013, as I learned in reviewing my emails. As part of the lab, undergraduates at Harvard could sign up for credit and work on research, helping faculty and graduate students, on every part of the research process (literature reviews, coding, data collection, creating surveys on Qualtrics, running studies, etc). Their role, in other words, was similar to the tasks research assistants often engage in to help doctoral students and faculty in their research. I worked closely with a few in particular, but given that interactions occurred in person most of the time, I don't remember the name of specific students I worked with.

I reached out to the psych department to compile the list, as the class rosters available online, if I am accessing the system in the right away, are only available starting from the Fall of 2019. I was finally able to obtain the comprehensive list on 7/19/2022. See attached excel file called PSY 2553R Student Rosters. I received the file from Raiyan Huq ████████████████████████, Business Systems Analyst at the Office of the Registrar (Faculty of Arts and Sciences, Harvard University). When I received the file, I was told that "Our database only houses data going back to 2011. If you require data prior to 2011, please reach out to the Office of Institutional Research at oir@harvard.edu." I did not contact the office, to see if data from 2010 is available.

I also benefitted from the help of research assistants associated to the Harvard Kennedy School lab, when it was still open. One such person was █████████████ who was hired as a full-time technician for the lab, so he was paid by the Kennedy School. The same goes for the lab manager (█████████████ back then) and the RAs associated with the lab, who were mostly students the lab hired part-time. I reached out to ██████████, who was a doctoral student at HKS I worked with to learn more about the HKS lab setup, since I could not remember the details. As she told me, the

lab was initially set up with ▮▮▮▮▮▮▮▮▮'s NSF grant, but she did not know the details of the arrangement with HKS (who paid for what resources).

Finally, I received support from a variety of research associates over the years. I reached out to Beth Hall at HBS for information about research support I received over the years since it is hard for me to remember the details of everyone who helped me over the years. As Beth also noted, their records indicate dates when the appointment became official. In a few cases, the person may have been working for a while with me but not on record at the exact time because of the time required for appointments (As an example, a doctoral students who helped me read and summarize themes of reflections submitted by MBA students in my course, finished her work by the time she was officially in the system, and recorded her hours after completion of the role she had as temporary RA).

A few of the RAs only worked as temporary associates, helping on studies that needed fast data collection or that were more involved, coding or other tasks involved in the research process.

I organized the list by year and type of role:

| Year | Name | Role |
|---|---|---|
| 2010, 2011 | ▮▮▮▮▮▮ | RA at HBS |
| 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022 | ▮▮▮▮ | RA (helping with editing papers and literature reviews only) |
| 2011, 2012 | ▮▮▮▮ | RA physically at UNC, hired as contractor by HBS |
| 2011 | ▮▮▮ | Temporary RA |
| 2012 | ▮▮▮▮ | HU student hired as temporary RA |
| 2012 | ▮▮▮▮ | hired as contractor by HBS |
| 2012 | ▮▮▮ | HU student hired as temporary RA |
| 2012 | ▮▮▮▮ | HU student hired as temporary RA |
| 2013 | ▮▮▮▮▮ | Temporary RA |
| 2012, 2013, 2014, 2015, 2016 | ▮▮▮ | RA at HBS |
| 2013, 2014 | ▮▮▮▮▮ | RA at HBS |
| 2013 | ▮▮▮▮▮ | Temporary RA |
| 2013 | ▮▮▮ | HU student hired as temporary RA |
| 2014 | ▮▮▮▮▮ | HU student hired as temporary RA |
| 2015 | ▮▮▮ | Temporary RA |
| 2014 | ▮▮▮ | Temporary RA |
| 2014 | ▮▮▮▮▮ | HU student hired as temporary RA |
| 2014 | ▮▮▮▮▮ | Temporary RA |
| 2014 | ▮▮▮ | Temporary RA |
| 2014 | ▮▮▮ | Temporary RA |
| 2014 | ▮▮▮ | Temporary RA |
| 2014, 2015 | ▮▮ | Temporary RA |
| 2014 | ▮▮▮ | Temporary RA |
| 2014 | ▮▮▮ | Temporary RA |

