# EXHIBIT 48

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO,<br><br>       Plaintiff,<br>  v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR,<br>JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:23-cv-11775-MJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSES TO**
**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure and Rule 36.1 of the Local Rules of the United States District Court for the District of Massachusetts (collectively, the "Rules"), Plaintiff Francesca Gino hereby serves her responses to Defendants' First Set of Requests for Admission ("Requests").[1]

**REQUEST NO. 1:**

Admit that, in connection with the Investigation, HBS asked You to provide to HBS all materials that related to the Research Misconduct Allegations.

    **Answer:** Deny.

---

[1] Plaintiff is responding to these Requests in accordance with, and in the manner required by, the Rules. For the avoidance of doubt, Plaintiff objects to anything in the Requests that purport to impose additional obligations not provided under the Rules.

**REQUEST NO. 2:**

Admit that You declined Alain Bonacossa's offer to reduce Your HBS responsibilities and commitments during the Investigation.

**Answer:** Deny.

**REQUEST NO. 3:**

Admit that You discussed the July 16 OG File publicly on the Francesca v. Harvard Website.

**Objection:** Plaintiff objects to this Request on the grounds that its usage of the term "discussed" is vague and confusing in this context.

**Answer:** Subject to and without waiving the foregoing objection, Plaintiff admits that she caused statements concerning the July 16 OG File to be posted publicly on the Francesca v. Harvard Website. Any additional assertions set forth in this Request are denied.

**REQUEST NO. 4:**

Admit that the July 16 OG File exists in Your possession, custody, or control.

**Objection:** Plaintiff objects to this Request on the grounds that it pertains to matters that are not relevant to any of the parties' claims or defenses.

**Answer:** Subject to and without waiving the foregoing objection, Plaintiff states that, after making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

**REQUEST NO. 5:**

Admit that You did not provide the July 16 OG File to HBS or Harvard during the Investigation.

**Objection:** Plaintiff objects to this Request on the grounds that it pertains to matters that are not relevant to any of the parties' claims or defenses.

**Answer:** Subject to and without waiving the foregoing objection, admit.

**REQUEST NO. 6:**

Admit that You have not provided the July 16 OG File to HBS or Harvard at anytime since the Investigation.

**Objection:** Plaintiff objects to this Request on the grounds that it pertains to matters that are not relevant to any of the parties' claims or defenses.

**Answer:** Subject to and without waiving the foregoing objection, Plaintiff states that, after making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

## REQUEST NO. 7:

Admit that Maryam Kouchaki, Tiziana Casciaro, Adam Galinsky, Scott Wiltermuth, Lisa Shu, Nina Mazar, Dan Ariely, and Max Bazerman did not handle the data underlying any of the four studies at issue in the Research Misconduct Allegations.

**Answer:** Plaintiff states that, after making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

## REQUEST NO. 8:

Admit that the 2023 Taxstudy File was edited on September 23, 2023.

**Objection:** Plaintiff objects to this Request on the grounds that it pertains to matters that are not relevant to any of the parties' claims or defenses.

**Answer:** Subject to and without waiving the foregoing objection, Plaintiff states that, after making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

## REQUEST NO. 9:

Admit that the 2023 Taxstudy File was placed on the Gino Laptop on September 23, 2023.

**Objection:** Plaintiff objects to this Request on the grounds that it pertains to matters that are not relevant to any of the parties' claims or defenses.

**Answer:** Subject to and without waiving the foregoing objection, Plaintiff states that, after

making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

**REQUEST NO. 10:**

Admit that the 2023 Taxstudy File reflects file system "Date Modified" metadata of 6:43:00 p.m. on July 17, 2010.

**Objection:** Plaintiff objects to this Request on the grounds that it pertains to matters that are not relevant to any of the parties' claims or defenses.

**Answer:** Subject to and without waiving the foregoing objection, Plaintiff states that, after making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

**REQUEST NO. 11:**

Admit that the file system "Date Modified" metadata of the 2023 Taxstudy File was backdated.

**Objection:** Plaintiff objects to this Request on the grounds that it pertains to matters that are not relevant to any of the parties' claims or defenses.

**Answer:** Subject to and without waiving the foregoing objection, Plaintiff states that, after making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

**REQUEST NO. 12:**

Admit that the attorneys who represented You in connection with the Investigation did not raise any concern to HBS about Your supposed inability to retain a forensic expert in connection with the Investigation.

**Objection:** Plaintiff objects to this Request on the grounds that it pertains to matters that are not relevant to any of the parties' claims or defenses.

**Answer:** Subject to and without waiving the foregoing objection, Plaintiff states that, after making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

**REQUEST NO. 13:**

Admit that You cited any portion of the 2015 PS Paper, the 2014 PS Paper, and the 2012 PNAS Paper in one or more publications within the six-year period ending October 15, 2021.

   **Objection:** Plaintiff objects to this Request on the grounds that its usage of the phrase "cited any portion" is vague and confusing in this context.

   **Answer:** Subject to and without waiving the foregoing objection, Plaintiff admits that she made reference to the 2015 PS Paper, the 2014 PS Paper, and the 2012 PNAS Paper in one or more publications within the six-year period ending October 15, 2021, but denies that such references satisfy the subsequent use exception set forth in the Interim Policy. Any additional assertions set forth in this Request are denied.

**REQUEST NO. 14:**

Admit that You were placed on administrative leave in June 2023 and retained Your tenured appointment until the President and Fellows of Harvard College accepted the findings and recommendations of the Hearing Committee and removed You from Your tenured appointment in May 2025.

   **Answer:** Deny.

**REQUEST NO. 15:**

Admit that the dataset You sent to Leif Nelson in April 2014 for the 2014 PS Paper contained data values that were modified after the 2014 PS Paper was published.

   **Objection:** Plaintiff objects to this Request on the grounds that its usage of the phrase "data values" is vague and confusing in this context.

   **Answer:** Subject to and without waiving the foregoing objection, Plaintiff states that, after making reasonable inquiry, the information she knows or can readily obtain is insufficient to enable her to admit or deny this statement.

5

Respectfully submitted,

Francesca Gino
By her attorneys,

/s/ *Patrick J. Hannon*
Barbara A. Robb (BBO #639976)
Patrick J. Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
P: (617) 723-8000
F: (617) 447-2800
brobb@hmrhlaw.com
phannon@hmrhlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, a true copy of the above document was served by electronic means upon counsel of record for all parties.

*/s/ Patrick J. Hannon*
Patrick J. Hannon

6