# EXHIBIT 59

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 1:23-cv-11775-MJJ

- - - - - - - - - - - - - - - - - - - - - - -X

FRANCESCA GINO,                              :

                Plaintiff,                   :

    v.                                       :

PRESIDENT AND FELLOWS OF HARVARD             :

COLLEGE, SRIKANT DATAR, URI SIMONSOHN, :

LEIF NELSON, JOSEPH SIMMONS, JOHN            :

DOES 1-10, AND JANE DOES 1-10,               :

                Defendants.                  :

- - - - - - - - - - - - - - - - - - - - - - -X

VIDEO-RECORDED DEPOSITION OF FRANCESCA GINO

Friday, May 22, 2026

8:53 a.m. EDT

ROPES & GRAY LLP

Prudential Tower

800 Boylston Street

Boston, Massachusetts

Stenographically Reported By:

DEANNA J. DEAN, LCR, RDR, CRR



scope of this matter is how -- what we're discussing.  And I said what -- what -- what do the documents that you're providing to him outside the scope of this matter relate to?

ATTORNEY HANNON:  When did she say she provided him documents outside the scope of this matter?

ATTORNEY HOEY:  There's a question pending.

A.    I didn't provide him documents that he altered that are not related to this matter.

Q.    But you have provided him documents that have been altered that have not been produced in this matter.  Is that correct?

A.    I'm sorry.  Can you repeat the question?

Q.    You have provided him documents that he has altered that have not been produced in this matter.  Is that correct?

A.    Yes.

Q.    But every document you've ever provided to Mr. Edelman relate to this matter?

A.    That's right.

Q.    All right.  You -- in connection with the underlying proceedings, you were also represented by Paul Thaler.  Is that correct?



A.    Yes.

Q.    Were you -- without getting into any legal advice he gave you, were you satisfied with the assistance of Mr. Thaler and the colleagues at his firm?

ATTORNEY HANNON:  Wait.

You can answer that question "yes" or "no."

A.    No.

Q.    You were -- strike that.

You were assisted by several attorneys at Mr. Thaler's firm.  Correct?

A.    What do you mean by "several"?

Q.    If you remember them, can you list their names?

A.    I believe there were two others.  One was Sydney.

Q.    Was the other one Paul Simon?

A.    Yes.

Q.    And was there any limit on the assistance or services that firm could provide to you?

ATTORNEY HANNON:  You can answer that question "yes" or "no."

A.    I'm not sure I understand your question.

Q.    Could that firm have hired experts for





FRANCESCA GINO                                              May 22, 2026
Gino vs President and Fellows of Harvard Coll.                      71



FRANCESCA GINO
Gino vs President and Fellows of Harvard Coll.

May 22, 2026
72



FRANCESCA GINO

Gino vs President and Fellows of Harvard Coll.

May 22, 2026

75









FRANCESCA GINO
Gino vs President and Fellows of Harvard Coll.

May 22, 2026
89

















FRANCESCA GINO
Gino vs President and Fellows of Harvard Coll.

May 22, 2026
125





C E R T I F I C A T E

I, Deanna J. Dean, a licensed court reporter (NH #87), Registered Diplomate Reporter, and Certified Realtime Reporter, do hereby certify:

That FRANCESCA GINO, in the foregoing deposition named, was present and by me sworn as a witness in the matter of Francesca Gino, et al. v. President and Fellows of Harvard College, et al., at the time and place therein specified;

That said deposition was taken before me at said time and place, and was taken down in shorthand by me, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings that took place;

That before completion of the proceedings, review of the transcript was not requested.

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 27th day of May, 2026.

*Deanna J. Dean*
_____

Deanna J. Dean, LCR, RDR, CRR