# EXHIBIT 65

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:23-cv-11775-MJJ |

## DECLARATION OF SRIKANT DATAR

I, Srikant Datar, hereby declare:

1.      I have personal knowledge of the facts stated herein and could testify competently as to all of them.

2.      I am currently employed as the Dean of Harvard Business School ("HBS") and serve as the George F. Baker Professor of Administration.  I joined the faculty at HBS in 1996 and have served as Dean of HBS since January 1, 2021.

3.      I served as the Deciding Official under the Interim Policy and Procedures for Responding to Allegations of Research Misconduct in connection with the research misconduct allegations against Plaintiff (the "Allegations").  As Deciding Official, among other actions, I: (i) appointed an inquiry committee to conduct an inquiry; (ii) appointed an investigation committee to conduct an investigation (the "Investigation Committee"); (iii) accepted the Investigation Committee's findings that Plaintiff committed research misconduct with regard to

all four studies at issue in connection with the Allegations; and (iv) decided to impose, and did impose, certain sanctions on Plaintiff and to request the initiation of tenure revocation proceedings under Harvard's Third Statute.

4.    At no time did I consider Plaintiff's sex in connection with any of these decisions. From the first moment I learned about the Allegations, I have wished that evidence would emerge to exonerate Plaintiff and demonstrate her innocence. I based all my decisions with respect to the Allegations against Plaintiff on my conclusion, based on the relevant data and other evidence, that Plaintiff had engaged in repeated and intentional research misconduct.

5.    I have no reason to believe that any of the other individuals involved in the process were biased against Plaintiff because of her sex, that any conclusions that Plaintiff committed research misconduct were based on her sex, or that Plaintiff was treated differently because of her sex. The individuals with whom I interacted all focused on the evidence and facts of the case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2026                    Respectfully submitted,

_S. M. Datar_____
Srikant Datar

-2-