# EXHIBIT 66

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FRANCESCA GINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, | ) | |
| JOHN DOES 1-10, AND JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF SHAWN COLE

I, Shawn Cole, hereby declare:

1.    I have personal knowledge of the facts stated herein and could testify competently as to all of them.

2.    I am currently employed as the John G. McLean Professor of Business Administration at Harvard Business School ("HBS"). I joined the faculty at HBS on July 1, 2005.

3.    I served on an investigation committee (the "Investigation Committee") in connection with the research misconduct allegations against Plaintiff (the "Allegations").

4.    In connection with my role on the Investigation Committee, among other actions, I: (i) determined, by a preponderance of the evidence, that Plaintiff significantly departed from accepted practices of the relevant research community and committed research misconduct intentionally, knowingly, or recklessly, with regard to all five of the Allegations; and (ii) recommended that the Deciding Official under the Interim Policy and Procedures consider

placing Plaintiff immediately on an unpaid leave and initiating steps leading to termination of employment.

5.    At no time did I consider Plaintiff's sex in connection with any of these determinations or recommendations.  I based all my determinations or recommendations with respect to the Allegations against Plaintiff on my conclusion, based on the relevant data and other evidence, that Plaintiff had engaged in repeated and intentional research misconduct.

6.    I have no reason to believe that any of the other individuals involved in the process were biased against Plaintiff because of her sex, that any conclusions that Plaintiff committed research misconduct were based on her sex, or that Plaintiff was treated differently because of her sex.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 18, 2026                          Respectfully submitted,

                                              _____
                                              Shawn Cole

-2-