# EXHIBIT 67

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PRESIDENT AND FELLOWS OF ) <br> HARVARD COLLEGE, SRIKANT DATAR, ) <br> JOHN DOES 1-10, AND JANE DOES 1-10, ) <br> ) <br> Defendants. ) | Case No. 1:23-cv-11775-MJJ |

## DECLARATION OF ROBERT KAPLAN

I, Robert Kaplan, hereby declare:

1.      I have personal knowledge of the facts stated herein and could testify competently as to all of them.

2.      I am currently the Marvin Bower Professor of Leadership Development, Emeritus at Harvard Business School ("HBS").  I joined the faculty at HBS in July 1984, and was employed at HBS through June 30, 2025.

3.      I served on an inquiry committee (the "Inquiry Committee") and an investigation committee (the "Investigation Committee") in connection with the research misconduct allegations against Plaintiff (the "Allegations").

4.      In connection with my role on the Inquiry Committee, among other actions, I: (i) determined that there was a reasonable basis for concluding that the Allegations fell within the definition of research misconduct; (ii) determined that our preliminary information-gathering and

fact-finding indicated that the Allegations may have substance; and (iii) recommended investigation of the Allegations under the Interim Policy and Procedures for Responding to Allegations of Research Misconduct (the "Interim Policy and Procedures").

5.      In connection with my role on the Investigation Committee, among other actions, I: (i) determined, by a preponderance of the evidence, that Plaintiff significantly departed from accepted practices of the relevant research community and committed research misconduct intentionally, knowingly, or recklessly, with regard to all five of the Allegations; and (ii) recommended that the Deciding Official under the Interim Policy and Procedures consider placing Plaintiff immediately on an unpaid leave and initiating steps leading to termination of employment.

6.      At no time did I consider Plaintiff's sex in connection with any of these determinations or recommendations. I based all my determinations or recommendations with respect to the Allegations against Plaintiff on my conclusion, based on the relevant data and other evidence, that Plaintiff had engaged in repeated and intentional research misconduct.

7.      I have no reason to believe that any of the other individuals involved in the process were biased against Plaintiff because of her sex, that any conclusions that Plaintiff committed research misconduct were based on her sex, or that Plaintiff was treated differently because of her sex.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2026

Respectfully submitted,

Robert Kaplan
_____
Robert Kaplan

-2-