# EXHIBIT 68



**Thinking about evidence, and vice versa**

[Menu](#)

HOME     TABLE OF CONTENTS     FEEDBACK POLICY     ABOUT

Menu

# About

**Uri Simonsohn**

Uri Simonsohn is a Professor of Behavioral Science at [ESADE Business School](#) in Barcelona, Spain, and a Senior Fellow at the Wharton School of the University of Pennsylvania. His research spans judgment and decision making and pragmatic methodology, with a particular focus on tools for evaluating the credibility of scientific findings. He is the creator of [p-curve](#), co-creator of [AsPredicted](#), and a co-author of the specification curve method. He co-founded DataColada in 2013.

A list of media appearances is on [his media page](#). His publications are available on [Google Scholar](#) and [SSRN](#). His ORCID is [0000-0002-8601-7211](#). Uri is active on [Twitter/X](#) and [Bluesky](#). His personal website is [urisohn.com](#).  [LinkedIn Page](#)

[Uri's favorite 5 Data Colada blogposts.](#)

**Leif Nelson**

Leif Nelson is the Ewald T. Grether Professor of Business Administration and Marketing at the [Haas School of Business, University of California Berkeley](#). His research focuses on judgment and decision making, with an emphasis on how people predict and experience outcomes. He co-founded DataColada in 2013. His publications are available on [Google Scholar](#).

**Joe Simmons**

Joe Simmons is the Dorothy Silberberg Professor of Applied Statistics at The Wharton School, University of Pennsylvania. His research spans judgment and decision making and research methodology. He is a co-creator of AsPredicted and a co-author of the influential 2011 paper False-Positive Psychology, which helped launch the replication reform movement in social science. He co-founded DataColada in 2013. His publications are available on Google Scholar.

## GET COLADA EMAIL ALERTS.

you@email.com

Subscribe

Join 10.9K other subscribers

## SOCIAL MEDIA

 Bluesky