# EXHIBIT 69



# About

## Co-Directors of the Credibility Lab







### Joe Simmons

### Leif Nelson

Joe Simmons is a professor at the Wharton School of the University of Pennsylvania. Prior to joining Wharton, Joe was a professor at Yale. Joe obtained a BS in psychology from the Mount Saint Mary's

Leif Nelson is a professor at the Haas School of Business at University of California, Berkeley. Previously, Leif was a professor first at New York University and then at the University of

BACK TO TOP


# Uri Simonsohn

Uri Simonsohn is a professor at the ESADE business school at Ramon Llull Universitat in Barcelona, Spain (linkedin page). He is a senior fellow at the Wharton School where he was a professor from 2003 till 2017. Uri obtained an undergraduate degree in economics from Pontificia Universidad Católica de Chile in 1997, and a PhD in Social and Decision Sciences at Carnegie Mellon University in 2003. Uri Simonsohn conducts research in judgment and decision making and pragmatic methodology. For more about Uri, visit his Google Scholar page to see his publication, OrcID page to see a page that should but does not list publication, or his PhilPage. Uri has been interviewed about this work on credibiltiy in the Freakonomis podcast , the People I Mostly Admire podcast, and the Rationally

College in 1999 and his PhD in Psychology from Princeton University in 2004. He has two primary areas of research. The first explores the psychology of judgment and decision-making, with an emphasis on understanding and fixing the errors and biases that plague people's judgments, predictions, and choices. The second area focuses on identifying and promoting easy-to-adopt research practices that improve the integrity of published findings.

California, San Diego. Leif obtained his undergraduate degree in psychology from Stanford University in 1998 and a PhD in Psychology from Princeton University in 2003. Using lab and field experimentation, his research has considered the role of altruism in profit-oriented markets. Additionally, he investigates how to identify, assess, and improve the quality of scientific evidence.

BACK TO TOP

Speaking podcast. Uri is active on twitter.com, uri_sohn and bluesky

Many of his articles are available as pre-prints from Uri Simonsohn's SSRN's page.

**The Wharton School**

University of Pennsylvania

3733 Spruce Street

Philadelphia, PA 19104



© Copyright The Wharton School, The University of Pennsylvania

BACK TO TOP