**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE, SRIKANT DATAR,<br>JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:23-cv-11775-MJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Defendant President and Fellows of Harvard College ("Harvard") and Defendant Srikant Datar (together, the "Defendants") respectfully move the Court for entry of an order permitting Defendants to file under seal (i) certain exhibits to the Declaration of Elena W. Davis in Support of Defendants' Motion for Summary Judgment ("Davis Declaration") containing "Confidential" or "Confidential – Attorneys' Eyes Only" information, including documents designated by Defendants and Plaintiff as such, and/or other non-public sensitive and/or third-party information, and (ii) portions of Defendants' Memorandum of Law in Support of their Motion for Summary Judgment ("Memorandum of Law") and Statement of Undisputed Facts ("SUF") that reference such information.  Specifically, Defendants seek to file the following exhibits under seal (and to redact their contents as appropriate in the Memorandum of Law and SUF) or with redactions:

1

| Exhibit | Date | Description | Bates |
|---|---|---|---|
| 2. | 2/16/2010 | Letter from Harvard Business School ("HBS") to Plaintiff | GINO_012940 |
| 8. | 7/19/2021 | Email from Plaintiff to Dean Cunningham | HARV00050388 |
| 10. | 10/13/2021 | Email from Research Integrity Officer ("RIO") A. Bonacossa to J. Simmons, et al. | HARV00002215 |
| 11. | 10/15/2021 | HBS Research Misconduct Allegation Intake & Assessment Form ("Preliminary Assessment") | HARV00062721 |
| 12. | 10/15/2021 | Letter from RIO Bonacossa to Dean Datar | HARV00020995 |
| 13. | 10/15/2021 | Email from Dean Datar to RIO Bonacossa | HARV00002586 |
| 17. | 4/13/2022 | Memorandum from Dean Datar to RIO Bonacossa | HARV00016962 |
| 19. | 08/26/2022 | Meeting Notes | HARV00077531 |
| 22. | 4/9/2023 | Email from RIO Bonacossa to Dean Datar | HARV00005365 |
| 23. | 4/19/2023 | Letter from Dean Datar to RIO Bonacossa | HARV00004993 |
| 24. | 5/4/2023 | Email from Dean Cunningham | HARV00012516 |
| 25. | 5/18/2023 | Email to Dean Datar | HARV00005382 |
| 26. | 5/24/2023 | Letter to Dean Datar | HARV00009316 |
| 27. | 5/25/2023 | Letter to Dean Datar | HARV00013835 |
| 28. | 6/13/2023 | Talking Points re: Meeting with Plaintiff | HARV00013260 |
| 29. | 6/13/2023 | Letter from Dean Datar to Plaintiff | GINO_000001 |
| 30. | 6/20/2023 | Memorandum from RIO Bonacossa to Dean Datar | HARV00012015 |
| 31. | 7/14/2023 | Letter from Dean Datar to President Gay | HARV00003214 |

| Exhibit | Date | Description | Bates |
|---|---|---|---|
| 32. | 8/25/2023 | Email from President Gay to Screening Committee Members | HARV00021736 |
| 33. | 10/12/2023 | Memorandum from Screening Committee to President Gay | HARV00021291 |
| 34. | 10/25/2023 | Letter from President Gay to Plaintiff | HARV00043127 |
| 35. | 11/08/2023 | Email from J. Caldwell to Hearing Committee Members | HARV00078391 |
| 36. | 3/29/2024 | Letter from Respondent's Counsel to Hearing Committee | HARV00069780 |
| 37. | 8/15/2024 | Witness Statement of RIO Bonacossa | HARV00068990 |
| 38. | 8/15/2024 | Witness Statement of Dean Datar | HARV00022278 |
| 39. | 8/16/2024 | Witness Statement of T. Amabile | HARV00069013 |
| 40. | 8/16/2024 | Letter from Complainant's Counsel to Hearing Committee | HARV00022264 |
| 41. | 9/6/2024 | Hearing Committee Memorandum | HARV00022713 |
| 42. | 9/27/2024 | Supplemental Witness Statement of RIO Bonacossa | HARV00022568 |
| 43. | 10/25/2024 | Notice of Third Statute Hearing | HARV00022803 |
| 44. | 11/15/2024 | Excerpts from Transcript of Third Statute Proceeding, Day 1 ("Third Statute Proceeding Day 1 Tr.") | HARV00070153 |
| 45. | 11/16/2024 | Excerpts from Transcript of Third Statute Proceeding, Day 2 ("Third Statute Proceeding Day 2 Tr.") | HARV00070722 |
| 46. | 1/24/2025 | Memorandum from the Hearing Committee to the President and Fellows of Harvard College (the "Corporation") re: Findings of Facts and Recommendations ("Findings and Recommendations") | HARV00022816 |
| 47. | 1/24/2025 | Letter from Hearing Committee's Counsel to Harvard Vice President M. Goodheart | HARV00022827 |

