**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FRANCESCA GINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT DATAR, | ) | |
| JOHN DOES 1-10, AND JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM REGARDING FORENSIC REQUESTS**

In accordance with the Court's Notice, Docket No. 236, Defendants submit this memorandum in advance of the status conference scheduled for July 7, 2026,[1] and state as follows:

## I.    Defendants' Outline of the Areas in Dispute

Defendants' disputed forensic requests seek information from Plaintiff's laptop (the "2023 Laptop"), a device containing highly relevant documents and forensic information.  Plaintiff failed to disclose the 2023 Laptop in response to Defendants' discovery requests and refused to produce it to the forensic analyst ("Analyst") until ordered to do so by the Court on May 19, 2026.  *See* Docket No. 236.  Plaintiff then prevented Defendants from obtaining information from the 2023 Laptop before Plaintiff's deposition on May 22, 2026.  Accordingly, Defendants request that the Court compel: (i) production of the information described in items 1-5 below and (ii) further testimony from Plaintiff on the discovery from the 2023 Laptop that was wrongfully withheld.

1.    All bash/Terminal logs and/or history files created, copied, archived, or otherwise saved at any location on the 2023 Laptop and for any configured shell:  Defendants' expert has found evidence that files relevant to Harvard's counterclaim have manually backdated file system metadata.  There also is evidence that Terminal, an application that can manually alter file system metadata, was used on the 2023 Laptop.  A user's activity in Terminal is recorded in logs and "history" files, which do not contain substantive content (example in **Exhibit A**).  Defendants seek all such logs and files from any programming environment (shell) on the 2023 Laptop.

2.    All browser history and download logs for September 23, 2023:  Forensic evidence shows that Plaintiff spent parts of September 23, 2023—the day Harvard alleges Plaintiff overwrote a real data file with an altered, backdated one—working on the 2023 Laptop with emails

---

[1] Defendants attempted to coordinate with Plaintiff to file a joint memorandum. Plaintiff did not provide her positions with sufficient time for Defendants to incorporate them in advance of the Court's 5 PM filing deadline, so Defendants have provided only their positions.

2

and data files related to the publication relevant to Harvard's counterclaim. Defendants request internet history and download logs for September 23 to assess whether Plaintiff was using the internet on the 2023 Laptop to aid her work.

3.      All .mov, .heic, .jpg, .bmp, or.png files created, modified, accessed, or added to the 2023 Laptop on September 23, 2023: Forensic evidence shows that, on September 23, in addition to her file activity described above, Plaintiff accessed a number of video and image files on the 2023 Laptop. Defendants request those files, which may relate to methods used to alter metadata.

4.      All Google Drive logs for September 23, 2023: The July 16 OG File was uploaded to Plaintiff's Google Drive on September 23. Defendants request Google Drive logs on the 2023 Laptop for that date.

5.      Information regarding USB connection activity on the 2023 Laptop on or after July 1, 2023: The Analyst has reported that no evidence of USB connection activity on the 2023 Laptop after July 1, 2023 exists. Defendants request that the Analyst provide written responses to questions concerning the nature and scope of the review that led to his conclusion.

Dated: July 2, 2026                              Respectfully submitted,


                                                 */s/ Douglas E. Brayley*
                                                 Douglas E. Brayley

                                                 Douglas E. Brayley (BBO# 674478)
                                                 Jenny K. Cooper (BBO# 646860)
                                                 Shannon Capone Kirk (BBO# 674530)
                                                 Elena W. Davis (BBO# 695956)
                                                 Stephanie D. Porges (BBO # )
                                                 ROPES & GRAY LLP
                                                 800 Boylston Street
                                                 Boston, MA 02199-3600
                                                 Tel: (617) 951-7000
                                                 Douglas.Brayley@ropesgray.com
                                                 Jenny.Cooper@ropesgray.com
                                                 Shannon.Kirk@ropesgray.com
                                                 Elena.Davis@ropesgray.com

                                                 Laura G. Hoey (BBO# 650643)
                                                 ROPES & GRAY LLP
                                                 191 North Wacker Drive, 32nd Floor
                                                 Chicago, IL 60606
                                                 Telephone: (312) 845-1200
                                                 Laura.Hoey@ropesgray.com

                                                 *Attorneys for Defendants President and
                                                 Fellows of Harvard College and Srikant
                                                 Datar*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 2, 2026

                                        */s/ Douglas E. Brayley*
                                        Douglas E. Brayley

4