# EXHIBIT A

```
mdls/Users/fgino/Documents/Work\ In\ Progress/Max\ Bazerman/Tax\ study/Tax\ Study\
STUDY\ 1\ 2010-07-13.xlsx
```