# EXHIBIT A

## Patrick J. Hannon

| | |
|---|---|
| **From:** | Patrick J. Hannon |
| **Sent:** | Saturday, June 20, 2026 9:26 AM |
| **To:** | 'Koehler, Robert' |
| **Cc:** | Hampton Watson; Barbara Robb; Hoey, Laura; Brayley, Douglas; Cooper, Jenny K.; Davis, Elena; Kirk, Shannon Capone |
| **Subject:** | RE: Gino v. Harvard, et al., No. 23-CV-11775-MJJ -- Meet & Confer Request |

Robert,

As an initial matter, there have been no improper "delays" by me, nor is there any basis for your assertion that Plaintiff has engaged in a "blatant disregard of her discovery obligations throughout the pendency of this case." I don't have time to fully engage on that point now, but will make a note to do so next time we speak.

With respect to the substantive proposals in your email below, here is my response:

- We agree to a 6/24 deadline for Defendants to make any additional search requests under the protocol. We do not agree to an unlimited period of time thereafter for Defendants to make any "supplemental requests."

- For the revised 6/3 Requests, we have no objection to 1-6 and 9. We object to 7 and 8.

- For the revised 6/5 Requests, we have no objection.

- As to Defendants' June 8 request for all .mov, .heic, .jpg, .bmp, or.png files created, modified, accessed, or added to the personal laptop on September 23, 2023, your proposal below does not adequately address the concerns I explained in our meet and confer. Accordingly, we continue to object.

- You may communicate to Brandon the additional searches to which we have agreed. However, as required under the protocol, Brandon's responses must be provide to me for review before it is produced to Defendants.

Let me know if you have any questions or wish to discuss.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA  02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com

---

**From:** Koehler, Robert <Robert.Koehler@ropesgray.com>
**Sent:** Tuesday, June 16, 2026 10:33 PM

1

**To:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Cc:** Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>; Hoey, Laura
<Laura.Hoey@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K.
<Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Kirk, Shannon Capone
<Shannon.Kirk@ropesgray.com>
**Subject:** RE: Gino v. Harvard, et al., No. 23-CV-11775-MJJ -- Meet & Confer Request

Patrick,

We're following up on yesterday's meet-and-confer.

As an initial matter, Plaintiff has no basis under the Forensic Search Protocol or the discovery rules generally to object to the production of relevant information on the basis that the parties have not agreed to a deadline for further requests under the Protocol.  If Plaintiff had raised the question of a deadline for additional requests in response to the June 3 requests, the parties could have discussed the issue separately while the forensic neutral completed his work.  Instead, Defendants have now lost an additional week and more that could have been used to review and formulate any final requests until Plaintiff made the bases for her objections known.  Such delay is entirely improper, and of a piece with Plaintiff's general and blatant disregard of her discovery obligations throughout the pendency of this case.

Because Defendants have suffered serious prejudice as a result of Plaintiff's delays to date— and particularly due her delay in providing her personal laptop for review—Defendants should have until June 24, 2026 to make any additional requests. As of that date, Defendants will make no new requests for data from the forensic neutral, but reserve their rights to make supplemental requests within the scope of prior requests to resolve any questions they have concerning the nature or extent of the forensic neutral's search or the forensic artifacts available for review on Plaintiff's devices.  Defendants already issued supplemental requests for information of this sort on June 3 (see requests 1-8).

As to Plaintiff's substantive objections to the June 3 and 5 requests, Defendants propose below, where necessary, amended requests to address those objections. Please confirm that Defendants may provide these requests to the forensic neutral. Please also confirm Plaintiff agrees that, to avoid any further delay, the forensic neutral may provide responses to these requests to both parties in parallel:

### June 3 Requests
1. Please provide a list of artifacts which you reviewed to determine that there is no evidence that any USB device has been connected to this computer on or after July 1, 2023.
2. Please provide the available date range for these artifacts (e.g. Unified Logs are available from Timestamp X to Timestamp Y).
3. Please provide locations of these artifacts on the device.
4. Please provide the tools or forensics suites which you used to parse these artifacts.
5. Did any of the artifacts you reviewed on the device contain the string "/Volumes", other than "/Volumes/Macintosh HD"?
6. Please provide a unique list of these Volume names.
7. In reaching your conclusion concerning post-July 1, 2023 USB connections, were there any artifacts that you looked for on the device but did not find or otherwise could not examine?
8. Did you identify any forensic indicia consistent with log clearing on the device? Describe any indicia you identified.
9. As to Defendants' Request #5.1:
    1. Please provide file system Added metadata (Mac added time stamp) for all responsive files.

### June 5 Requests
1. For any internet browser on the device, is there any browser history dated September 23, 2023? If yes, please identify the browser and number of entries dated September 23, 2023.

