**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FRANCESCA GINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PRESIDENT AND FELLOWS OF | ) | Case No. 1:23-cv-11775-MJJ |
| HARVARD COLLEGE, SRIKANT | ) | |
| DATAR, JOHN DOES 1-10, AND JANE | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The undersigned attorneys of record hereby submit this joint status report in accordance with the Court's order issued July 7, 2026.  Docket No. 240.  The Parties have agreed that Defendants will take the final hour of Plaintiff's deposition (which Defendants previously reserved) to address the following:

- Questions relating to the text messages the Court ordered Plaintiff to produce to Defendants, Docket No. 213;

- Questions relating to any discovery obtained from Plaintiff's 2023 laptop, including through the discovery requests that the Court adjudicated at the July 7 conference;

- Questions relating to potential spoliation relating to or raised by the discovery obtained from Plaintiff's 2023 Laptop.

Dated: July 17, 2026

Respectfully submitted,

/s/ Patrick J. Hannon
Patrick J. Hannon

/s/ Douglas E. Brayley
Douglas E. Brayley

Patrick J. Hannon (BBO# 664958)
Barbara A. Robb (BBO# 639976)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
(617) 723-8000
phannon@hmrhlaw.com
brobb@hmrhlaw.com

*Attorneys for Plaintiff Francesca Gino*

Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Shannon Capone Kirk (BBO# 674530)
Elena W. Davis (BBO# 695956)
Stephanie D. Porges (BBO# 703381)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Shannon.Kirk@ropesgray.com
Elena.Davis@ropesgray.com
Stephanie.Porges@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendants President and Fellows of Harvard College and Srikant Datar*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: July 17, 2026

  */s/ Douglas E. Brayley*
  Douglas E. Brayley