UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br><br>          v.<br><br>PRESIDENTS AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**JOINT MOTION FOR MODIFICATION OF PAGE LIMITS
AND RESPONSE DEADLINES FOR  SUMMARY JUDGMENT BRIEFING**

Plaintiff, Francesca Gino ("Plaintiff") and Defendants President and Fellows of Harvard College and Srikant Datar ("Defendants" and, together with Plaintiff, the "Parties") respectfully request that the Court modify existing page limits to allow Plaintiff to file an opposition brief of up to 30 pages and Defendants to file a reply of up to 10 pages. The parties further request that the response deadlines be slightly enlarged (2 days for Plaintiff's opposition and 3 days for Defendants' reply) to account for scheduling conflicts arising from family travel obligations.

As grounds for this motion, the Parties state as follows:

1. Under the Amended Scheduling Order, Plaintiff's response to summary judgment is due July 28, 2026, and Defendants' reply is due August 11, 2026. See Doc. 145.

2. Pursuant to District of Massachusetts Local Rule 7.1(b)(4) and Section A(2) of this Court's Standing Order Regarding Motion Practice, a memorandum in response to summary judgment is limited to twenty pages, while a reply is limited to five pages. The Parties may file memoranda of excess pages only with leave of the Court.

3. The Court previously allowed Defendants to file their summary judgment memorandum with thirty pages on June 16, 2026. <u>See</u> Doc. 228.

4. Though Plaintiff will respond concisely to Defendants' motion, additional pages are necessary in order to fully address Defendants' arguments. The Parties request that Plaintiff be allowed a response of up to thirty pages to completely address the issues raised in Defendants' thirty-page memorandum and to aid the Court in its consideration of Defendants' motion.

5. The Parties also request that Defendants be allowed to file a reply brief of ten pages in light of the complexity of the issues and to fully respond to the issues Plaintiff raises in her response.

6. Additional time for Plaintiff to file her response is necessary due to undersigned counsel's planned travel. The Parties' requested two-day extension to July 30, 2026, will not cause any delay or prejudice, and Plaintiff has not previously requested an extension of time to respond to the summary judgment motion.

7. In order to ensure Defendants have adequate time to reply to Plaintiff's response after the extension of the response deadline, the Parties request a three-day extension of the reply deadline to August 14, 2026. This extension will not cause any delay or prejudice.

**WHEREFORE**, the Parties respectfully request that this motion be granted, and that Plaintiff be permitted to file a thirty-page response to Defendants' summary judgment motion on July 30, 2026, and Defendants be permitted to file a ten-page reply on August 14, 2026.

Dated: July 22, 2026                                  Respectfully submitted,


/s/ Patrick J. Hannon_____          /s/  Douglas E. Brayley_____
Patrick J. Hannon (BBO# 664958)                       Douglas E. Brayley (BBO# 674478)
Barbara A. Robb (BBO# 639976)                         Jenny K. Cooper (BBO# 646860)
Hampton M. Watson (BBO #705983)                       Shannon Capone Kirk (BBO# 674530)
Hartley Michon Robb Hannon LLP                        Elena W. Davis (BBO# 695956)
101 Federal Street, Suite 1810                        Stephanie D. Porges (BBO# 703381)
Boston, MA 02110                                      Ropes & Gray LLP
Telephone: (617) 723-8000                             800 Boylston Street
Facsimile: (617) 447-2800                             Boston, MA 02199-3600
phannon@hmrhlaw.com                                   Tel.: (617) 951-7000
brobb@hmrhlaw.com                                     Douglas.Brayley@ropesgray.com
hwatson@hmrhlaw.com                                   Jenny.Cooper@ropesgray.com
                                                      Shannon.Kirk@ropesgray.com
*Attorneys for Plaintiff Francesca Gino*              Elena.Davis@ropesgray.com
                                                      Stephanie.Porges@ropesgray.com

                                                      *Attorneys for Defendants President and*
                                                      *Fellows of Harvard College and Srikant*
                                                      *Datar*