UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>    Plaintiff,<br><br>        v.<br><br>PRESIDENTS AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Francesca Gino ("Plaintiff") respectfully moves the Court for entry of an order permitting Plaintiff to

(i) file under seal certain documents and transcripts that have been marked "Confidential" or which contain information designated as "Confidential" under the Protective Order in this matter; and to

(ii) initially file under seal (a) Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment ("Opposition"), (b) Plaintiff's Response to Defendants' Statement of Undisputed Facts ("Pl. Resp. SOF"), and (c) Plaintiff's Statement of Additional Material Facts ("Pl. SAMF"), and thereafter to submit redacted replacement copies of these papers after an opportunity to confer with Defendants regarding appropriate redactions.

As grounds for this motion, Plaintiff states as follows:

1.  The Court entered a Protective Order (Doc. 139) in this matter, which requires a party seeking to file information subject to the Protective Order to move the Court for an order to seal. Doc. 139 at 10.

2. Today, Plaintiff will file her Opposition, the Pl. Resp. SOF, and the Pl. SAMF in opposition to Defendants' Motion for Summary Judgment (Doc. 230). These papers will reference numerous documents that have been marked confidential in whole or in part, and which will be filed as exhibits to the Pl. SAMF.

3. The documents and/or information marked confidential is (i) subject to the Protective Order and/or (ii) contains other nonpublic or third-party sensitive information, including but not limited to personnel and disciplinary information regarding nonparty employees and former students or employees of Defendants, and sensitive non-public matters relating to internal disciplinary proceedings involving Plaintiff, including information about former students, non-party employees, and other third parties.

4. Much of the information subject to the Protective Order or otherwise confidential contained in Plaintiff's Memorandum, RSF, and SAMF was designated as such by Defendants.

5. Plaintiff seeks a reasonable time period to confer with Defendants regarding redactions to ensure that confidential material is adequately protected and to avoid any misunderstandings between Plaintiff and Defendants as to what should or should not be redacted.

6. Counsel for Plaintiff reached out to counsel for Defendants in advance of filing this motion. Counsel for Defendants assented to the relief requested above, provided that Plaintiff provides her proposed redactions to the Opposition, the Pl. Resp. SOF, and the Pl. SAMF to counsel for Defendants by Monday, August 3, 2026, to which Plaintiff agreed.

7.  To allow for a period of conferral with Defendants, Plaintiff proposes that the Court permit Plaintiff one week thereafter, until August 10, 2026, to submit redacted copies of the Opposition, the Pl. Resp. SOF, and the Pl. SAMF for public filing.

**WHEREFORE**, Plaintiff respectfully requests that Court grant this motion and enter an order allowing Plaintiffs leave to file under seal such exhibits to her Pl. SAMF and Pl. Resp. SOF that are designated Confidential or contain Confidential-designated information; and to initially file under seal the Opposition, Pl. Resp. SOF, and Pl. SAMF, to be followed by a filing of redacted versions of those documents on or before August 10, 2026 as set forth above.

Dated: July 30, 2026                                  Respectfully submitted,

*/s/ Hampton M. Watson*
Patrick J. Hannon (BBO# 664958)
Barbara A. Robb (BBO# 639976)
Hampton M. Watson (BBO #705983)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Telephone: (617) 723-8000
Facsimile: (617) 447-2800
phannon@hmrhlaw.com
brobb@hmrhlaw.com
hwatson@hmrhlaw.com

*Attorneys for Plaintiff Francesca Gino*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant by electronically serving their counsel of record.

*/s/ Hampton M. Watson*
Hampton M. Watson