**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO, | |
| Plaintiff, | |
| v. | Civil Action No.  1-23-cv-11775-MJJ |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, | <u>Leave to Seal Pending</u> |
| Defendants. | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT**

# Document Restricted