**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10, <br><br> Defendants. | Civil Action No.  1-23-cv-11775-MJJ <br><br> <u>Leave to Seal Pending</u> |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT**
**OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# Document Restricted