## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCESCA GINO,<br><br>   Plaintiff,<br><br>   v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>   Defendants. | Civil Action No.  1-23-cv-11775-MJJ<br><br>Leave to Seal Pending |

## PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS

# Document Restricted