# EXHIBIT 70

Case 1:23-cv-11775-MJJ    Document 249-1    Filed 07/31/26    Page 2 of 19

# OFFICIAL REGISTER OF HARVARD UNIVERSITY

VOL. LXIX       SEPTEMBER 15, 1972       NO. 19



HARVARD UNIVERSITY LIBRARY JUL 1973

## REPORT OF
## THE PRESIDENT
## OF HARVARD COLLEGE
### AND
## REPORTS OF
## DEPARTMENTS



# 1970-1971

# OFFICIAL REGISTER OF HARVARD UNIVERSITY

PUBLICATION OFFICE, HOLYOKE CENTER 651
1350 MASSACHUSETTS AVENUE, CAMBRIDGE, MASS. 02138

*Second-class postage paid at Boston, Mass.*

Issued at Cambridge Station, Boston, Mass. once in January, once in February, twice in April, once in May, three times in June, three times in July, six times in August, five times in September, twice in October, and once in December.

These publications include the report of the president; the general catalogue issue; the announcements of the College and the several professional schools of the University; the courses of instruction; the pamphlets of the several departments; and the like.

PRINTED IN THE UNITED STATES OF AMERICA
BY THE HARVARD UNIVERSITY PRINTING OFFICE

# OFFICIAL REGISTER OF HARVARD UNIVERSITY

VOL. LXIX          SEPTEMBER 15, 1972          NO. 19

## REPORT OF
## THE PRESIDENT
## OF HARVARD COLLEGE
### AND
## REPORTS OF
## DEPARTMENTS



## 1970-1971

# CONTENTS

PRESIDENT'S REPORT . . . . . . . . . . . 5

FACULTY OF ARTS AND SCIENCES . . . . . . . . 50

  THE COLLEGE 1969–70 . . . . . . . . . 67

  THE COLLEGE 1970–71 . . . . . . . . . 78

    ADMISSION AND SCHOLARSHIP COMMITTEE . . . . 90

    FRESHMAN YEAR . . . . . . . . . . 123

    DEPARTMENT OF ATHLETICS . . . . . . . 127

  GRADUATE SCHOOL OF ARTS AND SCIENCES . . . . . 130

    APPOINTMENT OFFICE . . . . . . . . . 159

  DIVISION OF ENGINEERING AND APPLIED PHYSICS . . . 165

  SPECIAL STUDENTS . . . . . . . . . . 182

  SUMMER SCHOOL OF ARTS AND SCIENCES AND OF EDUCATION 187

  UNIVERSITY EXTENSION . . . . . . . . . 197

DIVINITY SCHOOL . . . . . . . . . . . 210

FACULTY OF MEDICINE

  MEDICAL SCHOOL . . . . . . . . . . . 239

  DENTAL MEDICINE . . . . . . . . . . 270

LAW SCHOOL . . . . . . . . . . . . 281

GRADUATE SCHOOL OF EDUCATION . . . . . . . 289

GRADUATE SCHOOL OF BUSINESS ADMINISTRATION . . . 302

GRADUATE SCHOOL OF DESIGN . . . . . . . . 313

SCHOOL OF PUBLIC HEALTH . . . . . . . . . 328

JOHN FITZGERALD KENNEDY SCHOOL OF GOVERNMENT . . 346

UNIVERSITY LIBRARY . . . . . . . . . . 366

BOTANICAL INSTITUTES

  INSTITUTE OF PLANT SCIENCES . . . . . . . 393

  ARNOLD ARBORETUM . . . . . . . . . . 395

  BOTANICAL MUSEUM . . . . . . . . . . 406

  BUSSEY INSTITUTION . . . . . . . . . . 414

  FARLOW LIBRARY AND HERBARIUM . . . . . . 416

  GRAY HERBARIUM . . . . . . . . . . 419

  HARVARD FOREST AND HARVARD BLACK ROCK FOREST . . 425

  MARIA MOORS CABOT FOUNDATION FOR BOTANICAL

    RESEARCH . . . . . . . . . . . 431

HARVARD COLLEGE OBSERVATORY . . . . . . . 436
MUSEUM OF COMPARATIVE ZOOLOGY . . . . . . . 443
PEABODY MUSEUM . . . . . . . . . . . 446
BLUE HILL METEOROLOGICAL OBSERVATORY . . . . . 453
SEMITIC MUSEUM . . . . . . . . . . . 455
WILLIAM HAYES FOGG ART MUSEUM . . . . . . 457
BUSCH-REISINGER MUSEUM . . . . . . . . . 470
VILLA I TATTI . . . . . . . . . . . . 473
TRUSTEES FOR HARVARD UNIVERSITY
    DUMBARTON OAKS RESEARCH LIBRARY AND COLLECTION . 477
    CENTER FOR HELLENIC STUDIES . . . . . . . 485
MEMORIAL CHURCH . . . . . . . . . . . 489
PHILLIPS BROOKS HOUSE . . . . . . . . . 495
