EXHIBIT 71

 Sections

# The Harvard Crimson





**NEWS**

As Yale Floats 3.0 Mean GPA, Harvard Faculty Leaders Defend Lighter-Touch Grading Proposal



**NEWS**

Harvard Kennedy School Fl Visiting Faculty Program in Talks on Viewpoint Diversi



ADVERTISEMENT



Help A Donkey In India

They're desperately waiting for some kind person to **help**.

Animal Rahat

Learn More  ›



# New Method Is Suggested For Disciplining Faculty

By Arthur H. Lubow

February 26, 1971

The University Committee on Governance has proposed the first formal mechanism for hearing complaints against Harvard faculty members.

The new committee-which could also discipline administrators who are members of a faculty-must be approved first by the individual faculties and then by the University Governing Boards.

Since the Corporation alone has the authority to discipline University officials, this committee would have only advisory powers. However, the proposed procedures suggest that the Corporation would normally act on the committee's recommendations.

The committee would consider two types of cases. The first category includes faculty members accused of "grave misconduct or neglect of duty," and administrators charged with "grave misconduct." According to University Statutes, such offenses can result in dismissal.

Case 1:23-cv-11775-MJJ  Document 249-2  Filed 07/31/26  Page 3 of 8

 **Sections**

# The Harvard Crimson

The committee can also consider alleged violations of the third paragraph of the University-wide Statement on Rights and Responsibilities, which protects "freedom of speech and academic freedom, freedom from personal force and violence, and freedom of movement."

In its report, the Committee on Governance specified that the committee could not judge charges resulting from the Statement's second paragraph-which protects the rights to "organize and join political associations, convene and conduct public meetings, publicly demonstrate and picket in orderly fashion, advocate and publicize opinion by print, sign, and voice"-if they are not subsumed by the freedoms of the third paragraph.

## 'Had to Hold'

Explaining this distinction, Clark Byse, professor of Law and one of the drafters of the document, said, "If an administrator had to hold for a free and open university, he might easily be accused of violating the Statement. With paragraph three, a student filing charges would have to show a definite violation of academic freedom."

The proposals do not specify whether a student can bring charges against a University official. "My assumption is that since we decided not to say that only a dean can bring a complaint, that screening committees could determine whether any case was appropriate for disciplinary hearings," Paul M. Bator, professor of Law and organizer of the procedure drafting, said yesterday.

The discussion that accompanies the proposed procedures predicts that "formal disciplinary proceedings looking to the removal of a faculty memberwould usually be instituted by a dean or other responsible authority of the faculty or University."

If the recommended procedures are approved, each faculty will create a screening committee to field initial complaints, Each faculty has the power to set up its own screening committee.

ADVERTISEMENT

Case 1:23-cv-11775-MJJ    Document 249-2    Filed 07/31/26    Page 4 of 8

# The Harvard Crimson



Learn More ❯

A screening committee can then pass the complaint on to a hearing committee composed of seven faculty members. Members of hearing committees would be selected in a two-step process, First, each faculty would elect seven representatives to a pool; then, from this pool, faculty members of the University Committee on Rights and Responsibilities would select the hearing committee. The faculty members of the UCRR would also determine the procedures of the hearing committee.

The UCRR, along with the University-Wide Statement on Rights and Responsibilities, was created last Fall to coordinate the actions of the CRR's of the different faculties.

An original plan for a faculty disciplinary committee was rejected by the Faculty of Arts and Sciences last Spring. That scheme would have created bipartite hearing committees composed of faculty and Corporation representatives.

The new procedures conform more closely to recommendations put forth by the Association of American University Professors (AAUP).

"Under prodding, they have gone a long way to meeting the standards of due process that the AAUP suggests," Everett I. Mendelsohn, professor of the History of Science and a leader of last Spring's campaign against the original procedures, said yesterday. However, Mendelsohn objected to one provision of the new proposal which states that two Corporation Fellows would be invited to attend the hearings as nonvoting observers.

**Want to keep up with breaking news?** Subscribe to our email newsletter.

**Have a tip for The Crimson?** Share it confidentially.



# The Harvard Crimson

**☰ Sections**

## MOST READ

1. Top College Leaders Fought Deming Over Five-Day Office Mandate, OUE Administrator Says

2. FAS Restructuring Reaches Harvard College with New Groupings, In-Person Work Requirements

3. Matt Freese '22 Freezes as United States Crashes Out of World Cup in 4-1 Loss to Belgium

4. Harvard To Add Cameras in Security Push Tied to Brown Shooting, Protest Enforcement

5. One Dead After Cambridge July 4th Shooting

ADVERTISEMENT



A Donkey Needs Help

Many donkeys in India die where they fall. Help protect one today.

Learn More

**FROM OUR ADVERTISERS**



SPONSORED

THE CRIMSON BRAND STUDIO

10 Successful Harvard Application Essays | 2026

Explore 10 successful Harvard application essays from admitted students, along with expert insights from college consultants on what made each essay compelling.



SPONSORED

RAMP

Ramp: The Lab That's Rewriting The Rules Of Finance

Inside Ramp Labs, a specialized group within Ramp's Applied AI team dedicated to building and scaling experimental AI tools that improve financial operations.



# The Harvard Crimson

☰ Sections

On the Turquoise Coast, a pine-fringed cove called Hillside Beach Club has built something the rest of the travel world has been chasing for decades: a place that earns the kind of loyalty most resorts only dream of, season after season.

SPONSORED



SPONSORED

### RAY-BAN

## Ray-Ban: The Round For The Rebellious At Heart

Everybody's got a story. And for every story there's a Ray-Ban. For the Round, that's the story of the eccentric, golden era glam, the hippies and the rebellious at heart.



SPONSORED

### VERDICA

## Verdica: Better Outcomes in Minutes, Not Days

Verdica is an AI-powered case preparation platform that transforms medical records into source-cited demand packages in minutes, not weeks.



SPONSORED

### PUCK

## Puck: What the People Running Wall Street, Hollywood, and Washington Actually Reading

From finance to entertainment to politics, Puck delivers insider journalism that goes beyond the headlines. Reporting from inside the rooms where power talks, shaped by trusted sources.

ADVERTISEMENT



ADVERTISEMENT

ADVERTISEMENT



☰ Sections

The Harvard Crimson

They're desperately waiting for some kind person to **help**.
Animal Rahat

Learn More →

# The Harvard Crimson

*The University Daily, Est. 1873*

**SECTIONS**

News

Opinion

Arts

Blog

Magazine

Videos

Sports

**ABOUT**

General

Business

Diversity & Inclusion

Privacy Policy

Rights & Permissions

Sitemap

**RESOURCES**

Advertising

Newsletters

Print Delivery

Merch Store

Educational Programs

**CONTACT US**

Corrections

Tips



Copyright © 2026 The Harvard Crimson, Inc.