# EXHIBIT 73

7/8/26, 2:48 PM
Procedures for Discipline Approved by Law Faculty | News | The Harvard Crimson
Case 1:23-cv-11775-MJJ    Document 249-4    Filed 07/31/26    Page 2 of 7



## ☰ Sections

# The Harvard Crimson





**NEWS**

As Yale Floats 3.0 Mean GPA, Harvard Faculty Leaders Defend Lighter-Touch Grading Proposal



**NEWS**

Harvard Kennedy School P Visiting Faculty Program in Talks on Viewpoint Diversi



ADVERTISEMENT

# Procedures for Discipline Approved by Law Faculty

By Robert Decherd

April 21, 1971

The Law School Faculty yesterday became the third faculty to approve a proposal by the University Governance Committee for University-wide procedures for disciplining faculty members.

The Business and Medicine Faculties approved the proposal last week and the Faculty of Arts and Sciences is presently conducting a mail ballot of its members.

The Law Faculty passed the proposal with only one dissenting vote-that by Alan M. Dershowitz, professor of Law.

Dershowitz originally voted for the proposal, but changed his vote after a motion he introduced questioning the present grounds on which officers of the University are disciplined was defeated, 18-13.

Dershowitz's motion said, "In accepting in principle the tentative recommendations of the University Governance Committee... the Law Faculty recommends that consideration be given to whether or not further efforts should be made to define the grounds for disciplining, and the rights of, officers of the University."

 **Sections**      The Harvard Crimson

which forbids any infringement of academic freedom, freedom of speech and movement, and freedom from force and violence-or the Third Statute of the University, which forbids "gross misconduct or neglect of duty."

Dershowitz said after the meeting yesterday that he changed his vote because "you cannot consider a procedur-al scheme in isolation from substantive standards. This proposal could be used as an excuse for not doing the hard work which more specificity requires."

Dershowitz also said the Governance Committee has made no attempt "to define a bill of rights concerning free speech or freedom of assembly."

"There is simply no fair warning for faculty or students as to what circumstances will result in disciplinary procedures," he said.

James Vorenberg, professor of Law, said at the Faculty meeting that the University Committee on Rights and Responsibilities (UCRR) is presently making efforts to expand and define the basis for disciplining officers. Vorenberg is the Law School's representative on the UCRR.

ADVERTISEMENT

The Governance Committee's proposal provides for a two-part procedure to judge faculty members accused of violating the third paragraph of the Resolution on Rights and Responsibilities or the Third Statute of the University.

Complaints against any member of any faculty-which may be brought by any member of the University-will be investigated by a screening committee set up by his faculty.

If the screening committee upholds the complaint, the faculty member will be judged by a seven-member hearing panel, consisting of four members of his faculty and three other faculty members in the University.

In addition, the measure approved yesterday would allow two members of the Corporation to participate in the hearing without voting.

The hearing commission will make its recommendation to the President. If he decides to overrule the recommendation, he will submit his reasons to the hearing committee, which will then rehear the case.

 **Sections**      The Harvard Crimson

Paul M. Bator, professor of Law and one of the Law School's three representatives on the Governance Committee, introduced the proposal at yesterday's meeting.

**Want to keep up with breaking news?** Subscribe to our email newsletter.

**Have a tip for The Crimson?** Share it confidentially.

TAGS

## MOST READ

1. Top College Leaders Fought Deming Over Five-Day Office Mandate, OUE Administrator Says
2. FAS Restructuring Reaches Harvard College with New Groupings, In-Person Work Requirements
3. Matt Freese '22 Freezes as United States Crashes Out of World Cup in 4-1 Loss to Belgium
4. Harvard To Add Cameras in Security Push Tied to Brown Shooting, Protest Enforcement
5. One Dead After Cambridge July 4th Shooting

ADVERTISEMENT

## The Harvard Crimson

☰ Sections

**FROM OUR ADVERTISERS**


SPONSORED

THE CRIMSON BRAND STUDIO

### 10 Successful Harvard Application Essays | 2026

Explore 10 successful Harvard application essays from admitted students, along with expert insights from college consultants on what made each essay compelling.


SPONSORED

RAMP

### Ramp: The Lab That's Rewriting The Rules Of Finance

Inside Ramp Labs, a specialized group within Ramp's Applied AI team dedicated to building and scaling experimental AI tools that improve financial operations.



## The Harvard Crimson

≡ Sections

On the Turquoise Coast, a pine-fringed cove called Hillside Beach Club has built something the rest of the travel world has been chasing for decades: a place that earns the kind of loyalty most resorts only dream of, season after season.



SPONSORED

**RAY-BAN**

### Ray-Ban: The Round For The Rebellious At Heart

Everybody's got a story. And for every story there's a Ray-Ban. For the Round, that's the story of the eccentric, golden era glam, the hippies and the rebellious at heart.

SPONSORED



**VERDICA**

### Verdica: Better Outcomes in Minutes, Not Days

Verdica is an AI-powered case preparation platform that transforms medical records into source-cited demand packages in minutes, not weeks.

SPONSORED



**PUCK**

### Puck: What the People Running Wall Street, Hollywood, and Washington Actually Reading

From finance to entertainment to politics, Puck delivers insider journalism that goes beyond the headlines. Reporting from inside the rooms where power talks, shaped by trusted sources.

SPONSORED

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

## The Harvard Crimson

*The University Daily, Est. 1873*

**SECTIONS**

News

Opinion

Arts

Blog

**ABOUT**

General

Business

Diversity & Inclusion

Privacy Policy

**RESOURCES**

Advertising

Newsletters

Print Delivery

Merch Store

**CONTACT US**

Corrections

Tips

Case 1:23-cv-11775-MJJ   Document 249-4   Filed 07/31/26   Page 7 of 7



**Sections**

The Harvard Crimson

Sports

Copyright © 2026 The Harvard Crimson, Inc.