# Exhibit 74

(leave to seal pending)