# Exhibit 75

(leave to seal pending)