# Exhibit 76

(leave to seal pending)