# Exhibit 77

(leave to seal pending)