# Exhibit 84

(leave to seal pending)