# Exhibit 85

(leave to seal pending)