# Exhibit 86

(leave to seal pending)