# Exhibit 87

(leave to seal pending)