# Exhibit 88

(leave to seal pending)