# Exhibit 89

(leave to seal pending)