# Exhibit 90

(leave to seal pending)