# Exhibit 91

(leave to seal pending)