# Exhibit 92

(leave to seal pending)