# Exhibit 93

(leave to seal pending)