# Exhibit 94

(leave to seal pending)