# Exhibit 95

(leave to seal pending)