# Exhibit 96

(leave to seal pending)