# Exhibit 97

(leave to seal pending)