# Exhibit 98

(leave to seal pending)