# Exhibit 99

(leave to seal pending)