# Exhibit 100

(leave to seal pending)