# Exhibit 101

(leave to seal pending)