# Exhibit 102

(leave to seal pending)