# Exhibit 103

(leave to seal pending)