# Exhibit 104

(leave to seal pending)