# Exhibit 105

(leave to seal pending)