# Exhibit 106

(leave to seal pending)