# Exhibit 107

(leave to seal pending)