# Exhibit 108

(leave to seal pending)