# Exhibit 109

(leave to seal pending)