# Exhibit 110

(leave to seal pending)