# Exhibit 111

(leave to seal pending)