# Exhibit 112

(leave to seal pending)