# Exhibit 113

(leave to seal pending)