# Exhibit 114

(leave to seal pending)