# Exhibit 115

(leave to seal pending)