# Exhibit 116

(leave to seal pending)