# EXHIBIT 117

**Andrew King** in · 2nd    + Follow  ···
Questrom Chair in Strategy and Innovation, Boston University
3mo · 🌐

**Bill Ackman, Francesca Gino — and Harvard's fractured system for enforcing research integrity**

**William Ackman**, billionaire hedge fund manager, has posted a long defense of Francesca Gino, arguing that Harvard Business School mishandled the case and that she is innocent. https://lnkd.in/eAKUTvWy

I disagree with much of his analysis — particularly his description of the source of the fraud (research assistants and "scammers"), his attack on DataColada (publicity seeking), his gratuitous attack on Claudine Gay, and his speculation that Alain Bonacossa (the head of the Research Integrity Office) committed perjury.

**But Ackman is right about one thing. The research integrity process at HBS is opaque**, and that undermines trust, harms accused scholars, and discourages people from reporting misconduct.

I know this firsthand. When I submitted a formal research-integrity concern to HBS, I was told: "**whether or how the school does or does not move forward in acting upon it will not be communicated to you.**"

Imagine reporting a crime to the police and being told: "whether we act on this or not is none of your business."

Would anyone ever report a crime again?

I agree with Mr. Ackman that policies such as this seemed designed to protect the institution – not facilitate the process of justice.

But I believe the real solution is not to weaken enforcement, but to build a more thorough, transparent, and credible system for inforcing research integrity. It remains our responsibility, as scholars, to adjudicate and curate trustworthy science.

Alex Edmans Mike Barnett Mike Toffel Florian Berg Luca Berchicci William Kerr Ken Pucker Bill Baue Tariq Fancy Rebecca Henderson Jason Mitchell Xavier Castañer Dinah A. Koehler, PhD Tom Lyon





👍😊🌱 44                                              4 comments

Reactions

+36

👍 Like          💬 Comment          🔁 Repost          ➤ Send

Add a comment...                                    ☺ 🖼

Most relevant ▾

**Xavier Castañer** ✔ · 3rd+                              3mo  ···
Professor of Strategy

Fully agree with your conclusions. IFSAM - International Federation of
Scholarly Associations of Management advisory council which I chair
recommended last year to IFSAM's Board of Directors to issue a statement
regarding fair administrative procedures relative to accusations of faculty
wrong-doing

Like · 👍 2 | Reply

 **Elizabeth Doty** ✅ · 3rd+                                        3mo  •••
Executive Director, Third Side Strategies | Strengthening public affairs gover...

Glad this is coming up. Lawrence Lessig's podcast on Francesca Gino's story includes an extremely detailed breakdown of the review process and the origjnal data practices. Without this sort of process view, there is a risk of missing the real lessons on both.

...more

    **The Law, such as it is**
Government Podcast · Bimonthly Series · An exploration of a broken, if beautiful, institution, the law, and tradition, America....

Like · 🔵 1 | Reply

 **Dinah A. Koehler, PhD** 🔗 · 3rd+                                3mo  •••
Putting Human Health and Ecosystems at the core of the Energy Transition....

Andrew King fully agree but would suggest an independent review panel.

Like | Reply