# Exhibit 118

(leave to seal pending)