# Exhibit 119

(leave to seal pending)