# Exhibit 120

(leave to seal pending)