# Exhibit 121

(leave to seal pending)