# Exhibit 122

(leave to seal pending)