# Exhibit 123

(leave to seal pending)