# Exhibit 124

(leave to seal pending)