# Exhibit 125

(leave to seal pending)