# Exhibit 126

(leave to seal pending)