# Exhibit 127

(leave to seal pending)