# Exhibit 128

(leave to seal pending)