# Exhibit 129

(leave to seal pending)