# Exhibit 130

(leave to seal pending)