# Exhibit 131

(leave to seal pending)