# Exhibit 132

(leave to seal pending)