# Exhibit 133

(leave to seal pending)