# Exhibit 134

(leave to seal pending)