# Exhibit 135

(leave to seal pending)