# Exhibit 136

(leave to seal pending)