# Exhibit 137

(leave to seal pending)