# Exhibit 138

(leave to seal pending)