# Exhibit 139

(leave to seal pending)