# Exhibit 140

(leave to seal pending)