# Exhibit 141

(leave to seal pending)