# Exhibit 142

(leave to seal pending)