# Exhibit 143

(leave to seal pending)