# Exhibit 144

(leave to seal pending)