# Exhibit 145

(leave to seal pending)