# Exhibit 146

(leave to seal pending)