# Exhibit 147

(leave to seal pending)