# Exhibit 148

(leave to seal pending)