# Exhibit 149

(leave to seal pending)