# Exhibit 150

(leave to seal pending)