# Exhibit 151

(leave to seal pending)