# Exhibit 152

(leave to seal pending)