# Exhibit 153

(leave to seal pending)