# Exhibit 154

(leave to seal pending)