# Exhibit 155

(leave to seal pending)