# Exhibit 156

(leave to seal pending)