# Exhibit 157

(leave to seal pending)