# Exhibit 158

(leave to seal pending)