# Exhibit 159

(leave to seal pending)