# Exhibit 160

(leave to seal pending)