# Exhibit 161

(leave to seal pending)