# Exhibit 162

(leave to seal pending)