# Exhibit 163

(leave to seal pending)