# Exhibit 164

(leave to seal pending)