# Exhibit 165

(leave to seal pending)