# Exhibit 166

(leave to seal pending)