# Exhibit 167

(leave to seal pending)