# Exhibit 168

(leave to seal pending)