# Exhibit 169

(leave to seal pending)