# Exhibit 170

(leave to seal pending)