# Exhibit 171

(leave to seal pending)