# Exhibit 172

(leave to seal pending)