# Exhibit 173

(leave to seal pending)