# Exhibit 174

(leave to seal pending)