# Exhibit 175

(leave to seal pending)