# Exhibit 176

(leave to seal pending)