# Exhibit 177

(leave to seal pending)