# Exhibit 178

(leave to seal pending)