# Exhibit 179

(leave to seal pending)