# Exhibit 181

(leave to seal pending)