# Exhibit 182

(leave to seal pending)