# Exhibit 183

(leave to seal pending)