# Exhibit 184

(leave to seal pending)