# Exhibit 185

(leave to seal pending)