# Exhibit 186

(leave to seal pending)