# Exhibit 187

(leave to seal pending)