# Exhibit 188

(leave to seal pending)