# Exhibit 189

(leave to seal pending)