# Exhibit 190

(leave to seal pending)