# Exhibit 191

(leave to seal pending)