# Exhibit 192

(leave to seal pending)