# Exhibit 193

(leave to seal pending)