# Exhibit 194

(leave to seal pending)