# Exhibit 195

(leave to seal pending)