# Exhibit 196

(leave to seal pending)