# Exhibit 197

(leave to seal pending)