# Exhibit 198

(leave to seal pending)