# Exhibit 199

(leave to seal pending)