# Exhibit 200

(leave to seal pending)