# Exhibit 201

(leave to seal pending)