# Exhibit 202

(leave to seal pending)