# Exhibit 203

(leave to seal pending)