# Exhibit 204

(leave to seal pending)