# Exhibit 205

(leave to seal pending)