# Exhibit 206

(leave to seal pending)