# Exhibit 207

(leave to seal pending)