# Exhibit 209

(leave to seal pending)