# Exhibit 210

(leave to seal pending)