# Exhibit 211

(leave to seal pending)