# Exhibit 212

(leave to seal pending)