# Exhibit 213

(leave to seal pending)