# Exhibit 214

(leave to seal pending)