# Exhibit 215

(leave to seal pending)