**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FRANCESCA GINO, )<br><br>Plaintiff, )<br><br>v. )<br><br>PRESIDENT AND FELLOWS OF )<br>HARVARD COLLEGE, SRIKANT DATAR, )<br>JOHN DOES 1-10, AND JANE DOES 1-10, )<br><br>Defendants. ) | Case No. 1:23-cv-11775-MJJ |

**DEFENDANTS' MOTION TO
STRIKE PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS AND
REQUEST FOR URGENT STATUS CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 12(f), D. Mass. Local Rule 56.1, and this Court's inherent authority to manage its docket, Defendants President and Fellows of Harvard College and Srikant Datar (the "Defendants") hereby move to strike Plaintiff Francesca Gino's Statement of Additional Material Facts ("SAMF") filed in opposition to Defendants' motion for summary judgment. *See* Doc. No. 249.

For the reasons set forth in Defendants' accompanying memorandum of law, Defendants respectfully request that this Court enter an order striking Plaintiff's SAMF in its entirety. In addition, Defendants respectfully request a status conference with the Court as soon as possible regarding what response to the SAMF, if any, is to be filed alongside Defendants' Reply memorandum, and on what timeline.

Dated: August 4, 2026

Respectfully submitted,

/s/ Douglas E. Brayley
Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
Stephanie D. Porges (BBO# 703381)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com
Stephanie.Porges@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendants President and Fellows of Harvard College and Srikant Datar*

2

## **LOCAL RULE 7.1(a) CERTIFICATION**

I, Douglas E. Brayley, counsel for Defendants, hereby certify that counsel for Defendants attempted to meet and confer in good faith to resolve or narrow the issues subject to this motion. As of the time of filing, Defendants have not received a response from counsel for Plaintiff regarding Plaintiff's position.

Dated: August 4, 2026

                                     */s/ Douglas E. Brayley*
                                     Douglas E. Brayley

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 4, 2026

    */s/ Douglas E. Brayley*
    Douglas E. Brayley