UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FRANCESCA GINO,

Plaintiff,

v.

PRESIDENTS AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,

Defendants.

Civil Action No. 1:23-cv-11775-MJJ

**ASSENTED-TO MOTION FOR LEAVE TO FILE, AND TO FILE UNDER SEAL**

Plaintiff Francesca Gino respectfully moves the Court for two forms of relief as follows: first, for leave to file a renewed Opposition brief in which Plaintiff will update the numbering of any changed exhibit, paragraph, section, or page references, and second, for leave to file such renewed Opposition brief, and her renewed Statement of Additional Material Facts, initially under seal and later with redactions in substantially the same manner as the Court approved (Doc. No. 250) for her initial summary judgment opposition filings.

As grounds for this motion, Plaintiff states as follows:

1. Pursuant to this Court's Order (Doc. No. 253), Plaintiff will be submitting a renewed Statement of Additional Facts ("SAMF") on Wednesday, August 19, 2026.

2. The paragraph numbering, exhibit numbering, and section and page numbering of Plaintiff's SAMF and exhibits thereto will differ from her initial filings. As a result, references to such paragraphs, exhibits, and sections/pages in Plaintiff's Opposition brief (Doc. No. 247) will no longer be current.

3. To allow the Court and the parties to identify material cited in Plaintiff's Opposition brief, Plaintiff requests leave to submit a renewed copy of her Opposition brief on August 19, 2026 in which she will update the numbering of any citations to paragraphs, exhibits, page numbers, or section numbers that require updating due to her submission of the renewed SAMF.

4. With respect to sealing, on July 31, 2026, the Court granted Plaintiff's previously filed Assented-to Motion for Leave to File Under Seal, see Order, Doc. No. 250 (granting Assented-to Motion, Doc. No. 246), which allowed Plaintiff to submit her Opposition brief, Response to Defendants' Statement of Facts, and Statement of Additional Material Facts initially under seal, to be replaced within a set period of time with redacted versions of the same.

5. Pursuant to Local Rule 7.2 and the Protective Order in this matter (Doc. No. 139), Plaintiff requests that the Court allow her leave to file her renewed filings under a substantially equivalent process. Specifically, Plaintiff requests:

a. that the Court grant her leave to file (i) her renewed Opposition brief (discussed above) and her (ii) renewed SAMF initially under seal on August 19th, and

b. that the Court grant her leave to submit replacement, redacted copies of the same filings to the Court for public view by Wednesday, August 26th, allowing for a period of conferral with counsel for Defendants to confirm what information the parties believe should be redacted pursuant to their confidentiality designations.

6. Counsel for Plaintiff reached out to counsel for Defendants in advance of filing this motion, and counsel for Defendants assented to the relief requested above.

**WHEREFORE**, Plaintiff respectfully requests that this Motion be allowed.

Dated: August 18, 2026

Respectfully submitted,

Plaintiff Francesca Gino,
By her attorneys,

*/s/ Hampton Watson*
Patrick J. Hannon (BBO# 664958)
Barbara A. Robb (BBO# 639976)
Hampton M. Watson (BBO #705983)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Telephone: (617) 723-8000
Facsimile: (617) 447-2800
phannon@hmrhlaw.com
brobb@hmrhlaw.com
hwatson@hmrhlaw.com

*Attorneys for Plaintiff Francesca Gino*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant by electronically serving their counsel of record.

*/s/ Hampton Watson*

Hampton Watson

**Local Rule 7.1(a) Certification**

I hereby certify that prior to filing this motion I conferred with counsel for Defendants, who stated they assent to the relief requested, as explained above.

Dated: August 18, 2026

*/s/ Hampton Watson*
Hampton Watson