UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-11775-MJJ |

**<u>ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Pursuant to Local Rule 7.2, Defendant President and Fellows of Harvard College ("Harvard") and Defendant Srikant Datar (together, the "Defendants") respectfully move the Court for entry of an order permitting Defendants to initially file under seal (i) Defendants' Reply Brief in Support of their Motion for Summary Judgment ("Reply") and (ii) Defendants' Response to Plaintiff's Amended Statement of Additional Material Facts ("Response to Plaintiff's SAMF"), and thereafter to submit redacted copies of these papers after an opportunity to confer with Plaintiff regarding appropriate redactions.[1]

In support of this motion, Defendants rely upon all pleadings and papers of record to date and further state:

[1] Pursuant to Section D.1 of Judge Joun's Standing Order Regarding Motion Practice, the Response to Plaintiff's SAMF includes Plaintiff's Response to Defendant's Statement of Undisputed Material Facts, Doc. No. 256. The Court granted leave to file portions of this document under seal on August 26, 2026. *See* Doc. No. 257.

1. On September 2, 2026, Defendants will file their Reply and Response to Plaintiff's SAMF, which will be supported by references to exhibits previously filed under seal.

2. On September 18, 2025, the parties jointly moved for the entry of a Stipulated Protective Order ("Protective Order"), Doc. No. 134, which the Court signed and entered on September 19, 2025. *See* Doc. No. 139. The Protective Order "does not by itself authorize the filing of any document under seal," but permits a "filing Party [to] move for an order sealing . . . Designated Material, in accordance with all applicable laws and rules or as otherwise ordered by the Court[.]" *Id.*

3. On June 23, 2026, Defendants filed an Assented-to Motion for Leave to File Under Seal ("Defs.' First Motion to Seal"). Doc. No. 232. The Court granted the Defs.' First Motion to Seal on June 24, 2026. Doc. No. 235.

4. On August 18, 2026, Plaintiff filed an Assented-to Motion for Leave to File Under Seal ("Pl.'s Motion to Seal"). Doc. No. 255. The Court granted the Pl.'s Motion to Seal on August 26, 2026. Doc. No. 257.

5. The information Defendants seek to file under seal, like information that Defendants previously requested to seal in Defs.' First Motion to Seal and that Plaintiff previously requested to seal in Pl.'s Motion to Seal, reflects the content of exhibits that the Court previously allowed to be filed under seal. *See* Doc. Nos. 235, 257. These exhibits include documents that have been designated "Confidential" or "Confidential – Attorneys' Eyes Only" under the Protective Order or contain other non-public sensitive and/or third-party information, which include (1) certain documents produced by Plaintiff or Defendants and (2) portions of the deposition transcripts of Defendants' witnesses, Plaintiff's witnesses, and certain non-party witnesses.

6. Consistent with the course of conduct with respect to Plaintiff's Opposition filings, *see* Doc. Nos. 246, 255, Defendants seek a reasonable time period to confer with Plaintiff regarding redactions to ensure that confidential material is adequately protected and to avoid any misunderstandings between Plaintiff and Defendants as to what should or should not be redacted.

7. Counsel for Defendants reached out to counsel for Plaintiff in advance of filing this motion. Counsel for Plaintiff assented to the relief requested above, provided that Defendants provide their proposed redactions to their Reply and Response to Plaintiff's SAMF to counsel for Plaintiff by Friday, September 4, 2026, to which Defendants agreed.

8. To allow for a period of conferral with Plaintiff, Defendants propose that the Court permit Defendants until September 9, 2026—one week from the filing deadline—to submit redacted copies of Defendants' Reply and Response to Plaintiff's SAMF for public filing.

9. Defendants' request for leave to file under seal is made in the interest of justice and not for the purpose of delay or obstruction.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order granting Defendants leave to initially file under seal Defendants' Reply and Response to Plaintiff's SAMF, to be followed by a filing of redacted versions of those documents on or before September 9, 2026.

Dated: September 1, 2026

Respectfully submitted,

*/s/ Elena W. Davis*
Elena W. Davis

Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
Stephanie D. Porges (BBO# 703381)
ROPES & GRAY LLP
800 Boylston Street

Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com
Stephanie.Porges@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendants President and Fellows of Harvard College and Srikant Datar*

**LOCAL RULE 7.1(a) CERTIFICATION**

I, Elena W. Davis, counsel for Defendants, hereby certify that counsel for Defendants conferred in good faith with counsel for Plaintiff on August 31, 2026, and Plaintiff's counsel has assented to this motion.

Dated: September 1, 2026

*/s/ Elena W. Davis*
Elena W. Davis

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 1, 2026

*/s/ Elena W. Davis*
Elena W. Davis