**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | ) | Case No. 1:23-cv-11775-MJJ<br><br>Leave to Seal Granted on September 1, 2026 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED STATEMENT OF ADDITIONAL MATERIAL FACTS**

# FILED UNDER SEAL