**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-11775-MJJ |

**DEFENDANTS' MOTION FOR SANCTIONS RELATED TO PLAINTIFF'S MANIPULATION, CONCEALMENT, AND SPOLIATION OF EVIDENCE**

The motion is brought by President and Fellows of Harvard College ("Harvard") and Srikant Datar (together, the "Defendants"), by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 37 and this Court's inherent powers. They seek sanctions in the form of default judgment entered in favor of Defendants on all of Plaintiff's claims, as well as an award of attorneys' and expert fees and costs expended investigating Plaintiff's evidence concealment, manipulation, and spoliation, and other relief this Court may deem appropriate. In support of this motion, Defendants submit the accompanying Memorandum of Law, Declaration of Julian Ackert, and Declaration of Elena W. Davis with exhibits thereto.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Laura G. Hoey*

Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
Stephanie D. Porges (BBO# 703381)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com
Stephanie.Porges@ropesgray.com

Laura G. Hoey (BBO # 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendants President and Fellows of Harvard College and Srikant Datar*

**LOCAL RULE 7.1(a) & 37.1(a) CERTIFICATION**

I, Laura G. Hoey, counsel for Defendants, hereby certify that counsel for Defendants conferred with counsel for Plaintiff on September 10, 2026 and attempted in good faith to resolve or narrow the issues subject to this motion, but the parties were unable to reach any resolution.

Dated: September 11, 2026

*/s/ Laura G. Hoey*
Laura G. Hoey

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 11, 2026

*_/s/ Laura G. Hoey_*
Laura G. Hoey