UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-11775-MJJ |

**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, President and Fellows of Harvard College ("Harvard") and Srikant Datar (together, the "Defendants"), by and through their undersigned attorneys, respectfully move the Court for entry of an order permitting Defendants to file under seal portions of Defendants' Memorandum of Law in Support of their Motion for Sanctions Related to Plaintiff's Manipulation, Concealment, and Spoliation of Evidence, and to file under seal or redact certain exhibits thereto containing Confidential Information, and/or other non-public sensitive and/or third-party information, including (1) reports produced by the forensic neutral pursuant to the Forensic Search Protocol; (2) documents produced by Defendants or Plaintiff in this litigation; (3) excerpts of the depositions of Plaintiff and certain expert and non-party witnesses; and (4) the Declaration of Julian Ackert filed simultaneously herewith.

In support of this motion, Defendants rely upon all pleadings and papers of record to date and further state:

1. Simultaneously with this motion for leave to file under seal, Defendants are filing their Motion for Sanctions Related to Plaintiff's Manipulation, Concealment, and Spoliation of Evidence (the "Motion"). The Motion requests that the Court impose sanctions based on Plaintiff's evidence manipulation, concealment, and spoliation pursuant to Fed. R. Civ. P. 37 and the Court's inherent powers.

2. On September 18, 2025, the parties jointly moved for the entry of a Stipulated Protective Order ("Protective Order"), which the Court signed and entered on September 19, 2025. *See* Doc. No. 139. The Protective Order "does not by itself authorize the filing of any document under seal," but permits a "filing Party [to] move for an order sealing . . . Designated Material, in accordance with all applicable laws and rules or as otherwise ordered by the Court[.]" *Id.*

3. Defendants seek to file portions of their memorandum in support of the Motion under seal, as well as certain exhibits thereto that contain Confidential Information designated under the Protective Order and/or other non-public sensitive and/or third-party information, including (1) reports produced by the forensic neutral pursuant to the Forensic Search Protocol; (2) documents produced by Defendants or Plaintiff in this litigation; (3) excerpts of the depositions of Plaintiff and certain expert and non-party witnesses; and (4) the Declaration of Julian Ackert filed simultaneously herewith.

4. Certain of the information that Defendants seek to redact from their exhibits pertains to highly sensitive personnel matters involving non-party employees of Harvard. Courts in this District have previously held that sensitive personnel information is the type of private information that is proper for consideration for filing under seal. *Jakuttis v. Town of Dracut, Massachusetts*, 656 F. Supp. 3d 302, 351 (D. Mass. 2023) (listing "potentially sensitive personnel information" as a category authorized for showing cause as to why it should be sealed).

5. Defendants seek to use these documents to support their Motion.

6. Counsel for Defendants contacted counsel for Plaintiff on September 11, 2026 regarding Plaintiff's position on this motion to seal, and Plaintiff's counsel has assented to this motion. Pursuant to Local Rules 7.1(a)(2) and 37.1(a), counsel for Defendants certifies that counsel have conferred in good faith regarding this motion to seal.

7. Defendants' request for leave to file under seal is made in the interest of justice and not for the purpose of delay or obstruction.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order granting Defendants leave to file under seal portions of their memorandum in support of their Motion, as well as certain exhibits thereto, until further order of the Court.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Elena W. Davis*

Douglas E. Brayley (BBO# 674478)
Jenny K. Cooper (BBO# 646860)
Elena W. Davis (BBO# 695956)
Stephanie D. Porges (BBO# 703381)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Douglas.Brayley@ropesgray.com
Jenny.Cooper@ropesgray.com
Elena.Davis@ropesgray.com
Stephanie.Porges@ropesgray.com

Laura G. Hoey (BBO# 650643)
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606

Telephone: (312) 845-1200
Laura.Hoey@ropesgray.com

*Attorneys for Defendants President and Fellows of Harvard College and Srikant Datar*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 11, 2026

*s/ Elena W. Davis*
Elena W. Davis