**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-11775-MJJ |

**DECLARATION OF ELENA W. DAVIS**

I, Elena W. Davis, hereby declare as follows:

1. I am an attorney at the law firm of Ropes & Gray LLP and counsel for Defendant President and Fellows of Harvard College ("Harvard") and Defendant Srikant Datar (together, "Defendants") in the above-captioned matter.

2. I respectfully submit this declaration in support of Defendants' Motion for Sanctions Related to Plaintiff's Manipulation, Concealment, and Spoliation of Evidence filed with the Court contemporaneously herewith.

3. Attached hereto as Exhibit 1 is a true and correct copy of the October 1, 2023 Post from Plaintiff's website, francesca-v-harvard.org.[1] This document has been filed previously in this matter as Doc. No. 118-2, a copy of which Defendants have attached for the Court's

[1] Capitalized terms not defined herein have the meaning ascribed to them in Defendants' simultaneously filed Memorandum of Law.

convenience.

4. Attached hereto as Exhibit 2 is a placeholder for a true and correct copy of excerpts from the transcript of the deposition of Francesca Gino taken on May 22, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

5. Attached hereto as Exhibit 3 is a placeholder for a true and correct copy of a document produced by Defendants with Bates number HARV00069707, dated September 27, 2024, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

6. Attached hereto as Exhibit 4 is a true and correct copy of notes taken by Plaintiff's expert witness Michael McGowan, titled "Outline for Document Collection Interviews."

7. Attached hereto as Exhibit 5 is a placeholder for a true and correct copy of a document produced by Defendants with Bates number HARV00066959, dated September 13, 2024, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

8. Attached hereto as Exhibit 6 is a placeholder for a true and correct copy of a document produced by Defendants with Bates number HARV00022713, dated September 6, 2024, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

9. Attached hereto as Exhibit 7 is a placeholder for a true and correct copy of a document produced by Defendants with Bates number HARV00066756, dated September 13, 2024, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Expert Report of Julian Ackert, dated May 27, 2026. This document has been filed previously in this matter as Doc. No.

222-1, a copy of which the Defendants have attached for the Court's convenience.

11. Attached hereto as Exhibit 9 is a placeholder for a true and correct copy of excerpts from the transcript of the Third Statute Hearing, Day 2, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

12. Attached hereto as Exhibit 10 is a placeholder for a true and correct copy of the rough transcript of Francesca Gino's deposition, Day 2, taken on September 10, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

13. Attached hereto as Exhibit 11 is a placeholder for a true and correct copy of a document produced by Defendants with Bates number HARV00022796, dated October 23, 2024, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

14. Attached hereto as Exhibit 12 is a true and correct copy of Defendants' Preservation Notice, sent to Plaintiff on October 21, 2024.

15. Attached hereto as Exhibit 13 is a true and correct copy of Defendants' First Set of Interrogatories, dated April 18, 2025.

16. Attached hereto as Exhibit 14 is a true and correct copy of Defendants' First Set of Requests for Production of Documents, dated April 18, 2025.

17. Attached hereto as Exhibit 15 is a true and correct copy of Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, dated May 28, 2025.

18. Attached hereto as Exhibit 16 is a true and correct copy of Plaintiff's Responses and Objections to Defendants' First Set of Requests for Production of Documents, dated May 28, 2025.

19. Attached hereto as Exhibit 17 is a true and correct copy of Defendants' letter to Plaintiff replying to her discovery responses, dated June 13, 2025.

20. Attached hereto as Exhibit 18 is a true and correct copy of Defendants' letter to the Court regarding Defendants' request for a Zoom conference regarding discovery issues, dated November 10, 2025.

21. Attached hereto as Exhibit 19 is a true and correct copy of the transcript of the hearing held before this Court on November 20, 2025. This document has been filed previously in this matter as Doc. No. 151, a copy of which the Defendants have attached for the Court's convenience.

22. Attached hereto as Exhibit 20 is a true and correct copy of the transcript of the hearing held before this Court on January 14, 2026. This document has been filed previously in this matter as Doc. No. 149, a copy of which the Defendants have attached for the Court's convenience.

23. Attached hereto as Exhibit 21 is a true and correct copy of Plaintiff's Amended Responses to Interrogatory No. 15, dated January 23, 2026.

24. Attached hereto as Exhibit 22 is a true and correct copy of Plaintiff's Amended Responses to Interrogatory Nos. 1, 3, 4, 5, 6, 11, 12, 16, and 22 dated December 15, 2025.

