# EXHIBIT 4

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

**In the Matter of Francesca Gino (Harvard)**
**OUTLINE FOR DOCUMENT COLLECTION INTERVIEWS**

| | |
|---|---|
| **Interview Date and Time** | 2024-1-31 |
| **Client's Name** | Francesa Gino |
| **Client's Title/Department/Group** | |
| **Assistant's Name** | |
| **Interviewer Name:** | Mike McGowan |
| **Does the Client Have Hard Copy Documents for Collection?** | **YES**<br><br>**NO** |
| **Does the Client Have Electronic Documents for Collection?** | **YES**<br><br>**NO** |
| **Follow-Up Required** | |

## I. Introduction

- Thank you for your time. I'd like to discuss your data gathering, transmission, discussion, and storage practices that you and others used to work with data for the four academic papers at issue:

1. Gino, F., Kouchaki, M., & Casciaro, T. (2020). Why connect? Moral consequences of networking with a promotion or prevention focus. *Journal of Personality and Social Psychology*, 119(6), 1221–1238 ("2020 JPSP Paper")
2. Gino, F., Kouchaki, M., & Galinsky, A. D. (2015). The moral virtue of authenticity: How inauthenticity produces feelings of immorality and impurity. *Psychological Science*, 26(7), 983–996 ("2015 Psychological Science Paper")
3. Gino, F., & Wiltermuth, S. S. (2014). Evil genius? How dishonesty can lead to greater creativity. *Psychological Science*, 25(4), 973–981 ("2014 Psychological Science Paper")
4. Shu, L. L., Mazar, N., Gino, F., Ariely, D., and Bazerman, M. H. (2012). Signing at the beginning makes ethics salient and decreases dishonest self-reports in comparison to signing at the end. *Proceedings of the National Academy of Sciences of the United States of America*, 109, 15197–15200 ("2012 PNAS Paper")

- When I ask you about documents today, I'm asking about any:
    1. hard copy documents,
    2. emails, and files saved on company computers;
    3. data that may exist on mobile devices, including smart phones and tablet computing devices, even if these devices are personal, and personal computers (if they were used for work purposes);
    4. text or instant messages; any messages from messaging apps (such as WhatsApp, Facebook messenger, BlackBerry messenger, LinkedIn, Google Hangouts, or any other similar messaging application);
    5. and any documents or ESI saved on portable media such as CD-Roms, DVDs, floppy disks, thumb drives, and portable hard drives, or
    6. stored in online or "cloud" storage (for example, "Box," "DropBox," "Google Drive" or similar storage).

2012: data collected in June/July 2020

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

- was at Disney; wasn't there when we study

## II. Custodian and Transactions Background

1) How did you receive documents related to your research? ~~What types of data files would you receive?~~

discuss what to do with data — had personal machine; transferred to new machine; wiped

(email via documents

2) Where did you store documents you received?

uses SPSS

.sav

- [redacted] doesn't have original machine

3) What would you do with them after you received them?

- data collected on paper
don't have paper files
? possible empty files ?

4) Did you ever create any documents (especially any datasets ~~or any~~ Excels) as part of your role? ☐ YES ☐ NO

I had those to zero in Excel

a) If yes, where did you store documents you created in your role?

generate figures in Excel

5) If you needed to find documents related to each of the four papers at issue right now, where would you look? Who would you ask?

6) [redacted] lab manager earch and key di[redacted] 2012 paper? now @

[redacted] : 1 RAs : [redacted] (Rutgers)

undergrad [redacted] ? exchange via USB; emailed data on

7) [redacted] ch and key discussions (meetings/calls) of the 2014 paper?

Mike Walsh

8) Who participated in the research and key discussions (meetings/calls) of the 2015 paper?

(left July 31 for NC to NY to MA
wouldn't have had a laptop]

- emails, (call)
- No Zoom
- Don't think she texted

9) Who participated in the research and key discussions (meetings/calls) of the 2020 paper?

________________________________________

________________________________________

10) How did you communicate with those involved? (Email, calls, text, instant message – If instant message or chat, specify)

________________________________________

________________________________________

11) Who might have created, revised, modified, transmitted, or uploaded datasets for each of the four papers?

2012: ____________________________________

2014: ____________________________________

2015: ____________________________________

2020: ____________________________________

## III. Sources of Documents

At Phone specific questions

### A. Hard Copy Documents

12) Please describe all the different locations UNC and Harvard made available to you to store hard copy documents and where potentially relevant hard copy documents may be located (e.g., personal office, shared office, records room, off-site storage, etc.).

