# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-11775-MJJ |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS'**
**FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 26 and 33, plaintiff Francesca Gino ("Gino" or "Plaintiff") hereby provides her objections to Defendants President and Fellows of Harvard College's and Srikant Datar's (collectively, "Harvard" or "Defendants") First Set of Interrogatories ("Interrogatories").

**INTERROGATORIES**

1. For each count in Your Complaint, Identify all Persons with knowledge about that count, including facts and circumstances related to it, and the subject and sources of each such Person's knowledge.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is overly broad and unduly burdensome, particularly to the extent that it seeks discovery concerning matters that are not in material dispute. Plaintiff further objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, spousal disqualification and/or other applicable privilege ("Privileged Information"). Plaintiff further objects to this Interrogatory on the grounds that "sources" of knowledge is vague and not

defined.

2. Identify all specific provisions, paragraphs, or other terms of any contract(s) that Harvard allegedly breached, including the dates of the alleged breaches and each of Harvard's actions or inactions that allegedly breached the contract(s) and the dates of such actions or inactions.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is premature and seeks to discover Privileged Information, including the mental impressions of her counsel. Plaintiff further objects to this Interrogatory on the grounds that it consists of separate distinct subparts, each of which constitute a separate Interrogatory.

3. State the basis of and Identify all witnesses with knowledge concerning Your allegation in Paragraph 6 that Harvard "negotiated an agreement with Data Colada."

**Objection:** Plaintiff objects to this Interrogatory to the extent it seeks Privileged Information.

4. State the basis of and Identify all witnesses with knowledge concerning Your allegation in Paragraph 13 that "the results of Harvard Business School's investigation 'report' were disclosed to Data Colada."

**Objection:** Plaintiff objects to this Interrogatory to the extent it seeks Privileged Information.

5. Identify all of the "potential witnesses" You alleged that You contacted in Paragraph 152.

**Objection:** Plaintiff objects to this Interrogatory to the extent it seeks Privileged Information.

6. State the basis of and Identify all witnesses with knowledge concerning Your allegation in Paragraph 334 that Plaintiff "was subject to an unfair and biased investigation, denied the presumption of innocence, and required to bear the burden of disproving the allegations against her."

**Objection:** Plaintiff objects to this Interrogatory to the extent it seeks Privileged Information.

7. State the basis of and Identify all witnesses with knowledge concerning Your allegation in Paragraph 185 that "Dean Datar's office contacted a female professor and plaintiff's colleague and asked her to 'counsel out' Plaintiff."

**Objection:** Plaintiff objects to this Interrogatory to the extent it seeks Privileged Information.

8. State the basis of and Identify all witnesses with knowledge concerning Your allegations in Paragraph 186 about the supposed "counseling out" of other faculty

members.

**Objection:** Plaintiff objects to this Interrogatory to the extent it seeks Privileged Information.

9. State the basis of and Identify all witnesses with knowledge concerning every instance in which You claim that Harvard treated You less favorably than similarly situated male faculty members, including but not limited to the alleged circumstances in Paragraph 253 concerning a "male junior professor," in Paragraph 260 concerning "another male associate professor," and in Paragraphs 270-72 and 274 concerning Marc Hauser, Laurence Tribe, Charles Ogletree, Andrei Shleifer, John Comaroff, Jorge Dominguez, and Gary Horton.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is overly broad and unduly burdensome, particularly to the extent that it does not contain a temporal limitation and seeks discovery concerning "every instance" where Harvard treated her less favorably than similarly situated male employees, regardless of whether such treatment was material or otherwise related to this dispute. Plaintiff further objects to this Interrogatory to the extent it seeks Privileged Information.

10. State the basis of and Identify all witnesses with knowledge concerning Your allegations in the Complaint that Harvard treated female faculty members less favorably than similarly situated male faculty members, including Your allegations in Paragraph 263 concerning "a female professor, 'Jane Roe'" and "a second case involving allegations against an HBS female professor's purported violations of the so-called 'colleagueship standard.'"

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it consists of separate distinct subparts, each of which constitute a separate Interrogatory. Plaintiff further objects to this Interrogatory to the extent it seeks Privileged Information.

11. Identify each Person with knowledge concerning the Francesca v Harvard Website and any statements or claims made on the Francesca v Harvard Website at any time.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it seeks irrelevant information. Plaintiff further objects to this Interrogatory to the extent it seeks Privileged Information.

> 12. Provide an itemized description of all damages, including monetary amounts, that You claim to have incurred as a result of the acts alleged in the Complaint for which You seek recovery against Harvard, including the manner in which such amount has been calculated and the specific basis and support for said amount, and describe any non-economic damages You claim.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is premature and seeks to discover Privileged Information, including the mental impressions of her counsel.

> 13. Identify each physician, psychiatrist, psychologist, social worker or other health care provider or facility that You visited, consulted, or received treatment from concerning any physical or emotional condition or symptoms You allege to have suffered as a result of the events alleged in the Complaint.

**Objection:** Plaintiff objects to this Interrogatory to the extent it seeks Privileged Information.

> 14. Identify all devices, external drives, and cloud storage platforms on which You have ever stored data or other materials in connection with the four studies investigated by the Investigation Committee.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and seeks irrelevant information, particularly to the extent that it does not contain any temporal limitation. Plaintiff further objects to this Interrogatory to the extent it seeks Privileged Information.

> 15. Identify each Person with knowledge concerning Your storage of data or other materials in connection with the four studies investigated by the Investigation Committee.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and seeks irrelevant information, particularly to the extent that it does not contain any temporal limitation. Plaintiff further objects to this Interrogatory to the extent it seeks Privileged Information.

> 16. Identify all Documents and exhibits You intend to rely upon or seek to introduce at any deposition, trial or hearing in this Action.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and seeks irrelevant information, particularly to the extent that it does not contain

any temporal limitation. Plaintiff further objects to this Interrogatory to the extent it seeks Privileged Information.

> 17. Identify each Person, other than a Person intended to be called as an expert witness at trial, having discoverable information that tends to support a position that You have taken or intend to take in this action, including any claim for damages, and state the subject matter of the information possessed by that Person.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is premature and seeks to discover Privileged Information, including the mental impressions of her counsel. Plaintiff further objects to this Interrogatory on the grounds that it consists of separate distinct subparts, each of which constitute a separate Interrogatory.

Francesca Gino
By her attorneys,

*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO #639976)
Patrick Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02210
brobb@hmrhlaw.com
phannon@hmrhlaw.com
P: (617) 723-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, a true copy of the above document was served by electronic means upon counsel of record for Defendants.

/s/ Patrick J. Hannon
Parick J. Hannon