# EXHIBIT 18

ROPES & GRAY

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

November 10, 2025

Douglas E. Brayley
T +1 617 951 7119
douglas.brayley@ropesgray.com

**BY E-MAIL**

Steve York, Courtroom Clerk for the Honorable Myong J. Joun
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
steve_york@mad.uscourts.gov

Re: *Gino v. President and Fellows of Harvard College et al.*, No. 1:23-cv-11775-MJJ: Request for Zoom Conference Regarding Discovery Issues

Dear Mr. York:

We write on behalf of Defendants President and Fellows of Harvard College and Srikant Datar (together, "Defendants") in regard to the above-captioned matter.

Defendants respectfully request a Zoom conference with the Court pursuant to the Court's answers to the Judicial Forum Survey[1] as a result of Plaintiff's repeated failure to provide Defendants with discovery or to engage meaningfully in the discovery process. For months, as detailed below, Plaintiff has engaged in a pattern in which, upon Defendants following up on their discovery requests, Plaintiff's counsel promises to provide the requested items imminently, only to fail to provide them. This leaves Defendants in the untenable position of being unable to move forward with discovery, but also unable to seek the Court's intervention because Plaintiff's empty promises appear to take the form of agreeing to Defendants' requests. Defendants are no longer able to trust that Plaintiff will participate in the discovery process in a timely manner without Court intervention.

Below, Defendants detail the history of negotiation between the parties on various outstanding discovery issues, demonstrating Plaintiff's pattern of delay and noncompliance with her discovery obligations:

1. ***Document Production.*** Plaintiff did not make a single document production in this litigation until November 7, when she produced 936 documents nearly seven months after receiving Defendants' document requests, after promising Defendants a production for weeks, and only after Defendants indicated that they planned to seek relief from the Court. (By contrast,

[1] Answer 15, Civil – Discovery, https://www.mad.uscourts.gov/boston/joun.htm.

Defendants have produced 5,907 documents, substantially completing their production.) Defendants served their first set of document requests on April 18, 2025. After Defendants granted Plaintiff's request for an extension, she served her responses and objections on April 28. Plaintiff agreed to provide documents in response to most of Defendants' requests, and repeatedly promised that Harvard would receive Plaintiff's document production by certain dates, including on September 23, by October 3, on October 10, on October 15, and on November 6. *See* Ex. 1. In connection with her November 7 production, Plaintiff offered no indication of whether she considers her production to be complete, but Defendants have already found numerous categories of requested documents to be missing, including documents relating to Plaintiff's alleged damages, Plaintiff's public statements and website dedicated to this litigation, Harvard's counterclaim, and Plaintiff's research records (including forensic images of Plaintiff's devices discussed further below). The documents Plaintiff belatedly produced are plainly deficient, and Defendants have little faith that Plaintiff can or will provide the remaining documents in a timely manner.

2. ***Responses and Objections to Second Set of Discovery Requests.*** On September 17, Defendants served their Second Set of RFPs and Interrogatories. Plaintiff's responses and objections to those requests were due on October 17. Yet Plaintiff failed to serve any responses or objections, despite Defendants reminding Plaintiff of this deadline on October 16 and following up on these on October 28 and November 3. *Id.*

3. ***Plaintiff's Position as to Discovery Sought by Defendants.*** As part of their discovery requests, Defendants seek forensic copies of certain of Plaintiff's devices. Plaintiff initially refused to provide such discovery, but after counsel for the parties met and conferred on June 24, Plaintiff's counsel clarified that Plaintiff's objection was based on privilege. Defendants therefore requested more information as to the extent of the privileged information Plaintiff anticipated on those devices, so that the parties might be able to come to agreement on these forensic copies without necessitating Court intervention. Defendants followed up for such information on July 29, August 7, August 22, September 29, October 11, October 16, October 28, and November 3, but never received the information. *Id.*; Ex. 2.

4. ***Amended RFP and Interrogatory Responses.*** After Plaintiff served responses and objections to Defendants' first set of RFPs and interrogatories (after two deadline extensions), Defendants sent Plaintiff a letter detailing deficiencies in her responses, and counsel met and conferred on June 24. Ex. 2. On July 14, Defendants' counsel sent an email summarizing the meet and confer and memorializing Plaintiff's agreement to correct and/or supplement her responses to Defendants' Interrogatories Nos. 1–6, 12, 14–17 and amend and/or withdraw objections as to Defendants' RFPs Nos. 2, 4, 22, 24, and 32. *Id.* In response, Plaintiff's counsel has repeatedly made empty promises that amendments were forthcoming: (i) on August 5, Plaintiff's counsel promised "amended/supplemental discovery responses to you by the end of next week," *see* Ex. 2; (ii) on August 7, during a meet and confer, Plaintiff's counsel promised to provide them the following week, *see* Ex. 1; (iii) on August 18, during a meet and confer, Plaintiff's counsel promised to provide them the following week, *see* Ex. 2.; (iv) on

September 18, during a meet and confer, Plaintiff's counsel promised to provide them on September 23, *see* Ex. 1; (v) on October 13, counsel again conferred, and Plaintiff's counsel promised to provide them on October 14, *see id.* Defendants still have not received the amended discovery responses.

