# EXHIBIT 21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-11775-MJJ |

**PLAINTIFF'S AMENDED RESPONSES**
**TO INTERROGATORY NO. 15**

Pursuant to Fed. R. Civ. P. 26 and 33, plaintiff Francesca Gino ("Gino" or "Plaintiff") hereby submits the follow amended response to Interrogatory No. 15 served by Defendants President and Fellows of Harvard College's and Srikant Datar's (collectively, "Harvard" or "Defendants").

15. Identify each Person with knowledge concerning Your storage of data or other materials in connection with the four studies investigated by the Investigation Committee.

**Objection:** Plaintiff objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and seeks irrelevant information, particularly to the extent that it does not contain any temporal limitation. Plaintiff further objects to this Interrogatory to the extent it seeks Privileged Information.

**Original Answer**: N/A.

**<u>Amended Answer</u>**: Subject to and without waiving the foregoing objections, Plaintiff answers that the following locations are where she believes she stored "data or other materials in connection with the four studies investigated by the Investigation Committee":

- Plaintiff's work computers: Apple MacBook Pro - Serial# C02T2CB6GTF1 issued January 2017; unknown computer(s) issued by UNC;
- Unknown external storage devices like USB keys;
- Plaintiff's Harvard and UNC email accounts;
- The external storage devices identified in the expert report of Michael McGowan;
- Qualtrics.

Plaintiff is not able to identify every person with the knowledge referenced in this request, but is aware of the following individuals:

- Plaintiff;
- Plaintiff's attorneys;
- Defendants' attorneys;
- Michael McGowan;
- The members of the Investigation Committee;
- The experts hired by Defendants;
- Dean Datar;
- Alain Bonacossa;
- The former research assistants identified in Plaintiff's initial disclosures.

Sworn to under the pains and penalties of perjury this 23rd day of January, 2026.

Signed by:
FRANCESCA GINO
55F0AEA915CC4DF...
FRANCESCA GINO

Francesca Gino
By her attorneys,

*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO #639976)
Patrick Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02210
brobb@hmrhlaw.com
phannon@hmrhlaw.com
P: (617) 723-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, a true copy of the above document was served by electronic means upon counsel of record for Defendants.

*/s/ Patrick J. Hannon*
Parick J. Hannon