# EXHIBIT 31

**From:** Brandon Leatha
**To:** Koehler, Robert
**Cc:** Brayley, Douglas; Cooper, Jenny K.; Hoey, Laura; Webster, Michelle; Kirk, Shannon Capone; Davis, Elena; Hampton Watson; Barbara Robb; Patrick J. Hannon
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff"s Personal Laptop
**Date:** Monday, June 01, 2026 3:18:12 PM
**Attachments:** image001.jpg
May 29 2026 Privilege Log.pdf
20260521-Requests_5.1_Tax_Study_Redacted.pdf
2026-05-21 Defendant"s Requests to B. Leatha [RESPONSES 20260527].xlsx

---

**THIS MESSAGE IS FROM AN EXTERNAL SENDER**
This message came from a sender outside of Ropes & Gray

Hi Robert,

Plaintiff’s counsel sent a redacted version of the May 21 request 5.1, and I have attached the redacted version and privileged log. The attached Excell file includes the unredacted responses to the other 17 requests.

I have nearly completed the May 26 requests 1 – 4 and will be sending these, along with the 2 additional Google Drive requests to Plaintiff’s counsel today. I will update you when they have been sent.

Thank you,
Brandon

**Brandon Leatha, GCFE, GCIH**
**Leatha Consulting LLC**
Cell: (206) 499-2048
www.leathaconsulting.com

---

**From:** Koehler, Robert <Robert.Koehler@ropesgray.com>
**Sent:** Monday, June 1, 2026 11:59 AM
**To:** Brandon Leatha <brandon@leathaconsulting.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>; Patrick J. Hannon <phannon@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Brandon,

Last Wednesday, you provided Plaintiff's counsel with the responses to the 18 requests that Defendants submitted on May 21. Per the parties' agreement as to requests for data from Plaintiff's personal laptop, Plaintiff's time to provide instructions as to that information has expired. Can you please provide that information to Defendants as soon as possible?

Could you please also let us know the status of the requests for data from Plaintiff's laptop that Defendants submitted on May 26?

Separately, Plaintiff's time to object to Defendants' requests for data from Plaintiff's Google Drive in their May 26 email has expired. Please complete those requests as soon as possible after you have completed the May 26 requests related to Plaintiff's laptop.

Thank you,
Robert

**Robert Koehler**
**ROPES & GRAY LLP**
T +1 312 845 1284
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Robert.Koehler@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Brandon Leatha <brandon@leathaconsulting.com>
**Sent:** Thursday, May 28, 2026 10:40 AM
**To:** Koehler, Robert <Robert.Koehler@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Good morning,

Attached and detailed below are the responses to Defendant's May 14, 2026, requests 1 – 3.

**Request 1:** Unredacted native versions of the "Taxstudy.xlsx" files listed as Drive Revision IDs 13624 and 13625 in 4 Drive_Revisions_ES09.pdf.

- **REQUESTED FILES:**
    1. 20260519_Requests\REQUEST_1\2-42191 Taxstudy.xlsx
    2. 20260519_Requests\REQUEST_1\2-42194 Taxstudy.xlsx
- Requested files are attached as **20260514-Request_by_Defendants_REQUEST_1.zip**

**Request 2:** Unredacted native version of document with file name "How HBS Approached the Anomalies and What they Missed" from Google Drive.

- **REQUESTED FILES:**
    1. 20260519_Requests\REQUEST_2\2-5520 How HBS Approached the Anomalies and What they Missed.docx
    2. 20260519_Requests\REQUEST_2\2-5543 How HBS Approached the Anomalies and What they Missed.docx
    3. 20260519_Requests\REQUEST_2\2-28879 How HBS Approached the Anomalies and What they Missed.docx
    4. 20260519_Requests\REQUEST_2\2-28881 How HBS Approached the Anomalies and What they Missed.docx
    5. 20260519_Requests\REQUEST_2\2-29025 How HBS Approached the Anomalies and What they Missed.docx
- Request 2 withheld entirely per May 27, 2026 request from Plaintiff. See attached "May 27 2026 Privileged Log.pdf"

**Request 3:** All Google Drive logs for filename "How HBS Approached the Anomalies and What they Missed " and its associated Google Drive item ID.

