# EXHIBIT 35

| Document ID | Prod Bates End | BegAttach | M-Custodian | M-All Custodians | M-Author | Relativity Image Count | M-Date Created | M-Time Created |
|---|---|---|---|---|---|---|---|---|
| GINO_034472 | GINO_034472 | GINO_034472 | Gino, Francesca | Gino, Francesca | Jennifer Fink | 1 | 7/16/2010 0:00 | 1:30:00 PM |

| M-Date Last Modified | M-Time Last Modified | M-Master Date | Time Zone Field | M-File Name | M-Subject | M-File Extension | M-File Application | M-Record Type | M-Application Type |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/2026 0:00 | 7:20:27 PM | 9/23/2023 17:16 | Eastern Standard Time | Taxstudy.xlsx | Taxstudy.xlsx | xlsx | Microsoft Excel 2016 Workbook | EFILE | Spreadsheets |