# EXHIBIT 38

## How HBS Approached the Anomalies and What they Missed

After learning that the study was conducted at UNC by the lab manager ([redacted]) with the help of one or more RAs in July 2010, without me being present, the HBS investigation committee reached out to [redacted] to ask for materials from the study. As I had told them, the study was conducted on paper and, to the best of my knowledge, the original paper records did not exist.

In May 2022, [redacted] shared with the committee a few emails from that time (see Table 1). The text of the emails is in screenshots below the Table. The first email is telling: [redacted] indicated that participants had trouble computing the amounts they had to specify. I don't have emails from that time, but this is the type of language that would lead me to have a conversation with the RAs helping, including [redacted], and check the data to assure everything was entered appropriately.

Though I could not find the paper records for this study, I did find a series of paper receipts from July 2010. They have the last and first name of the participants, their address, their signature, their student ID, and the amount they were paid. As it turns out, these receipts sat in a box in my garage since mid-July, when my HBS office was packed and delivered in boxes. The boxes stayed untouched for weeks, till I decided to start trashing some of the content. Seeing those boxes in my garage made me really sad – while holding on to something that will never be the same? So, about a week ago I decided to start opening the boxes and either trash or give away the content for free (like the many books I had on my shelves). The receipts were in one of the boxes, together with some study materials from other studies conducted at UNC.

### Receipt analyses

From the receipts, I entered all the participants' names and the amount they received into an excel spreadsheet. Overall, there are 319 participants. The study in question had only 101. The emails from [redacted] indicate other studies were running at the time.

### Open questions (notes for FG)

- Are there intermediate files that are missing?
- Check metadata of OSF file

### Table 1 - May 2022

Files [redacted] sent to the committee. The PDF version of the email have as date May 28, 2022. The metadata indicates they were created/modified on May 26, 2022 at 3:38 PM (email 1), at 3:42 pm (email 2) and 3:43 pm (email 3)

| Email | Attachment | Created | Creator | Modified | Last Modified By | Last Saved By |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| *Subject: Tax Study Data*<br>*Date: July 13, 2010 at 5:50 PM* | Taxstudy07132010.xlsx | 07/13/2010 10:39 AM | [redacted] | 07/13/2010 9:46 PM | [redacted] | [redacted] |
| *Subject: That's a wrap: Tax Study*<br>*Date: July 16, 2010 at 4:57 PM* | Taxstudy07162010.xlsx | 07/13/2010 10:39 AM | [redacted] | 07/16/2010 8:57 PM | [redacted] | [redacted] |
| *Subject: TAX FORMS - REVISED*<br>*Date: July 22, 2010 at 9:08 PM* | Taxstudy07272010.xlsx | 07/13/2010 10:39 AM | [redacted] | 05/26/2022 4:12 PM | [redacted] | [redacted] |

**Email 1 – July 13**

**From:** [redacted] uncexperimenter@gmail.com
**Subject:** Tax Study Data
**Date:** July 13, 2010 at 5:50 PM
**To:** Gino, Francesca fgino@hbs.edu

Ok, so here is the tax study data.

The people are SERIOUS dumdums on this study. They seem to be having some serious issues, calculating the money, or if they got the amounts right they were written and scribbled in very strange ways on the form. Please let me know if you want these canceled as soon as you can, because I don't have internet at home and won't be able to do it later tonight.

Thanks.

--
[redacted]
Behavioral Decision Research Lab Manager
Kenan-Flagler Business School
University of North Carolina, McColl 4404
Chapel Hill, NC 27514-3490
uncexperimenter@gmail.com
http://www.c4dr.unc.edu

Taxstudy.xlsx

**Email 2 – July 16**

**From:** [redacted] uncexperimenter@gmail.com
**Subject:** That's a wrap: Tax Study
**Date:** July 16, 2010 at 4:57 PM
**To:** Gino, Francesca fgino@hbs.edu

--
[redacted]
Behavioral Decision Research Lab Manager
Kenan-Flagler Business School
University of North Carolina, McColl 4404
Chapel Hill, NC 27514-3490
uncexperimenter@gmail.com
http://www.c4dr.unc.edu

Taxstudy.xlsx

## Email 3 – July 27

**From:** [redacted] uncexperimenter@gmail.com
**Subject:** Taxstudy
**Date:** July 27, 2010 at 3:26 PM
**To:** Gino, Francesca fgino@hbs.edu

The numbers starting over at 1 are the new form.

--
[redacted]
Behavioral Decision Research Lab Manager
Kenan-Flagler Business School
University of North Carolina, McColl 4404
Chapel Hill, NC 27514-3490
uncexperimenter@gmail.com
Live googlechat:uncexperimenter
http://www.c4dr.unc.edu

Taxstudy.xlsx

**Note – [redacted] is sending emails to my HBS account (official start was on 07/01/2010) but I am responding from the UNC email account.**

| | | |
|---|---|---|
| Email #4 | From: Gino, Francesca<br>Francesca_Gino@kenan-flagler.unc.edu<br>Subject: TAX FORMS - REVISED<br>Date: July 22, 2010 at 9:08 PM<br>To: [redacted]<br>uncexperimenter@gmail.com | FG sending revised tax form for another study for [redacted] to run<br><br>Scheduling a time to meet |

| | | |
|---|---|---|
| Email #5 | From: UNC Experimenter uncexperimenter@gmail.com<br>Subject: Re: TAX FORMS - REVISED<br>Date: July 22, 2010 at 9:36 PM<br>To: Gino, Francesca Francesca_Gino@kenan-flagler.unc.edu | [redacted] confirmed money for the study is enough<br><br>[redacted] confirmed meeting |
| Email #6 | From: Gino, Francesca Francesca_Gino@kenan-flagler.unc.edu<br>Subject: study<br>Date: July 20, 2010 at 8:21 AM<br>To: [redacted] uncexperimenter@gmail.com | FG asks to run a different version of the Tax Study the following week<br><br>FG suggests also running another study with it if easier to recruit participants |
| Email #7 | From: [redacted] uncexperimenter@gmail.com<br>Subject: Re: study<br>Date: July 20, 2010 at 11:35 AM<br>To: Gino, Francesca Francesca_Gino@kenan-flagler.unc.edu | [redacted] asked for # of participants needed for the two online studies running that week<br><br>[redacted] states team study with Brad is almost wrapped<br><br>[redacted] indicates the new tax study could run starting Fri that week. She states recruiting may be hard if the study had the same name |
| Email #8 | From: Gino, Francesca fgino@hbs.edu<br>Subject: RE: study<br>Date: July 20, 2010 at 10:05 PM<br>To: [redacted] uncexperimenter@gmail.com | FG responds with part #s for the two online studies (time of day and amazon)<br><br>FG asks for 60-100 Ps for the new tax study |
| Email #9 | From: Gino, Francesca Francesca_Gino@kenan-flagler.unc.edu<br>Subject: study material -- tax study<br>Date: July 22, 2010 at 6:17 PM<br>To: [redacted] uncexperimenter@gmail.com | FG attaches materials for the new tax study |
| Email #10 | From: [redacted] uncexperimenter@gmail.com<br>Subject: Taxstudy<br>Date: July 27, 2010 at 3:26 PM<br>To: Gino, Francesca fgino@hbs.edu | [redacted] sends Taxstudy.xlsx indicating that the numbers starting over at 1 are the new tax study |

**Summary**