# EXHIBIT 39
# Filed Under Seal