# EXHIBIT 41
# Filed Under Seal