# EXHIBIT 44

**From:** Amelia Berger
**Sent:** Wed, 2 Aug 2023 12:59:00 -0400
**To:** Frances Frei
**Cc:** francescabgino@gmail.com; ProjectJournal
**Subject:** Re: WhatsApp Group

Thanks, both. You should both be added to the group now.

Please see updated statement below. Defer to the rest of the team in regards to the website link. Please let me know how else I can be helpful here!

"I want to be very clear: I have never, ever falsified data or engaged in research misconduct of any kind. Today I had no choice but to file a lawsuit against Harvard University and members of the DataColada group, who worked together to destroy my career and reputation despite admitting they have no evidence proving their allegations. While claiming to stand for process excellence, they reached outrageous conclusions based entirely on inference, assumption, and implausible leaps of logic. They created and perpetuated a false narrative about my ethics and integrity, which has had a devastating impact on my friends, colleagues, collaborators and, most of all, my family. I stayed quiet to focus my effort on meaningfully defending myself and my career." **– Prof. Francesca Gino**

---

**From:** Frances Frei <francesfrei@gmail.com>
**Date:** Wednesday, August 2, 2023 at 11:47 AM
**To:** Amelia Berger <amelia.berger@fgsglobal.com>
**Cc:** francescabgino@gmail.com <francescabgino@gmail.com>, ProjectJournal <ProjectJournal@fgsglobal.com>
**Subject:** Re: WhatsApp Group

617.372.1217

On Wed, Aug 2, 2023 at 11:45 AM Amelia Berger <amelia.berger@fgsglobal.com> wrote:

> Hi Francesca and Frances-
>
> We've landed on using a WhatsApp group for our internal communications. Can you please share with me the best phone number to add to the group?
>
> Thanks in advance,
> Amelia
>
> Amelia Berger
> Senior Associate
> Washington DC
>
> E. amelia.berger@fgsglobal.com
> A. 1025 F Street NW
> 9th Floor
> Washington, DC 20004

Image removed by s
sglobal.com

FGS Global was created through a combination of Finsbury, Hering Schuppener, The Glover Park Group and Sard Verbinnen & Co.