# Exhibit 45

**Patrick J. Hannon**

| | |
|---|---|
| **From:** | Patrick J. Hannon |
| **Sent:** | Friday, January 23, 2026 6:21 PM |
| **To:** | Hampton Watson; Travis, David; Brayley, Douglas; Cooper, Jenny K.; Davis, Elena |
| **Subject:** | RE: Gino v. President and Fellows of Harvard College, et al., No. 1:23-cv-11775-MJJ - Plaintiff's Supp. Production |

Counsel:

Per the parties' agreement to voluntarily exchange information concerning repositories searched and methods used to search those repositories, please see below.

- Plaintiff's personal laptop computer:
  - Conducted manual search for potentially responsive information.
  - "Spotlight" was used to conduct additional keyword searches to confirm that responsive documents were not missed.

- Forensic images previously created by Michael McGown:
  - Conducted manual search for potentially responsive information.
  - Conducted targeted key word searches to confirm that responsive documents were not missed.

- Plaintiff's HBS and Google email accounts:
  - Any sub-folder containing potentially relevant information was manually reviewed.
  - For sent email, manually reviewed emails to recipients of potentially responsive communications.
  - Conducted targeted keyword searches to confirm that responsive documents were not missed.

- Plaintiff's Proton email account:
  - Manually reviewed to exclude any non-responsive materials.

- Plaintiff's cell phone:
  - Manually reviewed text chains that could potentially contain responsive messages.
  - Performed targeted keyword searches to confirm that responsive documents were not missed.

- Plaintiff's Google Drive:
  - Conducted manual search for potentially responsive information.

- Hard copy folders and files:

- Conducted manual search for potentially responsive information.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com

---

**From:** Patrick J. Hannon
**Sent:** Friday, January 23, 2026 5:36 PM
**To:** Hampton Watson <hwatson@hmrhlaw.com>; Travis, David <David.Travis@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>
**Subject:** RE: Gino v. President and Fellows of Harvard College, et al., No. 1:23-cv-11775-MJJ - Plaintiff's Supp. Production

Counsel,

Attached please find the privilege log referenced in Hamp's email below.

For the avoidance of doubt, this will confirm that Plaintiff has completed her production of documents in accordance with the previously served responses to Defendants' requests for production.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com

---

**From:** Hampton Watson <hwatson@hmrhlaw.com>
**Sent:** Friday, January 23, 2026 2:26 PM
**To:** Travis, David <David.Travis@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>
**Cc:** Patrick J. Hannon <phannon@hmrhlaw.com>; Hampton Watson <hwatson@hmrhlaw.com>
**Subject:** Gino v. President and Fellows of Harvard College, et al., No. 1:23-cv-11775-MJJ - Plaintiff's Supp. Production

Counsel, please find below a link to download a supplemental production from Plaintiff in this matter. Our vendor recommends using a zip utility such as 7zip to access it; let us know if you encounter any issues. A password will follow by separate cover.

https://dataminediscovery.sharefile.com/d-s76c4cf44391f4659b39eb61e1a030b26

The production set includes certain documents that, in the course of preparing Plaintiff's privilege log, we identified as being non-privileged. The set additionally includes health records of Plaintiff.

Regards,

Hampton M. Watson
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Main: 617-723-8000
Direct: 617-447-2809
www.hmrhlaw.com

This electronic message contains a communication from a law office, which communication is strictly confidential and intended solely for the use of the addressee. The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein. If you are in possession of the communication in error, please immediately notify the sender via electronic mail, excluding the original communication. Thank you.