# Exhibit 47

**Patrick J. Hannon**

| | |
|---|---|
| **From:** | Steve York <Steve_York@mad.uscourts.gov> |
| **Sent:** | Wednesday, February 25, 2026 3:41 PM |
| **To:** | Barbara Robb; Patrick J. Hannon; Hampton Watson; Brayley, Douglas; Davis, Elena; Cooper, Jenny K.; laura.hoey@ropesgray.com; shannon.kirk@ropesgray.com |
| **Subject:** | Gino v. Harvard et al., No. 1:23-cv-1175-MJJ re Forensic Protocol |
| **Attachments:** | FORENSIC SEARCH PROTOCOL.pdf |

Hi Counsel,

Attached is Judge Joun's proposed Forensic Protocol as discussed at today's hearing.

Thank you,

*Steve.*

***Steve York***
***Courtroom Deputy to***
***The Hon. Myong J. Joun***
***United States District***
***Court***
***District of Massachusetts***
***1 Courthouse Way - Suite***
***2300***
***Boston, MA 02210***
***(617) 748-4354***
www.mad.uscourts.gov

---

**From:** Travis, David <David.Travis@ropesgray.com>
**Sent:** Wednesday, February 18, 2026 1:25 PM
**To:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Cc:** Steve York <Steve_York@mad.uscourts.gov>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

**CAUTION - EXTERNAL:**

Mr. York,

We are writing to clarify that we absolutely did not intentionally delay the submission of our letter, as Mr. Hannon asserts below. Our letter addresses certain technical issues that required input from our expert, and it was not finalized until this morning. Our letter merely responds to the points raised in Mr. Hannon's letter earlier this month and does not warrant postponing tomorrow's conference or further submissions to the Court.

Thanks,
David

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: they/them/their

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Wednesday, February 18, 2026 12:27 PM
**To:** Travis, David <David.Travis@ropesgray.com>
**Cc:** Steve York <Steve_York@mad.uscourts.gov>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** Re: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

Mr. York,

In light of Harvard's letter, I ask that tomorrow's hearing be postponed until our status conference that is scheduled for next week. Defendants are aware that I am away for a family vacation and intentionally delayed the submission of this letter so that I would not have an opportunity to respond in advance of the 2/19 conference.

-Patrick

Sent from my iPhone

> On Feb 18, 2026, at 12:16 PM, Travis, David <David.Travis@ropesgray.com> wrote:
>
> Mr. York,
>
> We have conferred with Mr. Hannon, and we will keep the existing time at 2:45 p.m. tomorrow.
>
> Additionally, we are attaching a letter addressing some of the points raised in Mr. Hannon's letter of February 3, 2026.
>
> Thanks,
> David
>
> **David E. Travis**
> **ROPES & GRAY LLP**
> T +1 617 951 7580
> Prudential Tower, 800 Boylston Street
> Boston, MA 02199-3600
> David.Travis@ropesgray.com
> www.ropesgray.com
> pronouns: they/them/their

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Steve York <Steve_York@mad.uscourts.gov>
**Sent:** Wednesday, February 18, 2026 9:06 AM
**To:** Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>
**Cc:** Travis, David <David.Travis@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

Hi Counsel,

After speaking with the Judge, he's not available to conduct this hearing at 11am. If the parties prefer another date instead of 2:45pm on 2/18, we can do 2/25 and 2/26 at either 11am or 12pm.

Please confer and let me know what you decide.

Thank you,

*Steve*.

<image001.jpg>

***Steve York***
***Courtroom Deputy to***
***The Hon. Myong J. Joun***
***United States District Court***
***District of Massachusetts***
***1 Courthouse Way - Suite 2300***
***Boston, MA 02210***
***(617) 748-4354***
www.mad.uscourts.gov

---

**From:** Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>
**Sent:** Tuesday, February 17, 2026 5:53 PM
**To:** Patrick J. Hannon <phannon@hmrhlaw.com>; Steve York <Steve_York@mad.uscourts.gov>
**Cc:** Travis, David <David.Travis@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

**CAUTION - EXTERNAL:**

Hello, confirming that Defendants can make this time as well.

