# Exhibit 49

**In the Matter Of:**

Gino vs President and Fellows of Harvard Coll.

1:23-cv-11775-MJJ

# FRANCESCA GINO

*May 22, 2026*

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 1:23-cv-11775-MJJ
- - - - - - - - - - - - - - - - - - - - -x
FRANCESCA GINO, :
Plaintiff, :
v. :
PRESIDENT AND FELLOWS OF HARVARD :
COLLEGE, SRIKANT DATAR, URI SIMONSOHN, :
LEIF NELSON, JOSEPH SIMMONS, JOHN :
DOES 1-10, AND JANE DOES 1-10, :
Defendants. :
- - - - - - - - - - - - - - - - - - - - -x

VIDEO-RECORDED DEPOSITION OF FRANCESCA GINO

Friday, May 22, 2026
8:53 a.m. EDT

ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts

Stenographically Reported By:
DEANNA J. DEAN, LCR, RDR, CRR

Friday, May 22, 2026

8:53 a.m. EDT

Deposition of FRANCESCA GINO, held at the offices of Ropes & Gray LLP, 800 Boylston Street, Boston, Massachusetts, before Deanna J. Dean, a Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public of the State of Massachusetts.

A P P E A R A N C E S

Representing the Plaintiff:

HARTLEY MICHON ROBB HANNON LLP
101 Federal Street
Suite 1810
Boston, MA 02210
(617) 447-2819
BY: PATRICK HANNON, ESQ.
phannon@hmrhlaw.com

Representing the Defendants:

ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606-4302
(312) 845-1318
BY: LAURA G. HOEY, ESQ.
laura.hoey@ropesgray.com
BY: ROBERT KOEHLER, ESQ.
robert.koehler@ropesgray.com

A P P E A R A N C E S (cont'd.)

Representing the Defendants:

ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7017
BY: ELENA WEISSMAN DAVIS, ESQ.
elena.davis@ropesgray.com

ALSO PRESENT:

DAVID WOODFORD, legal video specialist

# I N D E X


| Examination | Page |
|---|---|
| FRANCESCA GINO | |
| By Attorney Hoey | 9 |
| By Attorney Hannon | 210 |


# E X H I B I T S


| Gino | Description | Page |
|---|---|---|
| Exhibit 1 | 7/31/23 Text Chain, Bates Nos. GINO_021671 to 674 | 22 |
| Exhibit 2 | 8/5/23 Text Chain, Bates Nos. GINO_021645 to 647 | 25 |
| Exhibit 3 | 4/24/26 Expert Report of Kevin M. Flaherty, CPA, CVA | 42 |
| Exhibit 4 | 9/22/14 Tenure Letter from Harvard, Bates Nos. GINO_012944 to 945 | 50 |
| Exhibit 5 | Discipline of Officers, Tentative Recommendations, Bates Nos. HARV00013754 to 759 | 55 |

boxes, many of which were packed by a moving firm that HBS hired.

Q. Do you remember the month in which you located the July 16 OG file?

A. It was the summer of 2023. As I said, there were multiple searches in the summer.

Q. All right. And on what -- what device did you insert the USB key into to see what was on it?

A. I don't recall the exact device.

Q. Well, how many computers do you use at a time?

ATTORNEY HANNON: Objection to form.

You may answer.

A. In the summer of 2023, I was using my HBS-issued laptop since it's the only one with the statistical software to run analysis. I used my personal laptop and I used a ThinkPad as there were a lot of analysis related to this study to try to understand how CalcChain worked.

THE STENOGRAPHER: "CalcChain"?

THE WITNESS: C-a-l-c-C-h-a-i-n.

Which was something that was part of a blog post by Data Colada.

Q. How did -- I'm sorry.

Of those three computers that you just

your response as seen in Exhibit 14?
ATTORNEY HANNON: Objection to form.
You may answer.
A. No. I believe we covered that in the blog post related specifically to Data Colada, also posted on the website at about the same time.
Q. But it was related to Data Colada's comments on allegation 4B. Correct?
A. That's correct. In their public blog post.
Q. Why are there so many versions of the July 16 OG file?
ATTORNEY HANNON: Objection to form.
You may answer.
A. As we were trying to understand Data Colada allegations for the study in questions in allegation 4B, we were altering files to try to reproduce what they were claiming in their blog posts.
Specifically, when it comes to CalcChains, they were making claims that if you alter the files, it gets recorded in certain ways. And so we were altering files to try to see if we could prove their claims to be wrong. And we did.
Q. Did Mr. Edelman ever alter any of the

fgino to your new personal laptop?
A. Again, he is the one who made the transfer. You would have to ask him exactly. The idea was for me to be able to work on a new machine.
Q. Did all of the relevant -- did all of the research files related to the research misconduct case get transferred to your new personal laptop in July of 2023?
A. I believe so, but I am unsure.
Q. What are you unsure about?
A. Again, I wasn't the one doing the transfer. And what I wanted to ensure is that I had a laptop other than my HBS-issued computer to work from, which was not the case when I was put on leave.
Q. Did you have access to SPSS such that you could have installed it on your personal laptop?
A. I don't believe so. The license is through HBSS -- sorry -- through HBS. And so I used SPSS on the HBS-issued machine.
Q. Do you have access to SPSS now?
A. Only through the HBS-issued machine.
Q. Are you still using that today?
A. If I need to run some analysis, yes.