# Exhibit 51

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**DECLARATION OF MICHAEL F. McGOWAN**

I, Michael F. McGowan, hereby declare:

1. I am the Principal at Metafor LLC, a digital forensic consulting firm that resolves questions involving technical issues and electronic evidence that arise during legal, regulatory, and investigative matters. Metafor LLC was retained by counsel for Dr. Gino in connection with this litigation. Metafor was previously retained by Dr. Gino's counsel in the Third Statute Proceeding and I submitted an expert statement and offered testimony before the Hearing Committee. I previously submitted an expert report in this litigation on May 27, 2026. My qualifications and background are set forth in that report.

2. I have reviewed the declaration that Defendants' expert Julian Ackert submitted on September 11, 2026 in support of Defendants' Motion for Sanctions for Plaintiff's Manipulation, Concealment, and Spoliation of Evidence ("Ackert Declaration"). In that declaration, Mr. Ackert opines that (i) additional evidence from the 2023 Laptop, Dr. Gino's personal computer that she acquired in 2023, strengthens the opinions he reached in his May 27, 2026

report that two spreadsheets, which have been referred to as the "2023 Cover-Up File" and the "July 16 OG File" were backdated, (ii) that "relevant evidence has been deleted from the 2023 Laptop", specifically data for the Microsoft Teams collaboration software and the history of websites visited and files downloaded via the Google Chrome and Mozilla Firefox web browsers, and (iii) that he "cannot rule out" the possibility that additional information about commands run in Terminal was deleted from the 2023 Laptop.[1]

3. Due to the technical complexity of the backdating allegations and the compressed briefing schedule for Plaintiff's opposition to the Defendants' spoliation motion, Plaintiff's counsel asked me to focus this declaration on the alleged spoliation of Teams, web history, and Terminal data. My evaluation of Mr. Ackert's opinions regarding file backdating will be set forth in a supplemental submission.

4. In summary, based upon my review of the information provided by the neutral digital forensic examiner retained by the parties to examine the 2023 Laptop (the "Analyst") and the Ackert Declaration, I have reached the following opinions about the supposed destruction of Microsoft Teams data:

   a. Mr. Ackert's conclusion that the Microsoft Teams data was "destroyed in a manner such that they would not be recoverable" is not supported by the digital forensic evidence.[2] The Microsoft Teams cache files appear to have been moved before the commands to delete the Teams cache data folder were entered. As such, no data would have been lost assuming the move command completed successfully.

[1] Ackert Declaration at p. 3 and ¶28.
[2] Ackert Declaration at ¶21.

b. More fundamentally, Mr. Ackert's contention that the deletion of the Teams cache data represents "an anti-forensic method that was used to obfuscate Microsoft Teams conversation history and/or file transmission and view activity" is incorrect.[3] Clearing the Teams cache is a recognized troubleshooting step, not an anti-forensic measure. Even if the Teams cache, which is stored locally on the user's computer, is cleared, the data still resides on Microsoft's servers and will be downloaded again the next time the user logs into Microsoft Teams.

5. I have reached the following opinions about the deletion of relevant evidence from the Google Chrome and Mozilla Firefox web browsers:

a. Mr. Ackert overstates what the Analyst's forensic analysis established. Mr. Ackert reaches a level of certainty and pinpoints the date of deletion to May 13, 2026. This opinion is not grounded in the digital forensic analysis results of the Analyst, who had provided a qualified "it appears" observation without opining on when the apparent clearing of the Google Chrome and Mozilla Firefox history data took place.

b. A user manually clearing browsing data is not the only action that would result in a lack of browsing or download records. The absence of Internet history or download records could also result from other circumstances, such as a web browser that was not set to retain browser history or download records or was set to delete them upon exit.

c. Mr. Ackert attributes the deletions to May 13, 2026, a date when Dr. Gino had relinquished custody of the laptop early in the morning. His attribution appears to be

---

[3] Ackert Declaration at ¶22.

based upon the last modified or record changed dates for the files in question, but these timestamps do not establish when any history was cleared. The timestamps for Firefox database reflect two hours after Dr. Gino relinquished custody of the 2023 Laptop to the vendor who performed the forensic imaging

d. While Mr. Ackert asserts that "relevant evidence" has been deleted, it has not been established that the 2023 Laptop would have contained browsing activity from September 2023 in 2026 since browsers purge old data based upon activity or time-based retention quotas—for instance, Google Chrome only retains browsing data for 90 days by default.

