# Exhibit 52

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:23-CV-11775-MJJ

---

FRANCESCA GINO,

Plaintiff,

vs.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, URI SIMONSOHN, LEIF NELSON, JOSEPH SIMMONS, JOHN DOES 1-10, AND JANE DOES 1-10,

Defendants.

---

VIDEO DEPOSITION OF

FRANCESCA GINO

Volume 2

Thursday, September 10, 2026

10:01 a.m. EDT

---

Reported by: Elisabeth A. Lorenz: RMR, CRR

Job No. J15413716

VIDEO DEPOSITION of FRANCESCA GINO, conducted at Ropes & Gray, Prudential Tower, 800 Boylston Street, Boston, Massachusetts:

Pursuant to notice, before Elisabeth A. Lorenz, Registered Merit Reporter and Certified Realtime Reporter.

A P P E A R A N C E S

(All appearing remotely)

Representing the Plaintiff:

HARTLEY MICHON ROBB HANNON LLP
101 Federal Street
Suite 1810
Boston, MA 02210
(617) 447-2819
BY: PATRICK HANNON, ESQ.
Phannon@hmrhlaw.com

Representing the Defendants:

ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606-4302
(312) 845-1318
BY: LAURA G. HOEY, ESQ.
Laura.hoey@ropesgray.com
BY: ROBERT KOEHLER, ESQ.
Robert.koehler@ropesgray.com

VIDEOGRAPHER:

Alejandro Gomez, Videographer

C O N T E N T S

INDEX OF EXAMINATIONS


| | Page |
|---|---|
| WITNESS: FRANCESCA GINO | |
| Examination By Ms. Hoey | 222 |


MARKED EXHIBITS


| Exhibit | Description | Page |
|---|---|---|
| Ex. 21 | Scan of photograph from 2023 laptop | 226 |
| Ex. 22 | How HBS Approached the Anomalies and What They Missed | 230 |
| Ex. 23 | 2023 Laptop Metadata of Tax Study 09/23/23 | 236 |
| Ex. 24 | 2023 Laptop Metadata and File Contents | 239 |
| Ex. 25 | 2023 Laptop 01/12/26 Terminal Log | 243 |
| Ex. 26 | HBS Laptop 09/23/23 Terminal Log | 246 |
| Ex. 27 | Plaintiff's Amended Responses to Interrogatory No. 15 | 253 |
| Ex. 28 | Defendants' First Set of Interrogatories | 255 |

*STENOGRAPHER'S NOTE: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily indicate an exact quote from the document.

Apologies. You said that they were used -- how did you frame your question again?
Q The 2023 laptop contains data and materials related to the four studies that were the subject of HBS' investigation, correct?
A That's correct.
Q Do you recall if WhatsApp was ever installed on the 2023 laptop?
A I do not.
Q Do you recall ever using WhatsApp on the 2023 laptop?
A I'm unsure. I use it on my phone.
Q And you did have a Teams account -- I mean Microsoft Teams account -- separate from your HBS Teams account, correct?
A I believe that's correct.
Q Do you recall which e-mail address you used to set up that separate Teams account?
A My husband set it up for me, since people at companies I've tried to work with use Teams more often than Zoom. I believe it's my Gmail account, but you would have to double-check.
Q So the Microsoft Teams application was on your 2023 laptop, correct?
A I do use Microsoft products, and I've used

Teams, so yes.
Q For what purposes have you used Teams?
A As I've tried to generate opportunities for work in my reach-outs with companies I work with, they generally prefer Teams over Zoom, and so I set up Teams so that I could do those reach-outs.
Q Did you ever communicate with Ben Edelman using Teams?
A I have not.
Q Did you ever communicate with your husband using Teams?
A The only communications with my husband through Teams were tests, since I ran into trouble at times. I wasn't able to log on for calls that were scheduled, and so he tried to help me out, and we tried to communicate and run tests.
Q Did you communicate with anyone related in any way to this litigation through Teams?
MR. HANNON: Objection to form.
You may answer.
THE WITNESS: I don't believe I have.
BY MS. HOEY:
Q And you used an internet browser on your 2023 laptop, correct?
A Yes.

means. But after I was put on leave in June of 2023, I started really digging into the data for the allegation, with the mantra of "no stone left unturned." And so the idea was to try to find every single piece of information that was available to try to make sense of the anomalies, knowing that I didn't falsify data.

Q The forensic data for the 2023 laptop shows that you accessed and modified multiple versions of the tax study XLSX file on your 2023 laptop on September 23, 2023.

Do you recall doing that?

A Not on that very specific date. I worked with the files from the study to try to make sense of the anomalies.

Q Also on that date, you copied a version of the tax study XLSX file that you were working on on your 2023 laptop over to your HBS laptop using a USB key.

Do you recall doing that?

MR. HANNON: Objection to form.

You may answer.

THE WITNESS: I don't recall my specific actions on September 23.

BY MS. HOEY:
Q Do you recall doing it ever?
A I recall moving files that I analyzed that were related to explaining the anomalies across laptops, since the HBS laptop was the -- on the laptop that had SPSS on it. I don't have SPSS on my personal laptop.
Q When you copied this particular tax study version over to your HBS laptop, you overwrote an existing file on the 2017 HBS laptop.
Do you recall doing that?
MR. HANNON: Objection to form.
You may answer.
THE WITNESS: I do not remember doing that. I don't remember my specific actions on that particular day.
BY MS. HOEY:
Q Do you recall doing it ever?
MR. HANNON: Objection to form.
You may answer.
THE WITNESS: As I mentioned, as I was working hard to try to make sense of the anomalies, I copied over multiple files, I believe, and that might be one of them. I don't recall specifically.