UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCESCA GINO,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENTS AND FELLOWS OF HARVARD COLLEGE, SRIKANT DATAR, JOHN DOES 1-10, AND JANE DOES 1-10,<br><br>Defendants. | Civil Action No. 1:23-cv-11775-MJJ |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE ORDER GRANTING SUMMARY JUDGMENT ON COUNT II AND, IN THE ALTERNATIVE, FOR CERTIFICATION TO THE SUPREME JUDICIAL COURT OR FOR INTERLOCUTORY APPEAL**

For the reasons set forth in her accompanying Memorandum of Law, Plaintiff Francesca Gino respectfully asks the Court to vacate the portion of its Order granting summary judgment on Count II, Doc. No. 277 § IV.A, at pp. 20–34, and to deny Harvard's motion as to that count.

In the alternative, Gino asks the Court to certify the following question to the Massachusetts Supreme Judicial Court, or in the further alternative, to certify it for interlocutory appeal under 28 U.S.C. § 1292(b): "Where a tenured professor's contract permits removal of tenure only for grave misconduct or neglect of duty, does a court in an action for breach of that contract decide *de novo* whether grave misconduct or neglect of duty occurred, or does it review the university's determination by a different and more deferential standard?"

**REQUEST FOR ORAL ARGUMENT**

Under Local Rule 7.1(d), Gino requests a hearing on this motion.

Respectfully submitted,
Plaintiff Francesca Gino,
By her attorneys,

*/s/ Hampton M. Watson*

Hampton M. Watson (BBO #705983)
Patrick J. Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
hwatson@hmrhlaw.com
phannon@hmrhlaw.com
P: (617) 723-8000
F: (617) 447-2800
Attorneys for Plaintiff Francesca Gino

Date: November 18, 2026

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel for Plaintiff reached out to counsel for Defendants on November 17, 2026 to confer in advance of filing this motion and that the parties confirmed that they were unable to narrow their areas of disagreement.

*/s/ Hampton M. Watson*
*Hampton M. Watson*

**CERTIFICATE OF SERVICE**

I, Hampton M. Watson, certify that on November 18, 2026, I electronically filed the foregoing document and all attachments thereto with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendants by electronically serving its counsel of record.

*/s/ Hampton M. Watson*
Hampton M. Watson