| 2014 | | Temporary RA |
|---|---|---|
| 2015 | | HU student hired as temporary RA |
| 2015 | | Temporary RA |
| 2015 | | Temporary RA |
| 2015, 2016 | | HU student hired as temporary RA |
| 2015 | | HU student hired as temporary RA |
| 2015 | | HU student hired as temporary RA |
| 2015 | | Temporary RA |
| 2015 | | Temporary RA |
| 2015 | | Temporary RA |
| 2015 | | Temporary RA |
| 2016 | | Temporary RA |
| 2015 | | Temporary RA |
| 2015 | | Temporary RA |
| 2016, 2017 | | RA at HBS |
| 2017 | | HU student hired as temporary RA |
| 2017 | | Temporary RA |
| 2018 | | Temporary RA |
| 2017 | | Temporary RA |
| 2018 | | Temporary RA |
| 2017 | | Temporary RA |
| 2017 | | Temporary RA |
| 2017 | | Temporary RA |
| 2017 | | Temporary RA |
| 2018 | | HU student hired as temporary RA |
| 2017 | | Temporary RA |
| 2018, 2019, 2020, 2021 | | RA at HBS |
| 2018, 2019 | | Temporary RA |
| 2019 | | HU student hired as temporary RA |
| 2019, 2020 | | HU student hired as temporary RA |
| 2019 | | Temporary RA |
| 2020 | | Temporary RA |
| 2019, 2020 | | HU student hired as temporary RA |
| 2020, 2021 | | HU student hired as temporary RA |
| 2019 | | HU student hired as temporary RA |
| 2020 | | HU student hired as temporary RA |
| 2021 | | Temporary RA |
| 2021 | | Temporary RA |
| 2021 | | HU student hired as temporary RA |
| 2021, 2022 | | RA at HBS |
| 2021 | | Temporary RA |
| 2021 | | HU student hired as temporary RA |

**3. For each of the studies in question in each paper, could you please articulate whether your coauthors had access to the data in any way (e.g. access to the data in Qualtrics or if the data was otherwise shared with them)?**

In reviewing hundreds of emails, I am unable to answer this question with full confidence. To answer this question, I also looked back at my calendar (for the years I can see appointments on it) to see if I could reconstruct as many details as possible for each of the papers.

Over the years, I've shared my login information and password to my Qualtrics account and accounts used to post studies (MTurk, Prolific, etc) with some co-authors, students and RAs, to make sure I was not slowing down the research process during busy times – including teaching, traveling, administrative responsibilities at HBS, editorial work or being not as responsive for personal reasons. For instance, at times when my children were born, ███████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

Most of my research interactions, before the pandemic, took place in person and exchanges of files and data occurred through USB keys or the sharing of my computer as a co-author and I, or an RA and I, sat in my office or at a conference together.

In talking to Qualtrics support, I've learned that data could be modified during data collection – something I was not aware of. In light of this, and out of my desire to establish new lab practices for research, I'll be sure not to share my account information for Qualtrics with collaborators or RAs in the future.

Here is more information for each of the studies in question:

- **Allegation 4a:** The study was conducted on paper. I don't believe the co-authors had access to the data until it was posted on OSF by ████████ (in 2019) who led a research effort that resulted in this published paper: https://www.pnas.org/content/117/13/7103

- **Allegation 3:** I don't think ████████████ had access to the survey we used to collect the data. ████ and I worked on a few projects together where generally the person who is running the study is also responsible for writing it up, with the support of their RA(s). I believe this was a study ████████ helped on, and I don't believe ████ has met ████, nor interacted with him. ████ did have access to the data once the paper was published as I shared it with him when other researchers asked for it (he was cc-ed on the emails).