| Exhibit | Date | Description | Bates |
|---|---|---|---|
| 49. | 12/4/2025 | Excerpts from G. Pisano Deposition Transcript ("Pisano Dep. Tr.") | N/A |
| 50. | 12/8/2025 | Excerpts from R. Greenwood Deposition Transcript ("Greenwood Dep. Tr.") | N/A |
| 51. | 12/10/2025 | Excerpts from T. Amabile Deposition Transcript ("Amabile Dep. Tr.") | N/A |
| 52. | 12/16/2025 | Excerpts from Dean Cunningham Deposition Transcript ("Cunningham Dep. Tr.") | N/A |
| 53. | 12/19/2025 | Excerpts from Dean Datar Deposition Transcript ("Datar Dep. Tr.") | N/A |
| 55. | 2/26/2026 | Excerpts from RIO Bonacossa Deposition Transcript, Day 1 ("Bonacossa Day 1 Dep. Tr.") | N/A |
| 56. | 2/27/2026 | Excerpts from RIO Bonacossa Deposition Transcript, Day 2 ("Bonacossa Day 2 Dep. Tr.") | N/A |
| 57. | 5/1/2026 | Excerpt from J. Simmons Deposition Transcript ("Simmons Dep. Tr.") | N/A |
| 58. | 5/18/2026 | Excerpts from A. King Deposition Transcript ("King Dep. Tr.") | N/A |
| 59. | 5/22/2026 | Excerpts from F. Gino Transcript ("Gino Dep. Tr.") | N/A |
| 60. | 5/27/2026 | Expert Report of J. Ackert | N/A |
| 61. | 5/29/2026 | Excerpt from L. Cohen Deposition Transcript ("Cohen Dep. Tr.") | N/A |
| 62. | 5/29/2026 | Excerpts from D. Teeter Deposition Transcript ("Teeter Dep. Tr.") | N/A |
| 63. | 5/29/2026 | Excerpts from Harvard 30(b)(6) Witness S. Glassburn Deposition Transcript ("Harvard 30(b)(6) Dep. Tr.") | N/A |

In support of this motion, Defendants rely upon all pleadings and papers of record to date and further state:

1.      Simultaneously with this Motion for Leave to File Under Seal, Defendants are filing the Motion for Summary Judgment (the "Motion"). The Motion requests that the Court grant summary judgment to Defendants on all of Plaintiff's claims asserted in the Third Amended Complaint pursuant to Fed. R. Civ. P. 56.

2.      On September 18, 2025, the parties jointly moved for the entry of a Stipulated Protective Order ("Protective Order"), which the Court signed and entered on September 19, 2025 (Docket No. 139). The Protective Order "does not by itself authorize the filing of any document under seal," but permits a "filing Party [to] move for an order sealing . . . Designated Material, in accordance with all applicable laws and rules or as otherwise ordered by the Court[.]" *Id.*

3.      Defendants seek to file under seal (i) certain exhibits to the Davis Declaration that have been designated "Confidential" or "Confidential – Attorneys' Eyes Only" under the Protective Order or contain other non-public sensitive and/or third-party information, which include (1) certain documents produced by Plaintiff or Defendants and (2) portions of the deposition transcripts of Defendants' witnesses, Plaintiff's witnesses, and certain non-party witnesses, and (ii) portions of the Memorandum of Law and the SUF reflecting the contents of such exhibits. Pursuant to Paragraph 18 of the Protective Order, Defendants "shall move for an order sealing such Designated Material, in accordance with all applicable laws and rules or as otherwise ordered by the Court, before filing same."

4.      Certain of the information that Defendants seek to file under seal pertains to highly sensitive personnel matters involving non-party employees of Harvard. Courts in this District have

previously held that sensitive personnel information is the type of private information that is proper for consideration for filing under seal. *Jakuttis v. Town of Dracut, Massachusetts*, 656 F. Supp. 3d 302, 351 (D. Mass. 2023) (listing "potentially sensitive personnel information" as a category authorized for showing cause as to why it should be sealed). The other information that Defendants seek to file under seal relates to similarly sensitive non-public matters relating to internal disciplinary proceedings involving Plaintiff, including information about former students, non-party employees, and other third parties. *See United States v. Kravetz,* 706 F.3d 47, 62 (1st Cir. 2013) ("[P]rivacy rights of participants and third parties are among those interests which, in appropriate cases, can limit the presumptive right of access to judicial records.").

5.    Defendants seek to use these documents to support their Motion.

6.    Counsel for Defendants contacted counsel for Plaintiff regarding this motion to seal, inquiring whether Plaintiff would assent to the motion. Plaintiff's counsel responded that they assent to the motion.

7.    Defendants' request for leave to file under seal is made in the interest of justice and not for the purpose of delay or obstruction.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order granting Defendants leave to file under seal certain exhibits to the Davis Declaration and portions of the Memorandum of Law and SUF, until further order of the Court.


Dated: June 23, 2026                    Respectfully submitted,


                                        */s/ Elena W. Davis*
                                        Elena W. Davis

                                        Douglas E. Brayley (BBO# 674478)
                                        Jenny K. Cooper (BBO# 646860)


6

Elena W. Davis (BBO# 695956)
Stephanie D. Porges (BBO# 703381)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com
Stephanie.Porges@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendants President and Fellows
of Harvard College and Srikant Datar*

7

## <u>LOCAL RULE 7.1(a) CERTIFICATION</u>

I, Elena W. Davis, counsel for Defendants, hereby certify that counsel for Defendants conferred in good faith with counsel for Plaintiff on June 23, 2026, and Plaintiff's counsel has assented to this motion.

Dated: June 23, 2026

<u>/s/ Elena W. Davis</u>
Elena W. Davis

8

9

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: June 23, 2026

<u> */s/ Elena W. Davis* </u>
Elena W. Davis