2. For any internet browser on the device, are there any download logs that include downloads dated September 23, 2023? If yes, please identify the browser and number of files downloaded on September 23, 2023.
3. Is the Google Drive desktop application installed on the personal laptop?
    1. If the application is installed, please provide any logs for September 23, 2023.
4. The Appversion for each installation of Microsoft Excel on the personal laptop.
5. A list of all bash/Terminal logs and/or history files created, copied, archived, or otherwise saved at any location on the device and for any configured shell.
    1. For each responsive file, the list should include the metadata identified in Plaintiff's June 8 email (Source_Type; Session_Start; Session_End; User; Session_UUID; Source; Evidence ID).

As to Defendants' June 8 request for all .mov, .heic, .jpg, .bmp, or.png files created, modified, accessed, or added to the personal laptop on September 23, 2023, Defendants propose that while completing her privilege review, Plaintiff may also withhold files on the basis that they are photos or videos of Plaintiff's minor children or entirely non-relevant photos or videos of her spouse. Upon completion of her review, Plaintiff must provide an item-by-item log that distinguishes between files withheld on the basis of an applicable privilege and those withheld because they depict Plaintiff's children or non-relevant depictions of her spouse.  Plaintiff must also agree that, to avoid delay in resolving any disputes, the forensic neutral can immediately provide Defendants the runtime of each video file created, modified, accessed, or added to the personal laptop on September 23, 2023 so that Defendants can assess any claim of burden associated with the review of those files.

Best,
Robert

**Robert Koehler**
**ROPES & GRAY LLP**
T +1 312 845 1284
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Robert.Koehler@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Koehler, Robert
**Sent:** Friday, June 12, 2026 6:23 PM
**To:** 'Patrick J. Hannon' <phannon@hmrhlaw.com>
**Cc:** Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>
**Subject:** RE: Gino v. Harvard, et al., No. 23-CV-11775-MJJ -- Meet & Confer Request

Patrick,

Defendants are available to meet and confer on Monday at 1:30 PM ET.

Plaintiff's ongoing practice of making objections without a reasoned basis is prejudicing Defendants' development of their case by unnecessarily delaying their receipt of highly relevant discovery. This prejudice is compounded by the fact

that Plaintiff concealed her personal laptop, which the forensic process has now established was unquestionably responsive to Defendants' discovery requests and also replete with information related to the events described in Defendants' counterclaim, until the fact discovery period had almost closed. To prevent further prejudice from unnecessary delay and ensure the parties can have a productive discussion, we request that Plaintiff provide the basis for her objections to Defendants' June 3, June 5, and June 8 requests in writing in advance of the meet-and-confer.

Best,
Robert

---

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Friday, June 12, 2026 1:23 PM
**To:** Koehler, Robert <Robert.Koehler@ropesgray.com>
**Cc:** Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>
**Subject:** Re: Gino v. Harvard, et al., No. 23-CV-11775-MJJ -- Meet & Confer Request

Hi Robert,

My earliest availability for a meet and confer is tomorrow (out of office with some family stuff).

Here's my availability:

Saturday 3-7
Sunday 3-7
Monday 9-2

Let me know if any of these times work on your end.


Sent from my iPhone


> On Jun 11, 2026, at 7:01 PM, Koehler, Robert <Robert.Koehler@ropesgray.com> wrote:


Patrick, Hamp,

Following up on our earlier email, could you please let us know your availability to meet and confer tomorrow? Defendants are available from 12-2 PM ET.

If we do not receive a response by 10 AM ET tomorrow, we will assume the parties have reached an impasse on these requests and proceed accordingly.

Best,
Robert


**Robert Koehler**
**ROPES & GRAY LLP**
T +1 312 845 1284
191 North Wacker Drive, 32nd Floor

4

Chicago, IL 60606
Robert.Koehler@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Koehler, Robert
**Sent:** Wednesday, June 10, 2026 4:01 PM
**To:** 'Patrick J. Hannon' <phannon@hmrhlaw.com>; 'Hampton Watson' <hwatson@hmrhlaw.com>; 'Barbara Robb' <brobb@hmrhlaw.com>
**Cc:** Hoey, Laura <Laura.Hoey@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>
**Subject:** Gino v. Harvard, et al., No. 23-CV-11775-MJJ -- Meet & Confer Request

Patrick, Hamp,

Per Forensic Search Protocol § III(3), Defendants request a meet-and-confer tomorrow to discuss Plaintiff's objection to Defendants' June 3 and June 5 requests to the forensic analyst.

Defendants are available for a call tomorrow from 2:30-4 PM ET.

Best,
Robert

{This email originated from outside your Organization}

{This email originated from outside your Organization}