UNIVERSITY HEALTH SERVICES . . . . . . . . 506
HARVARD UNIVERSITY PRESS . . . . . . . . 512
INTERNATIONAL OFFICE . . . . . . . . . . 526
DEGREES CONFERRED . . . . . . . . . . 531
INDEX . . . . . . . . . . . . . . 533

# *Faculty of Arts and Sciences*

*To the President of the University:*

*Sir*, — I have the honor to submit a report on the work of the Faculty of Arts and Sciences for the academic year 1970–71.

My report a year ago stated that 1969–70 was "characterized by attention to machinery and procedures, and by responses to events in the larger society, rather than by concern over substantive issues of internal educational policy." "In a longer time perspective," that report continued, "the year may hopefully be characterized as one of recovery and gradual recuperation from the events of the spring of 1969."

The academic year 1970–71 saw substantial further recovery with a marked restoration in the mutual confidence and trust that is so vital to an academic community. While some questions of rules and procedures continued to require legislation, a review of undergraduate educational requirements was the major theme of faculty discussion and legislation throughout the year, producing the first major changes in many years in concentration, general education requirements, and rules relating to other programs for credit. Moreover, faculty policy on such significant matters as sponsored research and the status of women was codified and formalized.

One index of the continuing decline in tension is seen in faculty meetings themselves. In 1969–70 there were nineteen faculty meetings, nine in addition to the ten regularly scheduled meetings. In 1970–71 there was only a single meeting in addition to the ten regular meetings. That was held on May 25, 1971 to discuss the *Report of the Committee on the Status of Women in the Faculty of Arts and Sciences*. The average attendance at faculty meetings also reflected the relaxation of stress:

50

# FACULTY OF ARTS AND SCIENCES

## *Attendance at Faculty Meetings*

|        |      | Number of Meetings | Average Attendance | Range of Attendance |
|--------|------|--------------------|--------------------|---------------------|
| Fall   | 1966 | 3                  | 234                | 179–262             |
| Spring | 1967 | 5*                 | 147                | 102–213             |
| Fall   | 1967 | 3                  | 268                | 177–443             |
| Spring | 1968 | 4*                 | 156                | 116–192             |
| Fall   | 1968 | 5                  | 283                | 177–390             |
| Spring | 1969 | 12*                | 308                | 164–504             |
| Fall   | 1969 | 8                  | 322                | 164–521             |
| Spring | 1970 | 10*                | 269                | 180–440             |
| Fall   | 1970 | 4                  | 189                | 149–229             |
| Spring | 1971 | 6*                 | 188                | 142–284             |

(*Excluding the Degree Meeting)

A more significant indication of the restoration of teaching and learning in this community is the fact that the spring of 1971 was the first in three years to see courses and examinations completed normally. Many members of this faculty have reported that they have witnessed this past year more serious work, of excellent quality, by students than in any since the middle 1960's.