25. Attached hereto as Exhibit 23 is a true and correct copy of Defendants' letter to the Court regarding Defendants' request for a Zoom conference regarding discovery issues, dated December 30, 2025.

26. Attached hereto as Exhibit 24 is a placeholder for a true and correct copy of the transcript of the hearing held before this Court on February 25, 2026. This document has been filed previously in this matter as Doc. No. 164, a copy of which the Defendants have attached for the Court's convenience.

27. Attached hereto as Exhibit 25 is a true and correct copy of the Forensic Search Protocol, executed by the parties on March 5, 2026.

28. Attached hereto as Exhibit 26 is a placeholder for a true and correct copy of excerpts from the transcript of the deposition of Gregory Burd taken on May 8, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

29. Attached hereto as Exhibit 27 is a true and correct copy of the May 6, 2026 email from Defendants' counsel to Plaintiff's counsel, Patrick Hannon.

30. Attached hereto as Exhibit 28 is a true and correct copy of the May 11, 2026 email from Plaintiff's counsel, Patrick Hannon, to Defendants' counsel.

31. Attached hereto as Exhibit 29 is a true and correct copy of the transcript of the hearing held before this Court on May 19, 2026. This document has been filed previously in this matter as Doc. No. 204, a copy of which the Defendants have attached for the Court's convenience.

32. Attached hereto as Exhibit 30 is a true and correct copy of the May 22, 2026 email from Plaintiff's counsel, Patrick Hannon, to Defendants' counsel.

33. Attached hereto as Exhibit 31 is a true and correct copy of a June 1, 2026 email from the Analyst to the parties' counsel.

34. Attached hereto as Exhibit 32 is a true and correct copy of Defendants' Memorandum Regarding Forensic Requests, dated July 2, 2026. This document has been filed previously in this matter as Doc. No. 237, a copy of which the Defendants have attached for the Court's convenience.

35. Attached hereto as Exhibit 33 is a true and correct copy of Plaintiff's Memorandum Regarding Forensic Requests, dated July 2, 2026. This document has been filed previously in this matter as Doc. No. 238, a copy of which the Defendants have attached for the Court's convenience.

36. Attached hereto as Exhibit 34 is a true and correct copy of a May 20, 2026 email from Plaintiff's counsel, Patrick Hannon, to Defendants' counsel.

37. Attached hereto as Exhibit 35 is a true and correct copy of the metadata produced

by Plaintiff for the document with Bates number GINO_034472.

38. Attached hereto as Exhibit 36 is a placeholder for a true and correct copy of excerpts from the transcript of the deposition of Michael McGowan taken on June 17, 2026, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

39. Attached hereto as Exhibit 37 is a placeholder for a true and correct copy of the Expert Report of Michael McGowan, dated May 27, 2026.

40. Attached hereto as Exhibit 38 is a true and correct copy of a document produced by Plaintiff with Bates number GINO_013113, dated September 24, 2023.

41. Attached hereto as Exhibit 39 is a placeholder for a true and correct copy of the Terminal log dated January 12, 2026 from the 2023 Laptop, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

42. Attached hereto as Exhibit 40 is a placeholder for a true and correct copy of the Terminal log metadata dated January 12, 2026 from the 2023 Laptop, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

43. Attached hereto as Exhibit 41 is a placeholder for a true and correct copy of certain responses from the Analyst to Defendants' July 7, 2026 requests, which Defendants received on July 14, 2026. Harvard seeks leave to file this document under seal in its concurrently filed Motion for Leave to File Under Seal.

44. Attached hereto as Exhibit 42 is a placeholder for a true and correct copy of the Analyst's response to Defendants' July 7, 2026 request for Plaintiff's browser history and download logs from September 23, 2023, which Defendants received on July 14, 2026. Harvard seeks leave to file this document under seal in its concurrently filed Motion for Leave to File Under Seal.

45. Attached hereto as Exhibit 43 is a true and correct copy of excerpts from a

document produced by Plaintiff with Bates number GINO_021615, which Harvard seeks leave to file under seal in its concurrently filed Motion for Leave to File Under Seal.

46. Attached hereto as Exhibit 44 is a true and correct copy of a document produced by Plaintiff with Bates number GINO_037093.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2026

Respectfully submitted,

*/s/ Elena W. Davis*

Elena W. Davis (BBO# 695956)
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Elena.Davis@ropesgray.com

*Counsel for Defendants President and Fellows of Harvard College and Srikant Datar*

**CERTIFICATE OF SERVICE**

I, Elena W. Davis, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: September 11, 2026

*/s/ Elena W. Davis*
Elena W. Davis