________________________________________

________________________________________

________________________________________

________________________________________

13) Did you ever take potentially relevant hard copy documents that are not duplicated elsewhere home with you to store there?

☐ YES ☐ NO

a) If yes, describe the documents and where they are located:

________________________________________

________________________________________

14) Do you keep any potentially relevant hard copy documents in any other space, for example, in your office (e.g., in your desk drawers, bookshelves, filing cabinets, etc.)?

☐ YES ☐ NO

a) Describe the potentially relevant documents and where they are located.

____________________________________________

____________________________________________

15) Did you ever take handwritten notes that would be potentially relevant?

☐ YES ☐ NO

a) Did you retain these notes (e.g., spiral notebook, legal pad, etc.)? ☐ YES ☐ NO

i) If yes, describe the location:

____________________________________________

____________________________________________

16) Did you keep a day planner or other calendar (in hard copy) that would contain anything potentially relevant?

☐ YES ☐ NO

a) If yes, where is it located?

____________________________________________

____________________________________________

17) Do you keep any potentially relevant hard copy documents in any space outside your physical office but elsewhere on campus or at a different campus (including in any storage closets, file rooms, trailers, outdoor storage units, etc.)?

☐ YES ☐ NO

a) If yes, describe the documents and where they are located:

____________________________________________

____________________________________________

18) Did you have an assistant who might have kept potentially relevant hard copy documents for you?

☐ YES ☐ NO

a) Who? ______________________________

b) Where are the documents located?

______________________________

______________________________

19) Do you or your assistant send any potentially relevant documents to offsite storage?

☐ YES ☐ NO

a) Can you please describe the potentially relevant documents?

______________________________

______________________________

b) Who sends the documents? ______________________________

c) Is there an index of documents that have been sent for offsite storage?

☐ YES ☐ NO

i) Who maintains the index and where is it located?

______________________________

______________________________

20) Are you aware of any potentially relevant hard copy documents we have not discussed today, whether they are created or maintained by you or anybody else?

☐ YES ☐ NO

a) Please describe the potentially relevant documents and where they can be found.

______________________________

______________________________

### B. UNC / Harvard Hardware

21) Did you use a Company-issued desktop or laptop?

☐ YES ☐ NO

a) How many and what type? (Include dates of use; current location; whether you retained a copy of the hard drive or any files from the hard drive; whether anyone else retained a copy of the hard drive or any files from the hard drive)

i) ______________________________

ii) ______________________________

iii) ______________________________

iv) ______________________________

b) Are any of the computers you still possess password-protected? If so, we may need your password.

______________________________________________________________________

22) Are you aware of any potentially relevant data on your current Harvard-issued computer?

☐ YES ☐ NO

a) If yes, can you describe the documents and where they were located on your computer?

______________________________________________________________________

______________________________________________________________________

23) Are you aware of any potentially relevant data on any computers you may have used in the past that was not migrated to your current computer or other media? ☐ YES ☐ NO

a) If yes, describe physical location of the prior computer(s), if known:

___________________________________________________

b) If yes, can you describe the documents and where they were located on that computer?

______________________________________________________________________

______________________________________________________________________

24) Have you experienced any crashes or other events that caused data to be wiped from your current computer? ☐ YES ☐ NO

   a) If yes, was any of the lost data potentially relevant to the litigation? ☐ YES ☐ NO

   b) If yes, describe data lost and any other locations where copies of the data exist:

   ______________________________________________________

   c) What caused the issue that resulted in some of your sent mail not to be available? When did this occur: ______________________________________________________

25) Do you use a personal or work-issued smart phone, PDA, BlackBerry, or cell phone that contains any potentially relevant work-related information? ☐ YES ☐ NO

   a) How many devices, which type(s), and describe the potentially relevant information contained on such devices?

   ______________________________________________________

   ______________________________________________________

26) Have you use any messaging tools you use for communication from your device about potentially relevant topics (*e.g.*, SMS, BBM, text messaging, WhatsApp, Facebook, Google Hangouts, LinkedIn, etc.)? ☐ YES ☐ NO

   a) If yes, can you describe the potentially relevant information?

   ______________________________________________________

   ______________________________________________________

27) Have you used any of the following to store potentially relevant information: USB "thumb" drives / "pen" drives, external or portable hard drives, external media, such as CD/DVDs, or other storage device? ☐ YES ☐ NO

   i) If yes, can you describe the documents and where they were located on those devices?