5. ***Plaintiff's Position on Amended RFA Responses.*** Plaintiff has also failed to respond to Defendants' request for her position as to whether or not Plaintiff agrees to amend her deficient RFA responses (which Defendants need to know in order to understand whether the Court's intervention is needed). On June 11, Defendants served their first set of RFAs, to which Plaintiff served responses on July 11. On July 29, Defendants' counsel sent a letter detailing deficiencies in Plaintiff's responses and objections, and counsel met and conferred on August 7. During that meet and confer, Plaintiff's counsel stated that he would let Defendants know if he would agree to later amend certain RFAs. Defendants followed up on this topic on August 22 and October 28 but have received no response.

In light of the upcoming fact discovery deadline of December 20, on October 28, Defendants' counsel sent Plaintiff's counsel an email reiterating all of the above outstanding discovery-related requests and requesting the outstanding discovery or responses by November 5. *See* Ex. 1. After receiving no response, Defendants' counsel sent another email to Plaintiff's counsel on November 3 to follow up and ask for a meet-and-confer. *See id.* Plaintiff's counsel did not respond until the morning of November 6, when he then again promised "all of our outstanding discovery to you by the end of today" and proposing a call that afternoon. *Id.* Defendants' counsel responded promptly and suggested a meet and confer the following morning on the basis that it would be more productive to confer after Defendants saw the discovery that Plaintiff supposedly planned to provide that very afternoon. *Id.* Defendants received no response or discovery that day. On November 7, Plaintiff's counsel made the deficient production described above, without any further communication.

It is now November 10, and Defendants have not received any further response from Plaintiff's counsel, nor any of the other promised discovery. Defendants therefore regretfully have no other option but to seek this Court's assistance in addressing Plaintiff's non-responsiveness and continued failure to engage in discovery in this case, which threatens the timely resolution of this matter and risks imposing additional burdens on judicial resources. Among other discovery matters complicated by Plaintiff's pattern of evasion is the scheduling of depositions. On October 28, Defendants proposed specific dates for the depositions of seven fact witnesses, including the Plaintiff, to which Plaintiff's counsel has not responded. Even more, Plaintiff's refusal to engage meaningfully in the discovery process threatens to materially impair Defendants' ability to conduct Plaintiff's deposition by depriving Defendants of relevant and responsive documents, interrogatory answers, and admissions.

Accordingly, Defendants respectfully request a Zoom conference to discuss these matters.

Respectfully submitted,

Douglas E. Brayley

cc: phannon@hmrh.law.com; brobb@hmrhlaw.com

**Exhibit 1**

**Travis, David**

---

**From:** Davis, Elena
**Sent:** Thursday, November 06, 2025 11:48 AM
**To:** Patrick J. Hannon
**Cc:** Barbara Robb; Brayley, Douglas; Cooper, Jenny K.; Travis, David
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Patrick,

We think it would be more productive to confer after we have seen what you plan to provide today. Please let us know if you are available tomorrow morning at 10am.

Best,
Elena

**Elena Weissman Davis**
**ROPES & GRAY LLP**
T +1 617 951 7017
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Elena.Davis@ropesgray.com
www.ropesgray.com

---

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Thursday, November 06, 2025 9:02 AM
**To:** Davis, Elena <Elena.Davis@ropesgray.com>
**Cc:** Barbara Robb <brobb@hmrhlaw.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Travis, David <David.Travis@ropesgray.com>
**Subject:** Re: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

**THIS MESSAGE IS FROM AN EXTERNAL SENDER**
This message came from a sender outside of Ropes & Gray

Elena,

Sorry for delayed response as I have been on trial in Worcester. We will have all of our outstanding discovery to you by the end of today.

Are you available for a call today between 4 and 5?

Sent from my iPhone

On Nov 3, 2025, at 3:54 PM, Davis, Elena <Elena.Davis@ropesgray.com> wrote:

Patrick,

Further to my below email, to the extent you anticipate that Plaintiff will not provide the information requested below by Wednesday, November 5, please let us know when you are available the morning of Thursday, November 6, for a meet and confer.

Best,
Elena

**Elena Weissman Davis**
**ROPES & GRAY LLP**
T +1 617 951 7017
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Elena.Davis@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Davis, Elena
**Sent:** Tuesday, October 28, 2025 5:05 PM
**To:** 'Patrick J. Hannon' <phannon@hmrhlaw.com>
**Cc:** Barbara Robb <brobb@hmrhlaw.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Travis, David <David.Travis@ropesgray.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Patrick,

Below please find a chart detailing the dates that our witnesses are available for deposition, along with the date that Mr. Pisano is available and the date on which we are available to depose Plaintiff. We are not yet certain of Mr. Bonacossa's availability, and we have not included the 30(b)(6) deposition because we are unable to designate a witness until you inform us of the topics you wish to cover.

**Deposition Dates**

| Date | Deponent |
|---|---|
| Thursday, December 4 | Gary Pisano |
| Monday, December 8 | Robin Greenwood |
| Wednesday, December 10 | Teresa Amabile |
| Friday, December 12 | Bob Kaplan |
| Monday, December 15 | Jean Cunningham |
| Wednesday, December 17 | Francesca Gino |
| Friday, December 19 | Srikant Datar |

Given that we will need time to review Plaintiff's discovery before we make our witnesses available for deposition and may need to engage in motion practice over some or all of that discovery, we request that you provide the following by no later than November 5, 2025:

1. Plaintiff's production of documents, which you have repeatedly told us to expect imminently, yet has not been received;
2. Plaintiff's responses & objections to Harvard's Second Set of Requests for Production and Interrogatories, which were due approximately eleven days ago on October 17;
3. Plaintiff's position on producing forensic copies of each of the below devices, including (i) whether Plaintiff plans to produce a forensic copy of the device, (ii) whether that copy will contain any redactions and if so, the basis for such redactions, (iii) if Plaintiff is objecting to produce a forensic copy, the basis of her objection, and (iv) for all devices to which Plaintiff objects, an explanation as to why such forensic copies cannot be produced with redactions or any other information explaining Plaintiff's objection that you would like us to consider;
4. Plaintiff's confirmation of whether she will agree to amend her responses and objections to Harvard's Requests for Admission; and
5. Plaintiffs' corrected and/or amended responses to RFP Nos. 2, 4, 22, 24, and 34 and Interrogatory Nos. 1–6, 12, 14–17.