- **REQUESTED REPORT:** 20328.001.Gino_v_Harvard-Google_Drive_20260519_Request03.xlsx
- Request 3 report redacted by Plaintiff's counsel and produced as "20328.001.Gino_v_Harvard-Google_Drive_20260519_Request03_Redacted.pdf"

Thank you,
Brandon

**Brandon Leatha, GCFE, GCIH**
**Leatha Consulting LLC**
Cell: (206) 499-2048
www.leathaconsulting.com

---

**From:** Brandon Leatha
**Sent:** Wednesday, May 27, 2026 11:15 PM
**To:** 'Koehler, Robert' <Robert.Koehler@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>

**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Hi Robert,

I received redactions for the May 14 requests from Plaintiff's counsel this evening. I will review them and send them to you tomorrow morning.

I have completed the 18 requests (excluding #3 and #3.1) and have sent them to Plaintiff's counsel for review. I will work on the 5/26 request and will notify you when they have been sent to Plaintiff's counsel.

Thank you,
Brandon

**Brandon Leatha, GCFE, GCIH**
**Leatha Consulting LLC**
Cell: (206) 499-2048
www.leathaconsulting.com

---

**From:** Koehler, Robert <Robert.Koehler@ropesgray.com>
**Sent:** Wednesday, May 27, 2026 11:28 AM
**To:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Cc:** Brandon Leatha <brandon@leathaconsulting.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Patrick,

Could you please clarify the basis for your objection and provide your position on when Plaintiff's time to provide instructions to Brandon expires?

We understand you may be excluding Memorial Day from Plaintiff's period to provide instructions. Assuming you are excluding Memorial Day, Defendants' position is that Plaintiff's time to provide instructions expires today.

Thank you,
Robert

**Robert Koehler**
**ROPES & GRAY LLP**
T +1 312 845 1284
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Robert.Koehler@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Wednesday, May 27, 2026 10:46 AM
**To:** Koehler, Robert <Robert.Koehler@ropesgray.com>
**Cc:** Leatha Brandon <brandon@leathaconsulting.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** Re: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

The time for objections to the May 14 requests has not expired and should not be produced.

Sent from my iPhone

> On May 27, 2026, at 11:43 AM, Koehler, Robert <Robert.Koehler@ropesgray.com> wrote:
>
> Brandon,
>
> Last Tuesday, you uploaded files responsive to Defendants' May 14 requests. Per the Forensic Search Protocol § III(6), Plaintiff's time to provide instructions as to those files has expired. Can you please produce those files to Defendants as soon as possible?

We also wanted to follow up on Defendants' requests submitted on May 21. As noted yesterday, Defendants need the responses to those requests as soon as possible, can you please confirm that you have shared those responses with Plaintiff's counsel for his review?

Thank you,
Robert

**Robert Koehler**
**ROPES & GRAY LLP**
T +1 312 845 1284
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Robert.Koehler@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Koehler, Robert
**Sent:** Tuesday, May 26, 2026 8:10 AM
**To:** Brandon Leatha <brandon@leathaconsulting.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; 'Patrick J. Hannon' <phannon@hmrhlaw.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Brandon,

In addition to the requests we submitted on Thursday, please also provide Defendants with the results of the following requests from Plaintiff's personal laptop. The results should be sent to Plaintiff's counsel first, as before, but Plaintiff's counsel has agreed that, for requests related to Plaintiff's personal laptop, he will have only two business days to complete a privilege review. Please complete these requests as soon as possible (after the requests from Thursday).