Thank you,
Jenny

**Jenny K. Cooper**
**ROPES & GRAY LLP**
T +1 617 951 7048
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Jenny.Cooper@ropesgray.com
www.ropesgray.com
pronouns: she/her/hers

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Tuesday, February 17, 2026 5:49 PM
**To:** Steve York <Steve_York@mad.uscourts.gov>
**Cc:** Travis, David <David.Travis@ropesgray.com>; Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** Re: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

Mr. York,

That works for Plaintiff. I understand that Defendants are able to make that work as well, but will defer to them.

- Patrick

Sent from my iPhone

> On Feb 17, 2026, at 2:06 PM, Steve York <Steve_York@mad.uscourts.gov> wrote:
>
> Unfortunately, 9 to 10 doesn’t work and we already have something scheduled 12 to 1.
>
> We can do 11 to 12 if that works for everyone.
>
> Thank you,
>
> *Steve.*

<image001.jpg>

***Steve York***
***Courtroom Deputy to***
***The Hon. Myong J. Joun***
***United States District Court***
***District of Massachusetts***
***1 Courthouse Way - Suite 2300***
***Boston, MA 02210***
***(617) 748-4354***
www.mad.uscourts.gov

**From:** Patrick J. Hannon <phannon@hmrhlaw.com>
**Sent:** Tuesday, February 17, 2026 1:48 PM
**To:** Steve York <Steve_York@mad.uscourts.gov>; Travis, David <David.Travis@ropesgray.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

**CAUTION - EXTERNAL:**

Hi Mr. York,

I'm writing to inquire if the hearing schedule for 2:45 pm on Thursday (2/19) could be conducted earlier in the day to accommodate family conflicts arising from school vacation week. I've conferred with Defendants, and all parties are available from 9-10 and 12-1.

If those times are not convenient for the Court, or you otherwise whish to keep the hearing as currently schedule, I will make 2:45 pm work.

Thank you.

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hmrhlaw.com

**From:** Steve York <Steve_York@mad.uscourts.gov>
**Sent:** Tuesday, February 3, 2026 1:18 PM

**To:** Travis, David <David.Travis@ropesgray.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

Hi Counsel,

Regarding your below question, Judge Joun will address the forensic protocol at the 2/19 hearing. He also intends to extend the discovery deadline given the issues involved.

Thank you,

*Steve.*

<image001.jpg>

***Steve York***
***Courtroom Deputy to***
***The Hon. Myong J. Joun***
***United States District Court***
***District of Massachusetts***
***1 Courthouse Way - Suite 2300***
***Boston, MA 02210***
***(617) 748-4354***
www.mad.uscourts.gov

---

**From:** Travis, David <David.Travis@ropesgray.com>
**Sent:** Friday, January 30, 2026 6:33 PM
**To:** Steve York <Steve_York@mad.uscourts.gov>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

**CAUTION - EXTERNAL:**

Hello Steve,

Please find attached Defendants' proposal regarding the forensic imaging issue. Relatedly, Defendants would like clarification regarding the Court's 2/19 hearing date in light of the discovery deadline of February 28. Does the Court intend to address

the forensic protocol issue at the hearing, or will it to so in advance? If the Court does not intend to address the forensic protocol proposals prior to the hearing, we are concerned that the discovery deadline of 2/28 will no longer be feasible, and we would ask that an earlier hearing be scheduled, if possible. Please let us know the Court's intentions on this issue.

Thanks,
David

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: they/them/their

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Steve York <Steve_York@mad.uscourts.gov>
**Sent:** Monday, January 26, 2026 12:41 PM
**To:** Travis, David <David.Travis@ropesgray.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

Hi Counsel,

We just scheduled a further conference for 2/19 at 2:45pm. Please go ahead and submit your respective proposals, as directed at the January 14 Conference.