6. Mr. Ackert offers no degree of certainty at all—in contrast to the "reasonable degree of forensic certainty" and "reasonable degree of professional certainty" he invokes for his other opinions—when he states he "cannot rule out" the possibility that additional Terminal information was deleted.[4] This is not an expert conclusion grounded in observable evidence, but speculation about a possibility lacking empirical support.

### I. Clearing of Microsoft Teams Cache Does Not Constitute Evidence Destruction

7. Mr. Ackert's conclusion that the Microsoft Teams data was "destroyed in a manner such that they would not be recoverable" is based upon his analysis of the Terminal logs that the Analyst produced from the 2023 Laptop in response to Harvard's request.

8. The information contained in a Terminal log is limited. It simply lists the commands that were executed during a particular session using the Terminal app. For instance, Figure 1 shows the

[4] Ackert Declaration at ¶28.

initial commands entered during the Terminal session on January 12, 2026.[5] This is the Terminal session discussed in Mr. Ackert's declaration. A Terminal log does not list: (i) the time that a particular command was run, (ii) whether the command ran successfully or generated an error, or (iii) any output of the command.

```
16-2933344 5E18001D-1511-45A2-8142-147BD2E5304B.history ×
16-2933344 5E18001D-1511-45A2-8142-147BD2E5304B.history
bash
history
history
cd Downloads
ls
cd /Volumes/NO\ NAME/Users/fgino
ls
ls -a
mv .bash_sessions bash_sessions
cd bash_sessions
more 45D8D00B-8B1A-4D46-BF35-D8530D4B3142.historynew
more 45D8D00B-8B1A-4D46-BF35-D8530D4B3142.historynew
cd /var/log
cd ~/Library/Application Support/Microsoft/Teams\

ls
ls pwd
ls
pwd
cd "~/Library/Application Support/Microsoft/Teams"
cd "~/Library/Application Support/Microsoft/\
```

*Figure 1: Screenshot of the initial commands in the January 12, 2026 Terminal log.*

9. In light of the limitations of what is contained in a Terminal log, Mr. Ackert's statement, "First, I located a Terminal log that shows the deletion of the Microsoft Teams application from the 2023 Laptop in January 2026, immediately after the September 23, 2023 Terminal log from the HBS Laptop was viewed" overstates the forensic evidence in several respects.[6]

10. One cannot conclude that a command ran successfully just because it was run. Indeed, there are several instances in the January 12, 2026 Terminal log where a command was run, and it

[5] The screenshot shows the log opened in the Microsoft VS Code editor. The filename in white and gray at the top and the line numbers in gray at the left are added by the software for ease of viewing. There are more commands in the Terminal log than are shown in this screenshot.
[6] Ackert Declaration at ¶18.

was run again as the next command.[7] One reason to re-run a command is if it did not succeed the first time.

11. Mr. Ackert's conclusion that the deletion of Teams data occurred "immediately after" another Terminal log was viewed is not supported. The Terminal log only logs commands issued in the Terminal application. It does not record other computer usage, such as web browsing, email checking, or document editing. Minutes or hours could have elapsed between successive commands in a Terminal log. The only timing information for this log is the file system metadata of the log file. It reflects that the file was created and last modified at 7:33:08 p.m. on January 12, 2026, and last accessed at 10:18:47 p.m. that evening.[8] A last accessed time records when a file was accessed; it does not record when commands were entered. Mr. Ackert's description of a "roughly three-hour period" appears to rest on the interval between those two file timestamps, neither of which dates any individual command.

12. In his narration of the commands issued related to the Microsoft Teams data, Mr. Ackert omits that the commands were issued to move Teams data, including the folder containing the Microsoft Teams conversation history, prior to the removal commands.

13. The first "rm" removal command that would delete the Teams conversation history and other user data in the "~/Library/Containers/com.microsoft.teams2" folder is issued at line 63 in the January 12, 2026 Terminal log.[9] Prior to this command, the user issued a command to make a new folder under "~/Library/Containers" with the name "_" (the "Underscore Folder") (*see*

---

[7] See, for example, lines 56 and 57 of the January 12, 2026 Terminal log.
[8] Item 16-2933344 on the "1 - Terminal Logs" worksheet of *20260707-Requests-20260709.xlsx* spreadsheet.
[9] Since the crux of Mr. Ackert's argument is that the conversation history was destroyed, I focused in this discussion on the "~/Library/Containers/com.microsoft.teams2" folder, where the locally cached version of the conversation history is stored. The broader point that, in the January 12, 2026 Terminal log, no "rm" commands were issued before the "mv" commands also holds.