- **Allegation 2:** ████████████████ was a post-doc at Harvard between 2012-2014, after graduating from the University of Utah. We met when she was a doctoral student and started collaborating then. I worked on several projects with her over the years (and still do). ████████████, in the research he's done with us (or with me), did not run studies, nor he ran analyses on data. He is also not the type of researcher that looks at details in

Qualtrics surveys or in other materials used for studies (e.g., paper surveys) – at least not in the collaborations I've had with him. I don't believe he had access to Qualtrics or the raw data that was used for the analyses. I am not sure about ████████. However, everyone on the team had access to the data that was publicly posted, since it is available on the OSF.

- **Allegation 1:** In my work with ████████████, she is the collaborator who is close to the field data in projects we've worked on. She was the one with the relationship with the law firm (for the field data), and the person who collected that data and analyzed it. I don't believe she shared it with us. ████████████████ and I collected the data for the lab studies. I don't believe ████████ had access to the Qualtrics survey; I am not sure about ████████ given how we tend to work together on projects. However, everyone on the team had access to the data that was publicly posted, since it is available on the OSF.

**1. For allegation 4a, can you provide information about when a write-up of Study 1 was first drafted, by whom, and who reviewed that write-up?**

I am unable to answer this question with certainty. This happened back in 2010, about 12 years ago, making it difficult for me to remember specific details about this study. If I followed the process that I use most commonly, then I was likely the one who drafted the write-up for Study 1 – but again, I am unable to state this with certainty.

The date of the word document with both the methods and the results suggests that the write up was drafted on July 28 2010. I also found a document titled "task study design" dated June 4 2010. Though the properties on both files indicate that the word document was created while at UNC and my name appears as author, I can't be sure I was the one drafting the procedures. ▮▮▮ used my computer at times, as other RAs have done over the years. Also, I sometimes gave her through a USB key or sent her excel files asking for her to add data she had collected, or doc files asking her to write up procedures for the studies she conducted.

I contacted an expert of Microsoft word to better understand what I can and cannot learn from file properties of documents created in Word or Excel. What I learned from this expert is that if I copied information received by email or other ways onto a file that I created then the author name showing in the metafile would be mine but that does not mean that I actually wrote the text or entered the data. Or, if I were to send a doc to an RA saying "add the study information", then again I would be the author according to the metafile when in fact I was not the one writing up the information. Or, if an RA wrote it up from my laptop, again the name would be mine and not theirs since I owned the laptop. In a world where most interactions happened via USBs rather than emails and, as in this case, I don't have email records to support my memory.

In the summer of 2010, when the data was collected, I moved from UNC Kenan-Flagler in Chapel Hill to HBS in Boston. In between the move, I also spent time working as a research advisor at Disney in Glendale CA for about a month (from June 18 to July 18 [as stated in an email I found that confirms car reservations]), for projects in collaboration with ▮▮▮▮ of Duke. I do not have access to emails from the time I was on the faculty at Kenan-Flagler. I believe I traveled from Chapel Hill to Glendale, and then back to Chapel Hill to then move to Boston.

I reached out to the IT department at Kenan-Flagler asking whether I could get permission to receive my emails from the time I was there and I was told that the emails do not exist anymore and that, even if they did, I would not be able to access them given that I am not an employee there any longer. (I did not mention this process, nor anything else related to the allegations.)

I also reached out to the IRB at UNC (again, I did not mention this process, nor anything else related to the allegations), to see if I could access the IRB application for the study or any information related to modifications for it. The contact person reminded me that applications at the time were submitted on paper and that the IRB has no record of them.

As for the question of who reviewed the write-up of Study 1, I am not sure. I likely reached out to ▮▮▮ first and then to ▮▮▮ to share the draft at some point, but I can't confirm when. I also do not know how closely they reviewed the write up when they received it.

I reached out to ▮▮▮▮▮ to see if she had any emails from that time that she could share (again, I did not mention this process, nor anything else related to the allegations). Unfortunately, she does not have any records from that time either. My recollection, and based on the emails exchanges is that I shared the write up and results with ▮▮▮ and ▮▮▮ The first email I have in my ▮▮▮'s folder is from August 12 2010 (unrelated to this project), and the first email I have in my ▮▮▮'s folder is from August 29 2010 (unrelated to this project). And the first email I see in my "sent" folder is from April 2011.