## THE FACULTY COUNCIL

The elected Faculty Council in its first full academic year of operation discharged well its function to serve as a "steering committee and clearing house for legislation to come before the Faculty." The Faculty Council and the Docket Committee sought to make available through the *University Gazette* and by direct distribution the text of all motions and amendments to come before faculty meetings, and wherever possible it sought to reconcile and secure agreement in advance. The Docket Committee has the obligation to see that "every item of business brought to the floor of the faculty has been considered by all appropriate officials and committees." On complex matters, such

51

## FACULTY OF ARTS AND SCIENCES

as the various changes in the *Rules Relating to College Studies* and the revised *Rules of Faculty Procedure*, discussions were arranged on proposed legislation at several faculty meetings without voting in order to secure reactions and suggestions. The objective has been to secure a wider consensus to eliminate deficiencies and to improve the quality of legislation.

The Faculty Council presented to the faculty the first comprehensive revision since the 1890's in its *Rules of Faculty Procedure* governing the conduct of faculty meetings. This revision was prepared pursuant to the vote of the Faculty of December 1, 1969 which provided that the Docket Committee "prepare a document summarizing these rules of procedure as amended and to submit this document to the faculty for its approval." After several meetings these *Rules of Faculty Procedure* were adopted at the May 4, 1971 meeting to apply beginning with the 1971-72 academic year. As a constitutional matter these Rules were submitted to a mail ballot of all faculty members and approved by a vote of 310 for, 11 against.

The changes in faculty organization and procedures recommended by the Fainsod Committee have now been substantially completed. That committee to review the structure, procedures and decision-making processes of the faculty was provided for in the faculty legislation of January 21, 1969 in the aftermath of the Paine Hall sit-in, and the report is dated October 17, 1969.

The Faculty Council faithfully met throughout the year each week on Wednesday afternoons from two to four o'clock. In addition to its legislative functions, the Council provided an invaluable forum for consideration of crisis problems, and it provided advice on difficult questions of administration. On the whole, however, there was general consensus in the Faculty Council that greater attention needed to be given in the future to its mandate as the successor to the Committee on Educational Policy.

The elected members of the Faculty Council serving during the year 1970-71 were as follows:

52

# FACULTY OF ARTS AND SCIENCES

*Term Expires June 1971*

Professor Nicolaas Bloembergen
Dean Archie Epps
Professor A. M. Gleason
Professor E. O. Reischauer
Professor Roger Rosenblatt
Professor Zeph Stewart

*Term Expires June 1972*

Professor A. E. Heimert
Professor T. B. W. Kirk
Professor J. M. Martin
Professor Henry Rosovsky
Professor George Wald
Professor J. Q. Wilson *

*Term Expires June 1973*

Professor J. S. Ackerman
Professor Herbert Bloch *
Professor J. F. Hays
Professor H. S. Hughes
Professor D. H. Kearns
Professor N. F. Ramsey

* Professor Samuel Huntington served in the place of Professor J. Q. Wilson throughout the year, and Professor Howard Hibbett served in the spring term for Professor H. Bloch.

The Docket Committee during the year was comprised of Professor Alan Heimert, vice chairman, and Professors A. M. Gleason and E. O. Reischauer.

The following members of the faculty were elected to the Faculty Council in May 1971 for a three-year term: Professors George F. Carrier, John K. Fairbank, William Lipscomb, Regina M. Kyle, James C. Thomson, Jr., and Dante Della Terza. In addition Professor Thomas B. W. Kirk was elected to fill a vacancy for a one-year term.

There were at least four groups of matters handled in faculty legislation, under the leadership of the Faculty Council, during 1970–71 which are of longer-term significance.

## Rules Relating to College Studies:

This booklet contains the rules and procedures for academic credit and is provided to each undergraduate student and teacher in this faculty. The complex of rules had grown more complicated in recent years with exceptions and special cases established by departments, programs, senior tutors, the administrative board and the Committee on Educational Policy and more recently the Faculty Council.

A review, revision and simplification of a number of these rules

## FACULTY OF ARTS AND SCIENCES

was undertaken in 1970–71 under the leadership of the Dean of Harvard College, Professor Ernest May, and the Sub-Committee on Undergraduate Education of the Faculty Council. The Committee on General Education also made a notable contribution.