   ______________________________________________________

   ______________________________________________________

   ii) Is there any information on any of these devices that does not also appear in identical form on your work computer or the network? ☐ YES ☐ NO

### C. Electronic Documents

28) Is anyone assigned to be a "delegate" for your email (*e.g.,* your assistant or anyone else) so that they receive copies of your e-mail and/or have the ability to send messages on your behalf?

☐ YES ☐ NO

If yes, who? ____________________

29) Are there particular folders where you store emails that might relate to the four papers?

a) If yes, what are the name(s) and locations of the folder(s)?

____________________

____________________

30) Are there particular folders where you store emails that might relate to Harvard's investigation?

a) If yes, what are the name(s) and locations of the folder(s)?

____________________

____________________

31) Are there particular folders where you store emails that might relate to Data Colada's blog posts?

a) If yes, what are the name(s) and locations of the folder(s)?

____________________

____________________

32) Are any e-mails or documents relevant to the litigation stored anywhere else besides your UNC or Harvard account, whether visible in or outside of your mailbox (e.g., personal folders, PST files, archives, shared drives, or removable media? ☐ YES ☐ NO

a) If in personal or archive folders, what are the names and locations of these folders?

____________________

b) If on share drive, what is the file path of the folder where the emails are saved?

________________________________________________

c) If on your hard drive, where precisely are they saved?

________________________________________________

d) If on removable media, please describe the type and current location, including folder/file names:

________________________________________________

e) If in any other location, describe:

________________________________________________

33) Have you ever created an archived or offline copy of your email on your work machine that would contain potentially relevant information (e.g. an Archived PST, Archived NSF, GroupWise Archive or Remote/Hit-the-Road Directory)?

☐ YES ☐ NO

a) If so, where can these backups be located? Describe potentially relevant information?

________________________________________________

________________________________________________

**D. Shared Drive Use**

34) Have you stored any potentially relevant documents on any shared drives (i.e., shared space on a network)?

☐ YES ☐ NO

a) If yes, what is the file path for each location in which you stored potentially relevant documents?

________________________________________________

________________________________________________

Even if you did not personally store potentially relevant documents on a shared drive, do you use the shared drive to access potentially relevant documents?

☐ YES ☐ NO

b) What is the file path for each location in which you access potentially relevant documents uploaded by others?

____________________________________________________________

____________________________________________________________

35) Have you used a document management system/application for potentially relevant documents? ☐ YES ☐ NO

a) If yes, please describe, including whether there are any relevant documents on such system(s):

____________________________________________________________

____________________________________________________________

36) Have you used, any collaborative software (e.g., Novell Vibe, Google Docs) to access or upload potentially relevant data? ☐ YES ☐ NO

a) If yes, please describe which ones and nature of potentially relevant data:

____________________________________________________________

____________________________________________________________

b) Who is the site administrator? ________________________________________

37) Are you aware of any collaborative software used by others at UNC or Harvard that contains information relevant to the litigation? ☐ YES ☐ NO

a) If yes, please describe, including which ones and whether there are any relevant documents:

________________________________________

________________________________________

b) Who is the site administrator? ____________________________

38) Have you used FTP sites to send or receive potentially relevant work-related information?

☐ YES ☐ NO

a) If yes, what is the FTP site address and which documents?

________________________________________

39) Have you used any cloud systems to store potentially relevant information (Dropbox, Box.com, Google Docs, iCloud, onedrive, etc.)? ☐ YES ☐ NO

a) If so which ones and what is the nature of the documents saved there?

________________________________________

________________________________________

**Electronic Documents on Personal Devices / Systems**

40) Have you ever saved any potentially relevant work-related documents on your personal/home computer or tablet?

☐ YES ☐ NO

a) If yes, are any of these documents unique (i.e., do not also appear in an identical form on your work-issued computer or an UNC / Harvard shared drive, etc.)?

☐ YES ☐ NO

i) If yes, please describe what kinds of documents and where they are located.

Documents \ Work in Progress
\ IRB (CMU, Harvard, UNC)
\ Submission

41) Do you have any personal email account(s) containing potentially relevant documents not duplicated elsewhere (e.g., on your personal computer or shared drive)?

☐ YES ☐ NO

i) If yes, please describe what personal email account(s) contain(s) potentially relevant, unique documents and which documents.