With the exception of Harvard's second set of discovery requests, which were served on September 27, 2025, and to which Plaintiff failed to respond entirely, we have been requesting all of this information for over three months now. Accordingly, we believe that requesting this information by November 5 is more than reasonable. If Plaintiff is unable or unwilling to comply with this request, we will seek appropriate relief from the Court.

Best,
Elena

**Forensic Copy Devices / Storage Locations**

| **Description** | **Serial Number** |
|---|---|
| **A black, unlabeled USB drive used by Professor Gino*** | **21013403D7FFA005** |
| A MicroCenter USB drive used by Professor Gino | 067308185030 |
| A USB drive with the HBS logo used by Professor Gino | 0B7E18851060 |
| **A SimpleTech USB drive used by Professor Gino*** | **0196019921036** |
| A Western Digital 1 TB external hard drive used by Professor Gino | WXG2AC0AZCUK |
| Professor Gino's Google Drive for the francescabgino@gmail.com | N/A |
| A Mac Pro desktop computer | F5NG0HAF694 |
| Professor Gino's Dropbox account | N/A |
| Professor Gino's OneDrive account | N/A |
| Professor Gino's HBSFiles account | N/A |

* Please note that the two devices in bold were identified by McGowan as not having any relevant information, yet Plaintiff later provided copies of relevant study data from each device.

**From:** Travis, David <David.Travis@ropesgray.com>
**Sent:** Thursday, October 16, 2025 6:22 PM
**To:** Patrick J. Hannon <phannon@hmrhlaw.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>
**Cc:** Barbara Robb <brobb@hmrhlaw.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Patrick,

Further to our conversation on Monday, we wanted to clarify that Plaintiff never provided a forensic copy (redacted or otherwise), of the devices disclosed by Mr. McGowan other than a redacted image of her primary HBS-issued MacBook laptop (SN: C02T2CB6GTF1). In addition to unredacted copies of the files and metadata that were redacted from this image, we are seeking forensic images of the devices listed below that were identified by Mr. McGowan.

Please note that the two devices in bold were identified by McGowan as not having any relevant information, yet Plaintiff later provided copies of relevant study data from each device.

Please let us know Plaintiff's position on producing forensic copies of each of the below devices, including (i) whether Plaintiff plans to produce a forensic copy of the device, (ii) whether that copy will contain any redactions and if so, the basis of such redactions, (iii) if Plaintiff is objecting to produce a forensic copy, the basis of her objection, and (iv) for all devices to which Plaintiff objects, an explanation as to why such forensic copies cannot be produced with redactions or any other information explaining Plaintiff's objection that you would like us to consider.

Relatedly, we would like to follow up on the discovery and document production you promised on Tuesday and Wednesday, respectively. Please let us know when we can expect Plaintiff's amended discovery in response to the other issues that we've raised, as well as her document production. Additionally, we expect to receive her responses and objections to Harvard's second set of discovery by tomorrow's deadline.

Thanks,
David

| **Description** | **Serial Number** |
|---|---|
| **A black, unlabeled USB drive used by Professor Gino** | **21013403D7FFA005** |
| A MicroCenter USB drive used by Professor Gino | 067308185030 |
| A USB drive with the HBS logo used by Professor Gino | 0B7E18851060 |
| **A SimpleTech USB drive used by Professor Gino** | **0196019921036** |
| A Western Digital 1 TB external hard drive used by Professor Gino | WXG2AC0AZCUK |

| | |
|---|---|
| Professor Gino's Google Drive for the francescabgino@gmail.com | N/A |
| A Mac Pro desktop computer | F5NG0HAF694 |
| Professor Gino's Dropbox account | N/A |
| Professor Gino's OneDrive account | N/A |
| Professor Gino's HBSFiles account | N/A |

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Friday, October 10, 2025 5:17 PM
**To:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>
**Cc:** Travis, David <David.Travis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Understood. I plan to issue subpoenas and amend the notices when we have dates.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com

-----Original Message-----
From: Brayley, Douglas <Douglas.Brayley@ropesgray.com>
Sent: Friday, October 10, 2025 5:16 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com>
Cc: Travis, David <David.Travis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>
Subject: Re: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Confirming receipt.

Just to confirm in case it was not obvious, we do not represent Simmons or Maidstone. Perhaps less obviously, we also do not represent Claudine Gay. So for those three

witnesses sending notices to us may not be sufficient. We will check into Gay’s representation status.

Douglas E. Brayley
ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

On Oct 10, 2025, at 5:04 PM, Patrick J. Hannon <phannon@hmrhlaw.com> wrote:

See attached.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http://www.hmrhlaw.com__;!!GACWFz6mw-g!fzMzfBIXpT5JpeFxG6DBFb54b6EIdoWhQualeFlnprVyE2LByw7tNIDCF0ATgTWy5ZVfwNUTsNnjn6EPXyr9lQtXmA$>
From: Brayley, Douglas <Douglas.Brayley@ropesgray.com>
Sent: Friday, October 10, 2025 3:54 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com>; Travis, David <David.Travis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>
Cc: Davis, Elena <Elena.Davis@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Patrick, confirming receipt. We are ready to hit 'send' on the filing as soon as you get us the remaining depo notices.