1. All files containing "taxstudy" or "tax study" in their filename or path.

2. From all available "recently used files" forensic artifacts, including Microsoft Office (e.g., Excel, Word, PowerPoint, Outlook), recently used plist or sfl/sfl2/sfl3 files:

1. Any records containing the string "tax study" or "taxstudy"

3. File Listing (including all available file system metadata) of all files and folders having file system Created, Modified, or Date Added dates of the below:
    1. July 13, 2010
    2. July 16, 2010
    3. July 17, 2010
    4. July 18, 2010
    5. July 27, 2010
    6. November 13, 2011
    7. September 23, 2023
    8. September 28, 2023

4. File Listing of all files where the Internal (embedded in the document) Last Saved or Created dates are:
    1. July 13, 2010
    2. July 16, 2010
    3. July 17, 2010
    4. July 18, 2010
    5. July 27, 2010
    6. November 13, 2011
    7. September 23, 2023
    8. September 28, 2023
    9. Listing to include (to the extent available):
        1. File name
        2. MD5 hash
        3. Author
        4. Last Author
        5. Internal Date Created
        6. Internal Date Modified
        7. File System Date Created
        8. File System Date Modified
        9. File System Date Accessed
        10. File System Date Added

################

We also have two requests for files and logs related to Plaintiff's Google Drive account. Pursuant to Section III.2 of the Protocol, Plaintiff has until the end of the business day on Thursday to make any objections to these requests.

From Plaintiff's Google Drive, please provide copies of all documents with a Cloud Created date of September 23, 2023. *See* I.1a.Log_of_Post_20211104_Redacted_Files, I.1.Post_20211104_Exc_Google.

Please also provide the Google Drive activity logs for all files with a Cloud Created date of September 23, 2023.

Thank you,
Robert

---

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Friday, May 22, 2026 6:45 PM
**To:** Brandon Leatha <brandon@leathaconsulting.com>; Koehler, Robert <Robert.Koehler@ropesgray.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Hi Brandon,

Plaintiff agrees to having you search for each of the items Robert identified in his 5/21 email, with the exception of item 3(1) to which we object.

Plaintiff does not agree to having the information provided to both parties simultaneously, as it must be provided to Plaintiff's counsel first for review in accordance with the protocol. We will agree, however, to reducing our review deadline from 5 business days to 2 business days for these items.

At your earliest opportunity, please provide to me—and only me—the information you gather in response to the agreed search items. After receipt, I will provide you direction within 2 business days as to what can be provided to Defendants.

Let me know if you have any questions.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com

---

**From:** Brandon Leatha <brandon@leathaconsulting.com>
**Sent:** Thursday, May 21, 2026 3:41 PM
**To:** Koehler, Robert <Robert.Koehler@ropesgray.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>; Patrick J. Hannon <phannon@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Robert,

I have received the image of Plaintiff's personal MacBook Pro (S/N: QF40X17WPC).

I am in the process of preparing the image for analysis and will begin preparing responses to requested information. I will await direction from the parties before the information is shared.

Thank you,
Brandon

**Brandon Leatha, GCFE, GCIH**
**Leatha Consulting LLC**
Cell: (206) 499-2048
www.leathaconsulting.com

<image001.jpg>

---

**From:** Koehler, Robert <Robert.Koehler@ropesgray.com>
**Sent:** Thursday, May 21, 2026 10:58 AM
**To:** Brandon Leatha <brandon@leathaconsulting.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Hampton Watson <hwatson@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>; Patrick J. Hannon <phannon@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Brandon,

Could you please confirm when you receive the image?

Defendants are including below a list of initial requests for information from the image. Defendants believe this information should be able to be shared with both parties simultaneously, and have requested that Plaintiff agree, but Plaintiff has yet to respond to Defendants' proposal.

In the interest of time, could you please begin working on providing responses to the below requests while we await Plaintiff's response?