Thank you,

*Steve.*

<image001.jpg>

***Steve York***
***Courtroom Deputy to***
***The Hon. Myong J. Joun***
***United States District Court***
***District of Massachusetts***
***1 Courthouse Way - Suite 2300***
***Boston, MA 02210***
***(617) 748-4354***
www.mad.uscourts.gov

---

**From:** Travis, David <David.Travis@ropesgray.com>
**Sent:** Friday, January 23, 2026 10:32 PM
**To:** Steve York <Steve_York@mad.uscourts.gov>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

**CAUTION - EXTERNAL:**

Hello Mr. York,

Please find attached a joint letter by the parties in the above-captioned matter regarding the parties' efforts to agree on a forensic search protocol, as discussed with the Court in the parties' January 14, 2026 conference.

Thanks,
David

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: they/them/their

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Steve York <Steve_York@mad.uscourts.gov>
**Sent:** Wednesday, December 31, 2025 10:38 AM
**To:** Travis, David <David.Travis@ropesgray.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

Hi David,

We will set a zoom conference for 1/14/26 at 3:30pm.

Thanks,

*Steve.*

<image001.jpg>

***Steve York***
***Courtroom Deputy to***
***The Hon. Myong J. Joun***
***United States District Court***
***District of Massachusetts***
***1 Courthouse Way - Suite 2300***
***Boston, MA 02210***
***(617) 748-4354***
www.mad.uscourts.gov

---

**From:** Travis, David <David.Travis@ropesgray.com>
**Sent:** Tuesday, December 30, 2025 3:03 PM
**To:** Steve York <Steve_York@mad.uscourts.gov>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

**CAUTION - EXTERNAL:**

Mr. York,

My colleagues and I write on behalf of Defendants President and Fellows of Harvard College and Srikant Datar in the above-captioned matter regarding certain discovery issues that we would like to bring to the Court's attention, which are detailed in the attached letter. Please advise on when the Court may be available for another Zoom conference to discuss.

Thanks,
David

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: they/them/their

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**From:** Steve York <Steve_York@mad.uscourts.gov>
**Sent:** Monday, November 10, 2025 3:47 PM
**To:** Travis, David <David.Travis@ropesgray.com>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** RE: Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

Ok, we'll set a hearing for 11/20 at 2:30 p.m.

*Thank you!*

*Steve.*

<image001.jpg>

***Steve York***
***Courtroom Deputy to***
***The Hon. Myong J. Joun***
***United States District Court***
***District of Massachusetts***
***1 Courthouse Way - Suite 2300***
***Boston, MA 02210***
***(617) 748-4354***
www.mad.uscourts.gov

**From:** Travis, David <David.Travis@ropesgray.com>
**Sent:** Monday, November 10, 2025 3:32 PM
**To:** Steve York <Steve_York@mad.uscourts.gov>
**Cc:** Brayley, Douglas <Douglas.Brayley@ropesgray.com>; Cooper, Jenny K. <Jenny.Cooper@ropesgray.com>; Davis, Elena <Elena.Davis@ropesgray.com>; Patrick J. Hannon <phannon@hmrhlaw.com>; Barbara Robb <brobb@hmrhlaw.com>
**Subject:** Gino v. Harvard et al., No. 1:23-cv-1175-MJJ - Letter to Steve York Regarding Discovery Issues

**CAUTION - EXTERNAL:**

Mr. York,

My colleagues and I write on behalf of Defendants President and Fellows of Harvard College and Srikant Datar in the above-captioned matter regarding certain discovery issues that we would like to bring to the Court's attention, which are detailed in the attached letter. Please advise on when the Court may be available for a Zoom conference to discuss.

Thanks,
David

**David E. Travis**
**ROPES & GRAY LLP**
T +1 617 951 7580
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
David.Travis@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

{This email originated from outside your Organization}

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

{This email originated from outside your Organization}

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

{This email originated from outside your Organization}

<Gino v. Harvard - Letter to Steve York_ Re Forensic Imaging (2.18.2026).pdf>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

{This email originated from outside your Organization}

# FORENSIC SEARCH PROTOCOL

## I. Definitions

The Parties agree the following definitions shall apply to the Protocol:

1. "Analyst" means [INSERT EXPERT] which is a neutral, third-party computer forensic expert retained to perform the forensic inspection and remediation described below. For the avoidance of doubt, the Analyst must have expertise in Mac operating systems.