line 52). Thereafter, commands were issued to move a series of folders contained under the "~/Library/Containers" folder to the Underscore Folder. Among the folders targeted by the move command was the "com.microsoft.teams2" folder that contains the locally cached version of the conversation history.

```
47  cd ~/Library/Containers
48  ls
49  ls com.microsoft.teams2
50  ls
51  pwd
52  mkdir _
53  mv com.microsoft.teams2 com.microsoft.teams2.launcher com.microsoft.teams2.notificationcenter com.microsoft.teams2.respawn com.microsoft.teams2.widgetextension _
54  sudo mv com.microsoft.teams2 com.microsoft.teams2.launcher com.microsoft.teams2.notificationcenter com.microsoft.teams2.respawn com.microsoft.teams2.widgetextension _
55  whoami
56  sudo mv com.microsoft.teams2 com.microsoft.teams2.launcher com.microsoft.teams2.notificationcenter com.microsoft.teams2.respawn com.microsoft.teams2.widgetextension _
57  sudo mv com.microsoft.teams2 com.microsoft.teams2.launcher com.microsoft.teams2.notificationcenter com.microsoft.teams2.respawn com.microsoft.teams2.widgetextension _
58  sudo ls
59  sudo ls
60  sudo mv com.microsoft.teams2 com.microsoft.teams2.launcher com.microsoft.teams2.notificationcenter com.microsoft.teams2.respawn com.microsoft.teams2.widgetextension _
61  sudo rm -r ~/Library/Application\ Support/Microsoft/Teams
62  sudo rm -rf ~/Library/Group Containers/UBF8T346G9.com.microsoft.teams
63  sudo rm -rf ~/Library/Containers/com.microsoft.teams2
64  sudo rm -rf ~/Library/Containers/com.microsoft.teams2
```

*Figure 2: The Teams cache data appears to have been moved before the first "rm" command.*

14. Assuming the commands completed successfully, I would expect that the user conversation history and other data in the "com.microsoft.teams2" folder would exist in the Underscore Folder. There are no "rm" commands in the Terminal log that targeted the deletion of the Underscore Folder. Assuming that the move completed successfully and that Teams application was closed, the "rm" command that targeted the deletion of the "com.microsoft.teams2" would have had no effect.

15. More fundamentally, Mr. Ackert's contention that the removal of the Teams cache represents "an anti-forensic method that was used to obfuscate Microsoft Teams conversation history and/or file transmission and view activity" is incorrect.[10]

16. The Teams data that was the target of the deletion commands was Teams cache, the data that the Microsoft Teams stored on the local computer. Deleting the cache data is a troubleshooting

[10] Ackert Declaration at ¶22.

step that IT professionals recommend to resolve certain issues with Teams.[11] In an article titled "Why Cleaning Out the Teams Cache Sometimes Helps to Fix Clients", Tony Redmond writes that clearing the Teams cache is "one of the go-to universal solutions for many odd Teams problems rooted in hard experience of helping end users cope with problems they have with Teams clients".[12]

17. Mr. Ackert contrasts the commands that were run on the 2023 Laptop with the steps listed Microsoft's documentation for uninstalling Microsoft Teams.[13] Mr. Ackert makes no mention that Microsoft published another support document on troubleshooting issues with the Microsoft Teams application that calls for using the Terminal to run the same command to delete the "com.microsoft.teams2" as was run on the 2023 Laptop as shown in Figure 3.[14]



## New Teams

1. If Teams is still running, right-click the Teams icon in the dock, and then select **Quit** or press Command (⌘)-Q.
2. In the **Finder**, open the /Applications/Utilities folder, and then double-click **Terminal**.
3. Enter the following commands, and press Return after each command:

Console    Copy

```
rm -rf ~/Library/Group Containers/UBF8T346G9.com.microsoft.teams
rm -rf ~/Library/Containers/com.microsoft.teams2
```

4. Restart Teams.

*Figure 3: Instructions from Microsoft troubleshooting on clearing the Teams cache.*

[11] Tony Redmond, "Why Cleaning Out the Teams Cache Sometimes Helps to Fix Clients", *Office 365 IT Pros*, Feb. 4, 2022, https://office365itpros.com/2022/02/04/teams-cache-performance/. (Last retrieved Sep. 25, 2026)
[12] *Id.*
[13] Ackert Declaration at ¶21.
[14] Microsoft, "Clear the Teams client cache", https://learn.microsoft.com/en-us/troubleshoot/microsoftteams/teams-administration/clear-teams-cache. (Last retrieved Sep. 25, 2026) The Microsoft article cautions that clearing the Teams cache is not the right option for certain issues. It goes on to note that "[y]ou can clear the Teams cache as a targeted step for a small number of problems with the local client".