It appears we joined forces with ▮▮▮▮▮ and ▮▮▮▮▮ in early 2021 (see email below):

> From: Gino, Francesca
> Sent: Thursday, January 20, 2011 6:20 AM
> To: ▮▮▮▮▮▮▮▮▮▮▮▮
> Subject: tax data
>
> Hi ▮▮▮ and ▮▮▮,
>
> Following up on ▮▮▮'s suggestion, I wrote to ▮▮▮ to see what he ended up
> doing with his data from the field study with the insurance company. As ▮▮▮
> suspected, he never published it but he is interested in publishing it. ▮▮▮
> ▮▮▮▮▮ helped him collect the data. So I suggest we add them as co-authors
> and write up the paper for a top tier journal. Would this plan work with
> both of you?
>
> We can then work on extensions of the paper with ▮▮▮▮ or ▮▮▮
>
> francesca

▮▮▮▮▮ raised issues about the procedure when we shared the draft of the study with her (as stated in the email from March 9 2011). I believe at that point I checked in with ▮▮▮ to clarify the details of the procedure that she used when running the study. ▮▮▮ and I had regular meetings even after I left UNC: I traveled there often and we spoke regularly since she kept working for me when I joined HBS, running studies at Kenan Flagler that would be difficult to run at HBS (e.g., because of the use of deception) or that were in collaboration with local co-authors (e.g., ▮▮▮▮▮ of Duke).

**2. Can you please provide a chronology of the publication process of this paper like you provided for the other papers?**

Here is the chronology of the publication process of this paper. I gathered this data from the Submissions folder and also from email exchanges with ▮▮▮▮▮ (in my emails, in the ▮▮▮ ▮▮▮ folder):

- I believe the lab data for this project was collected in 2010 (the data for Study 1 was collected in July-July 2010). At the time, ████████, ██████████████ and I were the only authors on the project
- We had a few conversation with ██████████ to see if we could work with the IRS on a field experiment, but that did not come to fruition
- ████, ████ and I believed the projects would be much stronger if we had field data. We learned that ████████████ may have such data and reached out to him to see if he'd be interested in joining forces.
  - ████ was a co-author and collaborator of mine on multiple projects. We realized we were both interested in unethical behavior when he gave a talk at CMU and I was a post doc there (in 2009) and we started various projects when I moved to UNC, as an Assistant Professor.
  - We joined forces in early 2011 and started working on a paper to submit to a top jounrnal.
- We first submitted the paper to OBHDP on May 9 2011. We were rejected on August 15 2011
- We submitted the paper to Science on Nov 21 2011. We were desk rejected soon after
- We submitted the paper to PNAS on June 11 2012. We received an R&R on July 12 2012, resubmitted a revised version of the paper on July 19 2012 and received notice that the paper was accepted for publication on July 30 2012.

| Career | Term | Last | First Name |
|---|---|---|---|
| Graduate Arts & Sciences | 2011 Fall | | |
| Graduate Arts & Sciences | 2011 Fall | | |
| Graduate Arts & Sciences | 2011 Fall | | |
| Graduate Arts & Sciences | 2011 Spring | | |
| Graduate Arts & Sciences | 2011 Spring | | |
| Graduate Arts & Sciences | 2011 Spring | | |
| Harvard College | 2012 Fall | | |
| Graduate Arts & Sciences | 2012 Fall | | |
| Harvard College | 2012 Fall | | |
| Graduate Arts & Sciences | 2012 Fall | | |
| Harvard College | 2012 Fall | | |
| Graduate Arts & Sciences | 2012 Fall | | |
| Graduate Arts & Sciences | 2012 Spring | | |
| Graduate Arts & Sciences | 2012 Spring | | |
| Graduate Arts & Sciences | 2012 Spring | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Graduate Arts & Sciences | 2013 Fall | | |
| Graduate Arts & Sciences | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Graduate Arts & Sciences | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Harvard College | 2013 Fall | | |
| Graduate Arts & Sciences | 2013 Spring | | |
| Harvard College | 2013 Spring | | |
| Graduate Arts & Sciences | 2013 Spring | | |
| Harvard College | 2013 Spring | | |
| Harvard College | 2013 Spring | | |
| Harvard College | 2013 Spring | | |
| Harvard College | 2013 Spring | | |
| Harvard College | 2013 Spring | | |