Three major groups of legislation were enacted by the faculty after very considerable discussion in departments, committees and with student groups. The legislation will not satisfy those who seek a comprehensive and radical revision in undergraduate education, but these revisions and new options to students and faculty do provide a notably simpler and more flexible basis for organizing undergraduate programs.

1. At the November 10, 1970 meeting the faculty authorized the creation of a standing committee on special studies in order to gain experience with increased flexibility in concentration requirements. Any student may petition the committee for approval of a program of special concentration not accommodated by any existing program. This option was designed to meet special educational objectives, not to encourage avoidance of particular requirements. A relatively small number of students is expected to elect this special concentration alternative.

2. At the March 16, 1971 meeting on the motion of the General Education Committee, the faculty adopted the first revisions in the general education requirements since the long debate of 1964–65. The vote reaffirmed the faculty "commitment to and support of the general education program." The legislation defined a distribution requirement for undergraduates.

a) The basic requirement in each of the three areas — Natural Sciences, Social Sciences, and Humanities — can be met *either* with one full or two half courses offered as fulfilling the basic requirement by the Committee on General Education; *or* with two full or four half courses offered by Departments or Committees of Instruction.

b) In addition to fulfilling the basic requirement each stu-

## FACULTY OF ARTS AND SCIENCES

dent is required to take two additional full courses or four half courses outside his area of concentration.

The effect of the legislation is to extend to the Humanities and Social Sciences areas the practice in effect in Natural Sciences.

3. On May 18, 1971 the faculty codified and simplified the rules relating to the numbers of courses required for the degree, the number required to be evaluated by letter grades; it introduced more flexibility into the rate which students could elect courses from term to term and designed a category of ungraded credit to be known as Independent Work under which students might petition to pursue their own interest up to two full courses. One of the purposes of this legislation is to adapt to the larger number of students with advanced standing and to encourage changes in programs of independent study which have been of uneven quality.

There were two other developments related to educational policy which deserve brief mention. The faculty recommended, and the governing boards approved, the establishment of the degree of Associate in Arts in Extension Studies and a four-year degree of Bachelor of Science.

*Criteria for Acceptance of Sponsored Research:*

The controversy, sometimes acrimonious, over the Cambridge Project and other government sponsored research in 1969–70 led to a useful review and codification of faculty policies in this area. A special sub-committee of the standing committee on Research Policy, under the chairmanship of Dean Harvey Brooks, presented to the faculty on December 1, 1970, a *Report of the Committee on Criteria for Acceptance of Sponsored Research in the Faculty of Arts and Sciences.* The report provides a codification of our policies, practices and administrative arrangements.

Sponsored research refers to any research funded by an agency external to the University and with the funds administered by the University. It does not include outside consulting activities, fel-

55

## FACULTY OF ARTS AND SCIENCES

lowships, or travel grants in which the University is not directly involved.

The faculty voted to adopt the six principles of the report:

"1. Any research agreement between the University and an external sponsor must have obtained some form of sanction in advance. The purpose of this sanction is to insure that the research conforms to the administrative and fiscal policies of the University, and to the present principles, and that it does not conflict with the rights of other scholars in the University, nor with other University commitments.

"2. The source of sponsorship and the purpose of the research must be of such a nature that they can be publicly disclosed.

"3. The University will not undertake to grant any special or exclusive information to a research sponsor, nor will it accept research which carries security classification, requires clearance of University personnel, or otherwise precludes general publication of results.

"4. All research projects must be undertaken with the clear understanding that the investigators concerned have the full right to publish any results obtained by them, subject only to established safeguards for the protection of privacy or confidentiality of personal data.

"5. Any results obtained and any papers published or lectures given by investigators on research projects are the sole responsibility of the investigator concerned, and Harvard provides no institutional endorsement of the work or of the sponsor.

"6. All research on living animals and on human subjects should follow the safeguards established by the University for such work."