______________________________

______________________________

42) Have you used any social media for potentially relevant work purposes (Facebook, LinkedIn, Twitter, blogs, etc.)?

☐ YES ☐ NO

i) If yes, might any of these accounts (e.g., messaging system) contain any information relevant to this lawsuit?

______________________________

______________________________

43) Have you saved any potentially relevant work-related documents on any <u>personal</u> removable storage device(s), such as a flash/thumb drive, an external hard drive, CD, or DVD?

☐ YES ☐ NO

a) If yes, are any of the potentially relevant documents stored on these devices not duplicated elsewhere (e.g., on your personal computer or shared drive)?

☐ YES ☐ NO

i) Please describe what devices contain potentially relevant, unique documents, which documents, and where those documents are stored on each device.

______________________________________________

______________________________________________

## IV. Conclusion

44) When we are reviewing your potentially relevant documents, will we come across any common acronyms or code words that you regularly used in connection with these papers?

☐ YES ☐ NO

a) Please describe.

______________________________________________

______________________________________________

45) Do you encrypt or password-protect any of your electronic documents? ☐ YES ☐ NO

a) If yes, who has the password or key?

______________________________________________

______________________________________________

46) Based on what you know about this litigation, are you aware of anybody else who might have knowledge of any of the topics we have discussed?

☐ YES ☐ NO

a) Please tell me their names and positions.

______________________________________________

______________________________________________

(Oct 27, 2021 Exhibit

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

Also iphone 7 {no ... texts} - study 3B is similar to 3A
- [redacted] is confused which

## DOCUMENT LOCATION CHECKLIST

Please consider carefully whether any relevant documents might exist in any of the following locations?

Hard copy = No apart UNC

+ slight + use Projects & mentioned in

- ❑ Desktop Hard Drive
- ❑ Laptop Hard Drive
- ❑ Corporate Email
- ❑ Personal Email
- ❑ Secretary's Email /Delegate
- ❑ Network Servers
- ❑ Shared Drives
- ❑ Shared Databases
- ❑ Document management systems
- ❑ Collaborative software (*e.g.*, Google Docs)
- ❑ Intranet system
- ❑ FTP sites
- ❑ Computer Diskettes, Data Tapes, Zip Disks, USB "thumb" drives, external hard drives, other storage devices
- ❑ Smart Phone
- ❑ Tablet
- ❑ Desk Top / Desk Drawers / Credenza
- ❑ File Cabinets
- ❑ Secretary/assistant's work space or files
- ❑ Support Staff Files
- ❑ Central / Group / Department Files or any other shared document storage locations
- ❑ Off-site storage
- ❑ Briefcase, including old briefcases that you haven't discarded
- ❑ Home Files, including Home Personal Computer
- ❑ Notebooks / Calendar (Appointment Book)
- ❑ "Personal" and "Confidential" Files
- ❑ Online messaging services, (*e.g.*, Google, Facebook, LinkedIn, Twitter, etc.)
- ❑ Text messages and messaging applications such as WhatsApp, Blackberry messenger
- ❑ Old phones that you haven't discarded that may contain text messages or data from messaging applications
- ❑ Other ______ + Mainly may send text Not Frequent

FG@ausos.com

Not email, not + HBS office

Completed in boxes

~2010 study + handwritten + Inputted + ~300 more consistent paragraphs WOSP

? Harvard timekeeping

Faculty Support Specialty access to calendar, not email

- No IPad currently
- didn't use

+ bought IPad for teaching + but no study

logistical texts

2015 no Redbook 4 text

? What did Harvard image?

? Maidstone exhibits

? where are docs stored for each study by collaborators

? Code names / abbreviations
No

? Others involved beyond named authors

? PreCor Method

? Time Machine

? On



4879-2519-1073, v. 1

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

2014: - Don't have original data
- Study conducted via Qualtrics
- Kept hiring [redacted] as external contractor b/c
- Harvard business is a known deception lab
practice continued to end 2014/ beginning 2015
[redacted] ran study at UNC w/ DOR
Qualtrics allows extra tasks via Java
M.K. Walsh
- program sees raw results to see if you cheating
- needed to combine data w/ Walsh platform
- press a button to delete data so that you can start w/ scratch



4879-2519-1073, v. 1

+ Mike would had to have Francesca's Qualtrics ID to login

+ smart version of survey monkey conditional

+ Create survey, get link, same URL for each participant

+ Download Excel in .csv

+ RAs would download, clean, provide to Francesca

+ Phone call, emails, USB, from HBS to UNC
  - prior to July 15, 2023, no Gmail
  - only used HBS prior to
  - protonmail ⇒ created in 2021

---

Qualtrics: vendor to Harvard

CLER = Computer lab for experimental research

---

ID and password ⇒ shared w/ RAs

Most cases, they have an account prof.