Douglas E. Brayley
ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>
This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>
Sent: Friday, October 10, 2025 2:51 PM
To: Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

See attached. I just filled in my blank reflecting that I'm sending out the remaining five depo notices today. These are obviously placeholder notices, and I'll work with you and the witnesses to find mutually available dates/times.

Feel free to fill in the two remaining blanks with your production info, and you may file with my signature (I do not need to see it again).

Monday at 11 sounds splendid for call.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http:/www.hmrhlaw.com__;!!GACWFz6mw-g!cS6sWPTgxDn5hGc5CsnFVyZ1MVnvls2IR_gpVV6RriRjgfKZFG9rP-3Q2lnzYtppYr_IWwTpUNI2-ecCtbLMR8aO4A$>

From:Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Sent: Friday, October 10, 2025 11:28 AM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>;
Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>;
Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny
K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley,
Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to
Testify at a Deposition in a Civil Trial and Requests for Production of Documents to
Frances X. Frei and Gary P. Pisano

Thanks, Patrick. We look forward to seeing your suggested edits ASAP, as well as the production. I think we would all like to get the motion on file today. Let's do get a call scheduled for Monday – how's your calendar between 10-12?

Douglas E. Brayley
ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>
Sent: Friday, October 10, 2025 11:02 AM
To: Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>; Travis,
David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Barbara
Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny
K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to
Testify at a Deposition in a Civil Trial and Requests for Production of Documents to
Frances X. Frei and Gary P. Pisano

Hi Doug,

Sorry for delay...I was in Court all day yesterday and am digging out a little.

I just have a few suggested language changes on the draft joint motion. Nothing substantive. I'll have that to you by 2pm.

It's taken a little extra time to coordinate with my ESI vendor on the metadata for our production, but I think that is all resolved and we should have that for you by end of day.

Happy to put call on the calendar for Monday or Tuesday at your convenience if you think it would be helpful.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http:/www.hmrhlaw.com__;!!GACWFz6mw-g!b7S13sL5sURaAUMW52_vIVEooT7o08QNzdiXULNGiDCcWRlePf7R3j-R_fm4xXLz46Jy9mJojZrhjNIY1B0-jBIYyg$>
From: Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Sent: Thursday, October 9, 2025 10:44 AM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Patrick:

I just tried your office line but was not able to reach you. Please respond as soon as possible both regarding the joint motion and the status of your written discovery. If we do not hear from you very soon, we will have to consider whether we unilaterally need to file discovery and scheduling motions (and if that is where this is heading, please advise ASAP on your availability for a meet-and-confer during the next three business days).

Best,
Doug

Douglas E. Brayley

ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>
This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: Brayley, Douglas
Sent: Wednesday, October 08, 2025 5:17 PM
To: 'Patrick J. Hannon' <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Patrick, I am checking in, as we received nothing from you after your message below.

From: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>
Sent: Tuesday, October 07, 2025 4:32 PM
To: Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Will be back to you today on this.
Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http:/www.hmrhlaw.com__;!!GACWFz6mw-g!dQPMcaTZoMARc4xsjsKZ-xV6N3Q4R6PjSSGXtwHwqLcTEOosVbDSKqWc3faP2-1AdgKIHd4haYMfYzopdmFFb_08Ew$>

From: Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Sent: Monday, October 6, 2025 5:20 PM
To: Travis, David
<David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Patrick:
Following up on this draft joint motion, as well as the written discovery that we expected to see from you last week.

Thanks,
Doug

Douglas E. Brayley
ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: Travis, David
<David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>
Sent: Friday, October 03, 2025 8:25 PM
To: Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>; Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Hello Patrick,
Please see attached a draft joint stipulation along the lines discussed. In order to avoid expert discovery during the holidays, we pushed the expert and subsequent deadlines an additional 30 days. Additionally, this draft contemplates that you will have noticed the depositions mentioned below prior to filing, which will require a few tweaks. Please let us know your thoughts or if it would be helpful to discuss.

Thanks,
David

David E. Travis
ROPES & GRAY LLP
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>
pronouns: he/him/his
From: Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Sent: Friday, October 03, 2025 4:03 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Patrick:
Thanks for this. I think 12/20 is important on our end, so let's stick with that. Your proposed language on the fact witnesses makes sense. We'll circulate a draft joint filing.

Doug

Douglas E. Brayley
ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>
pronouns: he/him/his
From: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>

Sent: Thursday, October 02, 2025 10:25 AM
To: Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>;
Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Hi Doug,
Thanks for following up. This approach makes sense, but I have a few tweaks/clarifications on my end:

* I'd suggest we ask for 90 days instead of 60 for completion of depositions. As I mentioned yesterday, my schedule is going to be tight the rest of this year, so I'm not going to have a ton of available dates to choose from for deposition scheduling. I think it will be easier for all involved (witnesses included) if we have a little more flexibility to find mutually convenient dates. With that said, I'm happy to make due with the proposed 12/20 deadline if that's important on your end.