Thank you,
Robert

**Requests**

1. What is the hostname of this computer?
2. Are there other aliases for the name of this computer?
3. Are there Terminal/Bash logs on this computer created or modified after November 4, 2021?
    1. Please provide a listing of these logs including all available file system timestamps
4. What is the name and spelling of the Microsoft Office user associated or registered with this computer?
5. Are there files on this computer containing the name "tax study" or "taxstudy" anywhere in the file name or path which have been created, modified, accessed or added (Mac added time stamp) on or after July 1, 2023?
    1. Please provide a listing of these files including all available file system timestamps and internal timestamps for Microsoft Office documents.
6. Is there any evidence that files containing the name "taxstudy" or "tax study" anywhere in the file name or path, have been opened or previewed on this computer?
7. Is there evidence that AirDrop was used on this computer?
8. Is there evidence that Apple Migration Assistant was used on this computer?
9. Is there evidence that TimeMachine was used or configured on this computer?
10. Is there evidence that this computer has been reset since July 1, 2023?
11. Have any USB devices been connected to this computer on or after July 1, 2023?
    1. List USB devices connected to this computer on or after July 1, 2023
12. Is there evidence that Google Drive was accessed on this computer on or after July 1, 2023?
13. Are there FSEvents going back to September 23, 2023 or earlier?
14. Is there evidence that this computer was used in between September 23, 2023

and December 31, 2023?
15. Is there evidence that this computer was used in 2024?
16. Is there evidence that this computer was used in 2025?
17. Is there evidence that this computer was used in 2026?
18. Are there files in the .Trash folder?

**Robert Koehler**
**ROPES & GRAY LLP**
T +1 312 845 1284
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Robert.Koehler@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Hampton Watson <hwatson@hmrhlaw.com>
**Sent:** Wednesday, May 20, 2026 5:45 PM
**To:** Brandon Leatha <brandon@leathaconsulting.com>
**Cc:** Koehler, Robert <Robert.Koehler@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Hoey, Laura <Laura.Hoey@ropesgray.com>; Webster, Michelle <Michelle.Webster@ropesgray.com>; Kirk, Shannon Capone <Shannon.Kirk@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Hampton Watson <hwatson@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Counsel and Brandon, I am following up to confirm shipping details for the laptop forensic image.

The vendor is sending an encrypted hard drive containing the forensic image to:
Brandon Leatha
Leatha Consulting LLC
13009 S Parker Rd, Suite 321
Parker, CO 80134

The FedEx Tracking Number is **872048476137**.

The hard drive was shipped via Priority Overnight shipping and is due to be delivered tomorrow before 10:30 AM.

I was supplied with a password needed to unlock the hard drive, which I'll send to Brandon separately.

Hamp

Hampton M. Watson
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Main: 617-723-8000
Direct: 617-447-2809
www.hmrhlaw.com

This electronic message contains a communication from a law office, which communication is strictly confidential and intended solely for the use of the addressee. The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein. If you are in possession of the communication in error, please immediately notify the sender via electronic mail, excluding the original communication. Thank you.

---

**From:** Hampton Watson
**Sent:** Tuesday, May 19, 2026 4:53 PM
**To:** Brandon Leatha <brandon@leathaconsulting.com>
**Cc:** Koehler, Robert <robert.koehler@ropesgray.com>; Brayley, Douglas <douglas.brayley@ropesgray.com>; Cooper, Jenny K. <jenny.cooper@ropesgray.com>; Hoey, Laura <laura.hoey@ropesgray.com>; Webster, Michelle <michelle.webster@ropesgray.com>; Kirk, Shannon Capone <shannon.kirk@ropesgray.com>; Davis, Elena <elena.davis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Hampton Watson <hwatson@hmrhlaw.com>
**Subject:** Gino v. Harvard - Forensic Protocol - Plaintiff's Personal Laptop

Dear Brandon and counsel:

This email will confirm that, as discussed in this afternoon's conference before Judge Hedges, I have instructed the vendor who made a forensic image of Plaintiff's personal laptop to ship the forensic image to Leatha Consulting at the following address:
Leatha Consulting LLC
13009 S Parker Rd, Suite 321
Parker, CO 80134

I asked that this be done at the fastest speed possible. I will follow up with tracking information when I have it.

Sincerely,

Hampton M. Watson
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Main: 617-723-8000
Direct: 617-447-2809
www.hmrhlaw.com

This electronic message contains a communication from a law office, which communication is strictly confidential and intended solely for the use of the addressee. The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein. If you are in possession of the communication in error, please immediately notify the sender via electronic mail, excluding the original communication. Thank you.

{This email originated from outside your Organization}

{This email originated from outside your Organization}