2. "ESI Repositories" means (i) Plaintiff's Harvard-issued MacBook Pro laptop bearing the serial number C02T2CB6GTF1; (ii) Plaintiff's black, unlabeled USB drive bearing the serial number 21013403D7FFA005; (iii) Plaintiff's MicroCenter USB drive bearing the serial number 067308185030; (iv) Plaintiff's USB drive with the HBS logo used by Plaintiff bearing the serial number OB7E18851060; (v) Plaintiff's SimpleTech USB drive bearing the serial number 0196019921036; (vi) Plaintiff's Western Digital 1TB external hard drive bearing the serial number WXG2ACoAZCUK; (v) Plaintiff's Google Drive for the francescabgino@gmail.com account (the "Google Drive"); and (vi) any other device or other storage location mutually agreed to by the Parties.

3. The term "any" means, as applicable, "each and every" or "all."

4. The singular includes the plural and the plural includes the singular. The masculine includes the feminine and neuter genders. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

5. The terms "and" and "or" should be read interchangeably. The terms are intended to be all inclusive and do not limit any part of the Protocol.

## II. Redaction Protocol

The Parties agree to work in good faith to complete the following as soon as practicable (unless other deadlines are otherwise stated below):

1. Within three (3) business days of the execution of this Protocol, either the ESI Repositories or forensic images thereof shall be made available to the Analyst during normal business hours. To the extent that ESI Repositories are provided to the Analyst, the Analyst shall only access the ESI Repositories for the purpose of making a forensic image (collectively, the "Forensic Images").

2. Within five (5) business days of receiving either the ESI Repositories or forensic images thereof, the Analyst shall (i) create a Forensic Image of each of the ESI Repositories not already imaged, and (ii) on the Forensic Images only, using X-Ways Forensics or any other appropriate computer forensic software, redact (a) the contents of all emails (including attachments), Spotlight .txt files, multi-document containers (*e.g.*, .zip, .tar, or .7z files), and any other documents contained on each Forensic Image (*e.g.*, .docx, .xlsx, .pptx, .pdf, etc.) (collectively, the "Redacted Files"), and (b) the file, application, or system metadata and logs ("Metadata and Logs") on the Forensic Images in their entirety to the extent such metadata or logs are dated November 4, 2021 or thereafter (together with the Redacted Files, the "Redacted Data"). For the avoidance of doubt, the Analyst shall not redact on the Forensic Images any Metadata and Logs on the Forensic Images that are dated prior to November 4, 2021. To the extent Plaintiff's counsel, in collaboration with the Analyst, determines that any unredacted Metadata or Log Data contain information protected by the attorney-client privilege, work product, or similar protections, the Analyst shall redact such information from the Forensic Images using X-Ways or any other appropriate computer forensic software ("Additional Redacted Data"). The Analyst shall not access or attempt to access any such cloud-based applications or information that may be accessible via those cloud-based applications in executing these Protocols other than the Google Drive.

3. Within a reasonable time following the provision of such data or other information by the Analyst to Plaintiff's counsel, not to exceed five (5) business days, Plaintiff's counsel shall provide the Analyst with instructions on whether any or all such data or information must be redacted or withheld on the basis of attorney-client privilege, work product, or similar protections, or would otherwise disclose information of a personal or sensitive nature unrelated to this litigation, and will provide a privilege log indicating the basis for such redaction or withholding consistent with the Stipulation and Order for the Production of Documents and Electronically Storied Information, entered in this matter on September 19, 2025("ESI Protocol") the basis for the redaction (the "Contested Data").

4. The Analyst shall provide the privilege log to Defendants' counsel along with any data or other information that Plaintiff has not objected to being produced.

5. The Parties shall meet and confer with respect to any disagreement concerning Plaintiff's privilege log regarding the Contested Data and whether Defendants will withdraw their request for the Contested Data, or whether Plaintiff will withdraw her objections to one or more of the Contested Data. If the Parties are unable to reach agreement regarding the Contested Data, Defendants may file a motion to compel within five (5) business days of the meeting between the Parties at which such disagreement becomes clear with respect to such Contested Data.