18. Mr. Ackert's assertion that the Teams data are not recoverable overlooks the fact that the data in question is a local cache. The primary copy of Microsoft Teams data is in the Microsoft cloud platform. Based upon my experience and testing, the next time that the user launches Microsoft Teams and logs in after the clearing of Teams cache, the Microsoft Teams application will re-download the conversations and other data. This is noted in the Office 365 IT Pros article: "The next time the user signs into Teams, the client downloads the data from the cloud to rebuild the files."[15] I have also confirmed it through my testing of Microsoft Teams. Thus nothing was actually lost — at most a local copy was cleared.

19. In summary, the files in the Teams cache appear to have been moved before the Teams cache data was deleted. Clearing the local Teams cache is a recognized troubleshooting step, not an anti-forensic measure. Even if the Teams cache is cleared, the data still resides on Microsoft's servers and will be downloaded again the next time the user logs into Microsoft Teams.

## II. Mr. Ackert Overstates the Forensic Evidence When He Asserts that Relevant Evidence Was Deleted from the Chrome and Firefox Web Browsers

20. Mr. Ackert relies on the Analyst's forensic analysis, but overstates what the Analyst stated. The Analyst was asked to respond to the following request from Harvard: "Did you identify any forensic indicia consistent with log clearing on the device? Describe any indicia you identified."[16] The Analyst was only asked whether there are any "indicia" of log clearing. In his response he noted that the Mozilla Firefox and Google Chrome history databases "appear[] to have been cleared". While the Analyst separately provided the metadata dates for the

[15] Tony Redmond, "Why Cleaning Out the Teams Cache Sometimes Helps to Fix Clients", *Office 365 IT Pros*, Feb. 4, 2022, https://office365itpros.com/2022/02/04/teams-cache-performance/. (Last retrieved Sep. 25, 2026)
[16] Request 5g in the "2026-07-07" Requests worksheet in the *20260707-Requests-20260709.xlsx* spreadsheet.

database files in question, he did not opine on when the apparent clearing that he noted was performed.

21. Mr. Ackert misstates the Analyst's assessment in the Ackert Declaration eliding the "it appears that" qualified statement and ascribing a deletion date: "Second, the Analyst reported that the browser history and download logs for Google Chrome and Mozilla Firefox were deleted on May 13, 2026, days before the 2023 Laptop was imaged for forensic examination."[17]

22. Mr. Ackert reaches a level of certainty and pinpoints the date of deletion in his conclusion that "On May 13, 2026, both the Google Chrome and Mozilla Firefox browser history and download log databases were deleted from the 2023 Laptop."[18] This opinion is not grounded in the digital forensic analysis results of the Analyst, who had provided a qualified "it appears" observation without opining on when the apparent clearing of the Google Chrome and Mozilla Firefox history data took place.

23. I agree with the lack of certainty expressed in the Analyst's observation. A user manually clearing browsing data is not the only action that would result in a lack of browser history or download log. The absence of browser history or download logs could also result in the following scenarios:

   a. a user installing a web browser but not using it,

   b. a web browser that was configured not to retain any browser history or download logs or was configured to delete such records upon exit, or

[17] Ackert Declaration at ¶18.
[18] *Id.*

c. in the case of a web browser like Google Chrome, which has a 90-day retention window for browser history, normal background purging of activity conducted outside the 90-day retention window.

24. I would not conclude that browser history and download logs had been definitively deleted by the user based upon the available forensic evidence.