| | | |
|---|---|---|
| Harvard College | 2013 Spring | |
| Harvard College | 2013 Spring | |
| Graduate Arts & Sciences | 2013 Spring | |
| Graduate Arts & Sciences | 2013 Spring | |
| Graduate Arts & Sciences | 2013 Spring | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Graduate Arts & Sciences | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Graduate Arts & Sciences | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Graduate Arts & Sciences | 2014 Fall | |
| Harvard College | 2014 Fall | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Graduate Arts & Sciences | 2014 Spring | |
| Graduate Arts & Sciences | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2014 Spring | |



| | | |
|---|---|---|
| Harvard College | 2014 Spring |  |
| Harvard College | 2014 Spring | |
| Graduate Arts & Sciences | 2014 Spring | |
| Harvard College | 2014 Spring | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Graduate Arts & Sciences | 2015 Fall | |
| Harvard College | 2015 Fall | |
| Graduate Arts & Sciences | 2015 Fall | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Graduate Arts & Sciences | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Graduate Arts & Sciences | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2015 Spring | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |

| Harvard College | 2016 Fall |  |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Fall | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2016 Spring | |
| Harvard College | 2017 Fall | |
| Harvard College | 2017 Fall | |
| Harvard College | 2017 Fall | |
| Harvard College | 2017 Fall | |
| Harvard College | 2017 Fall | |
| Harvard College | 2017 Fall | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |
| Harvard College | 2017 Spring | |

| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2017 Spring |
| Harvard College | 2018 Fall |
| Harvard College | 2018 Fall |
| Harvard College | 2018 Fall |
| Harvard College | 2018 Fall |
| Harvard College | 2018 Fall |
| Harvard College | 2018 Fall |
| Harvard College | 2018 Fall |
| Harvard College | 2018 Fall |
| Harvard College | 2018 Fall |
| Graduate School of Education | 2018 Fall |
| Harvard College | 2018 Spring |
| Harvard College | 2018 Spring |
| Harvard College | 2018 Spring |
| Harvard College | 2018 Spring |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Fall |
| Harvard College | 2019 Spring |
| Harvard College | 2019 Spring |
| Harvard College | 2019 Spring |
| Harvard College | 2019 Spring |
| Harvard College | 2019 Spring |
| Harvard College | 2019 Spring |
| Harvard Kennedy School | 2019 Spring |



| | | |
|---|---|---|
| Harvard College | 2019 Spring | |
| Harvard College | 2019 Spring | |
| Harvard College | 2019 Spring | |
| Harvard College | 2019 Spring | |
| Harvard College | 2019 Spring | |
| Harvard College | 2019 Spring | |
| Harvard College | 2019 Spring | |
| Harvard College | 2020 Fall | |
| Harvard College | 2020 Fall | |
| Harvard College | 2020 Fall | |
| Harvard College | 2020 Fall | |
| Harvard College | 2020 Fall | |
| Graduate School of Education | 2020 Fall | |
| Harvard College | 2020 Fall | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard College | 2020 Spring | |
| Harvard Kennedy School | 2020 Spring | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Fall | |
| Harvard College | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard Kennedy School | 2021 Spring | |



| | | |
|---|---|---|
| Harvard College | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard Kennedy School | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard College | 2021 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Graduate Arts & Sciences | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Harvard College | 2022 Spring | |
| Graduate School of Education | 2022 Spring | |