The preamble of the Report included the following paragraph which was specifically endorsed by the Faculty Council and the Dean:

56

## FACULTY OF ARTS AND SCIENCES

"In the case of institutional grants or of program grants cutting across departmental lines and involving large resources, it is recommended that the Dean, in consultation with the Research Policy Committee, set up appropriate reviewing procedures to examine the issues involved in each particular case and to make recommendations to him for action. If a sufficiently significant institutional commitment is involved, the concurrence of the Faculty Council and ultimately of the faculty as a whole should be sought. On the other hand, we believe that the presumption should lie in favor of the freedom of the faculty members to undertake research and seek support as they see fit within the general framework of principles discussed below, and only exceptional circumstances should justify review by the faculty as a whole."

This Report and the faculty endorsement of its codification of the principles for the acceptance of Sponsored Research is a significant statement and is likely long to prove a useful guide to faculty members and administrators.

*Status of Women in the Faculty:*

In April 1970 I appointed a committee composed of three men and three women (Professors Michael Walzer and Caroline Bynum, co-chairmen) to review and report on the facts regarding the participation of women in the faculty and to explore ways to increase participation under existing policies and through new policies. The committee was also charged more generally to explore the problems of careers for women in educational and professional activities. The status and problems of women graduate students were also to be treated as within the review of the committee, and five graduate women were associated with the committee in a consultative capacity and signed the report.

The April 1971 *Report of the Committee on the Status of Women in the Faculty of Arts and Sciences* (96 pp) provided an analysis of the problems, presented statistical information (pp.

57

## FACULTY OF ARTS AND SCIENCES

73–86) and made recommendations to the faculty which were considered on May 25, 1971.

The faculty endorsed the major conclusion of the Report "that the number of women on the faculty must be increased, and urge its officers, its department chairmen, and the members of its search committees to work toward that end." The faculty also voted to support the recommendation that the Dean appoint "a Standing Committee on Women to assist in the work of bringing more women onto the Faculty and to report periodically on its success." The faculty was reminded by the committee that its Report repeatedly made clear that "in every particular case excellence and not sex (or race or age) should be the only criteria for academic employment." (p. 33).

The faculty also endorsed the recommendation of the committee that a limited number of part-time appointments be permitted to be made at any of the professorial ranks, and further voted to support the policy permitting graduate students, for valid reasons, to petition to work on a limited part-time basis. These recommendations constituted in effect a regularization of existing practices.

The report observed that "by and large, women are admitted to graduate school without discrimination and are awarded scholarships and teaching fellowships fairly."

During the academic year 1970–71 three women were appointed to professorships effective July 1, 1971: Professor Dorrit Cohn in the German Department, Professor Luise Vosgerchian in the Music Department and Professor Isabel G. MacCaffrey to the Kenan Professorship in History and Literature and the English Department. These women will join Professor Emily Vermuele, the Zemurray Stone Radcliffe Professor and Professor Annemarie Schimmel as professors in this Faculty.

*Faculty Discipline:*

In 1969–70 the faculty had considered, but had referred back to the Committee of Fifteen, proposed procedures to be followed in cases of discipline of faculty members. During 1970–71 these

58

## FACULTY OF ARTS AND SCIENCES

questions were extensively explored by the University Committee on Governance which issued its recommendations to all faculties in March 1971. (*Tentative Recommendations Concerning Discipline of Officers*). The Faculty of Arts and Sciences, like all other faculties, considered these recommendations in the spring term. At the April 13, 1971 meeting this faculty voted 137 to 4 to accept these recommendations. A subsequent mail ballot, since a constitutional matter affecting all members was involved, adopted the recommendations 276 for, 14 against.

The procedures concern violations of the third paragraph of the statement on Rights and Responsibilities[1] and grave misconduct or neglect of duty under the third statute of the University.[2]

When the University-wide procedures have been approved by the Governing Boards, further legislation will be required to establish a Screening Committee within this faculty and to provide further for the procedures to elect the five tenure members and two non-tenure members for the university-wide pool to be available to serve on Hearing Committees in particular cases.