RAs did not.

---

More transparency

still have
Qualtrics @ HBS

no UNC:

+ Mult. button for Qualtrics
needed now, but not during relevant
time

7/15/2020

Outlook: use for email; emails stored locally.

Remote Assessment Task
+ 2 different RA would code / Colan
# fluency
# original
+ asking doctoral student ex-names
[redacted] or [redacted] or RA
[redacted]
Oversee work starting in
2012-2014

A Get spreadsheet of RA and class credit

Not sure when Cody
[redacted] provider

If ~~A~~ on Friends, would come from email or USB

---

RAs usually handle results

[redacted] Hound usually got

---

occasionally would get both sets

- [redacted] had data analysis training of RA, and Hound [redacted]
- didn't ask whether she has data
  no affiliations

Data posted on OSF

- 2012 data not posted until 2020
- posted by [redacted]
- A would have gone back to paper

paid v. earn ambiguous

used the same

[redacted] said nothing was off w/ running 2012 study

field study

August 2021 : problem in Study B, not the study in question

September 2021 retraction

2014 = No OSF Files

---

2015 Moral Virtual

- [redacted] was helping
- Potentially [redacted]
- big sample w/ over 500 people
- went to CLER,
  that CLER only collected data a for
  ≈ 76 - Questions
  - online version; participants paid Amazon
    remaining
    = different Patterns

---

- student boards to recruit studies
  from college students @ Harvard studies

---

Amazon m turk in 2014
  describe pay, participants,

---

MTurk started discussion boards

* same Qualtrics account, different links

+ Two files stay on Qualtrics stay forever unless you left link active
  data is recorded

+ scholars don't usually deactivate the link

  late

---

on computer, have Excel for online, hot Clear
have merged data in SPSS & XLSX
Discrepancies exist between Excel and
- 8 observations where there was a swap
- 5 data glitch

Combined data is different, but is [illegible]
legit
- exclusion data not in OSF
- Columns are not there, identifiable data, not [illegible]

[redacted] was Lab manager
- RAs

---

- All at Harvard
- [redacted] was likely not involved]

Colleagues
- phone,
- emails,
- in-person meeting,

RAs
- in-person
- thumb ⊙
- emails

---

Not a big user of Onedrive
- used for one product w/ Alex Roby
- w/ large video

← Dropbox + didn't see anything relevant
+ data
+ Dropbox paid for and reimbursement

---

OSF => published Psy Science; they want to
link prior to publication

- Anonymized data on OSF is a growing trend

Drafts => in Word
here and then entering Google Sheets
(Different than these)

Not doing Excel detection

- simple tech use in Busx
+ 3 other orgs

- limits on email / on servers
- deletes

2020 Study Networking Paper
related to 2015 work

JPSP = psychology journal

+ Online study on M Turk and Qualtrics
primary as [redacted]
- help w/ IRB
- prepare study
- clean data
-

- communicate files via USB keys
- emails
- worked in office

- Gone d coding of essays done by [redacted]
1 RA

- Francesca analyzed data

- Massive discrepancy between data sets

also measured positive/negative affect
+ can feel positive and lonely ] prior study shows effect

Qualtrics has an editing feature
- Unclear whether Qualtrics tracks it
- May have added it in the last tier

Q
Logons that are not hers

+ Committee dismissed w/o looking into

- Where were you
One was in Atlanta

— Nice to have [redacted] emails IP address from H

— Alex did use F's Qualtrics account despite his interview

— Email from [redacted] to coauthor w/ cleaned data and describes don't have attachments

— Coauthor took screenshot of Qualtrics and it is F, not [redacted] account

1) Email migration / use @oasis.com
2) Computer migration
3) Harvard Drives network drives (6) Mac
4) Phone (5) time machine

---

Harvard hit limits thereafter

---

- at upgrade
  keep laptop for months

☆ Use data migration for Mac
  to resize

---

- Erase it and reinstall Mac OS

☆ 2010 to 2012 email missing
  + Bayhaw auto delete on Exchange

Backup => Harvard [illegible]

→ iCloud => backup

fg@osis.com

fg@osis.com => forward Frances gmail

no old email