* We will be noticing five more depositions this week: Harvard (per Rule 30(b)(6)), Joseph Simmons, Claudine Gay, Maidstone Consulting Group, LLC, and Alain Bonacossa. We do not intend to depose any additional fact witnesses, and are agreeable to including such a limitation in the proposed joint filing. But given the possibility of unforeseen developments (on both sides), I think it would be wise to phrase it such as "the parties agree that no additional fact witnesses will be deposed without leave of court and for good cause shown."

Let me know if you would like to discuss any of the above. I'm wide open today but in a depo tomorrow.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http:/www.hmrhlaw.com__;!!GACWFz6mw-g!Y6YKUxCbNF7gCKGjeFmKEqBbhB69v1KYRnN8VCqGKI-emkFNojrkbkwOuqA2FmVza_Wa6EcwGN0Co6xB2wQXEXAA5Q$>
From: Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Sent: Wednesday, October 1, 2025 6:42 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>;
Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>

Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Patrick,

Thanks for speaking earlier. As discussed, we raised the topic of resolution/mediation with our client. We will circle back with a response, but given that there are many constituencies involved here (as you are aware), we likely will not be able to have a consensus answer ready in the short term.

Because of the pressing fact discovery deadline and upcoming depositions, we would propose that the parties submit a joint motion seeking to extend the fact discovery period, with an October 20 deadline for substantial completion of document production, and a December 20 fact discovery deadline for the currently noticed depositions. As discussed, the parties would agree that there will be no new deposition notices issued for fact witnesses. In the event that the parties decide they are interested in pursuing mediation, we would be open to approaching the court at that time for a further extension, as needed.

Please let us know if this is acceptable to Plaintiff, and if so we can prepare a draft stipulation for your review. We would propose to push back all relevant dates in the scheduling order by approximately the same 60 days.

Best,

Doug

Douglas E. Brayley
ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.
From: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>
Sent: Tuesday, September 30, 2025 5:45 PM
To: Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
11am sounds great. Do you want to circulate a link?
Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http:/www.hmrhlaw.com__;!!GACWFz6mw-g!a4JXr1GdOeDkivazcvXBrJcpWc1xQ4MG3j7E5B5mC6xS9QbnWyRi_JYyBG875mEVkQx5XQ616afwL9pcV25evIgezQ$>
From: Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Sent: Tuesday, September 30, 2025 5:08 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Thanks, Patrick.  Happy to do a call tomorrow morning – we can be fairly flexible on timing.  How about 11am?

Douglas E. Brayley
ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>

www.ropesgray.com<http://www.ropesgray.com>
This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>
Sent: Tuesday, September 30, 2025 12:31 PM
To: Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Hi Doug,
I do anticipate that each of these depositions will last a full day, and I'm happy to work with you on scheduling these depositions at mutually convenient dates/times. But seeing as you just began producing documents last week on a "rolling basis," and have not provided any end date when your production will be complete, I don't think it's fair to criticize the timing of these notices.
Are you available for a call tomorrow or Thursday morning to discuss scheduling? I'm free either day before 1pm. One thought I had was potentially bifurcating the remaining discovery to allow us to discuss resolution (perhaps through mediation) before completing fact depositions. I have some additional color to add on that thought if/when we talk.

With respect to our outstanding written discovery, I had expected to have that to you last week but was out sick a few days and am now playing catch-up. I anticipate having everything for you by the end of this week.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http:/www.hmrhlaw.com__;!!GACWFz6mw-g!f6JBK_hzwgvcUprWIryDdkN_oNtalIFnRkO9J2Ijmn_VxcWplfWMytaRMpRoG4G2AK91_8b0bV7d8jqYqaFKjSwsYA$>
From: Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Sent: Monday, September 29, 2025 2:37 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny

K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Patrick:
We received the five deposition notices you served at 7:56 p.m. on Friday, September 26, purporting to schedule five depositions on consecutive days starting on October 6. Not only is ten days of notice (beginning on a Friday night, no less) objectively insufficient and unreasonable, but your decision to wait until approximately 3 weeks before the close of fact discovery to attempt to schedule these five depositions also creates significant difficulties and burden for the witnesses that could have been avoided. We are working to confirm the witnesses' availability, but as we have previously advised you, the fall is a particularly busy time in the academic calendar, which is why we asked you to give us as much notice for depositions as possible. Additionally, Bob Kaplan and Teresa Amabile are retired HBS faculty members who may not regularly be in the greater Boston area. To help us determine availability, please confirm as soon as possible whether you will need a full day or just part of a day for each of the witnesses whose depositions you noticed, and if part of a day, how many hours are needed.

Also relevant to deposition scheduling, during our call on September 18, you told us you would provide a document production and Plaintiff's amended interrogatory responses on Tuesday, September 23. We have received neither to date, nor have we received responses to our outstanding discovery questions that we sent back in August (some of which reiterated questions first asked in July), including whether and when Plaintiff will agree to amend her responses to Defendants' RFAs. Please advise immediately as to when you will be providing these documents and information.

Best,
Doug

Douglas E. Brayley
ROPES & GRAY LLP
T +1 617 951 7119 | M +1 617 312 9489
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>
Sent: Friday, September 26, 2025 7:56 PM
To: Travis, David
<David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Barbara Robb
<brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny
K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley,
Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to
Testify at a Deposition in a Civil Trial and Requests for Production of Documents to
Frances X. Frei and Gary P. Pisano
Please see attached.
Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http:/www.hmrhlaw.com__;!!GACWFz6mw-g!cOCCGX3RzWDUT5lIEXzYxzanwcfIk2u52hr_XSUp9RXas1gZPfay_hW_A_ImeI76xokP_830z9ejdHO6rLgo7NN22w$>
From: Travis, David
<David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>
Sent: Thursday, September 25, 2025 3:45 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>;
Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny
K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley,
Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to
Testify at a Deposition in a Civil Trial and Requests for Production of Documents to
Frances X. Frei and Gary P. Pisano

Hello Patrick,

Confirming that we are authorized to accept service on behalf of these individuals.