**III. Additional Ad Hoc Review and Production**

Through the close of discovery, counsel for Defendants shall be permitted to work with Plaintiff and the Analyst in order to identify any additional discoverable material contained on the Forensic Images (which for the avoidance of doubt includes any data or information redacted in the Redacted Data) for production to Defendants' counsel as follows:

1. Counsel for Defendants shall identify in writing to counsel for Plaintiff the search terms, file names, application or system logs, or other data or metadata that Defendants wish to obtain from the Forensic Images ("Proposed Search Criteria").

2. Within two business days of receipt, Plaintiff shall provide any objections to the Proposed Search Criteria to Defendants' counsel in writing.

3. If any objection is made to the Proposed Search Criteria, the parties shall promptly meet and confer to resolve such dispute.

4. The parties shall promptly inform the Analyst of the search criteria to which they have agreed through the process identified above (the "Agreed Search Criteria") and the Analyst shall then utilize such criteria to search the Forensic Images.

5. The Analyst shall provide to Plaintiff's counsel any data or other information found on the Forensic Images utilizing the Agreed Search Criteria, which communications shall not include Defendants' counsel.

6. Within a reasonable time following the provision of such data or other information by the Analyst to Plaintiff's counsel, not to exceed five (5) business days, Plaintiff's counsel shall provide the Analyst with instructions on whether any or all such data or information must be redacted or withheld on the basis of attorney-client privilege, work product, or similar protections, or would otherwise disclose information of a personal or sensitive nature unrelated to this litigation, and will provide to the Analyst a privilege log consistent with the ESI Protocol indicating the basis for such redaction or withholding.

7. Within one (1) business day after receiving such instructions from Plaintiff's counsel, the Analyst shall provide the privilege log and any data or information from the Forensic Images that Plaintiff has not objected to being produced to Defendants' counsel.

8. Thereafter, the Parties agree to meet and confer regarding the privilege log and related data or other information. If the Parties are unable to reach agreement regarding the Contested Data within five (5) business days of Plaintiff's production of the privilege log referenced in the preceding paragraph, Defendants may file a motion to compel challenging the withholding of any data or information as stated on the privilege log.

**IV. Additional Agreements of the Parties**

1. The Parties agree that production of the ESI Repositories and/or forensic images thereof to the Analyst does not waive any rights of confidentiality or privilege.

2. Prior to being provided access to the ESI Repositories, the Analyst shall execute a confidentiality agreement agreeable to the Parties, which shall include an attestation that the Analyst will comply with the terms of this Protocol, and that all materials gathered and produced by the Analyst in connection with this matter will be destroyed upon completion of the work described herein.

3. Except as specified herein, all communication by, with, or to the Analyst regarding the execution of this Protocol will be with all counsel present or by a writing submitted to all. No *ex parte* communications with the Analyst concerning the Protocol are permitted, unless agreed to by all counsel in writing and except as provided for in this Protocol.

4. Defendants shall pay all reasonable, pre-approved, and documented fees and costs of the Analyst related to the work performed under this Protocol.

5. Nothing herein shall preclude the Analyst from independently proposing appropriate steps to accomplish the Protocol for consideration by the Parties. Any modification or extension of the Protocol or work product provided by the Analyst must be agreed upon in writing

by all of the Parties. Any attempt by the Parties to have the Analyst perform additional work without the written consent of the other Party is a violation of this Protocol.

6. Any disputes concerning or arising under this Protocol shall be resolved by the Court.

7. For the avoidance of doubt, Plaintiff shall be entitled to seek claw back of materials subject to attorney-client privilege or work product protections that are inadvertently disclosed under the same terms and procedures as set forth in the ESI Protocol.

The attorneys' signatures on this document are evidence of their intent that this document be a binding agreement, enforceable as between the Parties.

**ROPES & GRAY LLP**

/s/ ______________________________

Douglas E. Brayley
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000 Douglas.Brayley@ropesgray.com
*Attorneys for Defendants President and Fellows of Harvard College and Srikant Datar*

Dated: January ____, 2026

**HARTLEY, MICHON, ROBB, HANNON LLP**

/s/ ______________________________

Patrick J. Hannon
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
Direct: (617) 447-2819
Fax: (617) 447-2800
phannon@hmrhlaw.com
*Attorneys for Plaintiff*

Dated: January __, 2026