25. Mr. Ackert's dating of the browser data deletion to May 13, 2026 appears to be based upon the last modified or record changed dates for the files in question. Those dates were contained in the spreadsheet provided by the Analyst in response to Harvard's request and are depicted below in Figure 4.[19]

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Browser | Name | Full path | Created | Modified | Record changed | Accessed | History Records | Oldest History Record |
| 2 | Safari | History.db | \Data\Users\fgino\Library\Safari\History.db | 4/18/2022 13:27 | 4/16/2026 8:50 | 4/16/2026 8:50 | 4/16/2026 14:17 | 3,477 | 11/18/2025 23:55 |
| 3 | Chrome | History | \Data\Users\fgino\Library\Application Support\Google\Chrome\Default\History | 10/26/2022 8:40 | 5/13/2026 8:12 | 5/13/2026 10:29 | 5/13/2026 8:12 | 3 | 5/13/2026 12:12 |
| 4 | Firefox | places.sqlite | \Data\Users\fgino\Library\Application Support\Firefox\Profiles\mieg26sa.default-1690763299884\places.sqlite | 7/30/2023 20:28 | 5/13/2026 11:28 | 5/13/2026 11:28 | 5/13/2026 11:28 | 0 | |

*Figure 4: Filesystem metadata for web browsing databases.*

26. It does not follow that an action necessarily occurred on the date the file was last changed. A modification could be made before that date and then something else caused the file to be modified again. Simply opening or closing a web browser to modify some of its files. As such, the May 13, 2026 dates reflected in the metadata does not necessarily indicate that any clearing occurred on May 13, 2026. Indeed, for Google Chrome, the Analyst reported that there were three browsing entries from May 13, 2026.

27. Mr. Ackert attributes the deletions to a date when Dr. Gino had relinquished custody of the laptop early in the morning. As shown below in Figure 5, the chain-of-custody documentation from TransPerfect, the forensic vendor who created the digital forensic image of the 2023

---

[19] "5g - Browser History" worksheet in the *20260707-Requests-20260709.xlsx* spreadsheet.

Laptop, reflects that they received the 2023 Laptop from Dr. Gino on May 13, 2026 at 9:10 AM and it was in their custody until May 17, 2026.



COLLECTION DEVICE

CHAIN OF CUSTODY

| REASON/ACTION | RELEASED BY | RECEIVED BY | DATE/TIME |
|---|---|---|---|
| RELEASED FOR ACQUISITION | FRANCESCA GINO | Ian Mullet | 5-13-2026<br>9:10 AM |
| RETURN OF ITEM & RELEASE OF DATA | Ian Mullet | FRANCESCA GINO | 5-17-2026<br>12:13 PM |

*Figure 5: Chain-of-custody documentation reflects that Dr. Gino relinquished custody of the 2023 Laptop on May 13, 2026 at 9:10 AM.*

28. While Mr. Ackert asserts that "relevant evidence" has been deleted, it has not been established that the 2023 Laptop would have contained any browser history from September 2023 in 2026. Only one of Harvard's many requests to the Analyst for forensic analysis pertained to browser data and that pertained to a single day: "All browser history and download logs from the 2023 Laptop for September 23, 2023."[20]

29. By default, Google Chrome has a 90-day retention period for browser history.[21] I would not expect that browser history from September 2023 would still be available in 2026 as it would have been automatically purged by Google Chrome in December 2023 in the ordinary course under the default setting.[22] Mozilla Firefox does not employ a strict time-based retention period. Instead, it sets a maximum number of pages to retain based upon available resources.[23]

---

[20] "Request 2 in the "2026-07-07" Requests worksheet in the *20260707-Requests-20260709.xlsx* spreadsheet.

[21] Google, "Check or delete your Chrome browsing history", https://support.google.com/chrome/answer/95589. (Last retrieved Sep. 25, 2026)

[22] As noted above, the available forensic evidence does not indicate how the retention settings on any of the browsers were configured on the 2023 Laptop. There are circumstances under which older data may still be retained after a specified retention period, for instance, if data files for an older versions of a web browser are not removed when a new version is installed.

[23] Dean, "Firefox Browser History for Forensic Investigations", Mar. 8, 2025, https://medium.com/@cyberengage.org/firefox-browser-history-for-forensic-investigations-34b38e22b55c. (Last retrieved Sep. 25, 2026)

As such, the available browser history will be based on system resources and the user's activity. On some computers, less than a year of history may be available; on others, the Firefox history may span three or more years.[24] For Firefox, downloads are eligible for expiration after 90 days, so I would not expect that download logs from 2023 would still be available in 2026.[25] The Safari web browser was also used on the 2023 Laptop. The Analyst did not note any apparent clearing for this browser. However, its history does not stretch back to 2023. Per the Analyst's results, the earliest history record is dated November 18, 2025.[26]