While proceedings involving faculty discipline have been ex-

[1] "The University places special emphasis, as well, upon certain values which are essential to its nature as an academic community. Among these are freedom of speech and academic freedom, freedom from personal force and violence, and freedom of movement. Interference with any of these freedoms must be regarded as a serious violation of the personal rights upon which the community is based. Furthermore, although the administrative processes and activities of the University cannot be ends in themselves, such functions are vital to the orderly pursuit of the work of all members of the University. Therefore, interference with members of the University in performance of their normal duties and activities must be regarded as unacceptable obstruction of the essential processes of the University. Theft or willful destruction of property of the University of its members must also be considered an unacceptable violation of the rights of individuals or of the community as a whole."

[2] "Tenures of Office. All officers of instruction are subject to removal by the Corporation only for grave misconduct or neglect of duty. All other holders of Corporation appointments (including administrative officers) may be removed from such appointments by the Corporation for grave misconduct or whenever, in its opinion, their duties are not satisfactorily discharged."

## FACULTY OF ARTS AND SCIENCES

tremely rare in this faculty (one group of cases in the early 1950's and another case in 1969), it is wise to have procedures established in advance of any problem.

### A New Relationship with Radcliffe College

My report of last year concluded a section on Radcliffe College with the statement: "A new relationship short of full merger appears to be evolving." This year has produced the 1971 amendment to the April 16, 1943 agreement between Harvard College and Radcliffe which was formally signed on July 1, 1971.

The factors mainly responsible for the development of these closer relationships with Radcliffe College, short of full merger, were the co-residential living arrangements of the past year and a half and the serious financial conditions and prospects, particularly of Radcliffe College. The pressures for co-residence arose initially largely from students, although these tendencies have been much wider than Cambridge as the experience of Yale and Princeton reveal. In this respect Harvard has been fortuitous. From all accounts, for the present, the experiences of co-residential living have been generally acclaimed as a success and the pressures for a unified house system have grown steadily in the past year.

The new four-year agreement provides that the Dean of Radcliffe, who may also be designated President of Radcliffe by its Trustees, shall have responsibility for certain "retained programs" such as the Radcliffe Institute, the Schlesinger Library, the Alumnae Office, Admissions, Financial Aid and the Radcliffe Fund Office. The responsibility for the houses of Radcliffe and the business operations, including buildings and grounds, dining halls, comptroller's office and the like are to be Harvard's.

Throughout the spring term President Bunting and I met on Monday mornings with key members of the staffs of Radcliffe and Harvard to work out the detailed administrative arrangements required by this new agreement. These arrangements and the associated integration of personnel responsibilities give promise of cooperation and a new constructive relationship.

## FACULTY OF ARTS AND SCIENCES

There can be no escape, however, from the fact that the new agreement places new and very heavy administrative responsibilities and a financial drain on this faculty at a time it can least afford such new obligations in operating budgets. Moreover, it has not been settled how the projected deficit of Radcliffe for 1971–72 of more than $750,000 is to be met. The new arrangements likewise accelerate the pressures seeking a re-examination of the ratio of admissions of men and women in Harvard College and Radcliffe College. The financial and admission problems are for the future.

### DISRUPTIONS

Although the year 1970–71 involved much less disruption than the previous year with little participation by large numbers of students, there were some disquieting and anxious periods.

Two major incidents appeared to be the work of outsiders: On October 14, 1970 a bomb exploded in the top floor of the Center for International Affairs building at 6 Divinity Avenue; fortunately no one was injured. From March 6 to March 15, 1971 a women's liberation group occupied 888 Memorial Drive. The group left the building while the matter was in the hands of the courts.

The cancellation of the Edwin Land lecture on March 8, 1971 under the prospects of hostile questioning and even disorder and the disruption, on March 26, 1971, of the Sanders Theatre program sponsored by Students for a Just Peace raised new, serious problems in this academic community. President Pusey and President-designate Bok spoke out strongly against the Sanders Theatre violation of academic freedom. The Faculty Council unanimously adopted a statement and placed it in advertisements in the *Crimson* and *Independent*. The Council stated in part:

"Two days before the incident in Sanders Theatre the Faculty Council reminded the University community that "deliberate interference with . . . freedom of speech (including that of any speaker invited to express his views) . . . is incompatible

61