Thanks,
David

David E. Travis
ROPES & GRAY LLP
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600

David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: Travis, David
Sent: Thursday, September 25, 2025 1:43 PM
To: 'Patrick J. Hannon' <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Hello Patrick, let me confer with our client and circle back here.
From: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>
Sent: Thursday, September 25, 2025 1:38 PM
To: Travis, David <David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena <Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley, Douglas <Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Thanks, David. Please confirm that you are authorized to accept service of subpoenas on behalf of the following witnesses:

Teresa Amabile
Robert Kaplan
Alain Bonacossa
Jean Cunningham
Robin Greenwood

Patrick J. Hannon
Hartley Michon Robb Hannon LLP

101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com<https://urldefense.com/v3/__http:/www.hmrhlaw.com__;!!GACWFz6mw-g!ax8W3jFLGumf0JkUdJG4Dqd_2ksnDa1I2wjcKJduIIhp7Y4i7Tb0LxnpTe80u3xFaU4KowIBaJdX8C_UDbw4dHA$>
From:Travis, David
<David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>
Sent: Thursday, September 25, 2025 1:09 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Counsel,
I'm sorry for these continued technical difficulties, but it appears the subpoena form information was again scrubbed from my prior email. Please refer to the attached versions.

Thanks,
David

David E. Travis
ROPES & GRAY LLP
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

From: Travis, David
<David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>
Sent: Thursday, September 25, 2025 1:01 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>

Cc: Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano

Apologies, our internal email security system scrubbed the form information from the subpoenas in my prior email. Please refer to these versions.
From: Travis, David
<David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>
Sent: Thursday, September 25, 2025 12:59 PM
To: Patrick J. Hannon <phannon@hmrhlaw.com<mailto:phannon@hmrhlaw.com>>; Barbara Robb <brobb@hmrhlaw.com<mailto:brobb@hmrhlaw.com>>
Cc: Travis, David
<David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>>; Davis, Elena
<Elena.Davis@ropesgray.com<mailto:Elena.Davis@ropesgray.com>>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com<mailto:Jenny.Cooper@ropesgray.com>>; Brayley, Douglas
<Douglas.Brayley@ropesgray.com<mailto:Douglas.Brayley@ropesgray.com>>
Subject: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents to Frances X. Frei and Gary P. Pisano
Counsel,
Please find attached Notices of Subpoena to Testify at a Deposition in a Civil Trial and Requests for Production of Documents as to Frances X. Frei and Gary P. Pisano.

Thanks,
David

David E. Travis
ROPES & GRAY LLP
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com<mailto:David.Travis@ropesgray.com>
www.ropesgray.com<http://www.ropesgray.com>
pronouns: he/him/his
{This email originated from outside your Organization}
{This email originated from outside your Organization}

{This email originated from outside your Organization}
{This email originated from outside your Organization}
{This email originated from outside your Organization}
{This email originated from outside your Organization}
{This email originated from outside your Organization}

{This email originated from outside your Organization}
{This email originated from outside your Organization}

<Harvard.pdf>
<Bonacossa.pdf>
<Maidstone.pdf>
<Gay.pdf>
<Simmons.pdf>
{This email originated from outside your Organization}

{This email originated from outside your Organization}

**Exhibit 2**

## Travis, David

**From:** Travis, David
**Sent:** Friday, August 22, 2025 5:33 PM
**To:** 'Patrick J. Hannon'
**Cc:** Barbara Robb; Cooper, Jenny K.; Davis, Elena; Joshua Katz; Brayley, Douglas
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Summary of June M&Cs

Hello Patrick,

I wanted to follow up on my July 14 and 29 emails below and our conversations on August 5 and on Monday, in which you mentioned you would be providing updated discovery the following week and this week, respectively. We still haven't heard from you, so would just like to follow up on these items:

1. Please let us know when we should expect to receive Plaintiff's corrected and/or amended responses to RFP Nos. 2, 4, 22, 24, and 34 and Interrogatory Nos. 1–6, 12, 14–17.
2. Please confirm the extent to which work product or privilege objections may apply to documents on Plaintiff's devices created or modified after the HBS investigation began, or whether there are any devices that do not contain any privileged or work product information.
3. We appreciate your explanations why Plaintiff cannot confirm or deny these RFAs that you offered on the call, but Plaintiff is required to provide those explanations in her verified responses. *See Romano v. Computershare, Inc.*, 2020 WL 6907076, at *3 (D. Mass. Nov. 24, 2020) (Plaintiff must "state in detail why [she] cannot truthfully admit or deny" the RFAs). Please provide amended responses to RFA Nos. 4, 6, 7–11.; once you amend to include those explanations, we will evaluate them.

Please let us know when we can expect the above, or if it would be helpful to find a time to discuss. During our call on August 7, you also mentioned that your client has submitted the HIPAA request for her medical records with her therapist; please let us know if there have been any updates there.

Thanks,
David

---

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Thursday, August 07, 2025 8:25 AM
**To:** Travis, David <David.Travis@ropesgray.com>
**Cc:** Barbara Robb <brobb@hmrhlaw.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Joshua Katz <jkatz@hmrhlaw.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>
**Subject:** Re: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Summary of June M&Cs

**THIS MESSAGE IS FROM AN EXTERNAL SENDER**

This message came from a sender outside of Ropes & Gray

Noon today works great. Talk then.