30. Mr. Ackert states that "slightly less than two years of Google Chrome and Mozilla browser history" were available on the HBS laptop that Dr. Gino used ("HBS Laptop"). This overstates the available data for both web browsers.[27] As noted in my May 27, 2026 report, the earliest entry in the Chrome browser history for the "fgino" user account that she used was May 18, 2022 and September 23, 2022 for Mozilla Firefox.[28] While those dates are not much less than two years before the preservation of the HBS Laptop in January 2024, the laptop does not contain nearly that much browser history. The most recent entry for Firefox browser history is October 27, 2022. Therefore, there was a little more than a month of browser history for the "fgino" user on the HBS Laptop.[29] The Chrome browser history was also limited for the

---

[24] *Id.* See also, "I would like to keep my brower history for 2 years. How do I do that?", https://support.mozilla.org/en-US/questions/884480. (Last retrieved Sep. 25, 2026)
[25] Mozilla, PlacesExpiration.sys.mjs source code, Sep. 24, 2026, https://searchfox.org/firefox-main/source/toolkit/components/places/PlacesExpiration.sys.mjs. (Last retrieved Sep. 25, 2026)
[26] "5g - Browser History" worksheet in the *20260707-Requests-20260709.xlsx* spreadsheet.
[27] Ackert Declaration at ¶23(a).
[28] McGowan May 27, 2026 report at ¶63.
[29] The HBS Laptop also contains Firefox browsing history for the April 19 to April 24, 2017 timeframe, but this was for a different user account, "tsstech", than the "fgino" account.

"fgino" user on the HBS Laptop with the earliest entry of May 18, 2022 and the most recent entry of October 26, 2022.[30]

31. The Chrome and Firefox downloads logs are also limited on the HBS Laptop. There are long periods for which no downloads are listed as I noted in my May 27, 2026 report.[31] For Chrome, there is a download entry on February 17, 2017; then no downloads until April 19, 2017; and not again until November 12, 2017. There are a number of downloads listed between November 12, 2017 and January 30, 2019, but then there are none listed until April 28, 2020. After that, there are downloads listed on September 27, 2021; April 18, 2022; April 22, 2022; and October 4, 2022. The only user files downloaded listed in the Firefox downloads are those downloaded between September 25, 2022 and October 27, 2022. While Mr. Ackert states that the download logs "contain information going back more than four years", the only entries before September 2022 pertain to character sets, not user files, and date from 2017.[32]

32. In sum, Mr. Ackert takes the Analyst's qualified "it appears" finding that there are indicia that the Chrome and Firefox history databases were cleared and ratchets it up to a definite conclusion that the Chrome and Firefox browser history and download logs were deleted. He also opines that the deletions occurred on a specific date, May 13, 2026. For the Firefox data, the timestamps Mr. Ackert appears to rely on date from approximately two hours after the time that Dr. Gino had relinquished custody of the laptop. I do not agree with Mr. Ackert that "relevant evidence" has been deleted as it has not been established that the 2023 Laptop would

[30] The statistics reported here come from all the Google Chrome datasets for the "fgino" user, including data in older Chrome snapshots. There is also web browsing in April 2017 recorded in Google Chrome for the "tsstech" user account.
[31] McGowan May 27, 2026 report at p. 33, footnote 52.
[32] *Id.*

have contained browser data from September 2023 in 2026, since browsers purge old data based upon activity or time-based retention quotas.

### III. That Mr. Ackert "Cannot Rule Out" the Possibility of the Deletion of Terminal Information Is Conjecture

33. Mr. Ackert's conclusion about the possibility of the deletion of information that would show the running of other Terminal commands is premised on Dr. Gino's "documented pattern of evidence deletion from the 2023 Laptop".[33] As discussed above, Mr. Ackert's premise is flawed. The clearing of Teams cache—which, in any event, appears to have been moved prior to deletion—does not represent evidence deletion. It is not possible to reach any reliable conclusion about whether the web browsing data was cleared by the user based upon the available evidence, or whether browsing data from September 23, 2023, the only date for which Harvard requested data, would have been available in 2026.

34. Mr. Ackert departs from his customary "reasonable degree of professional certainty" standard when he opines that he "cannot rule out" the possibility that additional Terminal information was deleted.[34] This is not an expert conclusion grounded in observable evidence, but speculation about a possibility lacking empirical support.

Signed by:
Michael F. McGowan
41AC0D200D8E4CA...

Dated: September 25, 2026

Michael F. McGowan

[33] Ackert Declaration at ¶23.
[34] Ackert Declaration at ¶28.