Sent from my iPhone

On Aug 6, 2025, at 12:05 PM, Travis, David <David.Travis@ropesgray.com> wrote:

Hello Patrick,

We would be glad to meet-and-confer regarding the below on Thursday and are available from 12-1 p.m. Please let us know if that window works for you. We're also glad to discuss our letter regarding the responses and objections to Harvard's RFAs.

Thanks,
David

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Tuesday, August 05, 2025 9:19 AM
**To:** Travis, David <David.Travis@ropesgray.com>
**Cc:** Barbara Robb <brobb@hmrhlaw.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Joshua Katz <jkatz@hmrhlaw.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Summary of June M&Cs

Hi David,

Attached are our revisions on the Draft Protective Order and ESI Protocol. These remain subject to client review. I expect our edits are self-explanatory, but if you want to talk through I'm available any time Thursday for a call.

I expect the HIPAA authorization will be submitted today. I'll circle back with you this afternoon with confirmation, along with our response to your inquiry concerning Professor Gino's father.

We will have our amended/supplemental discovery responses to you by the end of next week.

I don't understand your question concerning "the extent to which work product or privilege objections may apply to documents on Plaintiff's devices created or modified after the HBS investigation began." Obviously, Plaintiff has utilized her devices to store/transmit communications with counsel, as well as to generate related materials in anticipation of litigation.

As regards your request to "seek forensic copies of all devices captured by RFP No. 32," I told you during our meet and confer that we are amenable to considering this request but need additional details to evaluate what you are proposing. As I understand it, forensic copies have already been produced of the potentially relevant devices. Are you looking for another image of those devices to be taken, or are you looking for forensic images of additional devices, or both? And as I noted during the meet and confer, to the extent that these devices have been utilized in connection with this litigation, appropriate safeguards have to be put in place to ensure that privileged materials are protected. As I suggested during the meet and confer, one possible approach that I have used in the past is an agreed search protocol using a third-party vendor. I'm happy to discuss that further on Thursday if you would like.

Let me know if you have any questions, and whether there is a convenient time on Thursday for us to connect live.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com

---

**From:** Travis, David <David.Travis@ropesgray.com>
**Sent:** Tuesday, July 29, 2025 7:49 PM
**To:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Cc:** Barbara Robb <brobb@hmrhlaw.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Joshua Katz <jkatz@hmrhlaw.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Summary of June M&Cs

Hello Patrick,

I am writing to follow up on my July 14 email below regarding discovery issues, as well as the draft ESI protocol and Stipulated Protective Order that I sent (attached again here for convenience). It has been over three months since we first sent you a draft of the Stipulated Protective Order, and you have not provided any comments or position on it. We again reiterate our request for your comments on these documents so that discovery may move forward in accordance with the amended schedule entered by the Court.

Additionally, we reiterate the following below requests:

1. Please confirm that your client has submitted a record request using the attached information through her Atrius Health MyHealth patient portal for psychotherapy notes and medical records from Zohar Weinstein, M.D.
2. Please confirm whether your client intends to rely on any treatment or testimony from her father.
3. Please let us know when we should expect to receive Plaintiffs' corrected and/or amended responses to RFP Nos. 2, 4, 22, 24, and 34 and Interrogatory Nos. 1–6, 12, 14–17.

4. Please confirm the extent to which work product or privilege objections may apply to documents on Plaintiff's devices created or modified after the HBS investigation began.

For our part, we can confirm that Harvard agrees to exclude from RFP Nos. 28 and 29 the phrase "relating to Harvard." Harvard cannot agree, however, to exclude from RFP Nos. 30–31 documents relating to the set-up or administration of the Francesca v Harvard Website. As alleged in Harvard's counterclaim, false statements about the supposed "July 16 OG File" were posted to the site shortly after the website was created, and then the statements were removed shortly after Plaintiff was confronted with Harvard's discovery of a file matching the description of the "July 16 OG File" that bore clear signs of metadata alteration. The extent to which the website was set up for the purpose of making statements about the "July 16 OG File," as well as the later administrative actions taken on the website, are thus relevant both to Harvard's counterclaim and the credibility of Plaintiff's claims.

Finally, Harvard intends to seek forensic copies of all devices captured by RFP No. 32 at this time, given that data forensic issues are key both to Harvard's defenses against Plaintiff's claims and its counterclaim. We believe that forensic imaging is warranted here given that Harvard alleges and intends to introduce evidence that Plaintiff has tampered with key data and metadata relating to one of the studies that HBS investigated.

We look forward to your response on these points, and please let us know if it would be helpful to find a time to discuss.

Thanks,
David

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Travis, David <David.Travis@ropesgray.com>
**Sent:** Monday, July 14, 2025 5:03 PM
**To:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Cc:** Barbara Robb <brobb@hmrhlaw.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Travis, David <David.Travis@ropesgray.com>; Joshua Katz <jkatz@hmrhlaw.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>
**Subject:** Gino v. Harvard et al., No. 1:23-cv-11775-MJJ - Summary of June M&Cs

Hello Patrick,

On June 24, we met and discussed Harvard's letter, dated June 13, detailing deficiencies in Plaintiff's responses and objections to Harvard's first set of interrogatories and requests for production and came to the conclusions summarized below my signature. (You stated that you would send an email summarizing our positions, but we have not received one.)

On June 27, we met and discussed Harvard's responses and objections to Plaintiffs' discovery requests. As to Plaintiff's requests related to alleged comparators, you agreed to provide a more specific written request that is aimed at identifying an appropriately sized "sample" set of potential comparators. We agreed to confer with our client on Interrogatories Nos. 16, 14, and 10 and will let you know whether we intend to supplement our responses to those Interrogatories. We agreed to temporarily set aside Interrogatory No. 13 while the parties met and conferred on Interrogatory No. 14.

Please let us know if you disagree with our summary of these meetings, or if it would be helpful to discuss anything further.

With respect to Harvard's RFP No. 27, i.e., psychotherapy notes and medical records from Zohar Weinstein, M.D., we have determined that your client should submit a request for these records through the Atrius Health MyHealth patient portal. We are attaching the Atrius Health HIPAA authorization form. As explained in the FAQ preceding the form, your client should use this information to complete and submit the authorization form with her MyHealth patient portal, after which point, the documents will be sent directly to us via email. Please let us know of any questions or concerns with this approach. Relatedly, please clarify if your client intends to rely on any treatment received from her father. If so, given that he is retired and resides in Italy, we believe it makes sense for you and your client to obtain the relevant information from him directly.

On a related note, we would like to follow up on the attached Stipulated Protective Order, which we originally circulated back in April. We are also attaching a proposed ESI Protocol. Please let us know if we can proceed with filing these documents, or if it would be helpful to discuss.

Thanks,
David

**<u>Summary of June 24, 2025 Meet-and-Confer</u>**

1. <u>Factual Inaccuracies (Interrogatory Nos. 3, 5)</u>: You committed to correcting the factual inaccuracies in these interrogatories and reviewing all interrogatory responses for accuracy.

2. <u>Information Relating to Contacted Witnesses (RFP No. 2 / Interrogatory Nos. 1, 5)</u>: You confirmed that the objections to these requests were ultimately based on undue burden and overbreadth, and that a response was required to these requests. You also confirmed that Plaintiff is not withholding any witness names in her response to Interrogatory No. 5 on the basis of privilege. We clarified that Defendants are not seeking information regarding witnesses of only mundane facts, such as Plaintiff's position as an HBS professor, or protected work product. Plaintiff must amend her responses to RFP No. 2 and Interrogatory 1 to provide documents and information regarding those non-privileged communications with witnesses contacted regarding the material information at issue.

3. <u>Plaintiff's Resumes (RFP No. 4)</u>: You agreed to amend Plaintiff's response to commit to producing resumes and/or curricula vitae used by Plaintiff during the time period relevant to the research misconduct allegations at issue.

4. <u>Information Relating to Contract Claims (RFP No. 22 / Interrogatory No. 2)</u>: You agreed to provide a summary of Plaintiff's contentions in regard to Interrogatory No. 2, which we understand may be further amended at a later date. You also confirmed that Plaintiff will provide copies of all contracts, policies or other documents upon which she bases her contract-based claims.

5. Data Colada Disclosures (Interrogatory No. 4): You agreed to confirm (i) whether Professor Frei disclosed to Plaintiff any basis for the information disclosed in this interrogatory, or otherwise state the basis of Plaintiff's statement that Professor Frei has knowledge of the allegation in this interrogatory, and (ii) the names of the co-authors to whom the New Yorker staff writer spoke.

6. Information Relating to Plaintiff's Allegation of an Unfair and Biased Investigation (Interrogatory . No. 6): You agreed that Plaintiff will provide a more specific answer to this interrogatory.

7. Plaintiff's Damages (RFP No. 24 / Interrogatory No. 12): You agreed to amend these responses to provide a preliminary damages analysis, which we understand would be on an interim basis as of a to-be-determined date, as well as to provide documents in response to RFP. No. 24, which you stated would not include income from passive investments.

8. Psychotherapy Notes (RFP No. 27): You have confirmed that Plaintiff is not seeking garden-variety emotional damages. We stated that we would provide Plaintiff with a HIPAA authorization form to obtain documents relating to treatment for asserted emotional and/or psychological damages, though, as noted in our email above, we now believe that your client should submit this request through the Atrius Health MyHealth portal.

9. Information Relating to Public Statements / Francesca-v-harvard.org (RFP Nos. 28-31 / Interrogatory No. 11): You explained that Plaintiff's objections to RFP Nos. 28-31 were primarily for overbreadth and undue burden, but that if RFP Nos. 28-29 omitted the general reference to information "relating to Harvard" and if RFP Nos. 30-31 excluded documents relating to the set-up or administration of francesca-v-harvard.org, Plaintiff would withdraw these objections. We agreed to confer with our clients on this issue and will circle back.

10. Plaintiff's Electronic Data (RFP No. 32 / Interrogatory Nos. 14, 15): We agreed to confirm whether we are seeking full forensic copies of Plaintiff's devices, or just responsive documents. You agreed to confirm the extent to which work product or privilege objections may apply to documents created after the HBS investigation began.

11. Plaintiff's Research Records (RFP No. 33): You agreed to produce responsive documents to this request, while withholding privileged communications with counsel.

12. Plaintiff's Exhibits and Witnesses (RFP No. 34 / Interrogatory Nos. 16, 17): You agreed to amend Plaintiff's response to RFP No. 34 to commit to providing responsive documents, and to provide preliminary responses to Interrogatories Nos. 16 and 17.

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

{This email originated from outside your Organization}

{This email originated from outside your Organization}